

GJH/usao2006R00733

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. WDQ-08-0444 |
| | : |
| v. | : (Possession of a Firearm by a |
| | : Convicted Felon, 18 U.S.C. § |
| | : 922(g)(1); Forfeiture, 18 U.S.C. § |
| DAVID BRAXTON, | : 924(d)) |
| | : |

...ooOoo...

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges:

On or about May 17, 2006, in the District of Maryland, the defendant,

**DAVID BRAXTON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Ruger, Model P89DC, 9mm semi-automatic handgun, serial number 30708253, in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE

As a result of the offense set forth in this indictment, the defendant,

**DAVID BRAXTON,**

shall forfeit to the United States the firearm identified in the indictment and involved in that offense.

18 U.S.C. § 924(d)

*Rod Rosenstein /S/JH*
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Date: 9/17/08