UNITED STATES

vs.

DAVID BRAXTON

Civil/Criminal No. WDQ-08-0444                     DEFENDANT'S MOTION Exhibits

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 MAR 18  A 11: 10

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 3/17/09 | yes | Request for Discovery |
|  |  |  |  |

U.S. District Court (Rev. 3/1999) - Exhibit List