UNITED STATES

vs.

DAVID BRAXTON

Civil/Criminal No. WDQ-08-0444

DEFENDDANT'S Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 3/17/09 | *yes* | Printout of Calls |
| 2 | | | |
| 3 | 3/16/09 | No | **Transcript of Communications** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |