## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES
**Plaintiff**

    *

**Civil No. WDQ-08-0444**

    v.

**DAVID BRAXTON**
**Defendant**

    *

\*\*\*\*\*\*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 MAR 18   A 11: 10

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

### CERTIFICATION -
### EXHIBITS TO BE SUBMITTED TO JURY

The undersigned counsel for the parties in this case hereby certify that they have marshaled all trial exhibits in this case with the Courtroom Deputy Clerk, and that they are satisfied, and do hereby stipulate that all of the trial exhibits that have been <u>admitted into evidence</u> are to be sent to the jury room for use in jury deliberations.

**Counsel for Plaintiff/Government**

**Counsel for Defendant**

GEORGE HAZEL/JAMES WALLNER

GARY PROCTOR/JUSTIN BROWN

Date: _____