```
       IN THE UNITED STATES DISTRICT COURT FOR
        THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                              *
UNITED STATES OF AMERICA
                              *
       v.                         CRIMINAL NO.: WDQ-08-444
                              *
DAVID BRAXTON
                              *

                              *

*    *    *    *    *    *    *    *    *    *    *    *    *
```

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 19th day of June, 2009, ORDERED that:

1. Braxton's motion for new trial (Paper No. 67) BE, and HEREBY IS, DENIED;

2. Gary Proctor and Justin Brown's motion to withdraw (Paper No. 68) BE, and HEREBY IS, DENIED; and

3. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

```
                              _____/s/_____
                              William D. Quarles, Jr.
                              United States District Judge
```