# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**  *

**v.**  * **CRIMINAL NO.: WDQ 08-444**

**DAVID BRAXTON**  *

## NOTICE OF APPEAL

Notice is hereby given that David Braxton, Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the judgment and sentence entered in this case on September 18, 2009. Counsel for Mr. Braxton was appointed pursuant to the Criminal Justice Act.

Date: September 18, 2009   By: _____/s/_____
GARY E. PROCTOR
8 E. Mulberry Street
Baltimore, MD 21202
410.444.1500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September, 2009 a copy of this Notice of Appeal was served on counsel via ECF.

_____/s/_____
GARY E. PROCTOR