```
1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
2                       NORTHERN DIVISION

3    _____
                                  )
4    UNITED STATES OF AMERICA     )
                                  )
5                                 )
                                  )
6        v.                       ) Criminal Docket No. WDQ-08-0444
                                  ) Volume I
7    DAVID BRAXTON,               )
              Defendant           )
8    _____)
                                        Baltimore, Maryland
9                                       March 16, 2009
                                        9:32 AM to 4:49 PM
10
              THE ABOVE-ENTITLED MATTER CAME ON FOR
11                          JURY TRIAL
        BEFORE THE HONORABLE WILLIAM D. QUARLES, JR.
12
                    A P P E A R A N C E S
13
     On behalf of the Government:
14
            George Hazel, Assistant U.S. Attorney
15          James Wallner, Assistant U.S. Attorney

16   On behalf of the Defendant:

17          Gary E. Proctor, Esquire
            Justin Brown, Esquire
18
     Also present:
19
            TFO Edgar Allen
20

21

22                    Reported by:

23          Martin J. Giordano, RMR, CRR, FOCR
            U.S. Courthouse, Room 3318
24          101 West Lombard Street
            Baltimore, Maryland 21201
25          410-962-4504
```

1     **PROCEEDINGS OF MARCH 16, 2009**

2          **THE CLERK:**  All rise.  The United States District

3     Court for the District of Maryland is now in session, The

4     Honorable William D. Quarles, Jr. presiding.

5          **THE COURT:**  Good morning.  Please be seated.

6          **MR. HAZEL:**  Good morning, Your Honor.

7          **THE COURT:**  Good morning.

8          **MR. HAZEL:**  Your Honor, the Government calls the

9     case of *United States versus David Braxton*, which is Case

10    Number WDQ-08-0444.  We're here for motions hearing and then

11    presumably jury trial.  I am George Hazel for the United

12    States.  I'm joined with James Wallner and Task Force Officer

13    Edgar Allen.  Good morning.

14         **THE COURT:**  Mr. Hazel, Mr. Wallner, Mr. Allen, good

15    morning.

16         **MR. WALLNER:**  Good morning, Your Honor.

17         **MR. PROCTOR:**  Good morning, Your Honor.  Gary

18    Proctor on behalf of Mr. Braxton, and this morning, Justin

19    Brown, who is standing to my left, enters his appearance in

20    this case.

21         **THE COURT:**  Thank you, Mr. Proctor, Mr. Brown.  Good

22    morning, Mr. Braxton.

23         **THE DEFENDANT:**  Good morning.

24         **THE COURT:**  Counsel, ready to proceed?

25         **MR. PROCTOR:**  Yes, Your Honor.  I guess there are

1    several motions, several witnesses who are available at

2    different times, and so I wanted -- first jury trial I've

3    tried in front of Your Honor.  I'm not quite sure how you wish

4    to proceed.

5            **THE COURT:**  Okay.  What we're going to do this

6    morning is handle the non-evidentiary motions first, and then,

7    depending on how much time we have between now and 10 o'clock,

8    which is when I will call for the *venire*, we will begin the

9    evidentiary portion.  At 10:00, we will break, the jury will

10   come in, we will pick a jury.  We will then dismiss the

11   remainder of the panel, sequester those jurors who have been

12   selected, but not swear them, and then resume the motions.

13           **MR. PROCTOR:**  Okay.  If I may?

14           **THE COURT:**  Yes.

15           **MR. PROCTOR:**  And Mr. Hazel will correct me if I

16   may.  There are several motions.

17           **THE COURT:**  I've got four.  Actually, a Motion to

18   Dismiss the Indictment filed on October 10th, 2008 by prior

19   counsel, and I assume it raises, just for the purpose of

20   preserving, the argument that there has been no showing that

21   the gun affected interstate commerce.  Counsel was good enough

22   in that case to also refer to the most recent Fourth Circuit

23   opinions rejecting that argument, so I don't think we'll spend

24   a great deal of time on that motion.

25           The next motion was a Motion to Suppress Evidence

1    based apparently on the belief that there was an insufficient

2    basis for a *Terry* stop.  That was also filed October 10, 2008.

3              Two motions filed February 9th, 2009 -- actually,

4    three motions:  One, a Motion to Dismiss on speedy trial

5    grounds, the Sixth Amendment *Barker v. Wingo* grounds.  I

6    understand is one of the most exercised about.  Then there is

7    a Motion to Enforce a Plea Offer, and then a Motion to

8    Transfer the Case to Judge Motz.

9         **MR. PROCTOR:**  You've got it all, Judge, except the

10   Government filed a Motion in Limine.

11        **THE COURT:**  The Government filed a Motion in Limine

12   relating to, I believe, the KGA --

13        **MR. HAZEL:**  Yes.

14        **THE COURT:**  -- CAD --

15        **MR. HAZEL:**  Whatever we call it.

16        **THE COURT:**  -- whatever it's called -- transmission,

17   which I will deal with, and the Government this morning also

18   gifted me with a one-and-a-quarter-inch stack of papers for my

19   intensive review.  As, however, it is sometimes the case with

20   the Government of this one-and-a-quarter-inch stack of papers,

21   eleven pages of them were remotely related to the matter at

22   hand.  I had excerpted those.  I will give you a copy of the

23   Government's transmittal letter of the stack to me, which will

24   give you some indication of what's at issue here.  Please come

25   forward.

1          That will describe an Internal Affairs investigation

2    relating to Officer Ricky Livesay, Livesay -- how is his name

3    pronounced?

4          **MR. HAZEL:**  Livesay, I believe his name is

5    pronounced.

6          **THE COURT:**  Livesay -- regarding an incident in 2002

7    or thereabouts.  As I said, I think the transmittal letter is

8    fairly descriptive.  I've determined that the substance of the

9    matter is not relevant with respect to the jury's assessment

10   of the officer's credibility; however, you may have a

11   different opinion when you look at that.

12          I do inform you that, according to the materials

13   given me by the Government, other than this 2002 incident,

14   which is described in the Government's transmittal letter,

15   Officer Livesay had no prior disciplinary record with the

16   police department, at least that is shown in the Internal

17   Affairs investigation.

18          **MR. PROCTOR:**  Can you give me the first recess --

19          **THE COURT:**  Yes.  I will make a copy, Madam Clerk,

20   of what I deemed to be the relevant materials as Court's

21   Exhibit Number 1 to be maintained in your files under seal --

22          **THE CLERK:**  Okay.

23          **THE COURT:**  -- should we go further.  I will return

24   the one-and-a-quarter-inch stack of paper to the Government,

25   of which eleven pages were remotely relevant.

1           **MR. HAZEL:**  I didn't want Your Honor to think I was

2    trying to hide anything, so that's why I --

3           **THE CLERK:**  Judge, did you want me to make a copy?

4           **THE COURT:**  No.  I want you to maintain those.  I

5    have a copy.

6           **THE CLERK:**  Okay.

7           **THE COURT:**  Now, sir, Mr. Proctor, do you wish to be

8    heard on the Motion to Dismiss the Indictment because there

9    has been no effect on commerce shown by the gun at issue, or

10   will you rest on the papers?

11          **MR. PROCTOR:**  I will submit on the pleadings, Your

12   Honor.

13          **THE COURT:**  Very good.  Unless the Government wishes

14   to be heard before I deny the motion, I will deny the Motion

15   to Dismiss the Indictment, largely for reasons stated by the

16   prior attorney, Mr. CitaraManis, in his paper showing, among

17   other things, that *United States versus Gallimore*, 247 F.3d

18   134, a Fourth Circuit 2001 case, rejected the point that

19   Defense counsel was attempting to make.  Paper Number 12,

20   Madam Clerk, has been denied.

21          Paper Number 34, the Motion to Dismiss on speedy

22   trial grounds, let me first begin with a factual summary.  You

23   may augment it or tell me if you disagree.  On May 17, 2006,

24   the car stop at issue happened.  On March 15, 2007, the case

25   was Federally indicted and assigned to Judge Motz.  The

1    Defendant's initial appearance was on September 24, 2007.  The

2    Public Defender was appointed on September 26th, 2007, and, on

3    September 27, 2007, Mr. CitaraManis entered his appearance.

4            On September 28, 2007, the Defendant was arrested

5    and was arraigned.  On October 23rd, 2007, the first Defense

6    motions were filed as Papers 12 and 13.

7            Some trial date was apparently set between October

8    23rd, 2007, when the motions were filed, and September 16,

9    2008, in which the record and references of parties indicate

10   was the second trial date.  On that date, the Government moved

11   for a continuance, which Judge Motz denied, but did grant the

12   Government's Motion to Dismiss Without Prejudice.  I assume

13   the previous Motion for Continuance was based on the

14   unavailability of one of the officers from the traffic stop.

15           On September 17, 2008, the Defendant was reindicted.

16   On December 1, 2008, the Defendant had a trial date.  On that

17   date, the Public Defender was permitted to withdraw because of

18   a conflict in the representation.  On February 9, 2009, the

19   Defense filed a Motion to Dismiss for Speedy Trial Violation,

20   and here we are on March 16, 2009, what appears to be the

21   fourth trial date.

22           Anyone wish to augment the summary of events and

23   dates, first of all?

24           **MR. HAZEL:**  Your Honor, the Government -- it is

25   accurate, I believe.

 1          MR. PROCTOR:  Very briefly, Your Honor.

 2          THE COURT:  Yes?

 3          MR. PROCTOR:  I just propose to either read into the

 4    record, to admit it, a letter by Judge Motz, July 18, 2008,

 5    that says, "Dear Counsel, this will confirm, as we discussed

 6    during the conference today, that, over Mr. CitaraManis'

 7    objection, I am postponing the trial in this case that had

 8    been scheduled for August 4th, 2008.  The trial will now begin

 9    on September 17, 2008."

10          Because that status conference didn't occur on the

11    record, Judge, I just want the record to reflect that

12    Judge Motz did send a letter to counsel confirming that it was

13    over Mr. CitaraManis' objection, that the July --

14          THE COURT:  Very good.  That fills in the first

15    trial date of being July 8, 2008?

16          MR. HAZEL:  August 4th, I believe.

17          MR. PROCTOR:  August 4th, Judge.

18          THE COURT:  August 4, 2008.

19          MR. HAZEL:  The letter is dated July 18th.

20          THE COURT:  The letter is dated July 18th.

21          MR. PROCTOR:  The letter is July 18th.  I'm happy to

22    admit it as an exhibit.

23          THE COURT:  Defense 1 for the hearing, Judge Motz'

24    letter, is admitted.

25          MR. PROCTOR:  May I approach?

1          **THE COURT:**  Yes.

2          **THE CLERK:**  Okay.

3          **THE COURT:**  Yes.  Mr. Proctor, I will now hear you

4     on this motion.

5          **MR. PROCTOR:**  Thank you, Your Honor.  I believe I've

6     laid out everything abundantly in my motion, and I won't

7     regurgitate it here, Judge.  I think what's clear --

8          **THE COURT:**  Thank you for not regurgitating.

9          **MR. PROCTOR:**  I'm happy to regurgitate *ad nauseam*,

10    Judge, but I suspect Your Honor --

11         **THE COURT:**  Well, let me first of all commend you

12    for the use of both words, "regurgitating *ad nauseam*."

13         **MR. PROCTOR:**  What can I say, Judge?

14         **THE COURT:**  It's very appropriate use of the

15    language.

16         **MR. PROCTOR:**  Clearly I'm at my fertile best this

17    morning.

18         **THE COURT:**  I'll try to keep up with you.

19         **MR. PROCTOR:**  It's all said in my motion.  I don't

20    believe there is much need for any additional argument.

21    What's clear is that Mr. Braxton in no way engineered the fact

22    that he's sitting here almost three years later.  The

23    continuance, the letter from Judge Motz --

24         **THE COURT:**  Well, as I understand it, for purposes

25    of a Federal speedy trial analysis, I guess the earliest date

1    that we're concerned with is March 15, 2007.

2            **MR. PROCTOR:**  I believe that's correct, yes.

3            **THE COURT:**  Okay.  The State time, we don't really

4    look at.

5            **MR. PROCTOR:**  Right.

6            **THE COURT:**  So, as I understand it, the Speedy Trial

7    Act and the *Barker-Wingo* analysis are not triggered until he's

8    in Federal custody for Federal charges.

9            **MR. PROCTOR:**  Which is two years and a day.

10           **THE COURT:**  Okay.

11           **MR. PROCTOR:**  Which is certainly an exception for

12   what boils down to probably a three-witness case, Judge.  What

13   happened the first time was the Government's witness was in

14   Iraq.  Judge Motz, I believe -- and, again, it wasn't on the

15   record -- told the Government, "You can have one continuance,

16   but only one continuance.  Get your witness here."  The second

17   trial date rolls around.  Again -- and I believe the

18   Government attempted to get the witness from Iraq, but his

19   superior officer wouldn't release him.

20           **THE COURT:**  Yeah.  That darn war just refused to

21   take a break for the trial.

22           **MR. PROCTOR:**  I'm sure the witness was probably the

23   first one to try to get to the front of the cue to get on the

24   plane, Judge, but I guess that's neither here nor there.  So,

25   on that day, the witness was not there.  The Government moved

1   to dismiss without prejudice, a request which was granted, and

2   so it's reindicted the same day, and here we go all over

3   again.  So there has been, in effect, three postponements,

4   three which Mr. Braxton didn't ask for.

5          **THE COURT:**  I don't mean to pull you off your

6   argument, but if you would articulate the prejudice to your

7   defendant by what you perceived as the delay in getting the

8   trial.

9          **MR. PROCTOR:**  First of all, Judge, the main

10  prejudice, I guess, is that there were four people in the car:

11  Mr. Braxton and three others.  It's --

12         **THE COURT:**  You have them all under subpoena, don't

13  you?

14         **MR. PROCTOR:**  No, I don't, Judge.  I have one under

15  subpoena, and one under a writ, and it remains to be seen

16  whether I call them as witnesses, but certainly I could

17  proffer to the Court that they were a lot more willing to come

18  forward and a lot more willing to talk.  They did meet with --

19  I forget his name.  Bob something or other -- the FPD's

20  investigator back in the day when they were first involved in

21  the case.

22         **THE COURT:**  Do you have statements from them?

23         **MR. PROCTOR:**  No, I don't.  There were no statements

24  taken, but I have a memo from the FPD's investigator where

25  they showed a reluctance to come to court.  No one really

1    likes to put themselves out there.  They did meet and did

2    discuss the case.

3              THE COURT:  When was the meeting?

4              MR. PROCTOR:  I believe it was around December '07.

5              THE COURT:  December 2007?

6              MR. PROCTOR:  Yeah.  And, Judge, one of the people

7    in the vehicle, a Mr. Thomas, I believe, I can't find hide nor

8    harrow of him.  I tried.  My investigators tried.  I searched

9    on Tracers, which is a legal search database that only

10   investigators and lawyers have access to.  I've checked the

11   jail records.  I've asked the Public Defender's Office to look

12   at their -- State Public Defender's Office to look at their

13   end to see if he had any more brushes with the criminal

14   justice system.  He doesn't exist.  He's gone.

15             THE COURT:  What does he do for your defense?

16             MR. PROCTOR:  The truth is, without talking to him,

17   it's hard to say, but clearly he was in the vehicle at the

18   time.  He was privy to what went on there, and --

19             THE COURT:  Did he say anything to the Public

20   Defender investigator in 2007 that indicates his value to you

21   as a witness?

22             MR. PROCTOR:  No, sir.

23             THE COURT:  Was he interviewed by the Public

24   Defender investigator in 2007?

25             MR. PROCTOR:  No, sir.

1      **THE COURT:**  Was he unavailable to them for some

2    reason?

3      **MR. PROCTOR:**  I believe they didn't find him either,

4    but I don't believe they took the exhaustive steps.  Certainly

5    there is nothing in the file to suggest that I did, and I

6    don't know whether they would have located him closer at the

7    time.

8      **THE COURT:**  Okay.  So there is Mr. Thomas, did you

9    say?  Thompson?

10      **MR. PROCTOR:**  Yeah.  I believe -- if you give me a

11    second, I can find him, but I believe it's Thomas.

12      Mike Thomas, Judge.

13      **THE COURT:**  Mike Thomas.

14      **MR. PROCTOR:**  Yes, who gave an address, a date of

15    birth, and a phone number at the time of the arrest, that

16    we've been to the address, we've tried the phone number, we've

17    searched the Maryland State system to see if he had any more

18    run-ins with the law.  He's nowhere to be found.

19      **THE COURT:**  Okay.  Any other witness who has become

20    unavailable since then?

21      **MR. PROCTOR:**  No, sir.

22      **THE COURT:**  Okay.  Any other?  Obviously the

23    prejudice of your client being detained --

24      **MR. PROCTOR:**  Correct.

25      **THE COURT:**  -- pretrial, which in no circumstance am

1    I trying to understate.  A presumptively innocent person is

2    obviously prejudiced by being detained pretrial.

3              MR. PROCTOR:  Okay.

4              THE COURT:  Any other prejudice to him?

5              MR. PROCTOR:  Well, Your Honor, I cited *Doggett*

6    *versus United States*, and, you know, *Doggett* states

7    affirmative proof of particularized prejudice is not essential

8    to a speedy trial claim.  I think Your Honor could always take

9    judicial note that, as cases go on, people disappear, memories

10   become foggy and hazy, and I suspect that the case we would

11   have tried today and will try today, assuming this is denied,

12   is markedly worse for Mr. Braxton's point of view than the

13   case that would have been presented in '07 or early '08.

14             THE COURT:  Because everyone's memory is fuzzier?

15             MR. PROCTOR:  Well, police officers, I find, don't

16   ever waver and remember.  Certainly they have a police report

17   that they've done contemporaneously, and study it like they're

18   cramming for a final outside in the hall.  It's the civilians

19   I find often have poor recollection down the line.

20             THE COURT:  And is that demonstrated by any of the

21   civilian witnesses you intend to rely on?

22             MR. PROCTOR:  Yes, sir, it is.  It's hard to know

23   exactly what the witnesses will say, but I believe one

24   witness, Mr. Steppe, is hazy on what he'll come into court and

25   say today or tomorrow, whenever he's called as a witness, in

1    terms of --

2              **THE COURT:**  Was -- I'm sorry.  Complete.

3              **MR. PROCTOR:**  In terms of where the gun was

4    procured, where he first saw it, where he was sitting.  He'll

5    do his best, Judge, but I can proffer to the Court:  When my

6    investigator spoke to him, he's not entirely certain as to the

7    sequence of events, and certainly what he says doesn't tally

8    with the police reports in terms of both the mundane and the

9    important stuff.

10             **THE COURT:**  Was Mr. Steppe's testimony or earlier

11   recollections recorded in any fashion by the Public Defender?

12             **MR. PROCTOR:**  I have an e-mail from the Public

13   Defender investigator to the Public Defender, yes.

14             **THE COURT:**  Okay.  And does that e-mail contain a

15   recorded recollection of Mr. Steppe?

16             **MR. PROCTOR:**  Judge, if we could pass on that for a

17   minute.  I don't want to mislead the Court, and I don't

18   remember the exact answer.

19             **THE COURT:**  Yes.  Again, I'm just trying to --

20             **MR. PROCTOR:**  I'll locate it perhaps while the

21   Government talks.

22             **THE COURT:**  I'm just trying to find the parameters

23   of the prejudice here.  So far, there is a missing witness and

24   there is a hazy witness, Mr. Steppe, and I was wondering

25   whether there is some recorded recollection that would permit

1    you to argue and me to conclude to what extent Mr. Steppe's

2    recollection have been diminished by the passage of time.

3              **MR. PROCTOR:**  I'm reading the Public Defender memo,

4    Your Honor, and, in all candor, it's degrees of haziness.  I

5    wouldn't say he's markedly more hazy today than he was back

6    then.

7              **THE COURT:**  Was he hazy then?  What was the date of

8    that interview, if you would?

9              **MR. PROCTOR:**  He was perhaps looking through

10   minus-two prescription glasses back then, and he's up to minus

11   two and a half these days, Judge.  The date of that interview

12   was November 27th, 2007.

13             **THE COURT:**  A good analogy, I think.  What was the

14   date.

15             **MR. PROCTOR:**  November 27th, 2007.  Actually, that's

16   the date of the e-mail.  It doesn't indicate the exact date

17   they spoke.

18             **THE COURT:**  Sometime before November 27 --

19             **MR. PROCTOR:**  Yeah.

20             **THE COURT:**  -- 2007, he was hazy.

21             **MR. PROCTOR:**  Somewhat hazy.  Now he's fully hazy.

22             **THE COURT:**  Thank you.  Any other particularization

23   of prejudice?

24             **MR. PROCTOR:**  No, sir.

25             **THE DEFENDANT:**  Yes.

     1              **THE COURT:**  Oh!  Yes?

     2              **THE DEFENDANT:**  Yes.

     3              **THE COURT:**  Yes, sir?

     4              **THE DEFENDANT:**  With all due respect, besides

     5     impairment -- the impairment of my defense --

     6              **THE COURT:**  I'm sorry.  Yes?

     7              **THE DEFENDANT:**  Besides the impairment of my

     8     defense, it's in various different ways.  I think I've --

     9     excuse me.  I've addressed your Court with letters of

    10     correspondence about my inability to properly investigate my

    11     case throughout the varied detention -- detention placements

    12     that I've been in, MCAC, throughout the county that they

    13     placed me in.  I'm just having a hard time dealing with

    14     correctional officers and different type of staff to obtain

    15     outlets, certain types of outlets to investigate my case.

    16              **THE COURT:**  For example, sir?

    17              **THE DEFENDANT:**  Computers, proper updated books,

    18     legal books, outdated computers.  When I was given access to

    19     computers, I remember one time, at one point the summertime,

    20     from MCAC, it was a memo sent to all the judges and I think to

    21     the Marshals Office from MCAC about the phones completely

    22     wasn't working.  We didn't have a computer at all, and, as you

    23     know, it ain't no -- there isn't no library -- law library at

    24     MCAC, where I was residing at for most of my Federal

    25     detention.  There is no legal library, so they ain't have no

1  computers for about six or seven months, and I'm almost sure

2  that there was a memo sent through the Marshals Office to the

3  Courts, and I've addressed Your Honor and, with all due

4  respect in the correspondence, notifying you that I'm having a

5  hard time with correctional officers getting outlets to

6  investigate my case.

7        It was on top of -- this was on top of the various

8  complications I was having with outside -- other occupants of

9  the vehicle, basically the occupants of the vehicle.  I was

10  having complications, or my public defender was having

11  problems with reaching them, their memory.  People was just

12  getting tired -- the time was going by.  I mean, I've said --

13  my family -- I haven't -- let me state on the record, I have

14  never made any intentions to have my family address nobody.

15  My family have seen various occupants that was -- who was

16  arrested with me on that day throughout their travels.

17  Through the course of this last three years, they have seen

18  them.

19        People's lives was changing, people simply just

20  getting tired.  Their workplace was changing.  Their living

21  conditions was changing.  The economy was changing.  People

22  simply -- they was getting tired.  They didn't have the time,

23  the energy, or the resources to simply keep coming to court

24  when they really was -- in the beginning, was really wanting

25  to.  My family had spoken to these people through different

1    occasions through coincidental encounters, and they really

2    honestly wanted to come to court in my defense, wanted to say

3    the right things, what had happened, but time was going by,

4    they was getting tired, they was getting worn out.

5              On top of that, on present detention, I developed

6    eczema through the inhumane living conditions.  I'm saying

7    through the detention center, the various detention centers

8    that I was residing at, I had a skin condition that I never

9    had 26 years of my living.  I never had no type of skin

10   conditions.  As you can see, I'm very light around the facial

11   area.  This is something that I never had to deal with, and I

12   continuously -- doctors tell me there is nothing that can be

13   done.  It's really nothing that can be done.  It's just the

14   conditions.

15             **THE COURT:**  Hold on for a second, please.

16             Madam Clerk?

17             (Whereupon, a discussion was held at the bench off

18   the record.)

19             **THE COURT:**  Yes, sir.  Go on.

20             **THE DEFENDANT:**  The living conditions.  Stress is

21   just -- the stress level is just crazy.  It's just out of this

22   world.  I mean, on top of -- you can check my medical records.

23   I'm continuously at Medical for headaches.  I never dealt with

24   this stuff, sir.  I never dealt with this type of stuff --

25   continuous headaches, continuous high blood pressure,

1    continuous eating disorders.  I'm talking I've gained no

2    sleep, absolutely -- on average, I might -- I'm averaging five

3    hours of sleep a day, per day, since the last two -- two and a

4    half years of my incarceration.  When I was home, I never had

5    these types of problems.

6            So the actual -- just the presence of this

7    continuous oppressive detention over and over, postponement

8    after postponement for reasons that I didn't state.  Quite

9    honestly, even though I sincerely believe in my innocence and

10   I know I didn't possess a firearm, one time -- at one time I

11   was willing to just take some time and just take a plea just

12   to get it over with, and to me, that's ludicrous, but I was

13   really willing to take a plea to get it over with.

14           My attorney misrepresented the facts, misrepresented

15   the whole case, had me thinking one thing, didn't proffer

16   certain pleas to me.  So now, here, you're facing 20 years.  I

17   feel like I've been punished.

18           **THE COURT:**  I assume the attorney you're referring

19   to is Mr. CitaraManis?

20           **THE DEFENDANT:**  CitaraManis.  In no way am I talking

21   about Mr. Proctor.  My previous attorney, Your Honor, you can

22   check the records.  Call MCAC.  Call the various detention

23   centers at the various -- I wrote to you, Your Honor.  I know

24   I'm getting on your nerves.  I wrote you numerous times.

25           **THE COURT:**  Not at all.  Your letters have been both

1    eloquent and informative.

2         **THE DEFENDANT:**  I've tried, and not just to show you

3    that -- I did have a GED, a general equivalence diploma, but I

4    wasn't educated to this degree before, but this is how serious

5    it is, whereas though I really had to sit down and take time,

6    which is a blessing for me in disguise, but I really had to

7    take time to help you to convey my message most clearly, Your

8    Honor.  It's just through all -- through various detention

9    centers that I've been in, the detention is just oppressive.

10   It's really oppressive.  Now I know what it means to feel

11   oppressed.

12        This is oppression, I'm saying, and I'm innocent.

13   That's what I'm saying.  That's why I understand how -- I'm

14   charged with a simple firearm possession.  I'm not -- I don't

15   want to get off the topic, but that's why I've been fighting

16   tooth and nail to try to get home detention.  This is two and

17   a half years.  I'm talking about my blood pressure through the

18   roof.  I can't reiterate enough.  My eating habits have just

19   simply went through the roof.  My sleeping -- I got five kids

20   out there.  My son will be nine.  I'm saying that's a -- to

21   me, I'm saying he's out there with all this.  The economy

22   messed up.  My family not supporting me.  They going through

23   this, going through that.  The gang stuff going out there.  My

24   seven year old growing up in the city.  They need me there.

25        This is oppressive, especially when I'm innocent

```
1     until proven guilty.  I asked for no postponements from the
2     get -- I never asked for or requested or insinuated that I
3     wished for a postponement, and my kids -- I have my five
4     children out there.  I've got a two-year-old son that I never
5     touched, that I never touched.  I simply never even held my
6     hands on him, so to actually -- I mean, to actually go through
7     all these different elements of people's lives, my family
8     getting tired.  I'm saying my family getting tired.  My mother
9     getting old.  My five children, they're growing up without me.
10    I'm innocent until proven guilty.  I can't stress that enough,
11    I'm saying, and to continuously have to go through
12    postponement after postponement, I -- not only that.  On top
13    of that, the speedy trial.
14         My speedy trial have definitely been violated due to
15    the simple fact because Mr. CitaraManis had me thinking -- I
16    feel like -- honestly, I feel like the last time I was here on
17    December 1st, I felt like that I was on that -- excuse my
18    language.  I feel like I was on that prank show.  I felt like
19    I was on a prank show.  I felt like, for 20-some months, my
20    kids -- I've been thinking my case was there.  The whole time,
21    I was waiting for some people to start coming out the doors
22    and coming out from hiding places saying, you just been
23    punked, because I went been took the plea.
24         Even though I still believed in my innocence, I
25    would have taken the plea to move onto the next chapter of my
```

 1   life, so my kids wouldn't see me through a glass.  I would

 2   have taken a plea.  My man started having me think my case was

 3   this, I had constitutional violations.  The whole time, I

 4   didn't.  I felt like -- and I really need Your Honor to

 5   understand how serious it is to feel like, for 20 -- for

 6   actually 28 months, to think your case have a certain

 7   character and a certain nature, and then to be told by your

 8   attorney, "No, Mr. Braxton.  I'm sorry.  Your case is -- it

 9   ain't that; it's there, and by the way, ain't nothing I can

10   do."

11           **THE COURT:**  Well, thank you, Mr. Braxton.

12           **THE DEFENDANT:**  Thank you, sir.

13           **MR. PROCTOR:**  Judge, while Mr. Braxton was talking,

14   I remembered one more brief point.  Can we ask Ms. Parrott to

15   step out, out of an abundance of caution?

16           **THE COURT:**  Okay.

17           **MR. PROCTOR:**  Judge, Mr. Braxton alluded to it, and

18   I believe the last time we were in court, December 1st, both

19   sides alluded to it.  My point is real brief.  The CAD is

20   entirely inconsistent with the police report.  Not entirely.

21   It's inconsistent in material ways.  What happened on December

22   1st was that the radio run showed up, and I believe the

23   Government will say -- and, for the purposes of this hearing,

24   let's assume to be true that the radio tape entirely backs the

25   police report and entirely contradicts the CAD, and the lady I

 1     asked to step out is the CAD operator.  I don't want her to

 2     hear this.

 3          And so my point is, in brief, the first trial date

 4     in front of Judge Motz and the second trial date in front of

 5     Judge Motz, this damning piece of evidence that Mr. Braxton

 6     also alluded to wasn't available.  It didn't come up until

 7     December 1st, the third trial date.  So there is clearly a

 8     huge amount of prejudice in that the Government didn't have at

 9     disposal -- if this case had timely went to trial in summer of

10     '08, that evidence would not have been available.  The

11     Government will maintain, and I suspect say in opening and

12     closing, is the nail in Mr. Braxton's coffin.

13          **THE COURT:**  The prejudice being the Government's

14     case improved by their discovery of evidence?

15          **MR. PROCTOR:**  Astronomically.

16          **THE COURT:**  Okay.  That may or may not be a

17     cognizable *Barker v. Wingo*.

18          **MR. PROCTOR:**  Prejudicial to the Defendant.

19          **THE COURT:**  Yes.  I understand.  I'll hear from the

20     Government.

21          **MR. HAZEL:**  Your Honor, I won't say much unless Your

22     Honor has questions for me.  On the prejudice issue, Your

23     Honor, there has been no showing that any of these witnesses,

24     what they would have testified to before, that they cannot

25     testify to now.  There has just been some sort of general

1    assertions of more haziness now than there was before, but

2    there has still been no real assertion as to what they would

3    have said that would have actually supported the Defendant's

4    case had this gone to trial the first time.

5            **THE COURT:**  Mr. Proctor says, though, that a

6    significant injury, a significant prejudice to Mr. Braxton is

7    that now there is a KGA transmission, a tape, that he would

8    have had the benefit of the absence of that evidence had the

9    case gone to trial earlier.

10           **MR. HAZEL:**  And, as Your Honor suggested, I think

11   when you talk about prejudice, it's more a reference to, you

12   know, things like witnesses getting more fuzzy, not the

13   Government being able to bolster its case during the time.

14   For one thing, there is nothing other than just pure

15   speculation that we wouldn't have found it in the run-up to

16   the first trial date, that each of the first two trial dates

17   got pushed off more than the week or so before that trial date

18   actually arrived.  We found this tape on the day of trial.  It

19   might have happened; it might not have happened on the day of

20   the other trials.  That's purely speculation at best.

21           So I don't think there has been a requisite showing

22   of prejudice.  Briefly, just because it's been raised and I

23   think it's important for making the record, this idea that,

24   you know, the Government was at fault, there was an indication

25   that there was sort of negligence or lack of diligence by the

 1    Government that led to the first two postponements, Your

 2    Honor, in the run-up to the first trial, which was in August,

 3    we found out I guess a month or so before that Officer Allen

 4    was going to be in Iraq.

 5            THE COURT:  This is Officer Richard Allen.

 6            MR. HAZEL:  Officer Richard Allen, not Officer Edgar

 7    Allen who is at the table with me.  Officer Richard Allen was

 8    still going to be in Iraq when the trial date came up.

 9            THE COURT:  Do you know when his tour in Iraq

10    started?

11            MR. HAZEL:  I don't.  I can get that information.

12    He's outside.

13            THE COURT:  I'm not going to rule on this, but he

14    will be called for the motions hearing; is that correct?

15            MR. HAZEL:  Yes.

16            THE COURT:  Good.  At that time, would somebody

17    remember to get from him --

18            MR. HAZEL:  Sure.

19            THE COURT:  -- in case I lose it, when he went to --

20    was it Iraq, or Afghanistan?

21            MR. HAZEL:  Iraq.

22            THE COURT:  When he went to Iraq and when he came

23    back.  Okay.  Anything else you want to say?

24            MR. HAZEL:  I was just going to say, so when we

25    found -- I think we might have the information now.

1          So I just want to just complete that train of

2    thought.  So Officer Allen, we find out in I think July or

3    June that he went to Iraq.  We began the process immediately

4    of trying to get him back.  We were told simply that they

5    weren't going to send him back, I think in part because he was

6    due to come back in October anyway.  They weren't going to

7    send him back for a two-day trial only to have him go back and

8    return again.  And so, you know, the Government obviously

9    cannot fairly be deemed to have been showing any negligence in

10   that scenario.

11         So I have nothing else to add to that unless the

12   Court has any questions for me.

13         **THE COURT:**  Okay.  Thank you.  You get the last

14   word, counsel.

15         **MR. PROCTOR:**  I have nothing else to say, Judge.

16         **THE COURT:**  Okay.

17         **THE DEFENDANT:**  I do, Your Honor.  I do.

18         **THE COURT:**  Talk to your attorney first, and then --

19         (Defendant conferring with Counsel.)

20         **MR. PROCTOR:**  Actually, Judge, Mr. Braxton makes a

21   valid point, although it's kind of tangentially related to

22   another motion pending before Your Honor.

23         **THE COURT:**  Yes?  Is that the Motion to Enforce the

24   Plea Offer?

25         **MR. PROCTOR:**  Correct.

1          THE COURT:  Okay.

2          MR. PROCTOR:  And did I hear Your Honor right to say

3    you're not planning to rule on this this minute?

4          THE COURT:  Right.

5          MR. PROCTOR:  So maybe we'll just incorporate -- it

6    sits better in the Motion to Enforce the Plea Agreement --

7          THE COURT:  Okay.

8          MR. PROCTOR:  -- in terms of when the KGA could have

9    been available, when his lawyer could have known about it, the

10   prejudice that inured from not taking that plea offer.  So

11   maybe let's cross that bridge when we come to the plea offer

12   motion.

13         THE COURT:  Thank you.  Mr. Proctor, what's the name

14   of the witness who just stepped out?

15         MR. PROCTOR:  Tiffani Parrott, and that's Tiffani

16   with an I, Judge, T-I-F-F-A-N-I, I believe.

17         THE COURT:  Parrott is spelled?

18         MR. PROCTOR:  Parrott, the common spelling, like a

19   little bird that squawks.

20         THE COURT:  P-A-R-R.

21         MR. PROCTOR:  O-T-T.

22         THE COURT:  Two T's at the end?  Is there any other

23   witnesses that you want me to *voir dire* on?

24         MR. PROCTOR:  Yes, Your Honor.  Mr. Brown has

25   prepared a list for Your Honor.

1          **MR. BROWN:**  If I may approach?

2          **THE COURT:**  Yes.  Government, have you changed any

3     witnesses since the September trial date?

4          **MR. HAZEL:**  We have not, Your Honor.

5          **THE COURT:**  Thank you.  So the witnesses I will be

6     *voir diring* on for the Government are Officer Richard Allen --

7               (Document tendered to the Court.)

8          **THE COURT:**  Thank you.  -- Officer Kenneth Williams;

9     Officer Jose Flores; Officer Ricky Livesay; Officer Richard

10    O'Donnell; Crime Lab technician, Asha Lane; Latent Print

11    Examiner, Lorraine Lansey; Special Agent Ram Mahanand; James

12    Wagster; Demetrius Steppe; James Harris; Mike Thomas, and

13    Sharon Widenfield.  Demetrius Steppe; James Harris; Mike

14    Thomas; Karen Hamilton; Tiffani Parrott; Deborah Ruffin;

15    Lorretta Ford.  Anybody else?

16         **MR. HAZEL:**  Your Honor, I apologize.  There is one

17    addition.  Asha Lane is not available, so we substituted Pat

18    Fernandez as our fingerprint person, who was her supervisor at

19    the time.

20         **THE COURT:**  Pat Fernandez?

21         **MR. HAZEL:**  Fernandez.

22         **MR. PROCTOR:**  And, Your Honor, if I may, I indicated

23    through previous argument that Mike Thomas is not available,

24    so, unless the Government knows different, we should probably

25    score that name out.

 1          **THE COURT:**  We should probably *voir dire* in case the

 2   name comes up.

 3          **MR. PROCTOR:**  Okay.

 4          **THE COURT:**  Any location for Mike Thomas?

 5          **MR. PROCTOR:**  No known address.

 6          **THE COURT:**  Okay.

 7          **MR. PROCTOR:**  Judge, are you planning to get the

 8   jury up right this minute?

 9          **THE COURT:**  They should be coming in soon.

10          **MR. PROCTOR:**  If I may, one of the witnesses,

11   Officer O'Donnell, is no longer with the Baltimore City Police

12   Department, is working in Virginia, is available, and is an

13   hour away, and so, again, I'm trying to just get a better feel

14   for when we need him at the suppression hearing, when we

15   should tell him to come here.  And last thing, if Ms. Parrott,

16   who is a suppression hearing witness -- she works the dispatch

17   at Baltimore City Police Department.  If we don't need her to

18   be sitting outside the courtroom, let's tell her to come back

19   at a reasonable time.  I just don't know what the answer to

20   that is.

21          **THE COURT:**  Will we need Ms. Parrott for the

22   motions, folks?

23          **MR. PROCTOR:**  Yes.

24          **THE COURT:**  I guess she should stay around.

25          **MR. PROCTOR:**  Okay.

 1          **MR. HAZEL:**  And, Your Honor, frankly, with regard to

 2    Ms. Parrott, if Your Honor wants to deal with this now, I have

 3    a hard time seeing what relevance her testimony would be at

 4    this point.  She was the dispatcher, the one who drafted the

 5    initial CAD report, which we now know is just wrong.  You can

 6    play the tape and see that the things she put in there that

 7    are relevant are just incorrect.  So I don't see what purpose

 8    her testimony serves, and so I would move to strike as

 9    irrelevant.

10          **THE COURT:**  I assume Mr. Proctor will tell you it

11    will all become clear at some point.

12          **MR. PROCTOR:**  Well, I don't know that it will,

13    Judge.  I have not spoken to her.  I don't know what she's

14    going to say.  The CAD is completely at variance with the

15    police report.  I want to explore with her what she has recall

16    of today, what her procedure is for entering things, and see

17    if she can account for the disparity.  So it may be relevant

18    in terms of the PC for the stop, because the CAD makes clear

19    the stop occurred, and then the results of the plates came

20    back.  Now, maybe she says, "I've heard the tape.  I just got

21    it wrong that day," and maybe she doesn't, but we should find

22    out.

23          **THE COURT:**  Mr. Proctor wishes understandably to

24    take some discovery from someone who may or may not be his

25    witness, so we will give him that discovery, and then we'll

```
1    perhaps have a context for the witness.
2              Anything else, folks?
3              MR. PROCTOR:  No, sir.
4              THE COURT:  Okay.
5              MR. PROCTOR:  May I tell Ms. Parrott that she can go
6    grab a cup of coffee and come upstairs at 11 o'clock or
7    something?
8              THE COURT:  Well, do it at your risk.
9              MR. PROCTOR:  Okay.  It's fine.  Let's just leave
10   her here, then.
11             THE COURT:  It's not going to take us a huge amount
12   of time for that, and you haven't talked to her yet.  I would
13   think you'd want to keep her within eyesight.
14             MR. PROCTOR:  Yes, sir.
15             MR. HAZEL:  And, Your Honor, just so Mr. Proctor
16   knows, I will have Officer O'Donnell called and tell him
17   that --
18             THE COURT:  And on his way?
19             MR. HAZEL:  Right.
20             THE COURT:  Yes.  Perhaps you can get him started
21   here.
22             MR. PROCTOR:  And, Judge, I did not file my own
23   requested voir dire.  I'm just adopting the FPD's that was
24   previously filed a few days -- late November of '08.
25             THE COURT:  Yes, sir.
```

1          **MR. PROCTOR:**   Judge, if the jury is here, you know,

2     let's get on with that, but the other motion that strikes me

3     is all argument and not even really very much argument at

4     that --

5          **THE COURT:**   Which one?

6          **MR. PROCTOR:**   The Motion to Remand the Case to

7     Judge Motz.

8          **THE COURT:**   Yes.   Okay.   Very good.

9          **MR. PROCTOR:**   I filed a motion, Judge.   The crux of

10    it is the case was dismissed without prejudice, and then

11    reindicted, and it went to you.   And, again, as I put in my

12    motion, were it the other way around, I'd be making the same

13    argument that we should go back to Judge Quarles.   This is not

14    a slight that any particular member of the Court has.

15         **THE COURT:**   Nor is it taken as one.

16         **MR. PROCTOR:**   But my point is I guess, whereas I'm

17    not forum shopping, certainly -- they're here, Judge.   I'll

18    sit down.

19         **THE COURT:**   Thank you.

20         (Whereupon, the jury is selected.)

21         **THE COURT:**   Madam Clerk, if you will show them the

22    jury room.   You may leave the folders on the seat.   You may

23    leave the folders on the seat.   See you all at 2:00 p.m.

24    Please be back in the jury room at five minutes before 2:00.

25         (Jury excused.)

1          **THE COURT:**  Mr. Braxton, do you need a break before

2      we call witnesses?

3          **THE DEFENDANT:**  Yes, briefly.  Quickly.

4          **THE COURT:**  Okay.  Folks, let's try to keep it to 20

5      minutes.  See you at ten minutes before noon.  We'll resume at

6      10 minutes before noon, and, Government, have your witnesses

7      available.  Defense, your witnesses, anybody we need for the

8      evidentiary hearing, let's --

9          **MR. HAZEL:**  Your Honor, actually, just on that

10     point, one thing that just occurred to me, on the Motion to

11     Enforce Plea, I don't know if Your Honor is viewing that as an

12     evidentiary hearing.

13         **THE COURT:**  Well, it's their motion, so, if you want

14     to call Mr. CitaraManis or anybody, that's fine.

15         **MR. HAZEL:**  That's exactly what I meant.  I think

16     he's not available today.

17         **THE COURT:**  Whatever the Defense wants to do with

18     that.

19         **MR. PROCTOR:**  The Government had asked me, and then

20     I was going both ways about whether we needed him or not or

21     whether it's abundantly clear from the record.  In any event,

22     he has an all-day convoluted sentencing today, he said, and

23     another one tomorrow morning.  The earliest he's available is

24     tomorrow afternoon.  I did send him an e-mail yesterday saying

25     have either of your sentencings moved, is there any wiggle

```
 1    room, you know, please let me know your availability over the
 2    next two days.  I'll check my phone during the recess.  I
 3    don't know if he's replied.
 4           THE COURT:  Well, if you all can agree on a proffer
 5    of facts, that might be helpful.
 6           MR. PROCTOR:  I don't believe we could, though.
 7           MR. HAZEL:  There are some things we just don't know
 8    without asking him.
 9           THE COURT:  Well, see you all at ten minutes before
10    noon.
11           (Recess taken, 11:33 a.m. - 11:50 a.m.)
12           THE CLERK:  All rise.  This Honorable Court now
13    resumes in session.
14           THE COURT:  Please be seated.
15           Government, call your first witness.
16           MR. HAZEL:  Government calls Officer Richard Allen
17    to the stand, Your Honor.
18           THE COURT:  Thank you.
19           MR. HAZEL:  Actually, there is one issue as it
20    relates to Officer Allen.  I don't think it's a problem with
21    him hearing this.  If the Defense is going to call
22    Ms. Parrott, I would want to just go ahead and play the actual
23    radio transcript, which would be authenticated through
24    Officer Allen, who is the primary speaker.  So, assuming that
25    they've put me on notice now, I was going to play the tape.  I
```

1    just want to let the Court know.  It's about ten minutes long.

2              THE COURT:  Okay.

3              MR. PROCTOR:  In this proceeding, I have no

4    objection to that.

5              THE COURT:  Okay.

6              THE CLERK:  Sir, please raise your right hand.

7                    OFFICER RICHARD MARK ALLEN

8         WAS THEN DULY SWORN TO TELL THE TRUTH

9              THE CLERK:  Please be seated.  Sir, please state

10   your name for the record, and please spell your last name.

11             THE WITNESS:  Officer Richard Mark Allen, A-L-L-E-N.

12             THE REPORTER:  And your middle name is spelled?

13             THE WITNESS:  M-A-R-K.

14                    DIRECT EXAMINATION

15   BY MR. HAZEL:

16   Q.   Good afternoon, or good morning I should say, Officer.

17   A.   Good morning, sir.

18   Q.   How are you currently employed?

19   A.   I'm currently employed with the military as of effective

20   today, sir.  I'm back on active duty, but --

21             THE COURT:  Please talk right into the microphone,

22   please.

23             THE WITNESS:  Yes, sir.  I'm currently employed with

24   the United States military.  I'm on active duty effective

25   today, but, prior to that, I'm a Baltimore City police

1    officer.

2    **BY MR. HAZEL:**

3    Q.   And how long have you been a Baltimore City police

4    officer?

5    A.   Eight years.

6    Q.   And was your service with the Baltimore City Police

7    Department interrupted by any other tour of duty?

8    A.   Yes, sir.  Prior to that, I was in Iraq last year.

9    Q.   And could you give us the date where your tour of duty in

10   Iraq began and ended?

11   A.   Yes.  I reported to Iraq October 2007 and returned back

12   October 11th, 2008.

13   Q.   Now, I'd like to turn your attention back to May 17th,

14   2006 at approximately 4:30 p.m.  Did you happen to be at the

15   1700 Block of Pennsylvania Avenue on that date and that time?

16   A.   Yes, sir.

17   Q.   And actually, I see you have something up there.  I'll

18   hold on to that.  I didn't want you to -- and could you tell

19   us if there was anything you saw at that time on that date

20   that caught your attention?

21   A.   Yes, sir.  On that date, I was on routine patrol driving

22   a patrol vehicle.  I was posted in the 1700 Block of

23   Pennsylvania Avenue.  I noticed a vehicle proceeding past me

24   with very dark tinted windows.

25   Q.   And what did you do at that point, if anything?

1    A.    From that point, I proceeded behind the vehicle and

2    initiated a check of the tags due to KGA.

3    Q.    And what, if anything, did that reveal?

4    A.    What it revealed when I ran the tags was it came back to

5    belonging to another vehicle, the tags.

6    Q.    And so what did you do at that point?

7    A.    From that point on, I contacted KGA, got another

8    verification of the tag to ensure that I gave her the right

9    tag number.  She came back and gave me a tag number again to

10   say that the vehicle belonged to another tag.  From then on, I

11   requested a backup unit to back me up, because I was going to

12   initiate a car stop on the vehicle.

13   Q.    What happened at that point?  Well, first, let me ask:

14   Could you tell how many people were in the car?

15   A.    It was four occupants of the car.

16   Q.    And what did you do next?

17   A.    From that point on, a unit came back on the radio saying

18   they was going to back me up.  They was on their way to my

19   location.  I proceeded following behind the vehicle until I

20   got to Martin Luther King and Pennsylvania Avenue where, once

21   we got to that corner, the vehicle made a right turn onto

22   Martin Luther King Boulevard.

23   Q.    Did you continue to follow?

24   A.    Yes, sir.

25   Q.    And what happened next?

1    A.    Once I made the right turn to follow the vehicle, he

2    stopped at a stoplight, in which I got behind the vehicle.

3    The OCD unit -- that was plain clothes unit -- pulled to my

4    side and identified that they was there to back me up, and

5    that's when I initiated the traffic stop.

6    Q.    And do you remember where the -- and, when you say, "OCD

7    unit," what do you mean by that?

8    A.    That's just plain clothes unit.

9    Q.    Do you recall where that car actually pulled up?

10   A.    He pulled to my right side.  I'm not sure if he pulled to

11   the front of me, but I know he was on my right side.

12   Q.    And what happened at that point?

13   A.    From that point, I exited my vehicle, approached the

14   driver.  I explained to him why I'm stopping him, and he

15   identified that he took the -- he changed the tags that was on

16   the other vehicle and put it on that one, and he presented a

17   driver's license to me that was a provisional license.

18   Q.    And what did you do at that point?

19   A.    From that point, I checked the license.  I told him that

20   he couldn't be driving because nobody else in the car was

21   authorized to -- anybody else in the car did not have a

22   license, so he was wrong at that point.  From there, I started

23   pulling this driver out.  I told him to pull everybody out for

24   officer's safety.

25   Q.    Were there any other officers there at this point?

1   A.   Prior -- yeah.  What happened was, during that time

2   period, another officer showed up, another unit.  That was

3   Officer Flores and Officer Williams.  They came to back me up.

4   Q.   And where was Officer Williams as you began to pull

5   people out of the driver's side?

6   A.   Officer Williams posted his self on the passenger side of

7   the vehicle that I stopped.  Officer Flores posted his self on

8   my side to, you know, provide assistance for me on the

9   driver's side.

10   Q.   Okay.  And what did you begin to do at that point?

11   A.   From that point, I started pulling the driver out first,

12   and I told him I was pulling him out for officer safety, and I

13   initiated a pat-down search.  I pulled him out, and then I

14   started pulling the other two occupants out of the vehicle

15   that was in the back seat of the vehicle.  While I was pulling

16   them out, I noticed a twelve-pack of beer that was sitting on

17   the floor area.

18   Q.   And, while you're doing this, could you see what, if

19   anything, was happening on Officer Williams' side of the

20   vehicle?

21   A.   I didn't notice anything until, once I pulled the last

22   two occupants out, I noticed Officer Williams got in a tussle

23   with the passenger in the front seat.

24   Q.   And, from where you were, what could you actually see?

25   A.   Couldn't really see too much, because I kept keeping my

1    eyes on the other three occupants that I pulled out of the

2    vehicle.

3    Q.   Did you hear Officer Williams say anything?

4    A.   I heard him holler, "Gun," and I heard him -- I seen him

5    and the other OCD unit that was backing me up tussle with the

6    Defendant to the floor, to the ground.

7         MR. HAZEL:   Your Honor, at this point, I would like

8    to play the KGA recording.

9         THE COURT:   Okay.  Government 1 for the hearing.

10        (Whereupon, an audio recording was played.)

11   BY MR. HAZEL:

12   Q.   Do you recognize that voice?

13   A.   Yes.  That's me, sir.

14   Q.   Now, is that from that date?

15   A.   Yes, sir.

16        MR. HAZEL:   Your Honor, could you hear okay?

17        THE COURT:   Well, I can hear.  I can't understand,

18   but -- do you have a transcript, by the way?

19        MR. HAZEL:   Oh!  I apologize.  I did print out a

20   transcript.

21        THE COURT:   Well, it's not necessary now unless you

22   want me to actually be able to hear what's going on.  If it's

23   not necessary for me to comprehend what's going on, we can

24   just move on.

25        MR. HAZEL:   It is for the Government.

1          **THE COURT:**  If it is, I think a transcript would be

2    helpful.

3          (Whereupon, an audio recording continued to be

4    played.)

5          **MR. HAZEL:**  Your Honor, we'll stop there.

6    **BY MR. HAZEL:**

7    Q.   Officer, was that the recording from May 17th, 2006, as

8    you recall it?

9    A.   Yes, sir.

10          **MR. HAZEL:**  Nothing else from this witness, Your

11    Honor.

12          **THE COURT:**  Cross?

13          **MR. BROWN:**  Thank you, Your Honor.

14                    **CROSS-EXAMINATION**

15    **BY MR. BROWN:**

16    Q.   Officer Allen, you first noticed this car at the 1700

17    Block of Pennsylvania Avenue?

18    A.   Yes, sir.

19    Q.   And that's right near a metro station?

20    A.   Yes, it is, sir.

21    Q.   There are lots of people around that station?

22    A.   Was there a lot?  Are you asking was there a lot of

23    people around that station the day when I followed the

24    vehicle, or are you asking me --

25    Q.   That's correct.

1    A.    Okay.  No, it wasn't.

2    Q.    But you noticed the car because there was a tint on the

3    windows, right?

4    A.    Yes, sir.

5    Q.    And you thought that the level of tint might be greater

6    than 35%?

7    A.    Correct, sir.

8    Q.    So you followed the car down Pennsylvania Avenue; is that

9    right?

10   A.    Yes, sir.

11   Q.    And you were behind that car for a pretty long ways,

12   right?

13   A.    Yes, sir.

14   Q.    Went through several lights?

15   A.    Correct.

16   Q.    You went through several signs, stop signs?

17   A.    Yes, sir.

18   Q.    And the car made no moving violations, correct?

19   A.    No, sir.

20   Q.    That's not correct, or --

21   A.    It didn't make no moving violations.

22   Q.    It didn't.  Okay.  Thank you.

23          And, while you're following the car, that's when you

24   checked the license plates, right?

25   A.    Yes, sir.

1    Q.   That's when you got information that the tags didn't

2    match the car?

3    A.   Correct.

4    Q.   And you were driving alone in your car?

5    A.   Yes, sir.

6    Q.   At this point, you're the only officer following the car,

7    right?

8    A.   At that point, yes, sir.

9    Q.   Now, before you arrived at the corner of Martin Luther

10   King and Pennsylvania, you called for backup, right?

11   A.   Yes, sir.  During that time frame, before I got to Martin

12   Luther King, I called for backup.

13   Q.   Well, you just testified before that you called for

14   backup before arriving at Martin Luther King, right?

15   A.   Yes, sir.

16   Q.   Now, eventually you pulled the car over when you got to

17   Martin Luther King and Franklin, right?

18   A.   Yes, sir.  Once backup arrived, that's when I initiated a

19   car stop.

20   Q.   So the backup arrived before you got to that

21   intersection, before you got to Franklin?

22   A.   Yes, sir.  Sure did.

23   Q.   And the reason you wanted backup is because there were

24   four occupants in the vehicle, right?

25   A.   Correct.

1    Q.   And you didn't want to make your move until the backup

2    arrived first; is that right?

3    A.   Yes, sir.

4    Q.   So did the backup arrive at that intersection before you,

5    simultaneous to you, or after you?

6    A.   I arrived -- I followed the vehicle.  When the vehicle

7    turned right, I turned right.  As soon as I turned right, the

8    vehicle moved over to the left lane.  I followed behind the

9    vehicle in the left lane, and no more than maybe ten, twenty

10   seconds later, the backup unit pulled up to my right.

11   Q.   So the backup unit arrived ten to twenty seconds later?

12   A.   Just a figure of speech.  I'm not sure how long that he

13   actually arrived, but it wasn't that long -- that long after I

14   made the -- after I pulled up behind the vehicle on Martin

15   Luther King that backup showed up.

16   Q.   And you're telling me that you knew that the car was

17   unregistered before you pulled it over?

18   A.   That I knew their vehicle was unregistered, yes, because,

19   when I contacted KGA, they advised me that the tag on that

20   vehicle belonged to another vehicle.

21   Q.   Now, once you made the stop, you went over to talk to the

22   driver; is that right?

23   A.   Yes, sir.

24   Q.   And there was some other officers at the scene as well;

25   is that right?

1    A.   Yes, sir.  Some of the other officers showed up to back

2    me up.

3    Q.   Who was the first officer to go to the other side of the

4    car?

5    A.   When you say "other side," are you talking about my side,

6    or the passenger side?

7    Q.   You are on the driver's side, right?

8    A.   Yes, sir.

9    Q.   So the other side would be the passenger side.

10   A.   Okay.  I had the OCD unit -- the plain clothes unit was

11   the first backup.  They got out of their vehicle, and the

12   officer stayed over to the passenger side that was on -- that

13   was from the plain clothes unit.

14   Q.   Which officer went to the passenger side?

15   A.   It was -- I can't think of his name right offhand, but it

16   was the first unit that showed up to back me up.  They was on

17   the passenger side.  If it was a two-man unit, it was one came

18   on the passenger side.  The other one came on the other

19   driver's side.

20   Q.   Were those two officers Officers Livesay and O'Donnell?

21   A.   Yes, sir.

22   Q.   So who was on which side?

23   A.   If I'm not mistaken, Livesay was on my -- on the

24   passenger side, and O'Donnell was on my side.

25   Q.   And those were the first two officers to leave their cars

1    and assist you?

2    A.   Yes, sir.

3    Q.   So, at this point, it's you and O'Donnell on one side,

4    and it's Livesay on the other side?

5    A.   Yes, sir.

6    Q.   And then, subsequent to that, who arrived at the scene?

7    A.   A marked unit showed up that was from my district.

8    Officer Williams and Officer Flores showed up to assist in the

9    back -- as backup units.

10   Q.   How long did it take for Williams and Flores to show up?

11   A.   It wasn't that long after the stop.  I -- it's hard to

12   say.  It's been a while, sir.

13   Q.   Was it pretty much bang, bang?

14   A.   I can't remember.  It's been a while, but I know they

15   backed me up.  They showed up to back me up.

16   Q.   Was it less than a minute?

17   A.   I can't remember.

18   Q.   Now, you said in your earlier testimony that you pulled

19   three people out of the car?

20   A.   Yes, sir.

21   Q.   Who were those people that you pulled out of the car?

22   A.   I don't remember their names per se, but it was the

23   driver and the two occupants that was in the back seat.

24   Q.   Was one of the people who you pulled out of the car named

25   Mike Thomas?

1    A.   I don't remember their names, sir.  It's been a couple

2    years now.

3    Q.   When you pull people out of the car, do you check their

4    identification?

5    A.   I -- prior to me -- when I initiated the car stop, I

6    checked the driver's identification, and then I checked the

7    other two occupants from the back seat identification.  I

8    don't know if I checked it while they was in the vehicle or

9    once they exited the vehicle, but I did verify who they was.

10   Q.   Now, from where you were standing, the car was blocking

11   Mr. Braxton on the other side of the car, correct?

12   A.   I can't remember.  It's been a while.

13   Q.   Well, you couldn't see right through the car, right,

14   because it had tinted windows?

15   A.   What car are you talking about?  You say the car was

16   blocking.  Are you talking about the --

17   Q.   The car that you stopped, you couldn't see through it,

18   could you?

19   A.   I could see the -- when I first started following the

20   vehicle down Pennsylvania Avenue, being that it was daylight,

21   I could see that it was four occupants in the car.

22   Q.   But you couldn't --

23   A.   But the side view was very dark tinted windows.

24   Q.   You couldn't see exactly what was happening with

25   Mr. Braxton, correct?

1    A.   You mean while he was in the car?

2    Q.   As the stop was occurring.

3    A.   No, sir, I couldn't see.  Only thing I could see once I

4    walked up to the driver, that Mr. Braxton was just sitting

5    down looking straight ahead.

6    Q.   Okay.

7    A.   He wasn't saying anything.

8    Q.   Because you were occupied with the other passengers?

9    A.   Yes, sir, at that time.

10   Q.   And then eventually you heard Williams -- he yelled out,

11   "Gun," correct?

12   A.   Yes, sir.  I did hear him yell out, "Gun," and also got

13   in a tussle, struggling with Mr. Braxton.

14   Q.   And the point he yelled out, "Gun," he recovered the gun,

15   right?  That's why he was yelling it out?

16   A.   At that point, he yelled out, "Gun," but, I mean, I don't

17   know.  He was in a tussle with Mr. Braxton.  I couldn't see

18   everything, sir.

19   Q.   So you couldn't see.

20   A.   Yes, sir.

21   Q.   And then you got on the radio, and you hollered out,

22   "Gun"?

23   A.   Yes, sir.

24   Q.   Now, I have a general question.  When you pull someone

25   over for an unregistered vehicle, you don't automatically

1    frisk them, do you?

2           MR. HAZEL:  Objection.

3           THE COURT:  Sustained.  Again, we're not taking

4    general discovery.  We're trying to restrict ourselves to the

5    facts in this case.

6           MR. BROWN:  Okay.

7    BY MR. BROWN:

8    Q.   Were you trained in frisk and when you can frisk a

9    passenger of a car?

10          MR. HAZEL:  Objection.

11          THE COURT:  Sustained.

12          MR. BROWN:  The Court's indulgence.

13          (Pause.)

14          MR. BROWN:  No further questions.

15          THE COURT:  Thank you.  Any redirect?

16          MR. HAZEL:  No, Your Honor.

17          THE COURT:  Thank you.  You may step down.  Call

18   your next witness.

19          THE DEFENDANT:  Oh, whoa!  Whoa!  I object.  This

20   is -- no further questions?

21          THE COURT:  You have your objection.

22          MR. BROWN:  It --

23          THE COURT:  Call your next witness.  Do you want to

24   ask a question of him?

25          THE DEFENDANT:  Of course I'm not skilled in the --

```
 1          THE COURT:  Quiet!  Do you want to ask --

 2          THE DEFENDANT:  No, sir, but --

 3          THE COURT:  Do you want to ask a question,

 4   Mr. Braxton?

 5          THE DEFENDANT:  I don't wish to cross-examine the

 6   witness, but I do wish my lawyers to further cross-examine.

 7   There are inconsistencies and things that I want --

 8          THE COURT:  Thank you very much.  You may call your

 9   next witness.

10          You may step down.

11          (Witness excused.)

12          MR. HAZEL:  Government calls Officer Kenneth

13   Williams.

14          THE COURT:  This is not the trial, Mr. Braxton.

15   Your lawyers will get a chance at him at the trial.  This is

16   the motions.  We're very fact-specific here.

17          THE DEFENDANT:  There are facts that he spoke of --

18   he stated simple facts in his previous suppression hearing

19   that's inconsistent with what he just said up here.  They

20   ain't attacking any of that.  There is various

21   inconsistencies.

22          THE COURT:  Come up to the witness stand, please.

23          THE CLERK:  Sir, please come forward.  Over here,

24   sir.

25          THE COURT:  To the witness stand, sir.
```

1      **THE CLERK:**  Sir, please raise your right hand.

2                  **KENNETH LOUIS WILLIAMS**

3          **WAS THEN DULY SWORN TO TELL THE TRUTH**

4      **THE CLERK:**  Please be seated.  Sir, please state

5   your name for the record, and spell your last name.

6      **THE WITNESS:**  Kenneth Louis Williams,

7   W-I-L-L-I-A-M-S.

8      **MR. HAZEL:**  Thank you, Your Honor.

9                  **DIRECT EXAMINATION**

10  **BY MR. HAZEL:**

11  Q.   Mr. Williams -- well, good afternoon now.  Could you

12  please tell the Court how you're currently employed?

13  A.   I'm a Baltimore City police officer.

14  Q.   Officer Williams, how long have you been a Baltimore City

15  police officer?

16  A.   Nine years.

17  Q.   And, in that time, approximately how many arrests have

18  you made?

19  A.   Over 500.

20  Q.   I'd like to turn your attention back to May the 17th of

21  2006, approximately 4:30 p.m.  Did you have occasion on that

22  day and at that time to respond to the 500 Block of Martin

23  Luther King Boulevard?

24  A.   Yes.

25  Q.   And could you tell the Court why you responded to that

 1    location at that time.

 2    A.   I responded to that location while I was actually on

 3    another call to assist an officer on a car stop.

 4    Q.   And what drew your attention to the call on 500 Block of

 5    MLK?

 6    A.   Well, as I was around the corner, I was on a call of

 7    another larceny report.  The unit in question advised that he

 8    had a car with tags on the car that did not belong to the

 9    vehicle, and, working in that area six years prior to that

10    incident, that raised my suspicion of the vehicle.  He said

11    that four occupants in it, which started to raise my

12    eyebrow -- four occupants in a vehicle in that area, bad tags,

13    and, based on working in that area for them six years prior to

14    that incident, that usually means some criminal activity

15    possibly involved.  So, when I was on that call and he asked

16    for another unit, I decided to leave the current call I was on

17    to go back him up on that.

18    Q.   And what did you do at that point?

19    A.   At that time, I jumped up from the table where I was

20    sitting, threw my identification cards down that I was taking

21    information from the current call I was on, ran out the lady's

22    door, told her I would be back, jumped in my patrol vehicle

23    with my partner, and proceeded to 500 MLK to back him up.

24    Q.   And, again, just looking for an approximation.  How long

25    did it take to get from the location you were at to the 500

1    Block of Martin Luther King?

2    A.   Less than a minute.

3    Q.   Once you got there, what did you see?

4    A.   When I got there, I was actually on the other side of

5    MLK, going the opposite direction of the car stop, and, given

6    the nature of the call -- given the nature of the request of

7    the officer and the information given from dispatch saying

8    that the tags did not belong on the vehicle, and it was four

9    occupants in it, and the area it was in, I decided to stop my

10   vehicle right where I was at, exit the vehicle, jog across the

11   median to participate in the vehicle stop instead of going up

12   to the next light and turning around, because I wanted to

13   hurry up and get there immediately.

14   Q.   What was your -- I'm sorry.  I didn't mean to interrupt

15   you.  What did you do when you got there?

16   A.   Once I got there, I proceeded to the passenger side of

17   the vehicle to get a better look at the individuals in the car

18   and so I could know what I was dealing with, so I proceeded to

19   walk to the front of the vehicle to take a look at the inside

20   of the car to look at the two passengers that was on my side,

21   one being the Defendant who was seated right there in the

22   middle of counsel, and, as I looked through the front

23   window --

24         **MR. HAZEL:**  Just one second.  May the record reflect

25   an in-court identification of the Defendant?

1    **THE COURT:**  The record will reflect that

2    identification.

3    **BY MR. HAZEL:**

4    Q.   Please continue.

5    A.   When I continued walking up, I noticed that the two back

6    passengers in the car was complaining and, you know, talking

7    saying, "Why we being stopped," and the driver of the vehicle

8    was almost doing the same thing talking to Officer Allen, who

9    initiated the car stop, and I noticed that the Defendant was

10   looking straight ahead, not making any movements, not making

11   any eye contact.  I got to the front of him.  I looked in his

12   face.  He never looked at me.  He never moved.  He just looked

13   straight ahead, very -- looked very just nervous, and not

14   knowing for that particular stop, it really drew my attention

15   to him.  So I continued to watch him, and, at that time,

16   Officer Allen, because the driver didn't have a proper license

17   on him and the whole situation, we decided to get the

18   gentlemen out the car to continue the investigation.

19   Q.   And so what happened next?

20   A.   At that point, as Officer Allen requested the driver to

21   get out, I requested the Defendant to get out, and, as he was

22   getting out, I advised him -- I said, "Sir, I've got to pat

23   you down for weapons for safety," given the totality of the

24   whole situation and my dealings with bad tags and individuals

25   in that area --

1    Q.   Now, just to be clear in terms of how you just worded

2    that, did you actually say all that to him, or you're telling

3    us now that's why you did that?

4    A.   I'm telling you now that's why I did that, but my exact

5    words to him were, "Sir, I need to pat you down for weapons

6    before I sit you down," to bring him to the back of the car

7    for our safety.

8    Q.   And what did you do at that point?

9    A.   He -- at that point, he stepped out of the car and put

10   his hands on the top of his head, and I proceeded to go to the

11   waistband first to pat down for weapons.  As soon as I put my

12   hand on his waistband, my hand was on the palm of the gun, and

13   it was sitting in his waistband, so I yelled, "Gun," so I

14   wanted everybody on the scene to know there was a gun involved

15   on this scene and take action.

16        At that time, when I yelled, "Gun," and had my hand

17   in his waistband -- I still had the gun -- he attempted to

18   elbow me to get me off of him.  At that time, I'm still on his

19   waist on the gun, and then we went to the ground, and, with

20   the help of the other officers that was behind me, I was able

21   to get his hands free, and I was able to comfortably get the

22   handgun out of his waist.

23   Q.   Do you know who the other officer was that helped you?

24   A.   Yeah.  It was officer -- I don't know if I'm saying his

25   name right, but Livesay -- who was on the side of the car with

1    me when I came up.  Him, Livesay, and his partner was helping

2    me with the guy trying to get the gun out.  I can't recall

3    which one actually pulled it out with me, but it was one of

4    them.

5    Q.   Either Officer Livesay or another officer?

6    A.   Yes.

7            **MR. HAZEL:**  Nothing further for this witness, Your

8    Honor.

9            **THE COURT:**  Cross?

10           **MR. PROCTOR:**  Certainly.  Judge, I haven't

11   questioned a witness in your courtroom before.  Would Your

12   Honor prefer if I stand, sit, or you don't care?

13           **THE COURT:**  Wherever you're most comfortable.

14           **MR. PROCTOR:**  Good.

15                        **CROSS-EXAMINATION**

16   **BY MR. PROCTOR:**

17   Q.   Good afternoon, Officer.

18   A.   Good afternoon.

19   Q.   Just a few questions, if I may.  You stated, I believe,

20   that the two passengers in the rear were complaining; is that

21   correct?

22   A.   Yes.

23   Q.   And the passenger in the front was -- or the driver, I

24   should say, is also complaining?

25   A.   Yeah.  He was in discussion with the officer, yes.

1    Q.   Mr. Braxton's just sitting there, just staring straight

2    ahead?

3    A.   Yes.

4    Q.   You also stated you've participated in approximately 500

5    arrests, isn't that right, or at least?  I believe you said

6    500 arrests?

7    A.   Yes.

8    Q.   Isn't it true that all sorts of people react all sorts of

9    different ways to being pulled over by the police?

10   A.   I don't know about that.

11   Q.   You pulled 500 over, right?  They don't all say --

12   A.   I didn't say I pulled 500 over.  I said I participated in

13   500 arrests.  I didn't say each car stops.

14   Q.   And some people get belligerent, right?

15            MR. HAZEL:  Objection.

16            THE COURT:  Overruled.

17   BY MR. PROCTOR:

18   Q.   Right?  Some people get belligerent, right?

19   A.   Yes.

20   Q.   Some people stare at their shoes, right?

21   A.   I never had nobody stare at the shoes, though.

22   Q.   Some people daydream, right?

23   A.   I never had anybody daydream on me.  I don't know.  You

24   could say that.  I can't speak for everybody.

25   Q.   Correct.  But you can say, in the broad spectrum of your

1    experience arresting people, everybody reacts differently to

2    being pulled over and asked to get out of a car and having --

3    being in the presence of police officers, right?

4    A.   Yes.

5    Q.   I got pulled over for speeding.  I break out in a sweat.

6    That's not atypical, is it?

7    A.   I guess you do that.  You could do that.

8    Q.   So I believe you then said Officer Allen told the

9    driver -- you and Officer Allen decided together to get the

10   occupants out; is that right?

11   A.   Officer Allen said, "Let's get these guys out of the

12   car."

13   Q.   And where is he standing when he says that?

14   A.   He's on the driver's side.

15   Q.   Where are you standing?

16   A.   I'm on the passenger side.

17   Q.   So what type of car was it?  Not the make and model.

18   Just a sedan, coup?

19   A.   Two-door.

20   Q.   So can you see each other from the chest up --

21   A.   Yes.

22   Q.   -- I guess is what I'm asking?

23   A.   Yes.  I could see Officer Allen's.

24   Q.   And I'm sorry.  Let me backtrack a little.  When you got

25   to the scene, where are the other officers standing when you

1    arrive?

2    A.   If I could recall, Officer Allen was already at the

3    driver's door.

4    Q.   Okay.

5    A.   And the other two, Officer Livesay was on the passenger

6    side already, and I can't really recall exactly where the

7    position was his partner.

8    Q.   Were any doors open?

9    A.   No.

10   Q.   Anyone out of the vehicle at the time?

11   A.   No.

12   Q.   Were the windows down?

13   A.   I can't recall.

14   Q.   But correct me if I'm wrong.  The car had a window

15   tint --

16   A.   Yes.

17   Q.   -- is that right?

18          Were you able to see everybody okay?

19   A.   Yes.

20   Q.   And officer -- I believe it's Livesay, right?  He's where

21   in relation to the passenger side?  Front, back, by the trunk?

22   Where is he?

23   A.   He's right by the door.

24   Q.   So do you, for want of a better term, elbow him out of

25   the way in order to observe Mr. Braxton?

1   A.   No.  I just walked around him, took a look and looked

2   through the car.

3   Q.   After the arrest was made, did you fill in the police

4   report?

5   A.   No.

6   Q.   Did you review it?

7   A.   No.

8   Q.   Have you seen it to this day as you sit here and wait in

9   court?

10   A.   Yeah.  I've seen it.

11        **MR. PROCTOR:**  If I may have just one second, Judge.

12        **THE COURT:**  Yes.

13   **BY MR. PROCTOR:**

14   Q.   If the police report reflected that, as Mr. Braxton was

15   getting out of the vehicle, he grabbed his waist area and

16   attempted to push you back and run, would that be correct?

17   A.   No.

18   Q.   So the Statement of Probable Cause as reflected in the

19   police report would be incorrect if it said that, right?

20   A.   Yes.

21   Q.   Because, when Mr. Braxton got out of the vehicle, he

22   complied and put his hands up, right?

23   A.   Yes.

24   Q.   And allowed you to pat him down?

25   A.   Yes.

Cross-Examination of Kenneth Louis Williams (Motions Hearing)

1   Q.   So any insinuation in the police report that it was

2   otherwise would be incorrect, right?

3   A.   Yes.

4            **MR. PROCTOR:**   Could I just have one more minute,

5   Judge?

6            **THE COURT:**   Yes.

7   **BY MR. PROCTOR:**

8   Q.   Very briefly, help me understand this.  You're sitting in

9   a house a half mile, mile away, a quarter mile away?

10  A.   Around the corner.  I can't give you the exact --

11  Q.   Couple blocks, ballpark?  I'm not going to hold you --

12  I'm not asking for a metric measurement.  A few blocks?

13  A.   Maybe.  Maybe one.

14  Q.   And you hear this call on the radio?

15  A.   Yes.

16  Q.   Have you seen the radio transcript?

17  A.   Have I seen it?

18  Q.   Yeah.

19  A.   No.

20  Q.   There was a lot of chatter back and forth.  Do you know

21  whether it was the first time anyone said, "Car comes back to

22  another vehicle," second time, or the third time?  Do you know

23  what I mean?  Am I making sense?

24  A.   Yes.

25  Q.   That's a first.  So is it as soon as you hear, "Car

Cross-Examination of Kenneth Louis Williams (Motions Hearing)

1    occupied four times with the fake tag"?  Is that when you

2    decide to spring into action?

3    A.   No.  Well, I heard it, and, if I recall correctly, he

4    asked for another unit because he was going to attempt to stop

5    it, and I told you I was on a call for service, and, when I

6    heard the bad tags, it caught my attention dealing with bad

7    tags in that area six years, and it's a very high-crime area.

8    Usually people with bad tags, they usually there to commit

9    crimes and evade police -- to evade the police when they

10   escape.  That's why they put bad tags on the vehicle, so, when

11   the witness sees the tag, it comes back to a totally different

12   vehicle that they were driving.

13        That's what drew my attention, and, when I heard it

14   and he asked for backup, I didn't really hear nothing.  I know

15   that something was wrong.  Something wasn't right with that

16   stop.  When he asked for it again, I said, "I'm going.  I'm

17   breaking off my call.  I'm going."

18   Q.   So, the second time he said it, when no one else

19   answered, then you decided you were going, right?

20   A.   Well, it was after the first time.

21   Q.   After the first time.  Might have been the third, but at

22   least the second?

23   A.   Yes.

24   Q.   And you're in this lady's living room, or is it a

25   business, or you don't recall?

1    A.   It was her home.  It was residential.  I'm in her

2    kitchen.

3    Q.   You're in her kitchen, which was at the back of the house

4    presumably, like most houses, right?

5    A.   It's in the middle.

6    Q.   Okay.  It's in the middle.  So you give her her ID back,

7    right?

8    A.   I just threw it.

9    Q.   You threw it.  Your partner is in the house with you, or

10   he's still in the vehicle?

11   A.   He's in the house with me.

12   Q.   So he presumably discards whatever he's got, right?

13   A.   Uh-huh.

14   Q.   You shout, "I'll be back," or something like that?

15   A.   Yes.

16   Q.   You run through the house.  Is it down the steps?

17   A.   No.  We're on the main level.  It's about two to three

18   steps down from her house to the street with the car parked

19   right in front of her house.

20   Q.   Okay.  You do the *Starsky and Hutch* thing and jump in the

21   car, right?

22   A.   I just ran and got in the car.  I didn't jump across no

23   hoods or anything like that.

24   Q.   Who is driving?

25   A.   I'm driving.

1    Q.   You get in your vehicle.  Your partner has to presumably

2    run around the other side of the vehicle.  One of you has to

3    run around the other side of the vehicle, right?

4    A.   Yes.

5    Q.   Get in, slam doors, and take off?

6    A.   Yes.

7    Q.   Sirens activated at that point?

8    A.   Yes.  Lights and sirens activated.

9    Q.   And you drive a couple blocks, and, at that point, you're

10   at Martin Luther King the other way, right?

11   A.   Yes.

12   Q.   Then you stop the vehicle.  You're on the driver's side,

13   so you're closest --

14   A.   Yes.

15   Q.   -- to the vehicle Mr. Braxton was in, right?

16   A.   Yes.

17   Q.   Open the door, get out, median is not very large.

18   They're roughly 30 feet?

19   A.   It's not very large.

20   Q.   And get to the vehicle, so that sounds a few minutes; is

21   that fair?

22   A.   Less than a minute, I was there.

23   Q.   Okay.  Okay.

24           **MR. PROCTOR:**  That's all I have, Judge.

25           **THE COURT:**  Thank you.  Any redirect?

1          **MR. HAZEL:**  No, Your Honor.

2          **THE COURT:**  Thank you.  You may step down, sir.

3          **THE WITNESS:**  Thank you, sir.

4          (Witness excused.)

5          **THE COURT:**  Anything else?

6          **MR. HAZEL:**  That's all we have, Your Honor.

7          **THE COURT:**  Thank you.  Do you want to call any

8    witnesses?

9          **MR. PROCTOR:**  Officer Livesay, please.

10         **THE COURT:**  Okay.

11         **THE CLERK:**  Please come forward, sir.

12                         **RICKY LIVESAY**

13         **WAS THEN DULY SWORN TO TELL THE TRUTH**

14         **THE CLERK:**  Please be seated.  Please state your

15   name for the record, and spell your last name.

16         **THE WITNESS:**  Ricky Livesay, L-I-V-E-S-A-Y.

17         **MR. HAZEL:**  It's not our witness, Your Honor.

18                      **DIRECT EXAMINATION**

19   **BY MR. BROWN:**

20   Q.   Good morning, Officer Livesay.  When you called in to

21   dispatch, what's your ID number that you give in?  How do you

22   identify yourself?

23   A.   Now, or then?

24   Q.   Back then, at the time of this offense, about three years

25   ago.

1           **THE COURT:**  Then being May 17, 2006.

2           **THE WITNESS:**  I'm actually unsure what my new number

3  there was.

4  **BY MR. BROWN:**

5  Q.   Okay.  Does it sound familiar that you were Unit 66-21?

6  A.   It sounds like one of the unit numbers there, yes.

7  Q.   Okay.  Okay.

8  A.   I changed squad a lot over the past few years, so I'm not

9  sure exactly.

10  Q.   Well, on May 17th, three years ago, what unit were you

11  working out of?

12  A.   I was in Organized Crime Division, Narcotics Section.

13  Q.   And do you remember where you were when you heard the

14  call in question?

15  A.   I don't know the exact location, but we were somewheres

16  off Pennsylvania Avenue.

17  Q.   Do you recall which side of Martin Luther King you were

18  on?

19  A.   I guess that would be considered the west side, I'm

20  assuming.  Martin Luther King Boulevard, that runs north-

21  south.  Pennsylvania Avenue, I believe we were the west side

22  of that.

23  Q.   You were west of Martin Luther King Boulevard?

24  A.   Yes.

25  Q.   And what do you recall hearing on the radio?

1    A.   I remember Officer Allen called out a vehicle, ran the

2    tags, tags came back to a different type of vehicle, so me and

3    my partner decided to respond as backup.

4    Q.   Well, later on in the conversation with Officer Allen and

5    dispatch, he called for backup; is that right?

6              **MR. HAZEL:**   Objection.  Leading.

7              **THE COURT:**   Overruled.

8              **THE WITNESS:**   Whether he called for backup?  You're

9    saying later in the whole scenario?

10   **BY MR. BROWN:**

11   Q.   He did call for backup, right?

12   A.   I mean, exactly when, I don't know.  I remember me and my

13   partner decided to come when we heard the tags didn't belong

14   to the vehicle.

15   Q.   Okay.  And how did you know where to go to at that point?

16   A.   Officer Allen was calling out his location.

17   Q.   And what location did he call out?

18   A.   Martin Luther King Boulevard.  I think he said he was

19   coming up to Franklin.

20   Q.   So he called out his location as Martin Luther King and

21   Franklin, correct?

22   A.   I believe approaching Franklin, yes.

23             **THE REPORTER:**   I'm sorry?

24             **THE WITNESS:**   I believe approaching Martin Luther

25   King Boulevard and Franklin.

1    **BY MR. BROWN:**

2    Q.   Now, you said you were west of Martin Luther King

3    Boulevard at this time, correct?

4    A.   Yes.

5    Q.   So how many blocks approximately west of Martin Luther

6    King were you?

7    A.   I can't tell you exactly.  I'm not sure.  I remember that

8    time period, we were working like the Pennsylvania Avenue

9    corridor, so we were either, you know, on Pennsylvania Avenue,

10   a block east or like south, west.  I fail to know exactly

11   where we are at the time.

12   Q.   And at what point did you pick up Officer Allen's car?

13   A.   When we were on Martin Luther King Boulevard.

14   Q.   So it had already turned right onto Martin Luther King,

15   and that's when you spotted it?

16   A.   Yes.  We were on Martin Luther King Boulevard when we

17   seen the vehicle.

18   Q.   And where was Officer Allen's vehicle in relation to the

19   suspect vehicle?

20   A.   He was behind it.

21   Q.   And how do you recall the car being pulled over?

22   A.   We pulled in front of the vehicle with an unmarked car.

23   Q.   Were there any lights on at that point?

24   A.   Officer Allen also initiated his overhead lights.  He had

25   a marked patrol vehicle.

1    Q.    And did you see when Officer Allen's lights went on?

2    A.    I'm assuming I seen the lights.  I mean, what exactly are

3    you asking?

4    Q.    Did you arrive at the scene before or after

5    Officer Allen's lights went on?

6    A.    Before.  He didn't light them up until we were pulling in

7    front of him.

8    Q.    Because you wanted to get in front of him before the stop

9    was made, correct?

10   A.    Correct.

11   Q.    And at what intersection was that stop made?

12   A.    We were prior to Franklin Boulevard, I believe.

13   Q.    Was it on the right side or the left side of Martin

14   Luther King?

15   A.    Left lane.

16   Q.    Facing south?

17   A.    Left lane.

18   Q.    Did you notice anything unusual about the suspect car?

19   A.    About the vehicle?

20   Q.    Correct.

21   A.    No.  Anything unusual?  No.

22   Q.    Did you notice anything strange about the windows?

23   A.    No.  I can't think of nothing strange, no.

24   Q.    Did you notice any tint on the windows?

25   A.    I don't recall if they were tinted or not.

1   Q.   Now, did Officer Allen approach the driver before you got

2   out of your car?

3   A.   No.  As soon as he activated, we pulled in front of him,

4   I exited immediately.

5   Q.   You got out of your car before Officer Allen did?

6   A.   Before, same time, I don't know.  It was pretty fast.

7   Q.   And which side of the car did you go to?

8   A.   I went to the passenger side.

9   Q.   Now, when you went over there, what other officers, if

10  any, were on the scene?

11  A.   Initially, it would have just been myself,

12  Detective O'Donnell, and Officer Allen.

13  Q.   And at what point did Officer Williams arrive?

14  A.   Briefly after.  I mean --

15  Q.   So --

16  A.   Exact time frames, I can't recall exact time frames.

17  It's been a while.

18  Q.   So which side of the car was Officer O'Donnell on?

19  A.   I don't know exactly.  He probably went to the driver's

20  side, but I can't tell you for sure.

21  Q.   So it was your responsibility to handle the passenger

22  side of the car?

23  A.   Yes.  Why I went there.

24  Q.   So, when you went over, the door was closed, right?

25  A.   Yes.

```
1    Q.   And the window was rolled up?

2    A.   That, I don't recall.  I don't know if the window was up,

3    down, what.

4    Q.   Well, at what point did you ask Mr. Braxton to get out of

5    the car?

6    A.   Actually, I believe Officer Williams asked him to get out

7    of the car.

8    Q.   So what were you doing while Officer Williams asked him

9    to get out of the car?

10   A.   There was two other passengers in the back, so I was

11   trying to keep an eye on him and like kind of look at him also

12   as backup, because I wasn't focusing my attention on any

13   person in particular.

14   Q.   So were you trying to get one of the passengers from the

15   back out of the car?

16   A.   Not yet.  We only take one person out at a time from

17   where we were at.

18   Q.   Was it your decision to take Mr. Braxton out of the car?

19   A.   No.  I said it was Officer Williams or Officer Allen

20   would have told him, "Step out."

21   Q.   And you didn't tell Officer Williams to frisk him, did

22   you?

23              MR. HAZEL:  Objection.

24              THE COURT:  Overruled.

25              THE WITNESS:  No.  I would not have told him what to
```

1    do.

2    **BY MR. BROWN:**

3    Q.   So it was his decision to do that?

4    A.   Yes.

5    Q.   Now, as you're in the back, you're dealing with the

6    person on the back right of the car, passenger side, right?

7    A.   I was watching them, yes.

8    Q.   And that was Mr. Thomas, I believe?

9    A.   I don't remember their names offhand.

10   Q.   Now, did you see Officer Williams pull Mr. Braxton out of

11   the car?

12   A.   Yeah.  I would have -- I would have seen him as he pulled

13   him out, yes.

14   Q.   You saw it?  You saw it happen?

15   A.   Yes.  I was -- I mean, I'm at the back side of the

16   vehicle, and Officer Williams would have been right there at

17   the front.

18   Q.   So he pulled him out.  He asked him to put his hands

19   against the car, right?

20            **MR. HAZEL:**  Objection.  Leading.

21            **THE COURT:**  He appears to be wearing a police

22   uniform.  That appears to make him an adverse witness.

23   Therefore, he can lead an adverse witness.

24            **MR. HAZEL:**  Thank you, Your Honor.

25            **THE COURT:**  Overruled, by the way.

1         **MR. BROWN:**  Thank you, Your Honor.

2         **THE COURT:**  Okay.

3    **BY MR. BROWN:**

4    Q.   So you saw Mr. Braxton put his hands on the car, correct?

5    A.   I don't remember exactly how it -- he was checking him.

6    Q.   But you did see him check Mr. Braxton?

7    A.   I mean, I remember him pulling him out of the vehicle,

8    but exactly what he was doing, I can't tell you exactly.

9    Q.   Well, did you --

10   A.   I actually can't tell you if he turned around, didn't

11   turn around.  I can't tell you at all.

12   Q.   You didn't frisk Mr. Braxton, correct?

13   A.   No, not at all.

14   Q.   That was Officer Williams who did that?

15   A.   Yes.

16   Q.   So are you telling me you don't know the exact

17   circumstances of how he was frisked?

18   A.   Correct.

19   Q.   But you are aware that Mr. Braxton complied and put his

20   hands up on the car to be frisked, correct?

21   A.   That, like I say, I can't tell you exactly I remember.

22   Q.   Okay.

23   A.   I can tell you what -- what parts I remember.  I can tell

24   you if you like, but exactly the questions you're asking, I

25   don't remember if he ever turned around, his hands, what it

1    was.

2    Q.   But, prior to Mr. Braxton being pulled out of the car,

3    you had not observed him doing anything suspicious or

4    dangerous, correct?

5    A.   No.  He was just sitting there quietly.

6    Q.   He was sitting there quietly.  Okay.

7            Now, after Officer Williams frisked him, you heard

8    Officer Williams yell out, "Gun," correct?

9    A.   Yes, he did call out, "Gun."

10   Q.   And that's because he had recovered a gun from him?

11   A.   No.  Later, I found out -- he said he felt it.

12   Q.   He felt the gun?

13   A.   Yes.

14   Q.   So, as you're tending to the people in the back of the

15   car, Officer Williams is up front, and he's frisking, and he

16   feels the gun, right?

17   A.   Like I say, I can't tell you exactly what he was doing,

18   if he took him out and frisked him right away or what

19   happened.  I'd say, if you'd like me to tell you what I can

20   tell you, I will, but I can't --

21   Q.   Okay.  Just --

22   A.   I'm pushing -- I'm actually not sure.

23   Q.   I'm sorry.  I have to ask you questions.

24   A.   All right.

25   Q.   Were you involved in the gun being removed from

1    Mr. Braxton?

2    A.   The actual removal?  I'm not sure exactly who removed the

3    gun.  I was involved in taking Mr. Braxton to the ground,

4    stopping him, taking him to the ground.

5    Q.   I'm sorry.  And how did you help take him to the ground?

6    A.   Yes.  I'm not sure which one happened first, if he

7    yelled, "Gun," and Mr. Braxton took off, or Mr. Braxton took

8    off, and he yelled, "Gun."  It was all kind of like one time

9    period.  It was all pretty fast at which time that vehicle --

10   Q.   I'm sorry to interrupt, but what do you mean by "took

11   off"?

12   A.   Mr. Braxton like pushed through and tried to take off

13   running.

14   Q.   How far did he get?

15   A.   Not very far.  Just like here to the front of their table

16   a ways, about that far.

17   Q.   So is that, for the record, about five yards?

18   A.   Yeah.  I'm assuming.  I'm not good with distances, but

19   that would clarify it.

20   Q.   Did you run after him?  Did you chase him?

21   A.   Yes.  Actually, as soon as he took off running, my

22   focus -- like I say, my focus was back and forth between the

23   back passengers and trying to keep an eye on him in the front

24   of the vehicle.  When he took off running, I was right here,

25   so I grabbed -- you know, the forward progress of when he was

1   trying to go forward.

2   Q.   But you say he busted loose momentarily?

3   A.   Yeah.  I mean, wouldn't exactly say it was loose, but he

4   was going forward.

5   Q.   Okay.  Who is the first officer who caught up to him?

6   A.   Like I said, he never got like away.  We didn't have to

7   like chase him down.  It was a push forward going, and we're

8   grabbing as he's going.

9   Q.   Okay.  And where did you grab him?

10  A.   Where on his body?

11  Q.   Yes.

12  A.   I'm not sure exactly.  I would assume I would have

13  grabbed on the arms.  That's normally what I would do.

14  Q.   Okay.

15  A.   Since he was calling out a gun, so I can't tell you

16  exactly --

17  Q.   Is it correct there were three people converging on the

18  same spot?

19  A.   Yes.  Myself, Officer Williams, and Braxton -- Braxton

20  are you talking about?  Those three?

21  Q.   That's what I'm talking about, yes.

22  A.   Yes.

23  Q.   And it was Officer Williams who was able to recover the

24  gun; is that right?

25  A.   I'm not sure.  I don't remember.  I know I didn't take

1    the --

2    Q.   You didn't recover the gun?

3    A.   Right.

4    Q.   So it had to have been another officer who recovered it?

5    A.   Yes.

6    Q.   But you didn't see the gun actually come off of

7    Mr. Braxton, did you?

8    A.   Yes, I would have.

9    Q.   If you saw the gun come off him, don't you know who took

10   it off him?

11   A.   I can't recall.  Like the time period, I probably would

12   have seen, but this is two and a half years later.  I don't

13   remember exactly who was pulling it off his body.

14        **MR. BROWN:**  One moment.  The Court's indulgence.

15   **BY MR. BROWN:**

16   Q.   Sorry to keep harping on this point, but when was the

17   first time you actually saw the gun?

18   A.   I don't remember seeing it until I guess we took it off

19   of him.

20   Q.   Okay.

21   A.   Not that I remember.  I mean, everything happened within

22   a very short time span.

23   Q.   When you first saw the gun, was it sitting on the ground?

24   A.   No.

25   Q.   Was it in somebody's hand?  Was somebody holding it?

1   A.   I would have been there when they took the gun off.  I

2   can't remember who I seen pulling it out.

3   Q.   Okay.  But it wasn't Officer Williams?

4   A.   I don't remember who.  It might have been

5   Officer Williams, but it might not have.  I'm not sure.

6              **MR. BROWN:**  No further questions.

7              **THE COURT:**  Okay.  Cross?

8              **THE DEFENDANT:**  I have a question.

9                        **DIRECT EXAMINATION**

10   **BY THE DEFENDANT:**

11   Q.   Do you recall that day being in a unmarked vehicle?

12   A.   Yes.

13   Q.   Exactly where did you pull up that day?  When you came to

14   a complete stop, exactly where did you pull up?

15   A.   What do you mean?  In relation to your vehicle, or

16   where --

17   Q.   Where does your vehicle pull to a complete stop?

18              **MR. HAZEL:**  Objection.

19              **THE COURT:**  Sustained.  Anything else?

20              **THE DEFENDANT:**  Yes.

21   **BY THE DEFENDANT:**

22   Q.   Do you recall pulling directly in front of the vehicle in

23   which I was occupying on that day?

24              **MR. HAZEL:**  Objection.

25              **THE COURT:**  Sustained.  Anything else?

1    **BY THE DEFENDANT:**

2    Q.   Do you remember having any other encounters with myself

3    later on in 2006?

4              **MR. HAZEL:**  Objection.

5              **THE COURT:**  Sustained.  Thank you.  You may step

6    down.

7              **THE WITNESS:**  Thank you, Your Honor.

8              (Witness excused.)

9              **THE COURT:**  Any other Defense witnesses?

10             **MR. PROCTOR:**  May I just inquire of the Government,

11   one second?

12             **THE COURT:**  Yes.

13             (Counsel conferring.)

14             **MR. PROCTOR:**  May I step out to get our next

15   witness, Your Honor?

16             **THE COURT:**  Yes.

17             **THE CLERK:**  Ma'am, please come forward.

18                        **TIFFANI PARROTT**

19        **WAS THEN DULY SWORN TO TELL THE TRUTH**

20             **MR. PROCTOR:**  Judge, if I may, a slight housekeeping

21   matter.  I believe I have a *Batson* basis, but there are a

22   couple of jurors sitting right outside the courtroom, and I'm

23   afraid they may hear something.

24             **THE COURT:**  Madam Clerk, would you put them into the

25   jury room, please.

1           **MR. PROCTOR:**  Thank you.

2           **THE CLERK:**  Ma'am, please state your name for the

3  record and spell your last name.

4           **THE WITNESS:**  Tiffani Parrott, P-A-R-R-O-T-T.

5                    **DIRECT EXAMINATION**

6  **BY MR. PROCTOR:**

7  Q.  Good afternoon, Ms. Parrott.  How are you?

8  A.  Fine.

9  Q.  Are you employed?

10  A.  Yes.

11  Q.  What is it you do for a living?

12  A.  Dispatcher for Baltimore City Police.

13  Q.  And how long have you done that job?

14  A.  Six years.

15  Q.  And are you a civilian working for them, or --

16  A.  Yes.

17  Q.  Were you working on May the 17th, 2006?

18  A.  Yes.

19  Q.  And do you know what a CAD report is?

20  A.  Yes.

21  Q.  What is a CAD report?

22  A.  It's a copy of a certain call that's dispatched or that

23  we generate in the computer system.

24  Q.  Explain to me how it works.  If I'm an officer and I call

25  and say, "See two men running across the street, look

Direct Examination of Tiffani Parrott (Motions Hearing)          T-I-82

```
 1        suspicious," you're on the other end as the dispatcher, right?
 2        A.   Uh-huh.
 3                  THE COURT:  Please answer "yes" or "no."
 4        BY MR. PROCTOR:
 5        Q.   Yes?
 6        A.   Yes.  I'm sorry.
 7        Q.   That's a yes?
 8        A.   Yes.
 9        Q.   What, if anything, do you do after you hear, "See two
10        suspicious men running across the street"?
11        A.   Find out what the location is.
12        Q.   Do you enter anything in the computer at that point?
13        A.   Yes.  Once I get the location, I'll put them out at he
14        location, and I'll ask them if they need backup, or I'll try
15        to get a backup on my own.
16        Q.   Is the idea or the idea and the practice that you are
17        typing simultaneously with talking --
18        A.   Yes.
19        Q.   -- to the officers?
20        A.   Yes.
21        Q.   And it happens within instants; is that correct?
22        A.   Yes.
23        Q.   So the officer says, "I'm at 101 West Lombard Street."
24        A.   Yes.
25        Q.   What do you do next?
```

1    A.    I put them out -- whether there is a car stop, I put them

2    out, which is called a 25, a 10-25.  We put them out on a 25

3    unit number and location, or if it's a field interview where

4    they stop someone on the street, it would be FI, unit number,

5    and location.

6    Q.    Let's say it's a car stop at 101 West Lombard.  So the

7    officer comes back and says, "Car, 101 West Lombard."  How

8    long after he says that do you enter things in the computer?

9    A.    At that same time.

10   Q.    Well, let me back up a little.  If I'm Officer Joe Smith,

11   how am I supposed to identify myself on the radio so you know

12   it's Joe Smith as opposed to Joe Blow?

13   A.    Okay.  Well --

14          **MR. HAZEL:**  Objection, Your Honor.  We're running a

15   little far afield of this actual case.

16          **THE COURT:**  Overruled.

17          **THE WITNESS:**  The units are identified by district

18   numbers, starting from one, which is the central, two as the

19   southeast, three as the east and so on.  Then they're

20   identified by Adam, A, B, or C, which is the shifts.  A is the

21   midnight shift from 11:00 to 7:00 or 12:00 to 8:00.  Baker

22   shift is the B shift, which is 7:00 to 3:00 or 8:00 to 4:00,

23   and Charlie shift is 4:00 to 12:00 or 3:00 to 11:00.

24   **BY MR. PROCTOR:**

25   Q.    What about like citywide, such as the Narcotics Division?

1    How are they identified?

2    A.   They have numbers.  They vary.  It's a large range of

3    numbers from different CID units and all kind of units.

4    Q.   So, if I'm CID, and I'm calling in, do I give four

5    numbers?

6    A.   Yes.

7    Q.   Yes?

8    A.   Uh-huh.

9    Q.   So I have a number between --

10   A.   They don't have a letter in them.  They're street

11   numbers --

12   Q.   Like numbers?

13   A.   -- like 48-12 or 39-43 or something like that.

14   Q.   And me, CID, meaning I identify myself by those four

15   letters, or at least I should?

16   A.   By those four numbers.

17   Q.   This is the CAD sheet that pertains to this client.  Have

18   you seen this before?

19           THE COURT:  Do you have a copy for the Court?

20           MR. PROCTOR:  Yeah.  Certainly, Judge.  If I may

21   have it marked.

22           THE COURT:  This Defense 2, Madam Clerk?

23           MR. PROCTOR:  As Defense 2.

24           THE CLERK:  Yes, it is.

25           MR. PROCTOR:  Let me just retrieve my additional

1    copy, if I may.

2                **THE COURT:**  Yes.

3                **MR. PROCTOR:**  May I approach the witness?

4                **THE COURT:**  Yes.  You need not ask permission.

5                **MR. PROCTOR:**  I'm showing you an exact copy -- I'll

6    show it to the Government -- what's marked as Defense

7    Exhibit 2.  If you just want to keep that copy up there, Your

8    Honor, if you want to follow along.

9                **THE COURT:**  Okay.

10   **BY MR. PROCTOR:**

11   Q.   And I ask you if you recognize this?

12   A.   Yes.

13   Q.   What is it?

14   A.   This is a copy of what is entered into the computer.

15   This is basically this whole scene -- this whole skit would be

16   on our computer screen.  It shows exactly what time everything

17   is entered in and what was entered in and by whom.

18               **MR. PROCTOR:**  Judge, do you mind if I stay up here?

19   It would be easier to look at the same document.

20               **THE COURT:**  No objection.

21   **BY MR. PROCTOR:**

22   Q.   If I may show -- look at it, the first thing that

23   underneath the caption --

24               **THE COURT:**  If you want to look over her shoulder,

25   you may do that as well.

1       **MR. HAZEL:**   Sure.

2    **BY MR. PROCTOR:**

3    Q.   First thing that is underneath the caption is 16:35 and 8

4    seconds.  Is that the time?

5    A.   Yes.  That's the time when the unit advised that he was

6    on the stop, and the location.  This is where time is

7    initiated at 16:35 on the 17th at Martin Luther King and

8    Franklin Street.

9    Q.   So is this the time you entered into the computer --

10   A.   Yes.

11   Q.   -- or the time that the unit calls in?

12   A.   The time that we enter it into the computer.

13   Q.   Okay.  So 1C33, that's an officer, right?

14   A.   Yes.

15   Q.   And, in fact, you can tell from the second line it's

16   Officer Richard Allen; is that correct?

17   A.   Yes.

18   Q.   And, the fourth line down, what, if anything, does that

19   mean to you?

20   A.   That means that 1 Charlie 22 was a backup unit to 1

21   Charlie 33.  That meant, when he called up on the stop, 1

22   Charlie 22 said, "I'm on his back."

23   Q.   And you can tell from the line below that 1 Charlie 22 is

24   Kenneth Williams, correct?

25   A.   Yes.

1    Q.   And that the last line on the first page, what

2    significance does that have?

3    A.   That means that they changed their location from Martin

4    Luther King and Franklin -- I'm sorry.  They changed their

5    location to Martin Luther King and Franklin.  It was a new

6    location to Pennsylvania and Martin Luther King.

7    Q.   And, if I'm reading this correctly, the first time he

8    called in was at 4:35 and 8 seconds?

9    A.   Uh-huh.  Yes.

10   Q.   And, 27 seconds later, he's at Martin Luther King and

11   Franklin; is that right?

12   A.   Yes.

13   Q.   Well, rather than have me ask you disjointed questions,

14   why don't you explain to the Judge kind of line by line --

15   A.   Okay.

16   Q.   -- in summary, what you're seeing.

17   A.   Okay.  At 16:37 --

18           **THE COURT:**  Please ask questions that -- open-ended

19   summaries never look good in the transcript.  They get lost.

20           **MR. PROCTOR:**  Sure.

21           **THE COURT:**  Please direct the witness.

22           **MR. PROCTOR:**  Okay.

23   **BY MR. PROCTOR:**

24   Q.   The first line of the second page of what's being marked

25   as Defense Exhibit 2, 1 Charlie 33, 1 Charlie 21, what does

1    that mean?

2    A.   1 Charlie 21 answered up to back, and 1 Charlie 33 on the

3    actual call, too.

4    Q.   And the next three lines summarize radio chatter coming

5    back and forth about who is going where?

6    A.   Yeah, going down.  1 Charlie 22 and 1 Charlie 33 called

7    on the scene at the location.

8    Q.   And the next line, "Location, Pennsylvania," what does

9    that mean?

10   A.   That means that that's where the actual vehicle stopped,

11   at Pennsylvania and Martin Luther King, so it changed from

12   Pennsylvania and Franklin to Pennsylvania and Martin Luther

13   King.

14   Q.   And 1 Charlie 33, tag 8 B like boy, W like whiskey, T

15   like tango, 22, what is the significance of that line?

16   A.   That's when the unit gave me the tag number to run to

17   find out if the vehicle was stolen.

18   Q.   And that's at 4 -- I'm sorry.  16:41 and 43 seconds,

19   correct?

20   A.   Yes.

21   Q.   And what's the next thing that appears?

22   A.   1 Charlie 22 advised it was a gun in the car.

23   Q.   And, so we're clear, 1 Charlie 22 is Officer Kenneth

24   Williams?

25   A.   Yes.

1    Q.    And the time for the gun in car is?

2    A.    16:42 and 4 seconds.

3    Q.    So basically 21 seconds, if my math is correct, after the

4    tag was run, he said there is a gun in the car?

5    A.    Yes.

6    Q.    And the next line, which is at 4:44 and 15 seconds -- I'm

7    sorry.  Let me be consistent.  16:44 and 15 seconds, and what

8    does that line mean?

9    A.    That's the information on the vehicle.  The tag that I

10   ran, the 8 Boy William Tom 22, this is the information on that

11   vehicle is '89 Ford.  That's the VIN number, and that's the

12   owner of the vehicle.

13   Q.    And let me make sure I get the sequence of events as

14   correct as I can from the CAD.  The first thing that happens

15   is that Officer Allen calls in to say he's following a vehicle

16   on Pennsylvania Avenue; is that correct?

17   A.    Yes.

18   Q.    He then updates you a few times as to where he's at --

19   A.    Yes.

20   Q.    -- is that correct?

21         And am I correct in saying that he informs you that

22   he has stopped them on Martin Luther King near Franklin?

23   A.    Yes.  Once I changed the location, it says new location.

24   It means this is the first initial location he gave out, but,

25   when the vehicle actually stopped, it was at MLK and Franklin

1    Street.

2    Q.   So location means at this point the vehicle ain't rolling

3    no more; it stopped?

4    A.   Yes.

5    Q.   And then, if I'm correct, 15 seconds after the vehicle

6    stopped, he gives you the tag?

7    A.   Yes.

8    Q.   And 21 seconds after that, he tells you that there is a

9    gun in the vehicle; is that correct?

10   A.   The other unit, 1 Charlie 22.

11   Q.   1 Charlie 22, which is Officer Williams, right --

12   A.   Yes.

13   Q.   -- tells you that there is a gun in the vehicle?

14   A.   Yes.

15   Q.   And then, approximately two minutes after that, you tell

16   him who the vehicle belongs to?

17   A.   I'm not sure if I told them who it is, but I entered it

18   into the CAD system.

19   Q.   So the tag was given to you at 4:41, and three minutes

20   later -- less than three minutes later, actually -- a

21   little -- two and a half minutes later, they were told the

22   tag, the VIN number, the type of vehicle, that sort of stuff?

23   A.   That's what I was -- that's what I put in the computer.

24   I don't know if I told them, but that's what I entered in.

25   Once I run tag numbers or information on people, I enter all

1    the information that I receive into the CAD so if I have to go

2    back and recall it and give them that information.

3              **MR. PROCTOR:**  Okay.  Can I have one second, please,

4    Judge?

5              **THE COURT:**  Yes.

6              (Defendant conferring with Counsel.)

7    **BY MR. PROCTOR:**

8    Q.   Let me show you this again.  Looking at this, is there

9    any mention of an Officer Livesay?

10   A.   No.

11   Q.   Any mention of an Officer Flores?

12   A.   Here.

13   Q.   Okay.  So he's mentioned --

14   A.   1 Charlie 24.

15   Q.   -- afterwards, after the gun is recovered, correct?

16   A.   Yeah.  He was back to -- back to the unit at 16:58.

17             **MR. PROCTOR:**  That's all I have, Judge.

18             **THE COURT:**  Okay.  Cross?

19             **MR. HAZEL:**  No, Your Honor.

20             **THE COURT:**  Thank you.  You may step down, ma'am.

21             (Witness excused.)

22             **THE COURT:**  Do you have another witness, Defense?

23             **MR. PROCTOR:**  If I may just have a moment to

24   consult?

25             **THE COURT:**  Sure.

1        **MR. PROCTOR:**  Our last witness is Officer O'Donnell,

2   Your Honor.  I don't think he's here yet, but he's moments

3   away, and if I may step out and give Ms. Parrott -- just get a

4   phone number from her --

5        **THE COURT:**  Okay.

6        **MR. PROCTOR:**  -- so she doesn't hang out all

7   afternoon.

8        (Pause.)

9        **MR. PROCTOR:**  Judge, he's not here yet, but he

10   should be back momentarily.  I don't know if you want to break

11   for lunch and come back at 1:45 and talk about the other

12   issue.

13        **THE COURT:**  Okay.  Well, first of all, do you wish

14   to be heard on your motion to transfer case to Judge Motz?

15        **MR. PROCTOR:**  Very briefly, Judge.

16        **THE COURT:**  Okay.

17        **MR. PROCTOR:**  As I mentioned, this is not an attempt

18   of venue shopping by the Defendant.  If it was the other way

19   around, we'd be asking to go back to Judge Quarles.  The

20   appearance of impropriety, however, Judge, of the Government

21   venue shopping, if it's left to stand in front of you, the

22   Government could effectively dismiss without prejudice,

23   reindict, dismiss without prejudice, reindict until they get

24   the Judge they want.

25        I don't believe that's the case here.  I'm not

1    representing that the Government was looking for Your Honor as

2    a sympathetic ear, but the precedent in this courthouse that

3    it would set of the same case, with the same defendant, the

4    same prosecutor, the same officers, effectively being shopped

5    from one Judge to another, I think it's a damning precedent to

6    set.  The Government can already consolidate cases, and

7    frequently do in cases I've had with Your Honor, by filing --

8    I believe it's called a related case memorandum, so, if they

9    can already move cases from one Judge to another by filing a

10   related case memorandum and not only allow them to dismiss

11   without prejudice and reindict and move a case that way,

12   effectively, Judge, where we're at, if the Government gets to

13   pick their Judge for any given issue, the case was in front of

14   Judge Motz, nothing changed, but the Government witness was

15   unavailable, and it should have stayed there, and so -- and

16   it's completely different, Your Honor, if you were in the

17   middle of another jury trial and we got sent up the hall to

18   Judge Motz or something, but there is nothing in this record

19   to indicate that Judge Motz was unavailable or unwilling to

20   keep the case.  He should have kept it.  We should have gone

21   down the hall and picked a trial date with him.

22             **THE COURT:**  Okay.  Government?

23             **MR. HAZEL:**  Very briefly, Your Honor.  I think the

24   reasons are clear why we dismissed the case, and I'm sure the

25   Court and counsel know we have no power over who gets assigned

```
 1    at that point.  Frankly, if the issue was raised as soon as we

 2    dismissed the case that it should stay in front of Judge Motz

 3    and there was a procedural way to do it, I certainly wouldn't

 4    have objected to it, but to do it at this point seems it would

 5    simply cause more delay and not less delay, and, for that

 6    reason, we ask the Court to deny the motion.

 7          THE COURT:  Okay.  You get the last word,

 8    Mr. Proctor.

 9          MR. PROCTOR:  I have nothing further to offer for

10    that.

11          THE COURT:  The Defense cites an appearance of

12    impropriety, which they allege is the only impropriety in the

13    case, which is the appearance, and the Defense also

14    acknowledges that there is no known bias against their client

15    here by the trying Court, and I confirm that there is no such

16    bias.  They also claim a violation of Mr. Braxton's due

17    process rights, although I've been unable to discern from

18    their memoranda the parameters of that due process right.

19    Accordingly, I deny the Motion to Transfer the Case.

20          Okay, counsel.  Let us take our lunch break now, and

21    let's look to resume at 1:45.  That still gives me a chance to

22    keep faith with the jury as to a 2 o'clock starting time.

23    Okay.  See you at 1:45, folks.

24          MR. PROCTOR:  And, Judge, if I may -- I'm sorry to

25    interrupt.  I know everyone's hungry, and I apologize to the
```

1   court staff.  The remaining issue after the suppression would

2   be the Motion to Enforce the Plea Bargain.

3          **THE COURT:**  Yes.  That, we can do actually during

4   the trial since, if you win on that one, the trial is

5   irrelevant anyway since he gets his plea agreement.

6          **MR. PROCTOR:**  Okay.

7          **THE COURT:**  If you lose on that one, having the

8   trial started doesn't matter.

9          **MR. PROCTOR:**  I'm just wondering, Mr. CitaraManis is

10  the Federal public defender who the Government believes -- and

11  I think the Defense believes, too -- would not be a vital

12  witness, but certainly an important witness.

13         **THE COURT:**  Whenever he's available, we'll take the

14  evidence.

15         **MR. PROCTOR:**  He's not available until tomorrow

16  afternoon.  My worry is we'll be in jury deliberations at that

17  point, Judge.  I don't think this is going to be a long trial

18  once it gets started.

19         **THE COURT:**  Well, again, if you win on the issue,

20  whenever you win, you've got an agreement.  So, if the jury

21  deliberates, one of several things can happen.  They can

22  acquit him, in which case the case is over.  They can convict

23  him, but, if you have an agreement that's enforceable, you've

24  got the agreement.  So chugging right along does not prejudice

25  him.

1          MR. PROCTOR:  Okay.

2          THE COURT:  If it does, I'll look at, you know, both

3     your positions if you think it does, but I think basically, if

4     he has a plea agreement that's enforceable, then the trial is

5     a free shot for him, and obviously, if he gets an acquittal,

6     then take that over the plea agreement.  If he gets convicted,

7     he'll take the plea agreement over the results of the trial.

8          MR. PROCTOR:  I think that's fair to say, and even

9     my personal imagination can't think of prejudice, Judge, so

10    that would be fine.  I'll talk to Mr. CitaraManis.

11         THE COURT:  If you discern prejudice that counsel is

12    against doing this, but, as a practical matter, I don't see

13    any prejudice to the Defendant of having essentially a free

14    shot at an acquittal if he -- and, you know, if he wins on the

15    plea agreement --

16         THE DEFENDANT:  I do.  I see a prejudice, because,

17    Your Honor might feel as though I'm taking up resources and

18    court time and court costs and feel like he don't want to

19    enforce the plea agreement, Your Honor.

20         THE COURT:  Mr. Braxton, I'm paid whether you're

21    sitting there or not, so I've got to be here whether you're

22    sitting there or not.

23         THE DEFENDANT:  I'm not willing to take that chance.

24    I really feel like that's a prejudice.  I really am not

25    willing to take a chance with Your Honor.

1            **THE COURT:**  I'm sorry you feel that way.  I hope you

2     feel better during the trial.  Okay.  See you at 1:45, folks.

3            **THE CLERK:**  Please rise.  This Honorable Court now

4     stands in recess.

5            (Luncheon recess -- 1:05 p.m.)

6            (Afternoon session -- 1:45 p.m.)

7            **THE CLERK:**  All rise.  This Honorable Court now

8     resumes in session.

9            **THE COURT:**  Please be seated.  Mr. Proctor, do you

10    have your witness?

11           **MR. PROCTOR:**  I believe so.  Yes, sir.

12           **THE COURT:**  Okay.

13           **MR. PROCTOR:**  Officer O'Donnell.

14           **THE CLERK:**  Please come forward, sir.

15            **RICHARD GARY O'DONNELL, JR.**

16       **WAS THEN DULY SWORN TO TELL THE TRUTH**

17           **THE CLERK:**  Please be seated.  State your full name

18    for the record, and spell your last name, please.

19           **THE WITNESS:**  Richard Gary O'Donnell, Jr., O,

20    apostrophe, D-O-N-N-E-L-L.

21                    **DIRECT EXAMINATION**

22    **BY MR. PROCTOR:**

23    Q.   Good afternoon, Officer O'Donnell.

24    A.   Good afternoon.

25    Q.   How are you today?

1    A.   Very well, thank you.

2    Q.   Am I correct in understanding that you're no longer a

3    Baltimore City Police Department officer?

4    A.   That's correct.

5    Q.   Where do you work now?

6    A.   The Virginia State Police.

7    Q.   And how long have you worked there?

8    A.   Since 2007.

9    Q.   Back in May of '06, what did you do for a living?

10   A.   I worked for the Baltimore City Police Department.

11   Q.   And which department?

12   A.   The Organized Crime Division.

13   Q.   Did you have a partner back then?

14   A.   I did.

15   Q.   And who was that?

16   A.   Detective Livesay.

17   Q.   And was that, when he was on duty, you were on duty, or

18   just kind of as of when you coincided?

19   A.   We worked in the same unit together, and we worked at the

20   same times.

21   Q.   Do you know this man seated to my left, or have you seen

22   him before?

23   A.   I've seen him, yes.

24   Q.   Did there come a time when you were called to the scene

25   of a traffic stop on Martin Luther King?

1    A.    Yes.

2    Q.    What were you doing immediately prior to going to the

3    scene?

4    A.    We were in a plain -- working plain clothes in the

5    Western District.

6    Q.    Do you recall your exact location?

7    A.    We -- I believe we were -- I do not recall our exact

8    location, no, I do not.  I know we were in the Western

9    District.

10   Q.    But you don't recall whether you were on Pennsylvania

11   Avenue or anything like that?

12   A.    We were -- we had a lot of cases going on in Pennsylvania

13   Avenue.  We were in that area.  That was our area of -- that

14   we were patrolling.

15   Q.    So when was the first time you learned of a -- well, I

16   don't want to say anything further.  Learned that a vehicle

17   was being followed by another officer?

18   A.    That came over the radio through the dispatch.

19   Q.    Do you recall what time of day it was?

20   A.    It was around 4:30, about 16:30 hours.

21   Q.    And what did the dispatcher say, if you recall?

22   A.    I don't recall that.

23   Q.    Well, what did you do as a result of the dispatcher

24   saying something?

25   A.    As far as the dispatcher saying something?

1    Q.   What did you do as a consequence of her saying something

2    over the radio?

3    A.   After finding out that the officer needed assistance

4    through the dispatcher, that's when we broke off what we were

5    doing, and we started heading -- responding to his location.

6    Q.   Do you recall who the officer was that needed assistance?

7    A.   He was a Central District officer.

8    Q.   So which location did you respond to?

9    A.   We responded to Martin Luther King Boulevard.

10   Q.   It's quite a long road.  Do you recall which portion of

11   it?

12   A.   We went to -- we were on the west side of the ML --

13   Pennsylvania Boulevard --

14   Q.   Okay.

15   A.   -- and then we started heading down towards Pennsylvania

16   and MLK on the west side of the city.

17   Q.   And you were in an unmarked vehicle, right?

18   A.   That's correct.

19   Q.   Do you recall whether the other officer's vehicle was

20   marked or unmarked?

21   A.   He was in a marked patrol car.

22   Q.   How long after you heard the call from the dispatcher was

23   it until you set eyes on the marked vehicle, ballpark?

24   A.   Approximately two to three minutes.

25   Q.   Okay.

1    A.   We weren't too far from him.

2    Q.   And, in those two to three minutes, are you obeying the

3    speed limit, or are you flying with sirens blazing?

4    A.   No.  We were -- we were just going along trying to get to

5    where he was.  There was no -- he was just requesting backup.

6    There was no emergency.  He wasn't chasing or following or --

7    he was just asking for assistance.

8    Q.   So you're not doing 80 and blazing through traffic

9    lights?

10   A.   No, we were not.

11   Q.   And, two to three minutes later, you encountered that

12   officer; is that correct?

13   A.   He was following behind a vehicle and asked for

14   assistance.

15   Q.   So, when you come into sight of that vehicle, what do you

16   do next?

17   A.   We advised him --

18   Q.   I'm sorry.  Let me stop you there.  Who is driving?

19   A.   I was driving.

20   Q.   So you advised him what?  I'm sorry to interrupt.

21   A.   Well, myself and Detective Livesay, I told

22   Detective Livesay that, tell the police officer we'll get in

23   front of the vehicle.

24   Q.   And the reason you told Detective Livesay to say that is

25   because you want to keep both hands on the wheel; is that

1    correct?

2    A.   Well, I was driving.

3    Q.   Right.

4    A.   And that's what my partner does is -- that's what we do.

5    Q.   So the standard operating procedure --

6    A.   Work together.

7    Q.   One drives and one maintains radio contact?

8    A.   It is safer to let him use the radio while I drive.

9    Q.   So I'm sorry.  I forget.  You advised the officer

10   following that you were there?  You were at the location?  Is

11   that what you said?

12   A.   I told Detective Livesay to advise him that we were in

13   the area, and that we see him, and that we're going to pull in

14   front of the vehicle.

15   Q.   And this is on Martin Luther King?

16   A.   That's correct.

17   Q.   And do you recall whether you were headed south or north?

18   A.   We were heading southbound.

19   Q.   And do you recall Martin Luther King -- I believe there

20   are three lanes on each side.  Does that sound right?

21   A.   I have actually been away from the city.  I don't even

22   recall that now, to be honest with you.

23   Q.   So do you recall what lane you were in, if there is more

24   than one, or you just don't recall?

25   A.   I believe we were in the right lane.

1    Q.   And I'm correct in saying the Western District officer --

2    is he directly behind the suspect vehicle?

3    A.   The Central District officer was behind.

4    Q.   I'm sorry.  Central District.  You said that.  Okay.

5    Central District officer is directly behind, and what do you

6    do with your vehicle?

7    A.   I pull in front of the suspect's vehicle.

8    Q.   Now, you pulled in front of it like facing the same way,

9    or you broadsided him?

10   A.   I pulled in front of him.

11   Q.   My question is:  If that car had kept going, would it

12   have hit your trunk, would it have hit your passenger side

13   door?  Where were you in relation to the vehicle?

14   A.   We -- I believe I just -- we parked on an angle after

15   he -- I told him to initiate the traffic stop.  We told him to

16   go ahead and initiate the traffic stop, at which time he

17   turned his overhead lights on, and we pulled in front, and he

18   stopped.

19   Q.   But you're not facing the same direction?  You're kind of

20   at an angle, right?

21   A.   Kind of at an angle, right.

22   Q.   So, if that vehicle had kept going, it might have hit

23   your front wheel or something like that?

24   A.   I guess it could have.

25   Q.   And, as best you recall, you were in the right lane, so

1    you would have pulled to the passenger side facing the suspect

2    vehicle?

3    A.    We were driving west -- excuse me.  We were driving

4    southbound.  I was in the right lane.  Suspect's vehicle was

5    in the left lane.  We pulled in front of the vehicle.

6    Q.    So, if that vehicle had kept going, it would have hit the

7    driver's side?

8    A.    That's correct.  It would have hit my side.

9    Q.    Did the vehicle stop?

10   A.    Yes.

11   Q.    And did you get directly out of your vehicle, or did you

12   stay in it for a period of time?

13   A.    I exited my vehicle.

14   Q.    And your partner, Officer Livesay -- Livesay?  Is that

15   how it's pronounced?

16   A.    Livesay.

17   Q.    Livesay?  Did Officer Livesay also get out?

18   A.    Yes, he did.

19   Q.    And, as best you can recall, you were closer to the

20   suspect vehicle than he was?

21   A.    Yes, I was.  My side was facing the vehicle.

22   Q.    When you got out of your vehicle, was the Central

23   District officer -- did you get out simultaneously?  Did he

24   get out before you?

25   A.    I don't know.  I can't recall that.

1   Q.   So, when you get out of your vehicle, where is everybody

2   else?

3   A.   I only can say what I did, sir.  I exited my vehicle and

4   approached the driver's side.

5   Q.   You approached the driver's side, and did you talk to the

6   driver?

7   A.   I talked to the driver after the fact, after the incident

8   occurred.  The Central District officers were actually -- who

9   initiated the traffic stop was speaking with the driver.  I

10  was there primarily for backup.

11  Q.   So you're standing on the driver's side just making sure

12  nothing bad happens?

13  A.   I was standing on the driver's side looking to see any

14  sudden movements, anything that would hinder or danger

15  anything that would affect us.

16  Q.   Do you recall:  Were you parallel with the front of the

17  car, where the driver's sitting, where the rear passenger's

18  sitting, the trunk?  Where were you in relation to the

19  vehicle?

20  A.   I was off to the Central District officer's right side,

21  so I could see inside the back and could see the driver.

22  Q.   Okay.

23  A.   I wanted to see the back seat --

24  Q.   So --

25  A.   -- as well.

1    Q.   -- are you roughly level with the passengers?

2    A.   I guess you could say yes.

3    Q.   And were you close enough that you could have reached out

4    and touched the car, or are you a couple of --

5    A.   No.  I was approximately maybe two to three feet away

6    from that.

7    Q.   Did you hear Officer Williams ask any questions of the

8    driver?

9    A.   I can't recall that.

10   Q.   Well, then, didn't there come a time when occupants of

11   the vehicle were asked to exit it?

12   A.   Yes.

13   Q.   Who made that request?

14   A.   The Central District officer.

15   Q.   Did he discuss it with you first?

16   A.   No.

17   Q.   Did you see the driver get out?

18   A.   Did I see the driver get out?

19   Q.   Yes.

20   A.   Yes.

21   Q.   Did you see their rear pass -- well, I don't think I've

22   asked this.  Do you recall how many people were in the

23   vehicle?

24   A.   There was two people in the back seat, the driver, and

25   the passenger, who -- the passenger sitting in the front seat.

1    Q.   So, Mr. Braxton, the man seated to my left --

2    A.   Seated to your left, yes.

3    Q.   -- he's the front seat passenger?

4    A.   Front seat passenger.

5    Q.   And do you recall if the car is a two-door or a

6    four-door?

7    A.   I believe it was a two-door El Dorado.

8    Q.   So the driver gets out; is that correct?

9    A.   That's correct.

10   Q.   Did he appear to be compliant with police officer

11   requests?

12   A.   Yes.  At that time, yes.

13   Q.   Who gets out next, if anyone?

14   A.   Defendant?

15   Q.   Did the rear passengers get out of the vehicle at all?

16   A.   Not at that time, no.  The front two first, driver and

17   then passenger.

18   Q.   Could you see Mr. Braxton get out of the vehicle?

19   A.   I could -- I knew he was getting out, but I was more

20   focused on the -- on the driver, because I was on the driver's

21   side.

22   Q.   Before Mr. Braxton got out of the vehicle, is it fair to

23   say your line of sight was not focused on Mr. Braxton?

24   A.   That's correct.

25   Q.   You don't know what he was doing inside the vehicle, if

1    anything?

2    A.   Well, I was trying to focus on the back seat and the

3    driver, and Detective Livesay and another officer were on the

4    other side, the passenger side.

5    Q.   So they had it covered.  You weren't worried about

6    Mr. Braxton; is that correct?

7    A.   I believe so, yes, sir.

8    Q.   When Mr. Braxton got out of the vehicle, what did you see

9    happen next?

10   A.   I heard a struggle, and then I heard, "Gun," and then, at

11   that time, we put the -- I put the -- myself and the Central

12   District officer put the driver on the ground, and I

13   immediately went on to the passenger side of the vehicle, and

14   Detective Livesay and the Central District officer was placing

15   your -- the Defendant under arrest.

16   Q.   Did you see him being patted down prior to the shout of,

17   "Gun"?

18   A.   No, I did not.

19   Q.   Where was he in relation to the vehicle when he was being

20   put under arrest?

21   A.   He was right outside of the passenger side door.

22   Q.   If he could have reached his hand out, could he have

23   touched the vehicle?

24   A.   I don't think so.

25   Q.   Who is putting him under arrest?

1   A.   Detective Livesay and the Central District officer.  I do

2   not know his name.

3   Q.   The Central District officer, is that the same one that

4   initiated the traffic stop, or a different one?

5   A.   I believe that's a different one, yes.

6   Q.   And I don't believe -- I'm sorry to backtrack a little.

7   My sequencing is off.  Initially, there is three of you,

8   right?  There is Livesay, you, and the Central District

9   officer, whose name -- let me just -- does Officer Allen ring

10   a bell?

11   A.   Yes.

12   Q.   So, at the start, there is you, Detective Livesay, and

13   Officer Allen, right?

14   A.   That's correct.

15   Q.   And you mentioned another Central District officer.  When

16   did that officer arrive on the scene?

17   A.   I -- I don't know.  I couldn't tell you.

18   Q.   In relation to you, it was obviously afterwards, though,

19   right?

20   A.   At that time, there was just myself, Livesay, and the

21   Central District officer.  At that time, he also -- you know,

22   there were other -- the sirens were coming in, and backup were

23   coming.

24   Q.   So --

25   A.   So, I mean, by the -- by -- it was all -- there was quite

1    a bit of Central District officers at the scene at that time

2    that were coming in.

3    Q.   And, if you could estimate, how long was it after the

4    traffic stop that Mr. Braxton and the driver were asked to get

5    out of the vehicle?

6    A.   I don't recall that.

7    Q.   Seconds, minutes?

8    A.   I -- I don't --

9    Q.   Once Officer Allen approached the vehicle, did he ever

10   walk away?

11   A.   No.

12   Q.   He never went back to his vehicle to run tags or check a

13   license or anything like that?

14   A.   I don't recall him walking away.

15   Q.   But you don't recall how long afterwards they were asked

16   to get out of the vehicle?

17   A.   I -- no.

18   Q.   Do you recall where the other officer -- and I'll proffer

19   his name is Officer Williams.  Does that sound familiar?

20   A.   No, sir.

21   Q.   Do you recall when that other officer -- which direction

22   he came from?

23   A.   I don't recall that, sir.  He would have had to have come

24   from the rear of the vehicles, because MLK was -- he was

25   southbound.  MLK is one way.

1    Q.   So, when you go around to the other side, Mr. Braxton --

2    did I hear you say he was on the ground?

3    A.   That's correct.

4    Q.   Face up, face down?

5    A.   Face down.

6    Q.   Hands behind his back?

7    A.   Yeah.

8    Q.   Cuffs on at that point?

9    A.   Yes, sir.

10   Q.   And you heard the shout of a gun.  Did you see a gun?

11   A.   I saw the gun after the fact, after everything happened.

12   Q.   Well, tell me about the first time you saw the gun.

13   A.   I saw the gun after the Defendant was placed under

14   arrest, after this area was secure, the scene was secure, and

15   we actually provided a bag -- a bag for the weapon.

16   Q.   So, when you say "we," you mean you and --

17   A.   Detective Livesay.

18   Q.   So you have like an evidence bag in your --

19   A.   Yeah.  We just -- there was an evidence bag that we gave

20   to the Central District officer.

21   Q.   In whose possession was it, if you recall?

22   A.   The Central District officer that initiated.

23   Q.   The one that initiated the stop, Officer Allen?

24   A.   Yes, sir.

25   Q.   But it sounds to me -- and I don't mean to put words in

1    your mouth -- that was several minutes later, right?

2    A.   What was later, sir?  I don't understand your question.

3    Q.   That you first saw the gun?

4    A.   I didn't see the gun until after --

5    Q.   Several minutes after my client was placed under arrest?

6    A.   After the scene was deemed safe --

7    Q.   And the scene's deemed safe --

8    A.   -- yes, sir.

9    Q.   -- because my client is under arrest, the driver is being

10   patted down for officer safety, right?

11   A.   Yes.  That's correct.

12   Q.   The two rear passengers are asked to exit the vehicle,

13   and they're also patted down?

14   A.   That's correct.  We had -- yeah.  Officer safety.

15   Q.   That all takes a few minutes.  My point is you didn't see

16   the gun until at least a few minutes later, right?

17   A.   Absolutely, yes.

18           **MR. PROCTOR:**  May I have a moment, please, Judge?

19           **THE COURT:**  Yes.

20           **MR. PROCTOR:**  I'm sorry.

21   **BY MR. PROCTOR:**

22   Q.   To go back, before the shout of, "Gun," who could you see

23   on the passenger side of the vehicle?

24   A.   Who?

25   Q.   Which officers?

1    A.    The -- Livesay and the Central District officer.

2    Q.    And do you recall who is standing where?

3    A.    No, I don't recall that.

4    Q.    Do you recall who asked Mr. Braxton to get out of the

5    vehicle?

6    A.    I don't recall that.

7    Q.    Did I hear you say that you didn't see anyone pat him

8    down?

9    A.    I was on the other side.  I didn't see any of that.

10   Q.    So, if he was patted down, you don't know whether

11   Officer Livesay, Officer Williams, a combination of the two?

12   You just don't know?

13   A.    I don't know, sir.

14          **MR. PROCTOR:**  That's all I have, Judge.

15          **THE COURT:**  Cross?

16          **MR. HAZEL:**  No, Your Honor.

17          **THE COURT:**  Thank you.  You may step down.

18          **THE WITNESS:**  Thank you, sir.

19          (Witness excused.)

20          **THE COURT:**  Okay.  Who has the burden on the stop?

21   Government?

22          **MR. HAZEL:**  Are we done with the witnesses?

23          **MR. PROCTOR:**  No further witnesses, Judge.

24          **MR. HAZEL:**  That was going to be my other question.

25   Officer O'Donnell had to travel some distance to get here.  I

 1    don't know if they're planning to keep him around as a

 2    witness.

 3            THE COURT:  You're not going to call him, are you,

 4    or are you?

 5            MR. HAZEL:  To make it easier, I might if he says

 6    he's going to call him, but I'm not planning to at this point.

 7            THE COURT:  If you want him, he's here.  We can get

 8    to him today, I assume save a trip back to --

 9            MR. HAZEL:  That's what I'm saying.  I don't know if

10    he wants to call him or not.

11            MR. PROCTOR:  The first recess, I'll discuss it with

12    my client.

13            THE COURT:  Okay.  Have him stick around until they

14    give an answer.

15            MR. HAZEL:  Yes, Your Honor.

16            THE COURT:  Okay.

17            MR. HAZEL:  Your Honor, I'll be very brief.  We

18    heard from two witnesses.  You have the two issues here -- the

19    issue of the stop, and then you have the issue of the *Terry*

20    frisk or the pat-down.

21            As to the stop, I think Officer Allen explained to

22    the Court why he stopped the car.  First, he saw that the car

23    had tinted windows, that it appeared to be over 35%.

24    Secondly, he ran the tags.  The tags came back to a different

25    car.  At that point, he certainly has sufficient suspicion to

1     pull over a car as part of a *Terry* stop or as part of a

2     traffic stop, and so I think that really addresses the stop.

3          Then, second, Your Honor heard from Officer Kenneth

4     Williams.  Officer Williams tells you that he heard they had

5     the bad tags.  This causes concerns based on his experience,

6     what he sees from cars with bad tags, and often those are

7     people who are trying to elude police and such, and so, when

8     he had Mr. Braxton get out of the car and decided to pat him

9     down, it was based on his suspicion that the Defendant was

10    armed, which stems from his being in a car that has bad tags,

11    first of all, and then from his sort of oddly staring straight

12    ahead trying to, as Officer Williams described it, keep from

13    even making eye contact with Officer Williams, and sort of his

14    general sort of odd demeanor at that time.

15         So the Government's position is we have enough for

16    the stop, we have enough for the pat-down.  At that point, the

17    gun is found, and so it's the Government's position that the

18    gun should be admissible.  With that, I'll submit, but I

19    certainly will address any questions that the Court might

20    have.

21         **THE COURT:**  Thank you.  Mr. Proctor, or Mr. Brown?

22         **MR. BROWN:**  Yes, Your Honor.  Well, we do agree with

23    the Government that there are two issues.  First, there is the

24    stop.  Was it a lawful stop?  Second, in order to frisk the

25    passenger, there needs to be an appropriate level of

1     apprehension of danger.

2          **THE COURT:**  Well, apprehension or danger or

3     reasonable suspicion that the passenger is involved in

4     criminal conduct.

5          **MR. BROWN:**  Yes.  To quote the language from *Terry*,

6     it's the exact same standard.

7          **THE COURT:**  It's not necessarily a dangerousness

8     inquiry.  Dangerousness is something that can trigger a frisk,

9     but also reasonable suspicion of involvement in criminal

10    activity can trigger a frisk as well, right?

11         **MR. BROWN:**  Your Honor, the cases in the Fourth

12    Circuit, including *U.S. versus Sakyi*, there is a focus on the

13    apprehension of danger.  Now --

14         **THE COURT:**  But an acknowledgment of reasonable

15    suspicion of involvement in criminal conduct --

16         **MR. BROWN:**  Correct, Your Honor.  Correct, Your

17    Honor.

18         **THE COURT:**  -- in *Sakyi* as well, right?

19         **MR. BROWN:**  Certainly two factors.  Two factors

20    contributing.  And, again, in that same case, it does say we

21    may not rely on a generalized risk to officer safety to

22    justify a routine pat-down of all passengers as a matter of

23    course.

24         **THE COURT:**  Yes.  We have not reached the point

25    where -- apparently we have not reached the point where

1    passengers can be patted down just because they're passengers.

2    You're right.  Absolutely right.

3         **MR. BROWN:**  And now, Your Honor, what our argument,

4    though, is that this fact pattern, it comes close to that

5    level.  All the factors that the Government has pointed to,

6    those are fairly routine factors.  Number one, you have

7    Mr. Braxton, who is staring straight ahead.  Now, if you

8    picture the scene, this car gets --

9         **THE COURT:**  Is that evasive conduct?

10        **MR. BROWN:**  No, Your Honor.  You know, we heard

11   Officer Williams say that different people react different

12   ways when the police show up.

13        **THE COURT:**  Yes.

14        **MR. BROWN:**  We have marked cars, we have unmarked

15   cars.  As Officer O'Donnell just described, we have a car come

16   in and block the route.  Quite frankly, anyone would be scared

17   in that situation.  The fact that someone is staring straight

18   ahead does not give an officer the right to pat them down, to

19   frisk them.  Imagine an officer on the street likewise going

20   around and frisking everyone who is staring straight ahead.

21        **THE COURT:**  Given the time, we don't need all of the

22   possible examples that are not presented here, Mr. Brown.

23        **MR. BROWN:**  Yes, Your Honor.  Yes, Your Honor.  So

24   that factor, I don't think that behavior is necessarily

25   indicative of necessarily criminal activity or dangerousness.

1    That's the first thing the Government brings up.

2             Second, you heard Officer Williams testify that this

3    was a high-crime area.  Well, he initially saw Mr. Braxton and

4    the car right by a metro stop.  It wasn't in an open-air drug

5    market.  I mean, it was right by a metro stop on a pretty

6    large thoroughfare, and, okay, maybe the neighborhood that he

7    drove through, maybe that was dangerous, but that was the most

8    direct way to get from the metro stop to Martin Luther King

9    Boulevard, and, quite frankly, this whole thing ended right by

10   Maryland Law School, which I would not call a high-crime area.

11            Your Honor, the third reason that the Government

12   brought up is the unregistered car, that the car was not

13   registered properly, the wrong tags were on the vehicle.  Your

14   Honor, we do have testimony --

15            **THE COURT:**  That can be a sign of a stolen car?

16            **MR. BROWN:**  Your Honor, what I was about to say,

17   though, is that, at this point, we have produced a witness who

18   has challenged that account quite directly.  You heard

19   Ms. Parrott on the stand and what she said, and according to

20   her report as she input it into the computer system was that

21   first the gun was recovered, and then the information was

22   conveyed that this car had the wrong tags on it, that it

23   was --

24            **THE COURT:**  That's contrary to the KGA tape, though,

25   isn't it?

1        **MR. BROWN:**  That's right, Your Honor.

2        **THE COURT:**  Okay.

3        **MR. BROWN:**  That's right, Your Honor.

4        **THE COURT:**  So I have a choice there of which

5   factual scenario to select?

6        **MR. BROWN:**  Correct.  Well, obviously we're going to

7   select the CAD transcript --

8        **THE COURT:**  I understand.

9        **MR. BROWN:**  -- Your Honor.  I'm just raising that

10   point to say that there is some dispute as to the exact

11   chronology of this.

12        **THE COURT:**  I assure you I will resolve the factual

13   dispute.

14        **MR. BROWN:**  Okay.  Thank you, Your Honor, and just,

15   once again, this does not have the normal hallmarks of a

16   vehicle frisk in this kind of situation.  The car was not

17   trying to run from the police.  It's not like there was a

18   report of an armed robbery in the neighborhood, that these

19   people matched the suspects.

20        **THE COURT:**  Again, if you will confine yourself to

21   the circumstances that are present rather than the universe of

22   circumstances that are not present, Mr. Brown.

23        **MR. BROWN:**  Yes, Your Honor.

24        **THE COURT:**  Just in the interest of getting to the

25   jury at some reasonable time today.

1      **MR. BROWN:**  Okay.  Yes.

2      Thank you very much, Your Honor.

3      **THE COURT:**  Thank you.  Do you have anything else to

4  say before I deny their motion?

5      **MR. HAZEL:**  No.

6      **THE COURT:**  Okay.  The Defendant is correct that of

7  course merely being a passenger in a car that was stopped does

8  not necessarily give the Government the right to frisk one;

9  however, when there is a reasonable suspicion of the

10  passenger's participation in criminal activity, then *Terry*

11  does permit a frisk of the passenger.  The lack of an

12  appropriate tag on the vehicle, of course, is an appropriate

13  basis for the *Terry* stop.  The suspicion that the Defendant

14  may have been involved in the theft of a car was a sufficient

15  basis for a *Terry* frisk of the passenger.

16      A fairly minimal intrusion, the touching of the

17  passenger, revealed the handle of the firearm, and the

18  passenger was appropriately apprehended, and the rest of the

19  gun was recovered.  Finding no violation of the Defendant's

20  rights, the Motion to Suppress -- that, Madam Clerk, is

21  Paper Number 13 -- is denied.

22      Do you wish to be heard further on the speedy trial

23  issue?

24      **MR. PROCTOR:**  I'm trying to remember where we were

25  at, Judge.

1          THE COURT:  You had a fairly thorough argument.

2          MR. HAZEL:  I was just going to point out the one

3    fact that we asked and did get from the officer.  His time --

4          THE COURT:  His time in Iraq?

5          MR. HAZEL:  I guess it was from October to October

6    of '07.

7          MR. PROCTOR:  I don't think there is anything more

8    to say, Judge.

9          THE COURT:  Okay.  There are, of course, two

10   dimensions in Federal cases to an alleged speedy trial

11   violation.  Again, there is the Speedy Trial Act itself, and

12   then there is the Sixth Amendment speedy trial determination.

13   Both are triggered by the filing of formal charges, which was,

14   in this case, March 15, 2007.  There is a presumptively

15   prejudicial delay between that time and today's date, so that

16   fact, of course, does weigh in the Plaintiff's favor.

17          Although the Defendant is certainly without any

18   culpability in that delay, I find that I cannot fairly charge

19   a substantial portion of the delay to the Government conduct

20   since the witness on which the Government depends for much of

21   the case was serving in Iraq from October 2007 until October

22   2008, so that, I do not believe to be properly chargeable to

23   the Government.  The Defendant has eloquently spoken about the

24   difficulties of his confinement, and I certainly credit those,

25   and I do not wish to indicate at all that I hold that

1    suffering lightly since, as I said, he is a presumptively

2    innocent person who has been detained for a lengthy period of

3    time.

4            However, the prejudice that I look to in addition to

5    the conditions of his confinement involve whether there has

6    been any impairment of his defense, and, although I've heard

7    about hazy witnesses and perhaps reluctant witnesses, the

8    haziness and reluctance appear to have been evident at least

9    as early as November of 2007.  With respect to the Federal

10   Speedy Trial Act determination, of course there have been

11   motions pending in the case since October 23rd, 2007 until

12   today's date.  That time, of course, is excludable, and I

13   exclude it from the Federal Speedy Trial Act determination.

14   Accordingly, I find no violation under the Act.

15           Looking at all of the factors of *Barker versus Wingo*

16   as restated in *Doggett*, I find that, on evidence, there is

17   insufficient prejudice to the Defendant to require dismissal,

18   and, finding no constitutional speedy trial issue in this

19   case, I deny Paper Number 34, the Motion for Dismissal on the

20   speedy trial grounds.

21           How long will the Government be in opening?

22           **MR. HAZEL:**  Less than ten minutes.  I'll say less

23   than ten minutes.

24           **THE COURT:**  Defense, how long in opening?

25           **MR. BROWN:**  Approximately the same.

```
 1              THE COURT:  Very good.  Counsel, may we send for the

 2    jury?

 3              MR. PROCTOR:  Judge, before we do that, I just ask

 4    that the witnesses be sequestered.

 5              THE COURT:  Counsel, the motion to sequester the

 6    witnesses is granted.  Please assure yourselves that there are

 7    no witnesses in court.  I will rely on you for the enforcement

 8    of the Order since you know the witnesses, and I don't.  So be

 9    alert, if you would.

10              MR. HAZEL:  The other issue, Your Honor, I don't

11    know if Your Honor is going to go straight to the first

12    witness or take a break.

13              THE COURT:  Well, I am going to instruct them, and

14    then you will do your openings, and then we'll go to the

15    witness.  So --

16              MR. HAZEL:  Well, then -- I'm sorry.

17              THE COURT:  There is no break planned between now

18    and the first witness.

19              MR. HAZEL:  Which is why I want to raise this now.

20    The Motion in Limine deals with the first witness.  I would

21    play at least Officer Williams' portion of the KGA tape.

22              THE COURT:  Yes.  Do you wish to be heard on the

23    admissibility of the KGA tape, counsel?

24              MR. PROCTOR:  Yes, sir.  The Government cites a

25    granting of one case that was unreported and never been
```

1    followed.  I don't believe it's a present sense impression

2    because he's using the past tense.  You know -- let me get the

3    case so I don't misquote.  I believe that the part that the

4    Government wants in is something to the effect of, "I got the

5    gun," which is obviously the past tense.  I listened to the

6    tape, as did Your Honor.  So that's as the present tense

7    impression.

8            As an excited utterance, the Government says he's

9    out of breath, but he doesn't sound like he's just gone 15

10   rounds of a boxing match or ran a marathon.  He's panting just

11   a tiny smidgeon, Judge.  I don't believe the excited utterance

12   exception was designed to allow the Government to get in

13   tapes, especially not when they have a live witness on the

14   stand who can say, you know, "I was out of breath.  I -- you

15   know, I -- when I got the gun, I went on the radio."  It's

16   hearsay, and that much is beyond dispute, Judge, and, at best,

17   it's a prior consistent statement if we accuse him of being

18   inconsistent.  Maybe it's admissible on rebuttal if we ever

19   get there, but I don't believe it's hearsay, and it shouldn't

20   be part of the Government's case in chief.

21           **THE COURT:**  Thank you very much.  I assume the

22   Government will lay an appropriate foundation with respect to

23   both the exceptions when one is introducing the tape with the

24   witness on the stand.  So, with that understanding, I will of

25   course permit you to re-raise if they don't lay an adequate

1   foundation for the hearsay exceptions, and I will permit you

2   to challenge it again.  I will, however, grant the Motion in

3   Limine without prejudice to your ability to re-raise it.

4           **MR. PROCTOR:**  Because we need the witness on the

5   stand to re-raise it, I would ask that the Government be

6   precluded from bringing it up in opening.

7           **THE COURT:**  Okay.

8           **MR. HAZEL:**  I wasn't planning to.  That's fine.

9           **THE COURT:**  That is granted.  Government will not be

10  permitted to refer to it in opening.

11          Counsel, may we send for the jury?

12          **THE DEFENDANT:**  May I address the Court?

13          **THE COURT:**  Yes, sir.

14          **THE DEFENDANT:**  I feel like -- I feel like I don't

15  have no confidence in going forward with trial with these two

16  attorneys because they didn't cite -- for purposes of the

17  suppression hearing, they ain't cite no controlling Supreme

18  Court case.  They only cite that one Fourth Circuit case law,

19  and Your Honor felt that reasonable suspicion and search could

20  be found with -- reasonable frisking me found as long as there

21  is criminal activity going on.  That's a reason to stop, but

22  that's not a reason to search, and I have a case right here,

23  U.S. versus -- *Sibron versus New York*, 39 -- 396 U.S. 40,

24  1968, "The police officer is not entitled to seize and search

25  every person whom he sees on the street or of whom he

1    makes inquiries."

2            **MR. PROCTOR:**  A little slower.

3            **THE DEFENDANT:**  "... with whom he sees on the street

4    or of whom he makes inquiries.  Before he places a hand on the

5    person of a citizen in search of anything, he must have

6    constitutionally adequate, reasonable grounds to do so."  "In

7    the case of a protective search for weapons, he must be able

8    to point to particular facts from which he reasonably inferred

9    that the individual was armed and dangerous."  The individual,

10   Your Honor.

11           **THE COURT:**  Thank you.

12           **THE DEFENDANT:**  I'm saying my own individual, he had

13   reasonable suspicion to believe that possible criminal

14   activity was going on with the driver, and then he cited him

15   for citations.  He found that it was -- it was a civil

16   incident, and he cited him for those citations.  Moreover, not

17   only that, that -- the criminal activity thing was dispelled

18   from the jump when he first approached the driver, and the

19   driver -- the tags, he knew from the jump when he ran the

20   tags, that he said on the stand that he ran the tags, and they

21   came back to a Demetrius Steppe.

22           When he approached the driver, the driver

23   immediately gave him his identification card and his title,

24   knowing therefore -- that's why, if the record will reflect he

25   wrote specific citations for violations.  No more violations

1   but simple traffic violations.  He never found that there was

2   criminal activity going on amongst nobody else in the car.

3   Nobody was dispatched.  Wasn't no APB out on us.  None of them

4   officers ain't know me from nowhere previously.  I was sitting

5   there riding.  I was a victim of my choice of transportation

6   that day.

7        That don't mean he get a reasonable suspicion

8   because I'm looking straight ahead.  That don't give no

9   reasonable suspicion that I got to be frisked and *Terry* frisk,

10  and Ohio specifically say that there is a differentiation

11  between reasonable suspicion and a stop, which I agree, but,

12  for the purpose of saving time, I will say that there may have

13  been a suspicion to stop, but there was no reasonable

14  suspicion for the frisk.

15       Everything he's saying is particularized hunches.

16  He has no specifics.  The Government point to no specifics of

17  reasonable suspicion that he believed I was armed and

18  presently dangerous because I was looking straight ahead, and,

19  as my attorneys stated, that's out the window.  We were

20  virtually downtown.  We was virtually near the University of

21  Maryland Hospital, around the corner.  That's not no high-

22  crime area.

23       They admit they did have reason to pull us from the

24  car.  He could have asked my name, my identification, my

25  choice of transportation, exactly where I was going.  He could

1    have investigated me, but not searched me.  That's humiliating

2    me in the middle of downtown traffic.  Martin Luther King,

3    4 o'clock, 4:30 in the afternoon, all this traffic going on.

4    That's humiliating.

5          With all due respect, Your Honor says like he -- as

6    if it's nothing, he searched me -- he -- that's -- he groped

7    me.  I been molested as a child by a male, a family member.

8    Anytime I'm touched by another male, it's simply -- it's --

9    it's gone further than what it would normally be to any other

10   probably male individual.  I have a complex.  So for him to

11   take me from the car and search me on grounds that I was

12   looking straight ahead and it seemed odd, as my lawyer say, he

13   even stated on the stand that he -- everybody conduct their

14   self differently.  I think everybody in this courtroom can say

15   that.  They conduct -- everybody conduct them self

16   differently --

17          **THE COURT:**  Thank you, Mr. Braxton.  I understand

18   your point.

19          **THE DEFENDANT:**  Can I finish briefly, sir?

20          **THE COURT:**  Would you get the jury.

21       **MR. PROCTOR:**  Judge, I hate to jump in, but the

22   first thing Mr. Braxton said, he doesn't have any confidence

23   with these lawyers going forward, rather than have this occur,

24   I think the Court should ask the Government to step out and

25   decide whether Mr. Braxton would seek to release us.

1          **THE COURT:**  No.

2          **THE DEFENDANT:**  And let me say I'm in no way trying

3     to hold the Court up.  This is my life involved, though, Your

4     Honor.  I can get a minimum mandatory of 15 years, especially

5     at a time when a previous attorney didn't allow me to take

6     five years, and I've been locked up for two and a half years.

7     This is serious.  I don't mean to keep holding the Courts up.

8     I know I'm not trying to be a lawyer.

9          **THE COURT:**  Mr. Braxton -- Mr. Braxton, I understand

10    your position.  You've stated it well.  Now --

11         **THE DEFENDANT:**  So can I --

12         **THE COURT:**  -- I will give you time.  When the jury

13    is not waiting on us, I will give you time to say whatever you

14    want to complete the record, but we have to start the trial

15    now, so I'm going to bring the jury in.

16         **THE DEFENDANT:**  I feel like this is more important

17    than the jury, Your Honor.  They've got to do -- they've got

18    to do like everybody else got to do.  They can't go home, Your

19    Honor.

20         **THE COURT:**  I understand, sir.

21         **THE DEFENDANT:**  I just want to finish addressing my

22    issue as far as *Strickland versus Washington*.

23         **THE COURT:**  Please have a seat, and I will let you

24    finish your *Strickland versus Washington* argument later.

25         **THE DEFENDANT:**  You're still letting me go to trial.

 1    That's what I'm saying.  I don't have no confidence in --

 2              THE COURT:  Please try to hold on, sir.  Please try

 3    to --

 4              THE DEFENDANT:  How are you going to make me go to

 5    trial?  I'm trying to tell you I'm not confident going to

 6    trial with these attorneys, Your Honor.

 7              (Jury enters.)

 8              THE COURT:  Please come in.  Counsel, is there any

 9    reason to approach before the jury is sworn?

10              MR. PROCTOR:  No, sir.

11              MR. HAZEL:  Not from the Government.

12              THE COURT:  Okay.  Please swear the jury.

13              THE CLERK:  Okay.  Members of the jury, will you

14    please raise your right hands.

15              (Oath administered.)

16              THE COURT:  If so, say "I do."

17              JURORS:  I do.

18              THE COURT:  Thank you.  Please be seated.

19              (Whereupon, preliminary instructions are given to

20    the jury.)

21              (Whereupon, opening statements are presented to the

22    jury.)

23              THE COURT:  Thank you, Mr. Brown.

24              Government, call your first witness.

25              MR. HAZEL:  The Government calls Officer Kenneth

1    Williams to the stand.

2           Your Honor, to the extent I'm going to have the

3    witness refer to pictures, can I bring him up to the easel

4    here, or is there somewhere else I can place it?

5           THE COURT:  Would you get the microphone when we --

6    that would be fine.

7           MR. PROCTOR:  Judge, I apologize.  I haven't seen

8    it.  Could I look at it before it's published to the jury?

9           THE COURT:  Yes.  Counsel, please show the exhibits

10   to the Defense.

11                   **KENNETH LOUIS WILLIAMS**

12          **WAS THEN DULY SWORN TO TELL THE TRUTH**

13          THE CLERK:  You may be seated.  Please state your

14   name for the record, and spell your last name.

15          THE WITNESS:  Kenneth Louis Williams,

16   W-I-L-L-I-A-M-S.

17          THE COURT:  Counsel, please do not display any

18   exhibit until it has been admitted.  Thank you.

19                     **DIRECT EXAMINATION**

20   BY MR. HAZEL:

21   Q.  Good afternoon, sir.

22   A.  Good afternoon.

23   Q.  Would you please introduce yourself to the ladies and

24   gentlemen of the jury, where you're currently employed.

25   A.   Kenneth Williams, currently employed with the Baltimore

1    City Police Department, FLEX A Unit.

2    Q.   And how long have you been employed by the Baltimore City

3    Police Department?

4    A.   Nine years.

5    Q.   And, in that time, approximately how many arrests have

6    you made?

7    A.   Over 500.

8    Q.   And approximately how many of those have been related to

9    weapons?

10              **MR. PROCTOR:**  Objection, Your Honor.  Relevance.

11              **THE COURT:**  Overruled.

12              **THE WITNESS:**  Over 30.

13   **BY MR. HAZEL:**

14   Q.   Now, I'd like to turn your attention to May 17th, 2006

15   around 4:30 p.m.  Were you on duty on that date at that time?

16   A.   Yes, sir.

17   Q.   And, on that date, at approximately that time, did you

18   have occasion to respond to the 500 Block of Martin Luther

19   King Boulevard in Baltimore?

20              **MR. PROCTOR:**  Objection.  Leading.

21              **THE COURT:**  Overruled.

22              **THE WITNESS:**  Yes, sir.

23   **BY MR. HAZEL:**

24   Q.   And could you tell the ladies and gentlemen of the jury

25   why you responded to that location.

1    A.   On that -- on that time and date, I was on a call for

2    service, Cherry Blossom Way, for a larceny from -- a larceny

3    from another call.

4    Q.   I would just ask that you speak up when you speak.

5    A.   On that time and date, I was around the corner from a

6    larceny on my other call, at which time I heard Officer --

7              **MR. PROCTOR:**  Objection.  Hearsay.

8              **THE COURT:**  Sustained as to --

9    **BY MR. HAZEL:**

10   Q.   Well, just tell us what you did, Officer.  Without what

11   you heard anybody say, what did you do?

12   A.   I was on a call for service, sitting at a lady's table

13   taking a report for her, at which time I threw down my note

14   pad and everything I was writing with, proceeded to my patrol

15   vehicle, which was parked outside her house, and proceeded to

16   500 Block of MLK to assist Officer Allen in the car stop that

17   he wanted to initiate.

18   Q.   And what did you do at that point?

19   A.   At that point, upon getting into my vehicle, responding

20   to -- lights and sirens to the location in question that

21   Officer Allen said he was at with the car.

22             **MR. PROCTOR:**  Objection.

23             **THE COURT:**  Overruled.

24             **THE WITNESS:**  I proceeded to drive to the location.

25   Upon coming to the location, I observed --

 1          **MR. HAZEL:**  And, actually, if you can hold up there,

 2   and I'm going to ask if you can join me at the podium here.

 3          **MR. PROCTOR:**  May I gain a vantage point, Your

 4   Honor?

 5          **THE COURT:**  Yes.

 6          **MR. HAZEL:**  I apologize to the Clerk for this being

 7   out of order.  It's premarked as Government's

 8   Exhibit Number 2.

 9   **BY MR. HAZEL:**

10   Q.   Can you identify what Government Exhibit Number 2

11   depicts?

12   A.   That's Martin Luther King Boulevard.

13          **THE COURT:**  Keep your voice up as loud as you can.

14   Talk into the microphone.

15          **THE WITNESS:**  That's Martin Luther King Boulevard,

16   located in Baltimore City, at West Franklin Street.

17   **BY MR. HAZEL:**

18   Q.   And is this a fair and accurate depiction of the areas

19   you described?

20   A.   Yes, sir.

21          **MR. HAZEL:**  Your Honor, at this point, I move in

22   Government's Exhibit Number 2.

23          **MR. PROCTOR:**  No objection.

24          **THE COURT:**  It is admitted.

25          **MR. HAZEL:**  Permission to publish to the jury.

1          **THE COURT:**  Yes.  You can show it so they can see

2     it.

3     **BY MR. HAZEL:**

4     Q.   Now, Officer, you were saying that you responded to

5     Martin Luther King Boulevard.  Could you show the ladies and

6     gentlemen of the jury where exactly you responded to.

7     A.   At that time, I responded -- I responded on this side of

8     the street, parked my vehicle somewhere in this area.

9     Q.   And, just so the record will reflect that, he's pointing

10    to Government's Exhibit Number 2 and to northbound Martin

11    Luther King Boulevard; is that correct?

12    A.   Yes, sir.  I responded into the location.  I observed the

13    vehicle stopped that Officer Allen had on this side of the

14    median facing southbound on the other way, so I then proceeded

15    to stop my car right here because of the -- because of the

16    incident in hand being that the tags were bad on the car --

17          **MR. PROCTOR:**  Objection.

18          **THE COURT:**  Sustained.

19    **BY MR. HAZEL:**

20    Q.   Again, don't worry what you might have learned from

21    anyone else.  If you could just describe, again, where you

22    stopped your car.

23    A.   Stopped my car right here in this area.

24    Q.   Okay.  And, again, you're pointing to north Martin Luther

25    King Boulevard?

1    A.    Northbound Martin Luther King.

2    Q.    Okay.  What did you do after you stopped your car?

3    A.    At that time, I stopped my vehicle.  I committed my

4    vehicle, proceeded across the median to the passenger side of

5    the vehicle that was being stopped.

6    Q.    And what did you see on this other side of the median?

7            **THE COURT:**  Do we need him at the map now?  If we

8    can get him back to the microphone.

9            **MR. HAZEL:**  For just this one last point, Your

10   Honor.

11           **THE COURT:**  Okay.

12   **BY MR. HAZEL:**

13   Q.    What did you actually see in -- you mentioned that there

14   was a car stopped.  Approximately where was the car stopped?

15   A.    The car stop was in this area, facing southbound, with

16   Officer Allen at the driver's side door and another officer on

17   the passenger side door, and I proceeded around the other

18   officer to the passenger side.

19   Q.    You can retake your seat.

20           Now, Officer Williams, once you proceeded to the

21   other side of the median, which side of the car did you go

22   onto?

23   A.    I was on the passenger side.

24   Q.    And how many cars were actually stopped on that side of

25   the street?

1    A.   I don't recall it, how many was stopped.

2    Q.   Just referring to the stopped car and whatever police

3    cars.  I'm not referring to any other cars that might have

4    been around.

5    A.   It was two including the car that was being stopped, so

6    it was three.

7    Q.   Two police cars, and one stopped car?

8    A.   Yes.

9    Q.   Now, you said you went around to the passenger side of

10   the stopped car; is that correct?

11   A.   Yes.

12   Q.   Okay.  What did you do at that point?

13   A.   At that point, I began to look in the car to get a visual

14   of the people inside of the car and of what was possibly

15   inside of the car.

16   Q.   And is there anyone you see in the courtroom today who

17   you saw in the car on that day?

18   A.   Yes.  I saw this gentleman right here, sitting in the

19   middle of counsel, in the front passenger seat of the car.

20        **MR. HAZEL:**  May the record reflect an in-court

21   identification of the Defendant?

22        **THE COURT:**  The record will reflect that

23   identification.

24   **BY MR. HAZEL:**

25   Q.   Describe the Defendant's demeanor at that point.

1    A.    As I looked in the car, I looked at the Defendant, and he

2    was looking straight ahead and not giving no eye contact, not

3    giving any movements, and the other two defendants -- the

4    other two individuals in the back seat were talking and

5    complaining, and the driver was actually talking to

6    Officer Allen and complaining, but the Defendant just kept

7    looking straight ahead.

8         I bent my head over as I looked at him from the

9    front to get a better look at his face, and he didn't even

10   look me in the eye.  He just continued to stare straight ahead

11   like he was nervous about something and didn't want no contact

12   with me.

13   Q.    What did you do at that point?

14   A.    At that point, Officer Allen instructed the driver and

15   everybody else --

16        **MR. PROCTOR:**  Objection, Your Honor, as to what

17   Officer Allen said.

18        **THE COURT:**  Overruled.  Conduct.  What he instructed

19   them.  Conduct.

20   **BY MR. HAZEL:**

21   Q.    What did Officer Allen instruct them to do?

22   A.    He instructed the individuals of the vehicle to get out

23   the vehicle.  At that time, Mr. Braxton, the Defendant, began

24   to get out of the front passenger seat, and I instructed him

25   that I needed to pat him down for weapons for safety.

1    Q.   And did you do that at that point?

2    A.   Yes.  At that time, Defendant put his hands up on his

3    head, and I -- as my training calls for, I went to his

4    waistband first, and, as soon as I touched his waistband for

5    the pat-down, I felt a handle of a gun in my hand, and I

6    immediately yelled, "Gun," to all the officers on the scene so

7    that they could be aware that there is a gun on the scene,

8    possibly danger.

9    Q.   And what did you do at that point?

10   A.   At that time, the Defendant, as I yelled, "Gun," as I was

11   yelling, "Gun," he elbowed me in my chest with his right

12   elbow.  I clenched him towards me, still holding the gun to

13   his waistband and pushing it in, and I then swung him around

14   and took him to the ground and began to wrestle with him while

15   the other two officers that came to assist in trying to get

16   the gun out of his waistband.

17   Q.   And you mentioned at one point that you tried to push the

18   gun back in.  What do you mean by that?  What were you trying

19   to do?

20   A.   As I grabbed his hand -- as I grabbed the gun, and it was

21   in the palm of my hand, he grabbed on top, and I didn't want

22   it to -- I didn't want him to get the gun out, so I wanted to

23   keep it in, so I shoved it back in as I pushed him to me and

24   took him to the ground, and we began to wrestle as he still

25   continued to try to fight to get the gun out.

1  Q.   And what happened once you got on the ground?

2  A.   As we got on the ground, with the help of the other

3  officers, we began to struggle trying to get his hands.  I'm

4  yelling.  I'm breathing hard.  I'm trying not to let this guy

5  get this gun out, and eventually we was able to get his hands

6  off of my hand and off the gun, was eventually able to get his

7  hands under control and get the gun out.

8  Q.   And did you actually see the gun come out of his

9  waistband?

10  A.   Yes.

11       **MR. HAZEL:**  Now, I'd like, with the Court's

12  permission, if I could ask just for a brief demonstration.  If

13  I could ask the officer to join me in the middle of the

14  courtroom.

15       **THE COURT:**  Okay.

16       **MR. HAZEL:**  This will not be long, I promise, Your

17  Honor.  Actually, yeah.  It probably would be better if we

18  move this out of the way.  The Court's indulgence.

19  **BY MR. HAZEL:**

20  Q.   Now, if I am the Defendant, I was seated in the passenger

21  seat, correct?

22  A.   Yes.

23  Q.   So I would be sitting in the passenger seat?

24  A.   Yes.

25  Q.   And you asked him to get out; is that correct?

1   A.   Yes.

2   Q.   And so, in which direction -- how did he get out of the

3   car?

4   A.   As he stepped out, he stepped out right here away from

5   the door, facing this way.

6   Q.   And what happened next?

7   A.   And he went to put his hands on his head, and I

8   immediately went here.  As soon as I went right here, I had

9   the handle of the gun in my hand.  I yelled, "Gun," grabbed

10   it.  He threw the right elbow.  I clenched him to me, pushed

11   it down, and swung to the ground.

12   Q.   And is that when -- you can retake your seat.

13        And approximately how long did you struggle with him

14   before the gun actually was pulled out of his waistband?

15   A.   I can't recall, but I was out of breath, I know that.

16   Q.   Now, do you actually recall who actually recovered the

17   gun?

18   A.   I just know it was one of the other two guys that was

19   wrestling with me.  One of them pulled it out.  I can't say

20   which one took actual possession of it.

21   Q.   At some point, did you have the gun physically in your

22   own hand?

23   A.   Yes.

24   Q.   Now, at some point after this struggle, did you get onto

25   the radio?

1    A.    Yes.

2    Q.    On the police radio?

3    A.    Yes.

4    Q.    How long after the struggle did you get onto the police

5    radio?

6    A.    Within seconds.

7    Q.    And, when you did that, what was your physical state?

8    A.    I was tired from struggling, struggling for my life,

9    trying to keep that gun in there, make sure he didn't get it

10   out.

11   Q.    And were you displaying any physical characteristics

12   consistent with that?

13   A.    Yes.

14   Q.    What was that?

15   A.    I was sweating.

16         **MR. HAZEL:**  Your Honor, at this point, I would like

17   to introduce Government's Exhibit Number 6, the actual radio

18   transmission.

19         **MR. PROCTOR:**  Same objection as previously stated.

20         **THE COURT:**  Okay.  Government's 6 -- are you going

21   to show it to him?

22         **MR. HAZEL:**  Well, I was going to ask him to

23   recognize his voice, Your Honor.

24         **THE COURT:**  You're going to publish it before it's

25   been --

1          **MR. HAZEL:**  Well, I can proffer to the Court that he

2     has listened to it and --

3          **THE COURT:**  Why don't you -- do you have a disk?

4          **MR. HAZEL:**  I do have a disk.

5          **THE COURT:**  Show him the disk.

6     **BY MR. HAZEL:**

7     Q.   Officer Williams, I'm showing you Government

8     Exhibit Number 6, and do you know what's on this CD?

9     A.   No.

10    Q.   That's --

11         **THE COURT:**  Okay.

12         **MR. HAZEL:**  Goes to my point.

13         Oh!  That's right.  Thank you, Mr. Wallner, for

14    reminding me of this.  Your Honor, I do have a transcript of

15    just that portion, if I could hand it out to the jury.

16         **THE COURT:**  Well, again, let's first hear it.

17         **MR. HAZEL:**  Very well.

18         (Whereupon, an audio recording was played.)

19    **BY MR. HAZEL:**

20    Q.   Do you recognize the voice that I just played?

21    A.   Yes.

22    Q.   Who do you recognize that as?

23    A.   It's my voice.

24    Q.   And was that on May 17th, 2006?

25    A.   Yes.

1        **MR. HAZEL:** Your Honor, at this point, I would move

2    to introduce the tape after it has been authenticated.

3        **THE COURT:** Government 6?

4        **MR. HAZEL:** Yes, Your Honor.

5        **THE COURT:** Same objection?

6        **MR. PROCTOR:** Same objection.

7        **THE COURT:** Overruled. This portion of Government 6

8    is admitted.

9        **MR. HAZEL:** Thank you, Your Honor, and I would ask

10   that I publish Exhibit Number 7, which is the transcript.

11        **THE COURT:** Thank you.

12        Members of the jury, you're being handed a

13   transcript, which will help you understand what's on the

14   portion of Government 6 that's about to be played. Now,

15   again, the transcript, Number 7, is an aid. The evidence is

16   what you will actually hear. If there is a difference between

17   what you hear and what the transcript says, then it is what

18   you hear that controls, because the evidence, again, is this

19   actual transmission; not the transcript. The transcript is

20   merely an aid to help you understand what's being said.

21        **MR. HAZEL:** Do we have enough?

22        **THE COURT:** Does everyone have a --

23        **JUROR:** There is one --

24        **MR. HAZEL:** Ah! I'm sorry. There are eight up

25   front.

1        **THE COURT:**  Everyone have one?  Okay.

2            (Whereupon, an audio recording was played.)

3   **BY MR. HAZEL:**

4   Q.   Now, the voice that was played saying, "I got the gun

5   out.  I got the gun out," whose voice is that?

6   A.   That's my voice.

7   Q.   And then, later on, "Everything is okay.  Got the gun off

8   of him," whose voice is that?

9   A.   That's my voice.

10  Q.   And, again, how long after the struggle were you saying

11  those things?

12  A.   Seconds after it.

13  Q.   Now, you had mentioned that you pulled a gun from the

14  Defendant.  I'm going to show you what's marked as

15  Government's Exhibit Number 4.  Do you recognize that?

16  A.   Yes.

17  Q.   What does that appear to be?

18  A.   It appears to be the weapon that I pulled off the

19  Defendant.

20  Q.   And what type of gun was it?

21  A.   A Ruger.

22        **MR. HAZEL:**  Your Honor, the Government admits

23  Government's Exhibit Number 4.

24        **THE COURT:**  Government 4 is admitted.

25        **MR. HAZEL:**  Your Honor, may I publish the gun?

1          **THE COURT:**  Yes, you may.

2          **MR. HAZEL:**  Just for the record and for the jurors'

3     purposes, this has been cleared for safety.  The Court's

4     indulgence.

5          No further questions for this witness, Your Honor.

6          **THE COURT:**  Cross?

7          **MR. PROCTOR:**  May I have a moment, please?

8          **THE COURT:**  Yes.

9                    **CROSS-EXAMINATION**

10    **BY MR. PROCTOR:**

11    Q.   Good afternoon, Officer.  How are you?

12    A.   I'm fine.

13    Q.   Good.  Do you recall what Mr. Braxton was wearing that

14    day?

15    A.   No.

16    Q.   No?

17    A.   No.

18    Q.   Just no idea?

19    A.   No.

20    Q.   I'm sorry.  There is only so many ways I can ask that

21    question.  No idea?

22    A.   No, I don't.

23    Q.   And may I borrow this --

24          **MR. PROCTOR:**  And, again, I hope it's been cleared

25    for safety.

1     **MR. HAZEL:**  It has.

2     **BY MR. PROCTOR:**

3     Q.   You would agree with me that this is a fairly large

4     handgun; is that correct?

5     A.   It's a handgun.  You're saying large to what kind it is?

6     Q.   What's the calibre?

7     A.   Yes.

8     Q.   Okay.  And you would agree with me that certainly, if I

9     were to tuck it in my waist, it would be protruding, right?  I

10    mean, you know what I've got there?  Might not know it's a

11    gun, but you know I've got something in my waistband?

12    A.   Yes.  I know you have something.

13    Q.   Okay.  And you would agree with me that you can see just

14    fine into the vehicle; is that correct?

15    A.   Yes.

16    Q.   And yet you didn't notice anything unusual about

17    Mr. Braxton's waist at that time?

18    A.   I didn't look at his waist.

19    Q.   Okay.  Aren't you trained as a police officer to look at

20    everything, all the potential -- should I say all the -- to

21    survey the whole scene?  Isn't that part of your training?

22    A.   Yes.

23    Q.   And I'm correct in saying that other officers were there

24    keeping an eye on everybody else; is that also true?

25    A.   Yes.

1    Q.   And so it's your testimony here today that, even though

2    Mr. Braxton was -- he was pretty much your baby in all of

3    this, right?

4    A.   No.

5    Q.   Well, Officer Livesay is there, and he's keeping an eye

6    on the rear passengers, correct?

7    A.   I can't speak what he's actually keeping an eye on.  I

8    can't speak what he see.  I know I --

9    Q.   I know you're not clairvoyant, but he certainly was --

10   A.   So I can't speak for another officer and what they see.

11   Q.   Right.  Okay.  You are the closest person to the driver,

12   correct?

13   A.   When I got in front of him, I wasn't the closest person

14   to the driver.  I wasn't on the driver's side.  I was on the

15   passenger's side.

16   Q.   I'm sorry.  You're right.  I'm an idiot.

17            You're the closest person to the front seat

18   passenger; am I correct?

19   A.   Once I went to the front, yes, I was the closest to him.

20   Q.   And Officer Livesay is to the rear of the vehicle from

21   you, correct?

22   A.   No.

23   Q.   Where is he?

24   A.   He's near the front passenger.

25   Q.   He's near the front passenger.  And on the other side is

1    Officer Allen?

2    A.   Yes.

3    Q.   And Officer O'Donnell?

4    A.   I don't recall exactly.

5    Q.   Other officers, though?

6    A.   Yeah.  Other officers.

7    Q.   And, yet, you're not looking at Mr. Braxton's waist?

8    A.   I'm looking at why he's not looking me in the eye,

9    looking at the demeanor in his face, because that tells me a

10   lot.  He's slouched down in the vehicle.  He's sitting in the

11   seat, so I really can't see that, because it's bunched up when

12   you sit down, like I'm bunched up.  I wasn't looking at that.

13   I was looking at his face, because that was really weird that

14   he was the only one in the car was not moving.

15   Q.   Is it true to say that you did not say when Mr. Hazel was

16   asking you questions that Mr. Braxton was slouched down in the

17   seat?

18   A.   Excuse me?

19   Q.   That's something you just came up with, correct?  You

20   didn't say --

21   A.   I said he was sitting in the seat, and, when you sit, you

22   slouch.  You're bunched up, so it could look like I've got

23   something right now, but, when I stand up, it's straight up.

24   Q.   Okay.  Again, my questions was:  Mr. Hazel asked you

25   questions, you didn't mention he was slouched down in his

1    seat; is that correct?

2    A.    No.  I didn't say -- he was sitting down.  No, I didn't

3    say that.

4    Q.    You didn't mentioned in any previous hearings we've had

5    in this matter that he was slouched down in the seat; is that

6    correct?

7    A.    No.  I said he was sitting in the front passenger seat.

8    That's sitting down.

9    Q.    But now that it's the first time on cross-examination, my

10    point is he's slouching; is that correct?

11    A.    I said you sit when you slouch.  When you sit, you

12    automatically bend.  I don't know anyone that sits and don't

13    bend.

14    Q.    Okay.

15    A.    So protruding, I wasn't looking at that.  I was looking

16    at his face, and that was weird to me that he wouldn't look me

17    in my face when I looked at his.  He would not move.

18    Q.    Well, let's talk about that a little.  I believe you said

19    when the Government asked you questions that you participated

20    in 500 arrests, right?

21    A.    Yes.

22    Q.    And it's fair to say that all sorts of people react all

23    sorts of different ways when they come into -- when they

24    encounter law enforcement; is that true?

25    A.    Yes.

1    Q.   I mean, I break into a sweat when I get pulled over for

2    speeding, which happens unfortunately with regularity, right?

3    A.   Okay.

4    Q.   Nothing unusual about that, is there?

5    A.   No.  Not if that's what you do.

6    Q.   There is nothing unusual about people trying to be your

7    best friend and apologizing profusely, is there?

8    A.   No.  People do that, too, yes.

9    Q.   There is nothing unusual about people getting belligerent

10   and in your face because they're in a rush somewhere, and you

11   pulled them over, right?

12   A.   Yes.

13   Q.   In fact, the driver in this case did exactly that for

14   want of a better way to put it, right?

15   A.   Yes.

16   Q.   And there is nothing unusual about staring straight ahead

17   and just hoping this whole matter blows over, is there?

18   A.   No.

19   Q.   Is it true to say that you've seen the police report in

20   this case?  Have you seen the Statement of Probable Cause and

21   the police report in this case, Officer?

22   A.   Yes.

23   Q.   And it's true, is it not, that, when Mr. Braxton got out

24   of the vehicle, he was frisked?

25   A.   Pat-down.

1    Q.   Pat-down.  I'm sorry.  We're using the same terms.

2         And it's true, is it not, that only after you felt

3    the gun that he made what you describe as elbowing you and

4    running off and that sort of thing; is that true?

5    A.   Yes.

6    Q.   So, initially, when he got out of the vehicle, he didn't

7    come out fighting --

8    A.   No.

9    Q.   -- right?  It's only after you say you felt the gun, and,

10   at that point, things turned ugly, for want of a better term,

11   right?

12   A.   Yes.

13   Q.   You talked about the -- you shouted, "Gun," right?

14   A.   Excuse me?

15   Q.   When you felt the gun, you shouted, "Gun"?

16   A.   Yes.  Shouted it out real loud.

17   Q.   I'm Irish, and sometimes I say words a little funny.  I

18   apologize.

19   A.   Okay.

20   Q.   And, at that point -- I don't know.  I wasn't there, but

21   I assume when a police officer shouts, "Gun," that everyone

22   comes running; is that fair to say?

23   A.   No.

24   Q.   I mean, they're not going to say over there, "You know,

25   Officer Williams, he's got a gun, but, you know, did you see

1    that ball game last night," are they?

2    A.   No, but, if there is other people on the scene, they're

3    going to make sure they're secure.

4    Q.   Right, but, after the point that you shout, "Gun" --

5    correct me if I'm wrong -- there are at least five officers,

6    right?

7    A.   Yes.

8    Q.   And so I'm presuming the ones that weren't responsible

9    for the other occupants of the vehicle, they all flocked to

10   you; is that correct?

11   A.   Yes.  Two of them did.

12   Q.   Okay.  Two of them.  And how long after you shouted,

13   "Gun," did the other officers arrive?

14   A.   Officer was already right behind me, so, during the

15   struggle -- as soon as I grabbed him and yelled it, and we

16   were on the ground, they was on the top of there with me.

17   Q.   Okay.  And the third officer, seconds?  Does he arrive

18   seconds later?

19   A.   He was right there.  Right there.

20   Q.   Okay.  So one-one thousand, two-one thousand --

21   A.   It was right there.  It was quick.

22   Q.   Okay.  And so you don't recall who pulled the gun out; is

23   that fair to say?

24   A.   No.  I helped pull it out.  I don't recall who pulled it

25   out with me out of the two, because I still had control of

1    him.

2    Q.   Okay.  So certainly those officers, when they testify,

3    ought to recall seeing a gun the minute Mr. Braxton was

4    grabbed to the ground; is that correct?

5    A.   No.  We struggled for it.  It wasn't a minute, as soon as

6    he hit it, the gun came out.

7    Q.   Right, but, when you struggled for it, no one tucked it

8    under their shirt so the other officers wouldn't see it,

9    right?

10   A.   No.

11   Q.   So the other two officers who came running -- in fact,

12   they didn't come running.  They were right there.  They should

13   have seen that gun, right?

14   A.   Yes.

15   Q.   I mean, as we discussed, it's a fairly large calibre

16   handgun, right?

17   A.   Yes.

18   Q.   Now, the tape we heard, do you know the name of the

19   dispatcher that was on that tape?

20   A.   No.

21   Q.   If I said Tiffani Parrott, would that ring any bells?

22   A.   No.  I -- no.

23            **MR. PROCTOR:**  May I have just one second, please,

24   Judge?

25            **THE COURT:**  Yes.

1    **BY MR. PROCTOR:**

2    Q.   Let me just clarify.  You're there with Mr. Braxton, and

3    I believe you say Officer Livesay is the other person?

4    A.   Yes.

5    Q.   And the third person, would that be Officer Gary

6    O'Donnell?

7    A.   Yes.

8         **MR. PROCTOR:**  That's all I have, Judge.

9         **THE COURT:**  Thank you.  Redirect?

10        **MR. HAZEL:**  Just a couple questions.

11        **THE COURT:**  Mr. Hazel, we're ready.

12        **MR. HAZEL:**  Thank you, Your Honor.

13                    **REDIRECT EXAMINATION**

14    **BY MR. HAZEL:**

15    Q.   Mr. Proctor mentioned a Statement of Probable Cause and

16    asked if you had read it.  Did you read it before it got

17    submitted?

18    A.   No.

19    Q.   And one last question, Officer:  Where did you get this

20    gun from?

21    A.   From the Defendant seated in the middle of counsel.

22        **MR. HAZEL:**  Nothing further.

23        **THE COURT:**  Recross?

24        **MR. PROCTOR:**  No, sir.

25        **THE COURT:**  Thank you.  You may step down, sir.

1          THE WITNESS:  Thank you very much, Your Honor.

2          (Witness excused.)

3          THE COURT:  Call your next witness, please.

4          MR. HAZEL:  Officer Richard Allen.

5          THE CLERK:  Sir, please come forward.  Raise your

6     right hand.

7                    **OFFICER RICHARD ALLEN**

8          **WAS THEN DULY SWORN TO TELL THE TRUTH**

9          THE CLERK:  Please be seated.  State your name for

10    the record, speak directly into that microphone, and spell

11    your name, please.

12         THE WITNESS:  Officer Richard Allen.  Last name is

13    A-L-L-E-N.

14                    **DIRECT EXAMINATION**

15    **BY MR. HAZEL:**

16    Q.   Good afternoon, sir.

17    A.   Good afternoon, sir.

18    Q.   Could you please introduce yourself to the ladies and

19    gentlemen of the jury, explaining your current employment.

20    A.   Currently employed with the United States military,

21    effective today.  I've been called back from -- returned back

22    from Iraq last year.  I've been called back today.

23    Q.   Now, in between your service to the country, who have you

24    been employed by?

25    A.   Baltimore City Police Department for eight years.

1    Q.   And, during that time as a Baltimore City police officer,

2    how many arrests have you made?

3    A.   I'd say approximately over 500 arrests.

4    Q.   Now, I'd like to turn your attention to May 17th, 2006,

5    approximately 4:30 p.m.  Were you on duty with the Baltimore

6    Police Department around that time?

7    A.   Yes, sir.

8    Q.   And did you have occasion to be on the 1700 Block of

9    Pennsylvania Avenue in Baltimore, Maryland?

10   A.   Yes, sir.

11   Q.   And could you tell us what, if anything, you saw that got

12   your attention in that area at that time?

13   A.   Yes, sir.  On that date, I was on uniform patrol in the

14   1700 Block of Pennsylvania Avenue when I noticed a vehicle

15   proceeding southbound down Pennsylvania Avenue with very dark

16   tinted windows.

17   Q.   Now, what did you do at that point?

18   A.   At that point, I proceeded behind the vehicle, and

19   contacted KGA to initiate a car -- initiate a tag check.

20        THE COURT:  Sir, please talk into the microphone so

21   the members of the jury can hear you.

22        THE WITNESS:  Yes, sir.

23        MR. HAZEL:  The Court's indulgence just one moment.

24        THE COURT:  Now, of course, before you publish that,

25   you're going to have him --

1      MR. HAZEL:  Absolutely, Your Honor.

2      THE COURT:  Perhaps while you're there rather than

3    take it up --

4      MR. HAZEL:  Well, I was going to ask him to join me

5    at --

6      THE COURT:  Perhaps you can do it near a

7    microphone --

8      MR. HAZEL:  I will do that, Your Honor.

9      THE COURT:  -- and have him identify it, and then

10   that way --

11   **BY MR. HAZEL:**

12   Q.   This has been marked as Government's Exhibit 1.  Do you

13   recognize it?

14   A.   Yes, sir.

15   Q.   What do you recognize it as?

16   A.   The metro station is right there where I was parked.  I

17   had my patrol vehicle parked right there in that area.

18      THE COURT:  Is that a map, sir?

19      THE WITNESS:  Yes, sir.

20      THE COURT:  What is it a map of?

21      THE WITNESS:  That's a map of the area where I was

22   on patrol at, Pennsylvania Avenue.  1700 Block of Pennsylvania

23   Avenue.

24      THE COURT:  Does it fairly and accurately show that

25   area?

1              THE WITNESS:  Yes, sir.

2              THE COURT:  Are you moving it?

3              MR. HAZEL:  Yes, Your Honor.

4              THE COURT:  It is admitted.

5              MR. HAZEL:  Would Your Honor prefer me to bring him

6     up there to publish it to the jury?

7              THE COURT:  Now you can.

8              MR. HAZEL:  Thank you, Your Honor.

9              THE COURT:  You can let the jury look at it if you

10    want.

11             MR. HAZEL:  I intend to.

12    BY MR. HAZEL:

13    Q.   Officer Allen, would you please join me up here.

14             THE COURT:  Would you please hand him the

15    microphone.

16             THE WITNESS:  Yes, sir.

17             THE COURT:  And would you talk at it while you're

18    testifying.

19             THE WITNESS:  Yes, sir.

20    BY MR. HAZEL:

21    Q.   Officer Allen, you had mentioned first seeing the car at

22    the 1700 Block of Pennsylvania Avenue.  Could you indicate on

23    Government's Exhibit 1 where that is.

24    A.   It's right up in this area, sir (indicating).

25    Q.   And you're pointing, for the record, near the area near

1    the metro station; is that correct, sir.

2    A.   Yes, sir.

3    Q.   And, at that point, what did you do?

4    A.   I -- at that point, I proceeded behind the vehicle, and,

5    while I was proceeding behind the vehicle, I called in KGA to

6    run the tag on the vehicle, tag check.

7    Q.   What was it that first got your attention about the

8    vehicle?

9    A.   It was the dark tinted windows.

10   Q.   So you said you started up here at the metro station.

11   What did you do as you were running the KGA tape?

12   A.   Okay.  From that point on, I called in through KGA while

13   I was following the vehicle, while I was going down

14   Pennsylvania Avenue, and I ran stolen -- to check on the tags.

15   Q.   And what did the tag check report?

16   A.   The tags check came up to another vehicle.

17   Q.   By -- you mean a vehicle other than the car the tags were

18   attached to?

19   A.   Yes, sir.

20   Q.   And what did you do at that point?

21   A.   At that point, I called in to KGA to verify the actual

22   tag number that I gave to her, and she gave me the tag number

23   back, and I verified that it is still the same tag number to

24   verify that that is the tag, that that doesn't belong to that

25   vehicle.

1    Q.    In terms of the vehicle with the tag problem, what is

2    that vehicle doing?

3    A.    Still proceeding down Pennsylvania Avenue while I'm

4    following it.

5    Q.    In which direction?

6    A.    Going southbound.

7    Q.    Okay.  And could you indicate on the map which way is

8    southbound?

9    A.    Going down this direction (indicating).

10   Q.    And what were you doing in relation to the vehicle?

11   A.    Okay.  I was still following behind the vehicle.  I

12   didn't initiate a traffic stop yet.

13   Q.    Why not?

14   A.    Because I wanted to call backup in first.

15   Q.    I'm sorry.  I didn't hear what you just said.

16   A.    I wanted to call backup units first.

17          THE COURT:  Can he get back to the stand and to the

18   microphone on the stand now?

19          MR. HAZEL:  Just one moment, Your Honor.  Just one

20   or two questions.  As a matter of fact, I'll go straight

21   there.

22   BY MR. HAZEL:

23   Q.    Where did the car continue towards?

24   A.    The car continued towards Martin Luther King Boulevard.

25   Q.    And can you indicate on this map where Martin Luther King

 1   Boulevard is?

 2   A.   Right here (indicating).

 3   Q.   Just for the record, he's pointing to the bottom

 4   right-hand corner of the map where Pennsylvania and Martin

 5   Luther King intersect.

 6           What did the car do at Martin Luther King Boulevard?

 7   A.   It made a right turn on Martin Luther King.

 8           **THE REPORTER:**  I'm sorry?  A right turn --

 9           **THE COURT:**  Made a what?

10           **THE WITNESS:**  It made a right turn, sir.

11           **THE COURT:**  Perhaps you can look at the jury and try

12   to keep your voice as loud as you can, and eventually if we

13   can get him back to the witness stand and a microphone.

14           **MR. HAZEL:**  We're -- okay.

15           **THE WITNESS:**  Yes, sir.  Made a right turn on Martin

16   Luther King Boulevard.

17           **MR. HAZEL:**  Okay.  We can return to the seat.

18           **THE WITNESS:**  Okay.

19   **BY MR. HAZEL:**

20   Q.   Now, once the car made a right turn on Martin Luther King

21   Boulevard, what, if anything, did you do next?

22   A.   Once the car made a right turn on Martin Luther King, it

23   pulled over to the left lane, and I followed behind the

24   vehicle, and it was at a stoplight at that corner adjacent

25   Franklin and Martin Luther King, and a backup unit at that

1    time showed up.  Backup unit identified that they was to my

2    right of where my patrol vehicle was.

3    Q.   And this is while you were on Martin Luther King?

4    A.   Yes, sir.

5    Q.   And what happens at that point?

6    A.   And, from that point on, I got out the vehicle and

7    initiated a traffic stop.

8    Q.   And what physically did you do?

9    A.   Cut my lights on to identify to that vehicle that I was

10   initiating a stop.

11   Q.   Once the vehicle was stopped, what happened next?

12   A.   Then I walk up to the vehicle, spoke with the driver,

13   explained to him why I stopped him, and he -- asked him for

14   his driver's license, and he advised me also that his tag --

15              **MR. BROWN:**  Objection.

16   Q.   Without going into that.  Without going into that --

17   A.   Okay.

18   Q.   -- what happened from that point?

19   A.   What happened from that point, I -- after the driver

20   showed me his license, and then I started pulling the

21   occupants out of the vehicle for officer safety.

22   Q.   What happened next?

23   A.   Prior to that, a couple of units showed up, marked units,

24   Officer Williams, Officer Flores, and they posted their self

25   to -- Officer Flores posted his self to my side, and

1   Officer Williams went around to the passenger side of the

2   vehicle.

3   Q.   Now, is there anyone you see in this courtroom today who

4   you saw in that car on that day?

5   A.   Yes, sir.  The Defendant right there, sitting right

6   there.

7           **MR. HAZEL:**  May the Court reflect an in-court

8   identification?

9           **THE COURT:**  The record will reflect that

10  identification.

11  **BY MR. HAZEL:**

12  Q.   And where was the Defendant seated?

13  A.   He was seated in the front side passenger side seat.

14  Q.   And which officer was closest to him at the point when

15  you were starting to get people out of the car?

16  A.   Officer Williams and Officer Lindsay was on that side

17  where the Defendant was getting out the vehicle.

18  Q.   Now, you said "Officer Lindsay."  Do you remember what he

19  looked like or who --

20  A.   He was a white officer --

21  Q.   Okay.

22  A.   -- 5, 7.

23  Q.   Now, at that point, what happens next?

24  A.   What happens next, once I started getting -- the driver

25  started exiting the vehicle, and it was two occupants in the

1    back seat of the vehicle.  They started exiting the vehicle.

2    I'm looking over at Officer Williams, and I seen him start to

3    tussle with the actual defendant.

4              MR. BROWN:  Objection.  Your Honor, may we approach?

5              THE COURT:  Yes.  Come up.

6              (Whereupon, the following conference was held at the

7    bench.)

8              MR. BROWN:  Your Honor, I was just concerned that

9    he's going to say what the other officer called out at this

10   point.  I was trying to preclude it from happening.

11             THE COURT:  What's wrong with that?

12             MR. HAZEL:  If he called out, "Gun," I don't think

13   that would be hearsay.

14             THE COURT:  That's why I'm asking him:  What's wrong

15   with that?

16             MR. HAZEL:  Well, if it was going to be a hearsay --

17             THE COURT:  I'll look at you when I'm trying to get

18   an answer from you, but, I'm looking at him, asking:  What's

19   wrong with that?

20             MR. BROWN:  Hearsay objection.

21             THE COURT:  Were you like this in law school,

22   always hand up?

23             MR. HAZEL:  Actually, I was not.  I was very quiet.

24   I was.

25             THE COURT:  So you're trying to preclude him from

1    yelling, "Gun"?

2                    **MR. BROWN:**  Yes.

3                    **THE COURT:**  Okay.  What would be the basis for

4    precluding him from that?

5                    **MR. BROWN:**  Hearsay.

6                    **THE COURT:**  Okay.  Are you offering it for the truth

7    of the matter, or for some other fact?

8                    **MR. HAZEL:**  No.  For the fact that it was said.

9                    **THE COURT:**  Okay.  Overruled.

10                   **MR. BROWN:**  Okay.  Thank you, Your Honor.

11                   **THE COURT:**  Anytime.

12                   (Whereupon, the bench conference was concluded.)

13                   **THE COURT:**  Next question.

14   <u>**BY MR. HAZEL:**</u>

15   Q.   As Officer Williams was interacting with the Defendant,

16   did you hear anything being said?

17   A.   Yes, sir.  He hollered out, "Gun."

18   Q.   Who is "he"?

19   A.   Officer Williams.

20   Q.   And what, if anything, did you see of what was going on

21   at that side of the car as it was happening?

22   A.   Well, what I could see, I just seen him and the

23   Defendant, who is sitting down, was actually tussling, and

24   also the other officer was helping Officer Williams to get the

25   Defendant under some type of control.

1    Q.   Did you see what happened?  Did they remain stationary,

2    fall?

3    A.   No.  They actually fell down to the ground.

4    Q.   At some point, did you recover a gun?

5    A.   Yes, sir.

6    Q.   And how did you take possession of the gun?

7    A.   I actually submitted the gun through Evidence Control

8    Section.

9    Q.   But how did you gain possession of it on that day?

10   A.   One of the officers gave it to me.  I can't remember what

11   officer it was, but one of the officers that got in a tussle

12   with him gave me the weapon.

13   Q.   Okay.  So one of the officers you had seen go to the

14   ground with him?

15   A.   Yes, sir.

16   Q.   Okay.  You just don't remember which one of the officers?

17   A.   Yes, sir.

18   Q.   I'm going to show you Government's Exhibit, I believe, 4

19   and 5.

20         **THE COURT:**  Yes.

21         **MR. HAZEL:**  Thank you.

22   **BY MR. HAZEL:**

23   Q.   Showing you Government's Exhibit 4 and 5, do you

24   recognize these items?

25   A.   Yes, sir.

Direct Examination of Officer Richard Allen

1    Q.   What do you recognize them as?

2    A.   That's the same weapon that the Defendant had when they

3    recovered it off of him.

4    Q.   And that's referring to Government's 4.  Do you recognize

5    Government's 5?

6    A.   Yes.  All of those items with the rounds, and also a

7    magazine.

8    Q.   And, referring to this bag, do you recognize that?

9    A.   Yes, sir.

10   Q.   Okay.  Do you recognize your name on that?

11   A.   Yes, sir.  That's all my information that's on the bag --

12   correct information.

13           MR. HAZEL:  Government moves Exhibit 5.  I believe 4

14   is already.

15           THE COURT:  Yes.  Government 5 is what?

16           MR. HAZEL:  Government's 5 is the ammunition.

17           THE COURT:  Okay.  Government 5 is admitted.

18           MR. HAZEL:  If I may just briefly publish the

19   ammunition to the jury.

20   BY MR. HAZEL:

21   Q.   Was the weapon loaded?

22   A.   Yes, sir.  It was loaded at that time when we recovered

23   it off the Defendant.

24           MR. HAZEL:  Nothing further, Your Honor.

25           THE COURT:  Cross?

1          **MR. PROCTOR:**  Judge, can we approach real quick

2     before we do that.

3          **THE COURT:**  Sure.  Come up.

4          (Whereupon, the following conference was held at the

5     bench.)

6          **THE COURT:**  Yes, sir?

7          **MR. PROCTOR:**  Ten seconds.  You can time me.  I

8     heard Your Honor tell the jury that you normally take a break

9     between 3:00 and 3:30.  The cross will be ten minutes.  Do you

10    want to do it first, or take a break now?

11         **THE COURT:**  I like to keep the testimony of a

12    witness together if I can, so, since it's going to be a fairly

13    short one, we'll finish it.

14         **MR. PROCTOR:**  Live and learn.  Thank you, Judge.

15         **THE COURT:**  Not at all.

16         (Whereupon, the bench conference was concluded.)

17                      <u>**CROSS-EXAMINATION**</u>

18    <u>**BY MR. BROWN:**</u>

19    Q.   Officer Allen, you said that you first spotted this

20    vehicle at the 1700 Block of Pennsylvania Avenue.

21    A.   Yes, sir.

22    Q.   And you became suspicious of the vehicle because of the

23    tint of the windows, right?

24    A.   Yes, sir.

25    Q.   So you followed it, correct?

1    A.    Yes, sir.

2    Q.    And you followed it for quite a distance?

3    A.    Yes, sir.

4    Q.    And you went all the way down Pennsylvania until you got

5    to Martin Luther King, correct?

6    A.    Yes, sir.

7    Q.    Now, eventually there came a time when you were able to

8    pull this car over, correct?

9    A.    Yes, sir.

10          **MR. HAZEL:**  I apologize.  It's just if counsel --

11          **MR. BROWN:**  I'm sorry.

12          **MR. HAZEL:**  Thank you.

13   **BY MR. BROWN:**

14   Q.    So you had the car pulled over, but you never used the

15   opportunity to check and see whether the tint on this car was

16   illegal?

17   A.    Once I pulled the car over?

18   Q.    Correct.

19   A.    No, sir.  I sure didn't.

20   Q.    Okay.  Now, as mentioned before, you had been following

21   the car all the way down Pennsylvania Avenue, and at what

22   point did you call for backup?

23   A.    I called for backup after I ran the tags twice, came up

24   to tags belonging to another vehicle, and then I asked for a

25   backup unit.

1  Q.   And isn't it true that your vehicle -- that you didn't

2  call for backup until you reached Martin Luther King

3  Boulevard?

4  A.   I can't recall exactly what time, sir, but I know I

5  called for backup.

6  Q.   Well, did you just testify before that you called for

7  backup before you got to Martin Luther King?

8  A.   It was -- probably was.  It's been a while, sir.  It's

9  been two years ago, so I'm not sure, but I know I called for

10  backup.

11          MR. BROWN:  May I approach, Your Honor?

12          THE COURT:  Yes.

13          MR. BROWN:  For the record, I'm showing the witness

14  a transcript from a motions hearing in this case.

15  **BY MR. BROWN:**

16  Q.   Do you recognize this?

17  A.   Yes, sir.

18          MR. BROWN:  Excuse me one minute.  Sorry, Your

19  Honor.

20          THE COURT:  Is this Defense 1, Madam Clerk?

21          THE CLERK:  3.

22          MR. BROWN:  Your Honor, this is Defense Exhibit 3.

23  For the record, this is a transcript of the KGA tape.

24  **BY MR. BROWN:**

25  Q.   If I can show you this, Officer, are you able to find out

 1    at what point in this transcript you call for backup?

 2              THE COURT:  If you can point him to it.

 3              THE CLERK:  I need to --

 4              THE WITNESS:  Officer needed another unit at this --

 5    right here (indicating).

 6    BY MR. BROWN:

 7    Q.   Okay.  And where were you?  Does this indicate where you

 8    were when you called for backup?

 9    A.   It says right here, Pennsylvania and Martin Luther King

10    Boulevard.

11    Q.   Okay.  So you were at Pennsylvania and Martin Luther King

12    when you called for backup?

13    A.   I can't remember.  It's been a while, sir.  I know I was

14    following the vehicle down Martin Luther King Boulevard.  I

15    can't remember exactly, but I know I called for backup.

16    Q.   Okay.

17              THE COURT:  Please talk into the microphone, sir.

18              THE WITNESS:  Yes, sir.

19              THE COURT:  You can turn it if you want.

20    BY MR. BROWN:

21    Q.   Now, from this location of Martin Luther King and

22    Pennsylvania until the location where the car was stopped --

23    A.   Uh-huh.

24    Q.   -- that was one block; is that correct?

25    A.   You say from what locations?  Block --

1    Q.   From the intersection of Martin Luther King and

2    Pennsylvania --

3    A.   Uh-huh.

4    Q.   -- to the intersection of Martin Luther King and

5    Franklin, where the vehicle was stopped.

6    A.   Okay.  The vehicle wasn't actually stopped on Franklin.

7    It was stopped at about halfway between Martin Luther King and

8    Pennsylvania and the other side of Franklin.  It's like about

9    halfway in the middle of the block when it was actually

10   stopped.

11   Q.   Okay.  How far --

12   A.   So we didn't reach Franklin Street.

13   Q.   Okay.  How far was the vehicle from the intersection of

14   Martin Luther King and Pennsylvania until the area where it

15   was stopped, approximately?

16   A.   About half a block.

17   Q.   About half a block?

18   A.   Yes, sir.

19   Q.   Okay.  So you had called for help at that intersection,

20   you had traveled half a block, and, at that point, another

21   police car had already arrived; is that correct?

22   A.   No.  I don't agree with that, sir.  I called for backup.

23   As soon as I -- as I recall, when I contact KGA, she told me

24   that the tags was belonging to another vehicle, and then I

25   verified it again.  I know I actually called for backup after

1    that, because I noticed four occupants in the vehicle.

2    Q.   I'd like to show you again Defendant's

3    Exhibit Number 3 --

4    A.   Uh-huh.

5    Q.   -- and I'm going to ask you again:  According to this

6    transcript, where were you when you asked for backup?

7         MR. HAZEL:  Your Honor, I would just ask if he can

8    be allowed to read the entire page rather than just the one

9    that he's pointing to.

10        THE COURT:  Very good.

11        MR. HAZEL:  At least the entire page, if not more.

12        (Witness perusing document.)

13        THE WITNESS:  Okay.  It says on -- right here,

14   Pennsylvania and Martin Luther King.  That's probably when I

15   actually got a chance to transmit on the radio that I needed

16   backup, because all the other transmissions that I was

17   actually saying prior to that -- stopping the vehicle.

18   Q.   Well, you didn't call the other car on your cell phone,

19   did you?

20   A.   No, sir.

21   Q.   This is how you request backup; isn't that right?

22   A.   On the radio, sir.

23   Q.   Okay.  Was there another way that you requested backup on

24   this day?

25   A.   No.  I just called on the radio, sir.

1    Q.   Okay.  So you requested backup at the intersection of

2    Martin Luther King and Pennsylvania Avenue, okay, according to

3    this transcript?

4    A.   Yes, sir.  According to the transcript, yes.

5    Q.   And you traveled less than a block, correct?  Before you

6    made the stop, you traveled less than a block?

7    A.   Yes, sir.

8    Q.   And, in that time of less than a block, you're saying

9    another police car arrived out of nowhere and came in and

10   helped you make the stop?

11   A.   Yes, sir.

12   Q.   Were you surprised that it got there that fast?

13   A.   No, sir.  I wasn't thinking about that, sir.  I just was

14   waiting for backup to show up.

15   Q.   Okay.  So you went down, you made the stop of this

16   vehicle, correct?

17   A.   Yes, sir.

18   Q.   And then at some point you got out of your car?

19   A.   Yes, sir.

20   Q.   And you went over to the driver of the suspect vehicle,

21   okay, and you had a discussion with him?

22   A.   Yes, sir.

23   Q.   Now, there were also two other people in the back of the

24   car?

25   A.   Yes, sir.

1    Q.    And you were keeping your eyes on them, right?

2    A.    I was keeping my eyes on the driver and everybody else

3    that's in the vehicle, sir, for my safety.

4    Q.    Okay.  But your focus was on the driver, correct?

5    A.    Yes, sir.

6    Q.    And on the two people in the back, correct?

7    A.    Like I said, I was keeping my eyes on everyone.

8    Q.    Okay.  But you couldn't see much of what was happening on

9    the other side of the car; is that right?

10   A.    No.  Not that much.

11   Q.    You couldn't see that much because you were watching the

12   other three occupants, correct?

13   A.    I could see once I pulled those occupants out -- out of

14   the vehicle, and I could see what took place afterwards, yes,

15   sir.

16   Q.    Okay.  Now, you didn't actually see a gun being pulled

17   off of Mr. Braxton, did you?

18   A.    After everything was done, yes, sir.

19   Q.    I'm sorry?

20   A.    After the officers got him to the ground and got

21   everybody together, yes, they recovered a weapon off of his

22   person.

23   Q.    Okay.  Let me try the question again.

24   A.    Uh-huh.

25   Q.    As you testified before, the gun was given to you by

1   another police officer --

2   A.   Yes, sir.

3   Q.   -- correct?  And which officer was that?

4   A.   I can't remember what officer it was.  It was one of the

5   two officers that got in a tussle with him on the ground.

6   Q.   Was it someone you knew?

7   A.   I can say it was one of the two officers --

8        **THE COURT:**  Mr. Brown?  Mr. Brown, please don't

9   block the jury's view of the witness.

10       **MR. BROWN:**  Sorry, Your Honor.

11       **THE COURT:**  Sight lines.

12       **MR. BROWN:**  Sorry.

13   **BY MR. BROWN:**

14   Q.   Okay.  So is it your testimony today that you actually

15   saw the gun come off of Mr. Braxton?

16   A.   No.  That's not going to be my testimony.

17   Q.   Okay.  So you didn't see it come off of him?

18   A.   No, I didn't.

19   Q.   The first time you saw the gun was when it was given to

20   you by another officer, correct?

21   A.   Yes, sir.

22   Q.   Okay.  Thank you.

23       **MR. BROWN:**  The Court's indulgence, please.

24       No further questions.

25       **THE COURT:**  Redirect?

1      **MR. HAZEL:**  None, Your Honor.

2      **THE COURT:**  Thank you.  You may step down.

3      **THE WITNESS:**  Yes, sir.

4      (Witness excused.)

5      **THE COURT:**  Members of the jury, we're going to take

6   the afternoon recess now.  Please remember, don't discuss the

7   case among yourselves or with anybody else, and I will call

8   for you at five minutes after 4:00.  Please retire to your

9   jury room.

10      (Jury excused.)

11      **THE COURT:**  Government, who is next?

12      **MR. HAZEL:**  Officer Ricky Livesay, Livesay,

13   something like that.

14      **THE COURT:**  And then?

15      **MR. HAZEL:**  If agent Ram Mahanand is available --

16      **MR. WALLNER:**  He should take about a half hour, Your

17   Honor.  That was 25 of 4:00.

18      **MR. PROCTOR:**  Judge, if I may interject, the

19   Government asked if we required Officer O'Donnell because he's

20   here today and we don't want to make him come back.  We do

21   need him, so either the Government can call him, or we can

22   call him out of turn.

23      **MR. HAZEL:**  We can put him on.  We'll figure out who

24   calls him, but we can put Officer O'Donnell on at this point.

25      **THE COURT:**  Okay.  O'Donnell, Mahanand, and Livesay?

1          **MR. WALLNER:**  Yes, Your Honor.  That leaves -- I

2     think the only witness left, Your Honor, that would be

3     Mr. Wagster from Baltimore City Firearms.  He was scheduled to

4     be here at 9 o'clock tomorrow morning.  He was supposed to

5     have other issues and trials today, so I told him 9:00

6     tomorrow.

7          **THE COURT:**  Wagster tomorrow, and who is --

8          **MR. HAZEL:**  Mr. Fernandez will be the fingerprint

9     person.  He'll be here tomorrow morning as well.

10          **THE COURT:**  Very good.  See you at five after 4:00.

11          **MR. PROCTOR:**  Thank you, Judge.

12          **THE CLERK:**  Please rise.  This Honorable Court now

13     stands in recess.

14          (Recess taken, 3:43 p.m. - 4:05 p.m.)

15          **THE CLERK:**  Please rise.  This Honorable Court now

16     resumes in session.

17          **THE COURT:**  Good afternoon.  Ready for the jury,

18     counsel?

19          **MR. HAZEL:**  The Government is.

20          **THE COURT:**  What?

21          **MR. HAZEL:**  The Government is.

22          **MR. PROCTOR:**  Again, Mr. Braxton would like to

23     discuss, without the Government present, discharging counsel,

24     or whether that's an option and that sort of thing, and,

25     again, we would urge Your Honor --

1          THE COURT:  Why don't you all come up to the bench.

2     Not Government; you all.

3          MR. HAZEL:  Would you like us to leave the room?

4          MR. WALLNER:  Just for the record, we have three

5     witnesses here, and I heard you tell the jury that we'll break

6     by 5:30, and, considering we pull them all up here, I don't

7     care how the Court wants to do it --

8          THE COURT:  We'll exhaust the ones you have here.

9          MR. WALLNER:  Thank you, Your Honor.

10          THE COURT:  Come up.

11          (Whereupon, the following conference was held at the

12     bench.)

13          THE COURT:  Yes, sir?

14          THE DEFENDANT:  I feel like my attorneys are not

15     being adversarial or confrontational or nothing, the

16     suppression hearing.  Like this matters, they're getting me at

17     the last minute, asking me do I have any input, do I have

18     anything to say?  My mind is so cloudy at this point.  These

19     are issues that I been wanting to bring to their attention

20     from before we even got to trial.

21          Now, Mr. Proctor, I don't think that they just all

22     the way just -- I don't know what I think at this point, but I

23     know all I can say is I'm feeling like they're not being

24     competent enough.  There has been issues of conflict that I

25     knew from the Federal Government motion opposition.  It's been

1    inconsistent.  They just couldn't do the arguing, though.

2    Between the motion, suppression hearing, all the way up to the

3    trial, they're not adversarial at all or confrontation or

4    nothing.

5         They asked questions that I could have done myself,

6    and I'm not that skilled at all.  I'm feeling like these

7    questions -- these questions that -- and at this point, I

8    don't know exactly which questions they should ask.  Excuse me

9    for my handling.  I don't know at this point what questions

10   they should ask, but can't you give the legal term at this

11   point, but at the back of my mind, I know it's just questions

12   that they're not asking.  It's inconsistencies from the

13   different -- from the first suppression hearing, this

14   suppression hearing to the opposition, memorandum of

15   opposition, Government previous statements.  They just ain't

16   confrontational or nothing, like this is a -- they're not

17   being adversarial or nothing.

18        **THE COURT:**  Now, Mr. Braxton, of course you

19   understand that the reason you hire a professional lawyer is

20   for the same reason you hire a doctor.  You know, your doctor

21   may appear to be dispassionate and taking a calm view of the

22   situation, but that's part of what you pay a professional for.

23   Obviously you're close to the situation.  Obviously everything

24   looks important to you, and you've lived with this, you've

25   focused for this entirely probably every day for the past two

1    years, but you have to understand that your attorneys exercise

2    professional judgment.

3          I'm sure they consider the things you've raised, but

4    they have decided ultimately that less is more, that they

5    could argue everything; whether it's important or not, they

6    could holler, jump up, and scream whether that's important or

7    not, but I assume they made a professional judgment that

8    that's not the approach to this case.  They've picked up

9    significant ones.  They've talked about distinctions that they

10   think are important distinctions as opposed to the color of

11   the cars or things like that.

12         I'm not saying you want to get up and argue the

13   color of the cars, but I'm just saying one of the reasons you

14   hire an attorney is that you hire them to take a cool,

15   dispassionate look at your case and present what they, through

16   years of experience, believe to be effective arguments, not

17   waste the jury's time, and not tick the jury off by going

18   after every possible conflict that could be raised in the

19   testimony.  Again, you know, that's why they are

20   professionals, because they do have a distance from the case

21   that you don't have.

22         **THE DEFENDANT:**  I fully understand that, and I've

23   considered that.  I really don't think that's the case.  I

24   really don't think I'm asking them to be concerned with every

25   simple detail.  This is -- Mr. Brown and Mr. Proctor asked me

1    how I felt about the case, and I was talking, like do I like

2    the jury, and I don't like the jury.  I don't think there is

3    enough Black people on there.  I'm not going to waste time

4    fussing about that.  I really don't feel like I'm -- I'm

5    talking about just every least little detail, Your Honor.

6    Like you said, you hire a doctor to do certain things, but I

7    hire a doctor, if he make a simple type of mistake overall,

8    he's culpable for damages.  It's a liability, and I think

9    overall, I see it.

10            THE COURT:  So you want to fire them and represent

11   yourself?  Is that what you're asking to do?

12            THE DEFENDANT:  I would ask the Court to order a

13   psychiatric evaluation to see if I'm competent enough to go

14   through -- what do you call it?

15            THE COURT:  You don't think you're competent?

16            THE DEFENDANT:  No.  No.

17            THE COURT:  Why don't you think you're competent?

18            THE DEFENDANT:  Because I don't -- I don't have

19   the --

20            THE COURT:  Do you have a mental disability that

21   prevents you from being competent to represent --

22            THE DEFENDANT:  I have emotional and -- I'm too -- I

23   think I have emotional disabilities that's not going to allow

24   me to effectively represent this case in an adversarial type

25   of way and in a way that -- up to a legal standpoint.  I could

1    get on there and act the same way I tried to, and you shut me

2    down.  It was obvious that I ain't have legitimate questions,

3    or you wouldn't have shot me down the way you did.  You let me

4    ask the questions, but then you straight overruled them.

5         **THE COURT:**  Well, again, because I -- again, I'm

6    balancing a number of things, sir.  One obviously is trying to

7    get you a fair trial.  On the other hand, trying to make sure

8    you get a fair trial without wasting the jury's time or

9    ticking them off, and, you know, again, they're here.  Nobody

10   wants to serve jury duty.  You understand that, right?

11        **THE DEFENDANT:**  I understand that.

12        **THE COURT:**  No one wants to be here.  They're here

13   because they've been summonsed to be here and because we'd put

14   them in jail if they don't come here.  So, you know, not happy

15   campers to begin with.

16        **THE DEFENDANT:**  My mother served many occasions.  I

17   fully understand that.

18        **THE COURT:**  They're not happy to be here, and,

19   again, if they get the impression that their time is being

20   wasted, that makes them unhappy.  Now, they'll do their job.

21   They'll give you a fair trial, but you don't want to push them

22   to the point of being unhappy.

23        **THE DEFENDANT:**  I want --

24        **THE COURT:**  Mr. Proctor, do you have some concerns

25   about your client's mental competence?

1    **MR. PROCTOR:**  I don't, Your Honor, but I haven't

2    explored it at length with him.  He just --

3            **THE COURT:**  Mr. Brown, do you have some concern

4    about Mr. Braxton's mental competence?

5            **MR. BROWN:**  I don't know the situation well enough

6    to -- I haven't been able to identify --

7            **THE COURT:**  Would you talk to him after this

8    session, and, if there is a serious emotional or mental

9    problem here that you think, then --

10           **THE DEFENDANT:**  Man, I --

11           **THE COURT:**  -- I will pursue that further.  In the

12   interim, let's step back and get finished with their

13   witnesses, including one out of town.

14           **THE DEFENDANT:**  One last thing without wasting too

15   much more of your time.

16           **THE COURT:**  Okay.

17           **THE DEFENDANT:**  Is everything you're saying on the

18   record for appeal purposes?

19           **THE COURT:**  You've got a complete record, sir.

20           **MR. PROCTOR:**  Judge, I would ask that this portion

21   at the bench be sealed until such time as the verdict and an

22   appeal so that the Government can't look at it tonight or

23   tomorrow.

24           **THE COURT:**  I'll make sure the Government doesn't

25   get this portion.  It will be sealed.

 1           (Whereupon, the bench conference was concluded.)

 2           **THE COURT:**  Please ask the Government to come back.

 3   Okay.  Call your witness.

 4           Ready for the jury, counsel?

 5           **MR. HAZEL:**  Yes.  We would call Officer O'Donnell.

 6           **THE COURT:**  Get the jury, please.

 7           (Jury enters.)

 8           **THE COURT:**  Government, call your next witness.

 9           **MR. HAZEL:**  The Government calls officer Richard

10   O'Donnell.

11           **THE COURT:**  Madam Clerk?

12           **THE CLERK:**  All right.  Please raise your right

13   hand.

14           **RICHARD GARY O'DONNELL, JR.**

15       **WAS THEN DULY SWORN TO TELL THE TRUTH**

16           **THE CLERK:**  Please be seated.  State your full name

17   for the record, and spell your last name, please.

18           **THE WITNESS:**  Richard Gary O'Donnell, Jr., O,

19   apostrophe, D-O-N-N-E-L-L.

20               **DIRECT EXAMINATION**

21   **BY MR. HAZEL:**

22   Q.   Officer O'Donnell, could you please tell the ladies and

23   gentlemen of the jury how you are currently employed.

24   A.   I'm employed by the Commonwealth of Virginia.  I work for

25   the Virginia State Police as a trooper.

1    Q.   In May of 2006, how were you employed?

2    A.   I was employed by the Baltimore City Police Department in

3    the -- I was in the Organized Crime Division, Narcotics

4    Section, as a detective.

5    Q.   Now, again, turning your attention to, in particular, May

6    17th, 2006, approximately 4:30 p.m., were you on duty at that

7    time?

8    A.   I was.

9    Q.   And did you have occasion to be at the 500 Block of

10   Martin Luther King Boulevard in Baltimore, Maryland?

11   A.   Yes.

12   Q.   And could you tell us how you got to that location.

13   A.   Myself and -- Detective Livesay was my partner that day,

14   and we heard a call over the radio that a Central District

15   officer was requesting backup.

16            MR. PROCTOR:  Objection, Your Honor.

17            THE COURT:  Overruled.

18   BY MR. HAZEL:

19   Q.   You can continue.  And what did you do in response to

20   that?

21   A.   We responded to the officer's location to assist him.

22   Q.   How far away were you when you heard the call?

23   A.   Approximately two to three minutes.  Not too far from

24   him.  We responded pretty quickly.

25   Q.   And is that an approximation?

1    A.    Approximate.

2    Q.    And what did you see upon your arrival?

3    A.    We observed the officer behind a brown-colored Cadillac

4    El Dorado.

5    Q.    And what did you do at that point?

6    A.    Myself and Detective Livesay -- Detective Livesay went

7    over the radio and advised the officer --

8             **MR. PROCTOR:**  Objection.

9             **THE COURT:**  What he advised?  Are you going to say

10   what you said?

11            **THE WITNESS:**  Yes, sir.

12            **THE COURT:**  Overruled.

13   **BY MR. HAZEL:**

14   Q.    Advised the officer?

15   A.    Advised the Officer that we were in the location and that

16   we would pull in front of that vehicle to assist him stopping

17   the Cadillac El Dorado.

18   Q.    And is that what you did?

19   A.    That's correct.

20   Q.    And what happened at that point?

21   A.    We pulled in front of the vehicle and assisted the

22   Central District officer on the vehicle stop.

23   Q.    Now, were you and Officer Livesay in a marked vehicle, or

24   an undercover unit?

25   A.    We were in an unmarked unit.

1   Q.   What happened once you -- you and Officer Livesay got out

2   the car -- Detective Livesay got out the car?

3   A.   Myself, I went towards the driver's side of the vehicle.

4   Detective Livesay went to the passenger side of the vehicle.

5   Q.   And what happened once you got to the driver's side?

6   A.   The Central District officer was -- you know, he was the

7   primary officer.  I was just standing to the right of the

8   primary officer, Central District officer, to assist him, and

9   I was keeping my eye out inside -- my -- I was focused more on

10   the inside of the vehicle, making sure I could see everyone's

11   hands and for officer safety.

12   Q.   Do you recall how many persons were in the vehicle?

13   A.   There -- including the driver, there was three others, a

14   total of four people inside the vehicle.

15   Q.   Now, at that point, what happened next?

16   A.   The Central District officer asked the driver --

17          **MR. PROCTOR:**  Objection.

18          **MR. HAZEL:**  It's not for the -- well --

19          **THE COURT:**  Basis?

20          **MR. PROCTOR:**  It's hearsay.

21          **THE COURT:**  Overruled.

22   **BY MR. HAZEL:**

23   Q.   What did you ask the driver to do?

24   A.   The driver was asked to step out of the vehicle.

25   Q.   And did that happen?

1    A.    It did.

2    Q.    And what, if anything, happened next?

3    A.    The passenger was asked to step out of the vehicle.

4    Q.    And do you see that passenger in this courtroom right

5    now?

6    A.    I do, seated to the left of counsel.

7          MR. HAZEL:   May the record reflect an in-court

8    identification?

9          THE COURT:   The record will reflect the

10   identification.

11   BY MR. HAZEL:

12   Q.    What, if anything, did you see or hear next?

13   A.    At that time, as the passenger exited the vehicle, there

14   was a struggle going on on the other side of the vehicle.   I

15   heard, "Gun," and, at that time, I left my location and went

16   around the vehicle to the other side, and Detective Livesay

17   and the Central District officer had the Defendant on the

18   ground, and they were placing him under arrest.

19   Q.    Now, do you recall joining this struggle?

20   A.    I did not join the struggle.

21   Q.    What did you do?

22   A.    I immediately observed that they had everything under

23   control, suspect was placed under arrest.   I immediately went

24   back to my location to assist the other gentleman for the

25   driver.   We also had two people still in the back seat of the

1   vehicle at that time.

2          **MR. HAZEL:**  The Court's indulgence.

3   Q.   Do you recall any other gun being recovered, or do you

4   recall a gun being recovered, I should say?

5   A.   Yes.

6   Q.   Do you recall how many?

7   A.   There was one gun recovered.

8          **MR. HAZEL:**  Nothing further.

9          **THE COURT:**  Cross?

10          **MR. PROCTOR:**  One second.

11                    **CROSS-EXAMINATION**

12   **BY MR. PROCTOR:**

13   Q.   Good afternoon, Officer.  How are you?

14   A.   Very well, thank you.

15   Q.   Glad to hear it.  I just want to make sure I understand

16   this.  When you first heard the call, where were you?

17   A.   We were assigned -- we were in the Western District in

18   Central District area.

19   Q.   Exactly, do you know --

20   A.   Not too far from Pennsylvania Avenue.  Not too far from

21   MLK.

22   Q.   Okay.  If I --

23   A.   I can't -- I don't know my approximate location.

24          **MR. PROCTOR:**  Your Honor, may I approach?

25          **THE COURT:**  Yes.

```
 1              MR. PROCTOR:  And I'll bring the hammer to the

 2     mic --

 3              THE CLERK:  It's working now.

 4              MR. PROCTOR:  It's okay.  I'll just do it over here.

 5              THE CLERK:  Okay.

 6     BY MR. PROCTOR:

 7     Q.   Officer, I'm showing you what's been marked as

 8     Government's Exhibit 1, and ask if you recognize that?

 9     A.   What am I --

10              THE COURT:  Please don't block the --

11              MR. PROCTOR:  You're right, Judge.

12              THE COURT:  Don't obscure the witness from the jury.

13              MR. PROCTOR:  Well, I was going to have the witness

14     see if --

15              MR. HAZEL:  He recognized it, so we can publish.

16              MR. PROCTOR:  Yeah.  I was going to see if the

17     witness recognized it.

18              THE COURT:  Just don't block --

19              MR. PROCTOR:  Okay.

20     BY MR. PROCTOR:

21     Q.   So, if I may orientate you, Officer, right here --

22              THE COURT:  Mr. Brown is volunteering to be your

23     easel.

24              MR. PROCTOR:  Thank you.

25     BY MR. PROCTOR:
```

1    Q.   Right here, we have Martin Luther King Boulevard.  Do you

2    see that?

3    A.   Yes.

4    Q.   And right around here -- Pennsylvania Avenue is here

5    somewhere?

6              **MR. HAZEL:**  If I may assist.

7              **MR. PROCTOR:**  Thank you.

8    **BY MR. PROCTOR:**

9    Q.   Pennsylvania Avenue is right here (indicating).  Do you

10   see that, Officer?

11   A.   Yes, I do.

12   Q.   Do you recall in what general vicinity of the map you

13   were?

14   A.   We don't have a general area that we patrol.  We patrol

15   all over that area.  We could be -- at any time, we could be

16   anywhere in that area.

17   Q.   But, specifically when you got the call, do you recall --

18   A.   I do not recall that area that I was in when the call

19   came.  I know we weren't too far away.  That's why we answered

20   up to respond to his assistance.

21   Q.   Thanks.

22             **MR. PROCTOR:**  I'll replace this, Judge.

23   Q.   But I did hear you say on direct that you were two to

24   three minutes away, ballpark?  Does that sound about right?

25   A.   Approximately.  We were pretty close.

1    Q.   Okay.  So do you recall where the Central District unit

2    was when you got there, when you set eyes on him?

3    A.   When -- I'm not --

4    Q.   When you first saw the Central District officer and the

5    suspect vehicle that it was following --

6    A.   Yes.  That was on Martin Luther King.

7    Q.   And do you know the cross section?

8    A.   I don't recall the -- I don't recall that.  I know we did

9    stop the vehicle in the 500 Block of MLK.

10   Q.   But am I correct in assuming the vehicle was stopped

11   within seconds of you getting on the scene?  Is that correct?

12   A.   That's not true.

13   Q.   Well, how much longer did you follow the vehicle before

14   you pulled it over?

15   A.   Until we caught up with the Central District officer that

16   was behind the vehicle.

17   Q.   Block, two blocks?

18   A.   Approximately a block or so.

19   Q.   Okay.  But it was on Martin Luther King?

20   A.   That's correct.

21   Q.   So, the whole time you were following the Central

22   District officer, it was on Martin Luther King headed south,

23   and you were on Martin Luther King headed south?

24   A.   We were in -- yes.  Martin Luther King, southbound.

25   Q.   Okay.  And approximately a block, you followed it for,

Case 1:08-cr-00444-WDQ   Document 96   Filed 04/06/10   Page 195 of 249
Cross-Examination of Richard Gary O'Donnell, Jr.

T-I-195

1    right?

2    A.    Approximately a block and a half, maybe.

3    Q.    Block and a half, on Martin Luther King?

4    A.    That's correct.

5    Q.    Now, let's talk about the incident that brings us into

6    court here today.  Do you know the name of the officer on the

7    passenger side?

8    A.    The Central District officer?

9    Q.    Yes.

10   A.    On the opposite -- no.  I didn't really -- I didn't know

11   those officers prior to that.  I still don't know their names.

12   Q.    Okay.  So there is an officer, and did you see him

13   outside the courtroom today?

14   A.    There is -- yeah.  There is four officers out there, yes.

15   Q.    Okay.  And one of those, is that the same person that you

16   saw on the opposite side of the car?

17   A.    Yes.

18   Q.    And you heard him, I believe your testimony was, holler,

19   "Gun"?

20   A.    Yes.  I believe he shouted, "Gun."

21   Q.    Okay.  And where in relation to the vehicle are you

22   standing at the point he shouts, "Gun"?

23   A.    I was to the right of the Central District officer on the

24   driver's side.

25   Q.    Okay.  Help me.  Are you level with the back seat, the

Case 1:08-cr-00444-WDQ   Document 96   Filed 04/06/10   Page 196 of 249
Cross-Examination of Richard Gary O'Donnell, Jr.

T-I-196

1  front seat, the hood, the trunk?

2  A.   I could see the driver, and I could see into the back

3  seat, so I was to the right of the Central District officer,

4  so I could see into the car.

5  Q.   Okay.  But I'm just trying to understand --

6  A.   About level -- about level height.

7  Q.   Level with -- but level with --

8  A.   Level with -- I could see inside the vehicle.

9  Q.   Level with the rear seat?  Where in relation to the

10 length of the car are you?

11 A.   I'm not sure I understand your question.

12 Q.   And -- I know.  I do that a lot.  The car has a trunk, a

13 rear passenger seat, a front seat, and a hood.  Where are you

14 level vis-a-vis those things?

15 A.   I'm looking right in through the driver's side --

16 Q.   So you're --

17 A.   -- window, right inside with the seat, so I can see into

18 the back seat, so I can see the driver.

19 Q.   So approximately you're level with the driver, right?

20 A.   Yes.

21 Q.   Okay.  Describe the car if you recall.

22 A.   It was a brown Cadillac El Dorado, two-door.

23 Q.   Coupe, sedan?

24 A.   I don't -- it's just a Cadillac El Dorado.  I don't know

25 if it's a coupe or sedan.  I don't know what they call them.

1    Q.   Okay.  So, when you hear, "Gun," do you take off right

2    there and then for the side that someone is hollering, "Gun"?

3    A.   When you hear, "Gun," your first thoughts is you're

4    looking for hands.  You're trying to find the gun.  So, if the

5    gun came -- the gun call was on the other side of the vehicle.

6    When they -- the officers were struggling, so, at that time, I

7    went from my location to the other side of the vehicle to see

8    what was going on, to see if I could assist.

9    Q.   Did you go around the front of the vehicle, or the rear

10   of the vehicle?

11   A.   The front.

12   Q.   Okay.  And I'm guessing you weren't sauntering like you

13   haven't got a care in the world.  You're hightailing it over

14   there?

15   A.   I have quite a care in the world, sir.  Officer safety.

16   Q.   That's what I mean.

17   A.   Yeah.

18   Q.   But you're not walking slowly.  You're taking off to get

19   there as quickly as possible, right?

20   A.   Yes.

21   Q.   Running probably?

22   A.   I would say yes.

23   Q.   Okay.  And, when you get there, what do you see?

24   A.   Officer Livesay and the Central District officer were --

25   had the suspect down on the ground.  They were placing him

1    under arrest with the handcuffs.

2    Q.   Okay.  And you never saw a gun, right?

3    A.   I didn't see the gun until after we secured the scene.

4    Q.   Okay.  And I don't want to -- that was several minutes

5    later, right?

6    A.   That was quite a bit, yeah.  About -- yeah.  I would have

7    to say.

8    Q.   So, ballpark, after the officer shouts, "Gun," the first

9    time you saw a gun was maybe five minutes later?

10   A.   It could have been a little longer than that.  It took us

11   a little while to get the gentleman out of the back seat, to

12   search the driver, and make sure the vehicle itself was secure

13   so we -- I would say more than five minutes.

14   Q.   Okay.  More than five minutes.  I can live with that.

15            **MR. PROCTOR:**  Can I have a moment, please, Judge?

16            **THE COURT:**  Yes.

17            **MR. PROCTOR:**  That's all I have, Judge.

18            **THE COURT:**  Redirect?

19            **MR. HAZEL:**  No, Your Honor.

20            **THE COURT:**  Thank you.  You may step down,

21   Officer O'Donnell.

22            **THE WITNESS:**  Thank you, sir.

23            (Witness excused.)

24            **THE COURT:**  Call your next witness.

25            **MR. HAZEL:**  Officer Ricky Livesay, or Livesay.

1    He'll tell us.

2         **THE CLERK:**  Sir, please come forward.

3                      **RICKY LIVESAY**

4       **WAS THEN DULY SWORN TO TELL THE TRUTH**

5         **THE CLERK:**  Please be seated.  State your full name

6    for the record, and spell your last name, please.

7         **THE WITNESS:**  Ricky Livesay, L-I-V-E-S-A-Y.

8                    **DIRECT EXAMINATION**

9    **BY MR. HAZEL:**

10   Q.   Officer Livesay, am I pronouncing that correctly?

11   A.   Yes, sir.

12   Q.   Okay.  Could you please tell the ladies and gentlemen of

13   the jury how you are employed.

14   A.   I'm currently employed Baltimore City Police Department.

15   Q.   And how long have you been so employed?

16   A.   I'm in my tenth year.

17   Q.   Approximately how many arrests have you made in your ten

18   years on the force?

19   A.   I may have participated in over 2,200 arrests.

20   Q.   Now, I'd like to turn your attention to May the 17th,

21   2006, 4:30 p.m.  Did you have occasion to be at the 500 Block

22   of Martin Luther King Boulevard in Baltimore, Maryland?

23   A.   Yes.

24   Q.   And why did you go to that location on that day?

25   A.   I was responding as a backup unit for a patrol officer on

1    a car stop.

2    Q.   And how did you know to respond to that location?

3    A.   Via radio communications.  He called out that he was

4    wanting to attempt to stop a vehicle.

5    Q.   And what did you do once you heard that call?

6    A.   Myself and Detective O'Donnell responded to the location,

7    let them know when we were approaching.

8    Q.   And what did you do at that point?

9    A.   Due to the vehicle not having the correct tags on it, so

10   they didn't flee, we pulled in front of the vehicle, and the

11   patrol officer activated their lights.

12   Q.   And what happened at that point?

13   A.   I --

14   Q.   Well, let me be clear about something.  When you're

15   saying "we," you're referring to you and Officer O'Donnell?

16   A.   Yes, sir.

17   Q.   Okay.  So you pull in front of that car?

18   A.   Yes.

19   Q.   The car you're trying to stop?

20   A.   Yes, sir.

21   Q.   What happened at that point?

22   A.   I immediately exited my vehicle, went to the passenger

23   side of the vehicle we stopped.

24   Q.   And how many people were in the car at that point -- the

25   stopped car?

1    A.    It was four people.

2    Q.    And how many officers at that time when you arrived were

3    there?

4    A.    When we initially arrived, would have been myself,

5    Officer O'Donnell, and Officer Allen.

6    Q.    And did other officers come?

7    A.    Yes.

8    Q.    Okay.  Who else?  Well, who was the next officer to

9    arrive?

10   A.    I believe Officer Williams.

11   Q.    And I believe you stated you went to the passenger side;

12   is that correct?

13   A.    Yes, sir.

14   Q.    And what happened once you got to the passenger side?

15   A.    Initially, I stood by, watched.  The other officer showed

16   up, and Detective Allen, or Officer Allen was talking to the

17   driver.

18   Q.    And, when Officer Williams showed up, that was one of the

19   officers you said showed up?

20   A.    Yes.

21   Q.    Where did he go?

22   A.    Officer Williams went to the passenger side also.

23   Q.    And what happened at that point?

24   A.    During that time, the -- Officer Allen started telling

25   people to get out of the vehicle.  Officer Williams opened the

1    door up and was getting Mr. Braxton out of the vehicle.

2             MR. HAZEL:  And, for the record, the officer pointed

3    at the Defendant as he said that.  I'd ask that the Court

4    reflect an in-court identification.

5             THE COURT:  The record will reflect the

6    identification.

7    **BY MR. HAZEL:**

8    Q.  And you said Mr. Williams or Officer Williams began

9    getting the Defendant out?

10   A.  Yes.

11   Q.  What do you recall of that?

12   A.  At that time, he got out of the vehicle.  My attention

13   focused between -- we were exiting him out of the vehicle and

14   the two passengers back.  Officer Williams calls out, "Gun,"

15   Mr. Braxton takes off -- attempts to take off running, pushing

16   through.  We grabbed him, take him to the ground.

17   Q.  Now, who actually was holding onto the Defendant first:

18   You, or Officer Williams?

19   A.  It would have been Officer Williams who grabbed first.

20   Q.  Do you recall where or how you joined into the struggle?

21   A.  As soon as Mr. Braxton here took off running,

22   Officer Williams was yelling, "Gun."  Which one of those

23   happened first, I'm not sure.  It was kind of like

24   simultaneously.

25   Q.  Now, just to be clear, when you say take off running, did

1    he get very far?

2    A.   No.  He like pushed through, and, at this time, I

3    turned --

4    Q.   "Pushed through" whom?

5    A.   Officer Williams.

6    Q.   And what happened at that point?

7    A.   We both grabbed him and took him down to the ground.  We

8    finally got him, you know, cuffed up, and retrieved the

9    handgun.

10   Q.   And did you actually see the handgun being taken from the

11   Defendant?

12   A.   Yes.

13   Q.   And do you recall who actually took it from the

14   Defendant?

15   A.   I can't recall.

16   Q.   But you recall seeing the handgun come out of the

17   Defendant's waistband?

18   A.   Yeah.

19   Q.   What did you do at that point?

20   A.   At that point, I basically would have took him over, get

21   the rest of the people out of the vehicle, and called for a

22   wagon for Mr. Braxton.

23             **MR. HAZEL:**  Nothing further.

24             **THE COURT:**  Cross?

25

1    **CROSS-EXAMINATION**

2    **BY MR. BROWN:**

3    Q.   Officer Livesay, now, you're Officer O'Donnell's partner;

4    is that right?

5    A.   Yes.  I was at the time.

6    Q.   You were at the time --

7    A.   Yes.

8    Q.   -- on May 17th, 2006.

9         Do you recall where you were when you got the call

10   from Officer Allen?

11   A.   I believe we were in the Pennsylvania Avenue corridor.

12   Q.   And do you have a cross street?  That's a pretty long

13   street, isn't it?

14   A.   Yeah.  It's decently long.  I mean, it's --

15   Q.   Do you know how far away you were approximately from

16   Martin Luther King Boulevard?

17   A.   That, I can't -- I don't recall exactly where we were.

18   Q.   Was it at least a couple blocks away from Martin Luther

19   King?

20   A.   I -- honestly, I can't tell you.

21   Q.   Okay.  Now, you received a call from dispatch that there

22   was an officer who needed assistance, correct?

23   A.   No.  We heard him run the tag, and it came back to a

24   different type of vehicle, so we started going at that time.

25   Q.   Okay.  When you started going to assist Officer Allen,

1    who was driving the car?

2    A.   It would have been Detective O'Donnell.

3    Q.   Okay.  And was he speeding to get there?

4    A.   I'm -- I don't recall.  I don't know if he was speeding

5    or stopped behind cars.  We were in an unmarked car.

6    Q.   Okay.  Now, at some point, there came a point where you

7    caught up to the marked police car?

8    A.   Yes.

9    Q.   And how far did you travel until you caught up to the

10   marked police car?

11   A.   Well, wherever we were until we got onto MLK, Martin

12   Luther King Boulevard.

13   Q.   Okay.  And you overtook that car?

14   A.   Yeah.  They went into the left lane, so we were to the

15   right of them, and then we told him, "Hey, we're going to go

16   in there."  We cut and blocked him off.

17   Q.   Okay.  And so you pulled in front of the other car?

18   A.   Yes.

19   Q.   And this was on Martin Luther King on the left side of

20   the road, correct?

21   A.   Yes.

22   Q.   And it was before Franklin Street, correct?

23   A.   Yes.

24   Q.   So the marked police car, which was following the suspect

25   car, it had traveled less than a block on Martin Luther King

1    Boulevard, correct?

2    A.   I'm not -- I don't recall where he initially seen the

3    vehicle or didn't see the vehicle.

4    Q.   Okay.  Now, other than Officer Allen, you and

5    Officer O'Donnell were the first people to arrive to the

6    scene, correct?

7    A.   Yes.

8    Q.   And you went over to the passenger side of the car,

9    right?

10   A.   Yes.

11   Q.   And then, shortly thereafter, Officer Williams showed up?

12   A.   Yes.

13   Q.   And approximately how long did that take?

14   A.   I can't tell you exactly.  It wasn't long.

15   Q.   Okay.  But, when he showed up, all four occupants were

16   still in the car?

17   A.   Yes.

18   Q.   Okay.  And you were focusing your attention on the back

19   seat, right?

20   A.   Yeah.  First, I was -- well, at my side.  I mean,

21   Mr. Braxton and the back seat passengers, trying to watch

22   everybody.

23   Q.   You were focusing on both of them?

24   A.   Yeah.  I was trying to look at everybody in the car

25   initially, and then, when he was taking them out, when

1    Officer Williams got there, he was to the side of me.  I would

2    have been towards the rear more, and he would have been

3    towards the front.

4    Q.   Okay.  So Williams focused on Mr. Braxton?

5    A.   I can't tell you exactly what he was looking -- I would

6    figure, since he started taking him out of the vehicle.

7    Q.   Okay.  And Mr. Braxton was initially cooperative,

8    correct?

9    A.   Yes.  He wasn't saying anything.

10   Q.   Okay.  Now, you testified before that Mr. Braxton

11   attempted to run away, correct?

12   A.   Yes.

13   Q.   And, at that point, you helped to bring him down, right?

14   A.   Correct.

15   Q.   And, sometime after that, a weapon was recovered, right?

16   A.   Correct.

17   Q.   And is it your testimony that you saw the weapon

18   recovered?

19   A.   Yes.

20   Q.   And it's also your testimony that you did not see who

21   recovered the weapon?

22   A.   I can't recall.  It's been, you know, a few years, and we

23   were in the middle of fighting over a gun.

24   Q.   Did you personally recover the weapon?

25   A.   No.

1    Q.   Okay.  Did there come a time when you actually were in

2    possession of the weapon?  Did you hold the weapon ever?

3    A.   No.

4              MR. BROWN:  The Court's indulgence.

5              No further questions.

6              THE COURT:  Redirect?

7              MR. HAZEL:  No, Your Honor.

8              THE COURT:  Thank you, Officer Livesay.

9              THE WITNESS:  Thank you, Your Honor.

10             (Witness excused.)

11             THE COURT:  Next witness?

12             MR. WALLNER:  Special Agent Ram Mahanand, Your

13   Honor.

14             THE COURT:  Okay.

15             THE CLERK:  Please raise your right hand.

16                         **RAM MAHANAND**

17        **WAS THEN DULY SWORN TO TELL THE TRUTH**

18             THE CLERK:  You may be seated.  Please state your

19   full name for the record and spell your name, please.

20             THE WITNESS:  Ram, R-A-M, Mahanand, M-A-H-A-N-A-N-D.

21                     **DIRECT EXAMINATION**

22   **BY MR. WALLNER:**

23   Q.   Sir, can you tell the ladies and gentlemen of the jury

24   where you are employed.

25   A.   I'm employed as a special agent with the Bureau of

1    Alcohol, Tobacco, Firearms & Explosives.

2    Q.    And, as part of your employment as a special agent with

3    the Bureau of Alcohol, Tobacco, Firearms & Explosives, do you

4    have any specialized training with regard to interstate nexus

5    of firearms?

6    A.    I have, yes.

7    Q.    Could you explain to the ladies and gentlemen of the jury

8    some of the training that you have incurred.

9    A.    The first part of our training occurs when you go down to

10   Criminal Investigative School down in Glencoe, Georgia.  There

11   is a 40-hour little -- between 40 and 80 hours of basic

12   firearms training.  As part of the specialized training, I

13   attended a one-week course in Martinsburg, Virginia, where

14   we -- Martinsburg, West Virginia -- excuse me -- where we

15   talked about firearms.  We traced the roots of the firearms,

16   the manufacturer, importers, wholesalers.

17   Q.    And did you complete that course?

18   A.    I did.

19   Q.    Have you been qualified as an expert in any jurisdiction

20   with regard to the interstate nexus of firearms?

21   A.    I have.

22   Q.    And where is that?

23   A.    Several times here in the District of Maryland, and in

24   Greenbelt.

25            MR. WALLNER:  Your Honor, I would ask that Special

1    Agent Mahanand be identified as an expert in the interstate

2    nexus of firearms.

3              **THE COURT:**  Wish to *voir dire* on qualifications?

4              **MR. PROCTOR:**  No, sir.

5              **THE COURT:**  Okay.  Members of the jury, we don't

6    generally permit a witness to testify in terms of his

7    opinions.  We make an exception for people who are experts,

8    people who have education or training or experience that might

9    give those opinions some value in connection with your job of

10   determining facts in the case.  You accept an expert's opinion

11   together with all of the other evidence in the case, and you

12   give those opinions the weight and value that you believe it

13   should have, but Special Agent Mahanand is, in fact, an expert

14   on the interstate connection or nexus between a weapon and

15   interstate commerce, and may testify as such.

16   **BY MR. WALLNER:**

17   Q.   Special Agent Mahanand, let me show you what's now in

18   evidence as Government's Exhibit Number 4, and I ask if you

19   recognize this item?

20   A.   I do recognize it, sir.

21   Q.   Have you had the opportunity to review that firearm?

22   A.   Yes, sir.

23   Q.   And what markings or anything on that firearm did you

24   make note of in order to make a determination of its

25   interstate nexus?

1    A.   Again, one of the first things that I do in reviewing a

2    firearm is I look at the markings of the firearms.  On here,

3    it says "Ruger."  It's a P89 model -- excuse me.  The model is

4    P89DC.  The serial number on the gun itself is 30708253.

5    Prior to 1968, or after 1968, Federal law required that all

6    manufacturers of a firearm, including wholesaler, stamp the --

7    I shouldn't point this to me, but the manufacturer of the gun

8    itself, along with the serial number and the model number so

9    it can be legible, and, along with that, where the firearm was

10   manufactured.

11        **MR. WALLNER:**  Your Honor, could I have Special

12   Agent Mahanand publish those numbers to the jury, please?

13        **THE COURT:**  Yes.

14   **BY MR. WALLNER:**

15   Q.   Special Agent Mahanand, step off the witness stand for a

16   moment.  Starting with these four jurors, could you point to

17   the identifying markings that you --

18   A.   Sure.  Again, you're looking at -- I can't do both.

19   Right here, again, you can see it says, "Ruger," and it has

20   the model number on this side, "Ruger," their infamous stamp

21   here.

22        **THE COURT:**  What side of the weapon is that?

23        **THE WITNESS:**  I'm sorry.  Say again, sir.

24        **THE COURT:**  What side of the weapon?  Right, or left

25   side?

1          **THE WITNESS:**  I would say the left side.

2          **THE COURT:**  Okay.

3          **THE WITNESS:**  Left side.  Excuse me.  The left side.

4          Again, it has the Ruger, and it has the model

5     number.  On the right side, you'll see here it says, "Ruger,"

6     "Sturm, Ruger & Company, Inc.," "Southport, Connecticut, USA,"

7     and, again, this here is considered the slide.  This here is

8     the frame.  All manufacturers either stamp the serial number

9     on their frame or receiver.  The receiver is if you have a

10    long gun or a rifle.  Again, serial number is here.

11    Manufacturer is here, stamp.  Again, manufacturer stamped

12    here, along with the model number of the gun, Sturm, Ruger.

13    Ruger always put their mark of a Phoenix on here, so, again --

14         **MR. WALLNER:**  I'll ask you to return to the witness

15    stand for me.

16         **THE COURT:**  Did you say the place of manufacture is

17    stamped on the gun?

18         **THE WITNESS:**  It is in this case.  Ruger itself has

19    Southport, Connecticut, but this particular handgun -- this is

20    a corporate office.  They received a variance from ATF to

21    stamp their corporate headquarters on here.  This particular

22    model, this pistol was manufactured out of Prescott, Arizona.

23    **BY MR. WALLNER:**

24    Q.  And, sir, how could you make the determination about --

25    I'm sorry.  You can return to the witness stand.  Give me the

1      microphone and keep the firearm.

2              Sir, after your identification of these markings,

3      did you have any references to indicate where that firearm was

4      manufactured?

5      A.   Yes, sir.  Again, part of my -- in determining the

6      interstate nexus of the firearm, I use numerous sources.

7      Number one is ATF database that collects all firearms

8      manufacturers, importer, wholesaler, and we keep that as

9      reference.  Again, we police -- we regulate the firearms

10     industry, and, as such, we -- anytime a manufacturer of a

11     handgun or pistol, rifle, they submit their markings to ATF

12     saying that we're going to manufacture a couple hundred of

13     these firearms starting with this serial number, so we're able

14     to tell where they were manufactured.

15             Again, in this case, the manufacturer is stamped

16     Southport, Connecticut.  Southport, Connecticut is the

17     headquarters of Ruger, and not where the firearm, so you have

18     to have a variance, and, in that, they have to request a

19     variance from ATF to have those variances on the firearm

20     itself.

21     Q.   You mentioned several sources.  Are there any other

22     sources you would check?

23     A.   Yes, I do.  One of my other sources is the Blue Book of

24     Gun Value.  This is a reference material that a lot of

25     collectors, a lot of gun dealers, a lot of experts go ahead

1    and they review.  A third would be some periodical.  I do

2    research on the Internet, or other gun magazines.

3    Q.   So, based upon your training, knowledge, and experience

4    and to a reasonable degree of certainty, do you have an

5    opinion as to the location and manufacture of that firearm?

6    A.   Yes, sir.  Again, the firearms were -- this particular

7    firearm was manufactured in the state of Arizona prior to its

8    recovery in the state of Maryland.

9    Q.   And, again, based upon your training, knowledge, and

10   experience, would it have affected interstate commerce prior

11   to its recovery?

12   A.   Yes, it was.

13   Q.   And why so?

14   A.   Again, it had to travel from the state of Arizona to the

15   state of Maryland.

16              **MR. WALLNER:**  Nothing further for this witness, Your

17   Honor.

18              **THE COURT:**  Cross?

19              **MR. PROCTOR:**  Okay.

20                        **CROSS-EXAMINATION**

21   **BY MR. PROCTOR:**

22   Q.   Just out of interest, does anyone in Maryland manufacture

23   guns?

24   A.   Yes, sir, there are.  Beretta manufacturers firearms in

25   the state of Maryland.

1   Q.   A few, or a lot.

2   A.   They manufacture, I would say, a lot.

3   Q.   Okay.  But pretty much everybody else makes them

4   elsewhere, right?

5   A.   Correct.

6   Q.   And so, other than Beretta, pretty much every gun comes

7   from out of state, right?

8   A.   Yes.

9   Q.   And, so I'm clear -- so the jury is clear, I should

10  say -- you never met this man, right?

11  A.   No, sir.

12  Q.   You don't know where the gun was recovered from other

13  than the tag that was on it gives you some sort of hint,

14  right?

15  A.   Correct.

16  Q.   And you're not saying that this man, because you don't

17  know him, carried any gun across any interstate lines or

18  anything like that, right?

19  A.   No, sir.

20  Q.   You're just saying that, at some point, the gun was

21  manufactured in Arizona, like the overwhelming majority of all

22  guns, and made its way to Maryland, right?

23  A.   Yes.

24  Q.   In the world of firearms, is this a large handgun?

25  A.   It could be a medium frame.  I wouldn't consider it a

```
 1    large.

 2    Q.    What's the calibre?

 3    A.    This is a 9mm.

 4    Q.    Okay.  So it's par for the course; is that what you're

 5    saying?

 6    A.    Excuse me?

 7    Q.    It's about average size?

 8    A.    Again, it -- it all depends what you're -- I mean, you

 9    have .40-calibre.  You have .45-calibre.  You have .357, 9mm.

10    If you're asking me what type of frame, I mean, if it's a

11    large gun, it's -- I mean, the magazine capacity is probably

12    one of the ways you'd want to judge how large a gun is.

13    Q.    I'm asking in terms of length and width and thickness.

14    A.    Well, length and width, I would -- again, I would say

15    it's a medium frame.

16              MR. PROCTOR:  That's all I have, Judge.

17              MR. WALLNER:  No redirect, Your Honor.

18              THE COURT:  You may step down, sir.

19              (Witness excused.)

20              MR. HAZEL:  May we approach, Your Honor?

21              THE COURT:  Yes.  Come up.  Madam Clerk?

22              THE CLERK:  Yes.

23              (Whereupon, the following conference was held at the

24    bench.)

25              MR. HAZEL:  Your Honor, this would exhaust the
```

```
 1    witnesses we have in the courthouse today.  We have two brief

 2    witnesses tomorrow.

 3            THE COURT:  Tomorrow, you have two.  You have your

 4    folks on call for tomorrow?

 5            MR. PROCTOR:  Yeah.

 6            THE COURT:  Okay.  And I talked to the Marshal.

 7    They should have your writted witness here tomorrow as well.

 8            MR. PROCTOR:  Good.

 9            THE COURT:  Okay.  Step back, folks.

10            (Whereupon, the bench conference was concluded.)

11            THE COURT:  Members of the jury, we've reached the

12    end of the first trial day.  Please remember, do not discuss

13    the case among yourselves or with anyone else, including

14    family members, significant others, people you meet on the

15    street.  Again, no conversations about the case.

16            Please be in the jury room at 9:25 tomorrow morning.

17    That will permit us to get started at 9:30.  Thank you.  Good

18    night, ladies and gentlemen.

19            JUROR:  Leave these?

20            THE COURT:  Yes.  You may leave your pads, the

21    folders here in the chair.

22            (Jury excused.)

23            THE COURT:  Okay, folks.  Please be in place at 9:30

24    tomorrow.

25            MR. WALLNER:  Thank you, Your Honor.
```

1              **THE COURT:**  We're in recess.

2              **THE CLERK:**  Please rise.  This Honorable Court now

3    stands adjourned.

4              (Proceedings adjourned.)

5

6

7    I, Martin J. Giordano, Registered Merit Reporter and Certified

8    Realtime Reporter, certify that the foregoing is a correct

9    transcript from the record of proceedings in the

10   above-entitled matter.

11

12   _____        _____

13     Martin J. Giordano, RMR, CRR                Date

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                             INDEX

 2                 UNITED STATES v. DAVID BRAXTON

 3                 TRIAL - VOL I - MARCH 16, 2009

 4

 5

 6                                                        PAGE
    COMMENCEMENT OF PROCEEDINGS...........................   2
 7
    MOTIONS HEARING.......................................   2
 8
    MOTIONS HEARING WITNESSES:
 9
    WITNESSES FOR
10        THE GOVERNMENT:

11  OFFICER RICHARD MARK ALLEN
          Sworn...........................................  36
12        Direct Examination by MR. HAZEL.................  36
          Cross-Examination by MR. BROWN..................  42
13        Witness Excused.................................  51

14  KENNETH LOUIS WILLIAMS
          Sworn...........................................  52
15        Direct Examination by MR. HAZEL.................  52
          Cross-Examination by MR. PROCTOR................  57
16        Witness Excused.................................  66

17  WITNESSES FOR
          THE DEFENDANT:
18
    RICKY LIVESAY
19        Sworn...........................................  66
          Direct Examination by MR. BROWN.................  66
20        Direct Examination by THE DEFENDANT.............  79
          Witness Excused.................................  80
21
    TIFFANI PARROTT
22        Sworn...........................................  80
          Direct Examination by MR. PROCTOR...............  81
23        Witness Excused.................................  91

24  RICHARD GARY O'DONNELL, JR.
          Sworn...........................................  97
25        Direct Examination by MR. PROCTOR...............  97
          Witness Excused................................. 113
```

1    TRIAL WITNESSES:

2    WITNESSES FOR
       THE GOVERNMENT:
3
     KENNETH LOUIS WILLIAMS
4            Sworn............................................. 131
             Direct Examination by MR. HAZEL.................. 131
5            Cross-Examination by MR. PROCTOR................. 146
             Redirect Examination by MR. HAZEL............... 155
6            Witness Excused................................. 156

7    OFFICER RICHARD ALLEN
             Sworn............................................. 156
8            Direct Examination by MR. HAZEL.................. 156
             Cross-Examination by MR. BROWN.................. 169
9            Witness Excused................................. 178

10   RICHARD GARY O'DONNELL, JR.
             Sworn............................................. 186
11           Direct Examination by MR. HAZEL.................. 186
             Cross-Examination by MR. PROCTOR................ 191
12           Witness Excused................................. 198

13   RICKY LIVESAY
             Sworn............................................. 199
14           Direct Examination by MR. HAZEL.................. 199
             Cross-Examination by MR. BROWN.................. 203
15           Witness Excused................................. 208

16   RAM MAHANAND
             Sworn............................................. 208
17           Direct Examination by MR. WALLNER............... 208
             Cross-Examination by MR. PROCTOR................ 214
18           Witness Excused................................. 216

19   PROCEEDINGS ADJOURNED................................. 218

20

21

22

23

24

25

'

**'06** [1] - 98:9
**'07** [3] - 12:4, 14:13, 121:6
**'08** [3] - 14:13, 24:10, 32:24
**'89** [1] - 89:11

# 1

**1** [24] - 5:21, 7:16, 8:23, 41:9, 86:20, 86:21, 86:23, 87:25, 88:2, 88:6, 88:14, 88:22, 88:23, 90:10, 90:11, 91:14, 158:12, 159:23, 171:20, 192:8
**10** [3] - 3:7, 4:2, 34:6
**10-25** [1] - 83:2
**101** [4] - 1:24, 82:23, 83:6, 83:7
**10:00** [1] - 3:9
**10th** [1] - 3:18
**11** [1] - 32:6
**113** [1] - 219:25
**11:00** [2] - 83:21, 83:23
**11:33** [1] - 35:11
**11:50** [1] - 35:11
**11th** [1] - 37:12
**12** [2] - 6:19, 7:6
**12:00** [2] - 83:21, 83:23
**13** [2] - 7:6, 120:21
**131** [2] - 220:4, 220:4
**134** [1] - 6:18
**146** [1] - 220:5
**15** [8] - 6:24, 10:1, 89:6, 89:7, 90:5, 121:14, 124:9, 129:4
**155** [1] - 220:5
**156** [3] - 220:6, 220:7, 220:8
**16** [5] - 1:9, 2:1, 7:8, 7:20, 219:3
**169** [1] - 220:8
**16:30** [1] - 99:20
**16:35** [2] - 86:3, 86:7
**16:37** [1] - 87:17
**16:41** [1] - 88:18
**16:42** [1] - 89:2
**16:44** [1] - 89:7
**16:58** [1] - 91:16
**17** [4] - 6:23, 7:15, 8:9, 67:1
**1700** [8] - 37:15, 37:22, 42:16, 157:8, 157:14, 158:22, 159:22, 169:20
**178** [1] - 220:9
**17th** [12] - 37:13, 42:7, 52:20, 67:10, 81:17, 86:7, 132:14, 143:24, 157:4, 187:6, 199:20, 204:8
**18** [1] - 8:4
**186** [2] - 220:10, 220:11
**18th** [3] - 8:19, 8:20, 8:21
**191** [1] - 220:11
**1968** [3] - 125:24, 211:5
**198** [1] - 220:12
**199** [2] - 220:13, 220:14
**1:05** [1] - 97:5

**1:45** [5] - 92:11, 94:21, 94:23, 97:2, 97:6
**1C33** [1] - 86:13
**1st** [4] - 22:17, 23:18, 23:22, 24:7

# 2

**2** [11] - 84:22, 84:23, 85:7, 87:25, 94:22, 134:8, 134:10, 134:22, 135:10, 219:6, 219:7
**2,200** [1] - 199:19
**20** [3] - 20:16, 23:5, 34:4
**20-some** [1] - 22:19
**2001** [1] - 6:18
**2002** [2] - 5:6, 5:13
**2006** [14] - 6:23, 37:14, 42:7, 52:21, 67:1, 80:3, 81:17, 132:14, 143:24, 157:4, 187:1, 187:6, 199:21, 204:8
**2007** [20] - 6:24, 7:1, 7:2, 7:3, 7:4, 7:5, 7:8, 10:1, 12:5, 12:20, 12:24, 16:12, 16:15, 16:20, 37:11, 98:8, 121:14, 121:21, 122:9, 122:11
**2008** [12] - 3:18, 4:2, 7:9, 7:15, 7:16, 8:4, 8:8, 8:9, 8:15, 8:18, 37:12, 121:22
**2009** [6] - 1:9, 2:1, 4:3, 7:18, 7:20, 219:3
**203** [1] - 220:14
**208** [3] - 220:15, 220:16, 220:17
**21** [4] - 87:25, 88:2, 89:3, 90:8
**21201** [1] - 1:24
**214** [1] - 220:17
**216** [1] - 220:18
**218** [1] - 220:19
**22** [10] - 86:20, 86:22, 86:23, 88:6, 88:15, 88:22, 88:23, 89:10, 90:10, 90:11
**23rd** [3] - 7:5, 7:8, 122:11
**24** [2] - 7:1, 91:14
**247** [1] - 6:17
**25** [3] - 83:2, 178:17
**26** [1] - 19:9
**26th** [1] - 7:2
**27** [3] - 7:3, 16:18, 87:10
**27th** [2] - 16:12, 16:15
**28** [2] - 7:4, 23:6
**2:00** [2] - 33:23, 33:24

# 3

**3** [3] - 171:21, 171:22, 174:3
**30** [2] - 65:18, 132:12
**30708253** [1] - 211:4
**33** [5] - 86:21, 87:25, 88:2, 88:6, 88:14
**3318** [1] - 1:23
**34** [2] - 6:21, 122:19
**35%** [2] - 43:6, 114:23
**357** [1] - 216:9
**36** [2] - 219:11, 219:12
**39** [1] - 125:23
**39-43** [1] - 84:13

**396** [1] - 125:23
**3:00** [3] - 83:22, 83:23, 169:9
**3:30** [1] - 169:9
**3:43** [1] - 179:14

# 4

**4** [12] - 8:18, 88:18, 89:2, 128:3, 145:15, 145:23, 145:24, 167:18, 167:23, 168:4, 168:13, 210:18
**40** [2] - 125:23, 209:11
**40-calibre** [1] - 216:9
**40-hour** [1] - 209:11
**410-962-4504** [1] - 1:25
**42** [1] - 219:12
**43** [1] - 88:18
**45-calibre** [1] - 216:9
**48-12** [1] - 84:13
**4:00** [5] - 83:22, 83:23, 178:8, 178:17, 179:10
**4:05** [1] - 179:14
**4:30** [6] - 37:14, 52:21, 99:20, 128:3, 132:15, 157:5, 187:6, 199:21
**4:35** [1] - 87:8
**4:41** [1] - 90:19
**4:44** [1] - 89:6
**4:49** [1] - 1:9
**4th** [3] - 8:8, 8:16, 8:17

# 5

**5** [8] - 164:22, 167:19, 167:23, 168:5, 168:13, 168:15, 168:16, 168:17
**500** [18] - 52:19, 52:22, 53:4, 53:23, 53:25, 58:4, 58:6, 58:11, 58:12, 58:13, 132:7, 132:18, 133:16, 150:20, 157:3, 187:9, 194:9, 199:21
**51** [1] - 219:13
**52** [2] - 219:14, 219:15
**57** [1] - 219:15
**5:30** [1] - 180:6

# 6

**6** [6] - 142:17, 142:20, 143:8, 144:3, 144:7, 144:14
**66** [3] - 219:16, 219:19, 219:19
**66-21** [1] - 67:5

# 7

**7** [3] - 144:10, 144:15, 164:22
**79** [1] - 219:20
**7:00** [2] - 83:21, 83:22

## 8

**8** [5] - 8:15, 86:3, 87:8, 88:14, 89:10
**80** [4] - 101:8, 209:11, 219:20, 219:22
**81** [1] - 219:22
**8:00** [2] - 83:21, 83:22

## 9

**9** [2] - 7:18, 179:4
**91** [1] - 219:23
**97** [2] - 219:24, 219:25
**9:00** [1] - 179:5
**9:25** [1] - 217:16
**9:30** [2] - 217:17, 217:23
**9:32** [1] - 1:9
**9mm** [2] - 216:3, 216:9
**9th** [1] - 4:3

## A

**A-L-L-E-N** [2] - 36:11, 156:13
**a.m** [2] - 35:11
**ability** [1] - 125:3
**able** [13] - 25:13, 41:22, 56:20, 56:21, 60:18, 77:23, 126:7, 140:5, 140:6, 170:7, 171:25, 185:6, 213:3
**above-entitled** [2] - 1:10, 218:10
**absence** [1] - 25:8
**absolutely** [4] - 20:2, 112:17, 117:2, 158:1
**abundance** [1] - 23:15
**abundantly** [2] - 9:6, 34:21
**accept** [1] - 210:10
**access** [2] - 12:10, 17:18
**according** [5] - 5:12, 118:19, 174:5, 175:2, 175:4
**accordingly** [2] - 94:19, 122:14
**account** [2] - 31:17, 118:18
**accurate** [2] - 7:25, 134:18
**accurately** [1] - 158:24
**accuse** [1] - 124:17
**acknowledges** [1] - 94:14
**acknowledgment** [1] - 116:14
**acquit** [1] - 95:22
**acquittal** [2] - 96:5, 96:14
**act** [1] - 184:1
**Act** [5] - 10:7, 121:11, 122:10, 122:13, 122:14
**action** [2] - 56:15, 63:2
**activated** [4] - 65:7, 65:8, 71:3, 200:11
**active** [2] - 36:20, 36:24
**activity** [8] - 53:14, 116:10, 117:25, 120:10, 125:21, 126:14, 126:17, 127:2
**actual** [11] - 20:6, 35:22, 76:2, 83:15, 88:3, 88:10, 141:20, 142:17, 144:19, 160:21, 165:3

**ad** [2] - 9:9, 9:12
**Adam** [1] - 83:20
**add** [1] - 27:11
**addition** [2] - 29:17, 122:4
**additional** [2] - 9:20, 84:25
**address** [6] - 13:14, 13:16, 18:14, 30:5, 115:19, 125:12
**addressed** [2] - 17:9, 18:3
**addresses** [1] - 115:2
**addressing** [1] - 129:21
**adequate** [2] - 124:25, 126:6
**adjacent** [1] - 162:24
**adjourned** [2] - 218:3, 218:4
**ADJOURNED.................................** [1] - 220:19
**administered** [1] - 130:15
**admissibility** [1] - 123:23
**admissible** [2] - 115:18, 124:18
**admit** [3] - 8:4, 8:22, 127:23
**admits** [1] - 145:22
**admitted** [7] - 8:24, 131:18, 134:24, 144:8, 145:24, 159:4, 168:17
**adopting** [1] - 32:23
**adversarial** [4] - 180:15, 181:3, 181:17, 183:24
**adverse** [2] - 73:22, 73:23
**advise** [1] - 102:12
**advised** [13] - 45:19, 53:7, 55:22, 86:5, 88:22, 101:17, 101:20, 102:9, 163:14, 188:7, 188:9, 188:14, 188:15
**Affairs** [2] - 5:1, 5:17
**affect** [1] - 105:15
**affected** [2] - 3:21, 214:10
**Afghanistan** [1] - 26:20
**afield** [1] - 83:15
**afraid** [1] - 80:23
**Afternoon** [1] - 97:6
**afternoon** [19] - 34:24, 36:16, 52:11, 57:17, 57:18, 81:7, 92:7, 95:16, 97:23, 97:24, 128:3, 131:21, 131:22, 146:11, 156:16, 156:17, 178:6, 179:17, 191:13
**afterwards** [4] - 91:15, 109:18, 110:15, 176:14
**Agent** [7] - 29:11, 208:12, 210:1, 210:13, 210:17, 211:12, 211:15
**agent** [2] - 178:15, 208:25, 209:2
**ago** [3] - 66:25, 67:10, 171:9
**agree** [7] - 35:4, 115:22, 127:11, 147:3, 147:8, 147:13, 173:22
**agreement** [9] - 95:5, 95:20, 95:23, 95:24, 96:4, 96:6, 96:7, 96:15, 96:19
**Agreement** [1] - 28:6
**ahead** [18] - 35:22, 49:5, 55:10, 55:13, 58:2, 103:16, 115:12, 117:7, 117:18, 117:20, 127:8, 127:18, 128:12, 138:2, 138:7, 138:10, 151:16, 213:25
**aid** [2] - 144:15, 144:20
**ain't** [10] - 17:23, 17:25, 23:9, 51:20, 90:2, 125:17, 127:4, 181:15, 184:2

**air** [1] - 118:4
**Alcohol** [2] - 209:1, 209:3
**alert** [1] - 123:9
**all-day** [1] - 34:22
**allege** [1] - 94:12
**alleged** [1] - 121:10
**Allen** [58] - 1:19, 2:13, 2:14, 26:3, 26:5, 26:6, 26:7, 27:2, 29:6, 35:16, 35:20, 35:24, 36:11, 42:16, 55:8, 55:16, 55:20, 59:8, 59:9, 59:11, 60:2, 68:1, 68:4, 68:16, 69:24, 71:1, 71:5, 71:12, 72:19, 86:16, 89:15, 109:9, 109:13, 110:9, 111:23, 114:21, 133:16, 133:21, 135:13, 136:16, 138:6, 138:14, 138:17, 138:21, 149:1, 156:4, 156:12, 159:13, 159:21, 169:19, 201:5, 201:16, 201:24, 204:10, 204:25, 206:4
**ALLEN** [4] - 36:7, 156:7, 219:11, 220:7
**Allen's** [5] - 59:23, 69:12, 69:18, 70:1, 70:5
**allow** [4] - 93:10, 124:12, 129:5, 183:23
**allowed** [2] - 61:24, 174:8
**alluded** [3] - 23:17, 23:19, 24:6
**almost** [3] - 9:22, 18:1, 55:8
**alone** [1] - 44:4
**AM** [1] - 1:9
**Amendment** [2] - 4:5, 121:12
**AMERICA** [1] - 1:4
**ammunition** [2] - 168:16, 168:19
**amount** [2] - 24:8, 32:11
**analogy** [1] - 16:13
**analysis** [2] - 9:25, 10:7
**angle** [3] - 103:14, 103:20, 103:21
**answer** [5] - 15:18, 30:19, 82:3, 114:14, 165:18
**answered** [3] - 63:19, 88:2, 193:19
**anytime** [3] - 128:8, 166:11, 213:10
**anyway** [2] - 27:6, 95:5
**APB** [1] - 127:3
**apologize** [7] - 29:16, 41:19, 94:25, 131:7, 134:6, 152:18, 170:10
**apologizing** [1] - 151:7
**apostrophe** [2] - 97:20, 186:19
**appeal** [2] - 185:18, 185:22
**appear** [4] - 107:10, 122:8, 145:17, 181:21
**appearance** [6] - 2:19, 7:1, 7:3, 92:20, 94:11, 94:13
**appeared** [1] - 114:23
**appointed** [1] - 7:2
**apprehended** [1] - 120:18
**apprehension** [3] - 116:1, 116:2, 116:13
**approach** [8] - 8:25, 29:1, 71:1, 85:3, 130:9, 165:4, 169:1, 171:11, 182:8, 191:24, 216:20
**approached** [6] - 39:13, 105:4, 105:5, 110:9, 126:18, 126:22
**approaching** [3] - 68:22, 68:24, 200:7

**appropriate** [5] - 9:14, 115:25, 120:12, 124:22

**appropriately** [1] - 120:18

**approximate** [2] - 188:1, 191:23

**approximation** [2] - 53:24, 187:25

**area** [32] - 19:11, 40:17, 53:9, 53:12, 53:13, 54:9, 55:25, 61:15, 63:7, 99:13, 102:13, 111:14, 118:3, 118:10, 127:22, 135:8, 135:23, 136:15, 157:12, 158:17, 158:21, 158:25, 159:24, 159:25, 173:14, 191:18, 193:14, 193:15, 193:16, 193:18, 194:18

**areas** [1] - 134:18

**argue** [3] - 16:1, 182:5, 182:12

**arguing** [1] - 181:1

**argument** [9] - 3:20, 3:23, 9:20, 11:6, 29:23, 33:3, 33:13, 117:3, 121:1, 129:24

**arguments** [1] - 182:16

**Arizona** [4] - 212:22, 214:7, 214:14, 215:21

**armed** [4] - 115:10, 119:18, 126:9, 127:17

**arms** [1] - 77:13

**arraigned** [1] - 7:5

**arrest** [11] - 13:15, 61:3, 108:15, 108:20, 108:25, 111:14, 112:5, 112:9, 190:18, 190:23, 198:1

**arrested** [2] - 7:4, 18:16

**arresting** [1] - 59:1

**arrests** [10] - 52:17, 58:5, 58:6, 58:13, 132:5, 150:20, 157:2, 157:3, 199:17, 199:19

**arrival** [1] - 188:2

**arrive** [9] - 45:4, 60:1, 70:4, 71:13, 109:16, 153:13, 153:17, 201:9, 206:5

**arrived** [13] - 25:18, 44:9, 44:18, 44:20, 45:2, 45:6, 45:11, 45:13, 47:6, 173:21, 175:9, 201:2, 201:4

**arriving** [1] - 44:14

**articulate** [1] - 11:6

**Asha** [2] - 29:10, 29:17

**assertion** [1] - 25:2

**assertions** [1] - 25:1

**assessment** [1] - 5:9

**assigned** [3] - 6:25, 93:25, 191:17

**assist** [5] - 47:1, 47:8, 53:3, 133:16, 139:15, 187:21, 188:16, 189:8, 190:24, 193:6, 197:8, 204:25

**assistance** [7] - 40:8, 100:3, 100:6, 101:7, 101:14, 193:20, 204:22

**Assistant** [2] - 1:14, 1:15

**assisted** [1] - 188:21

**assume** [10] - 3:19, 7:12, 20:18, 23:24, 31:10, 77:12, 114:8, 124:21, 152:21, 182:7

**assuming** [6] - 14:11, 35:24, 67:20, 70:2, 76:18, 194:10

**assure** [2] - 119:12, 123:6

**astronomically** [1] - 24:15

**ATF** [4] - 212:20, 213:7, 213:11, 213:19

**attached** [1] - 160:18

**attacking** [1] - 51:20

**attempt** [3] - 63:4, 92:17, 200:4

**attempted** [4] - 10:18, 56:17, 61:16, 207:11

**attempting** [1] - 6:19

**attempts** [1] - 202:15

**attended** [1] - 209:13

**attention** [17] - 37:13, 37:20, 52:20, 53:4, 55:14, 63:6, 63:13, 72:12, 132:14, 157:4, 157:12, 160:7, 180:19, 187:5, 199:20, 202:12, 206:18

**Attorney** [2] - 1:14, 1:15

**attorney** [8] - 6:16, 20:14, 20:18, 20:21, 23:8, 27:18, 129:5, 182:14

**attorneys** [5] - 125:16, 127:19, 130:6, 180:14, 182:1

**atypical** [1] - 59:6

**audio** [4] - 41:10, 42:3, 143:18, 145:2

**augment** [2] - 6:23, 7:22

**August** [5] - 8:8, 8:16, 8:17, 8:18, 26:2

**authenticated** [2] - 35:23, 144:2

**authorized** [1] - 39:21

**automatically** [2] - 49:25, 150:12

**availability** [1] - 35:1

**available** [13] - 3:1, 24:6, 24:10, 28:9, 29:17, 29:23, 30:12, 34:7, 34:16, 34:23, 95:13, 95:15, 178:15

**Avenue** [28] - 37:15, 37:23, 38:20, 42:17, 43:8, 48:20, 67:16, 67:21, 69:8, 69:9, 89:16, 99:11, 99:13, 157:9, 157:14, 157:15, 158:22, 158:23, 159:22, 160:14, 161:3, 169:20, 170:21, 175:2, 191:20, 193:4, 193:9, 204:11

**average** [2] - 20:2, 216:7

**averaging** [1] - 20:2

**aware** [2] - 74:19, 139:7

**B**

**baby** [1] - 148:2

**backed** [1] - 47:15

**backing** [1] - 41:5

**backs** [1] - 23:24

**backtrack** [2] - 59:24, 109:6

**backup** [5] - 38:11, 44:10, 44:12, 44:14, 44:18, 44:20, 44:23, 45:1, 45:4, 45:10, 45:11, 45:15, 46:11, 47:9, 63:14, 68:3, 68:5, 68:8, 68:11, 72:12, 82:14, 82:15, 86:20, 101:5, 105:10, 109:22, 161:14, 161:16, 162:25, 163:1, 170:22, 170:23, 170:25, 171:2, 171:5, 171:7, 171:10, 172:1, 172:8, 172:12, 172:15, 173:22, 173:25, 174:6, 174:16, 174:21, 174:23, 175:1, 175:14, 187:15, 199:25

**bad** [11] - 53:12, 55:24, 63:6, 63:8,

**63:10, 105:12, 115:5, 115:6, 115:10, 135:16**

**bag** [6] - 111:15, 111:18, 111:19, 168:8, 168:11

**baker** [1] - 83:21

**balancing** [1] - 184:6

**ball** [1] - 153:1

**ballpark** [4] - 62:11, 100:23, 193:24, 198:8

**Baltimore** [25] - 1:8, 1:24, 30:11, 30:17, 36:25, 37:3, 37:6, 52:13, 52:14, 81:12, 98:3, 98:10, 131:25, 132:2, 132:19, 134:16, 156:25, 157:1, 157:5, 157:9, 179:3, 187:2, 187:10, 199:14, 199:22

**bang** [2] - 47:13

**Bargain** [1] - 95:2

**Barker** [4] - 4:5, 10:7, 24:17, 122:15

**Barker-Wingo** [1] - 10:7

**based** [7] - 4:1, 7:13, 53:13, 115:5, 115:9, 214:3, 214:9

**basic** [1] - 209:11

**basis** [6] - 4:2, 80:21, 120:13, 120:15, 166:3, 189:19

**Batson** [1] - 80:21

**became** [1] - 169:22

**become** [3] - 13:19, 14:10, 31:11

**beer** [1] - 40:16

**began** [9] - 27:3, 37:10, 40:4, 137:13, 138:23, 139:14, 139:24, 140:3, 202:8

**begin** [5] - 3:8, 6:22, 8:8, 40:10, 184:15

**beginning** [1] - 18:24

**behalf** [3] - 1:13, 1:16, 2:18

**behavior** [1] - 117:24

**behind** [22] - 38:1, 38:19, 39:2, 43:11, 45:8, 45:14, 56:20, 69:20, 101:13, 103:2, 103:3, 103:5, 111:6, 153:14, 157:18, 160:4, 160:5, 161:11, 162:23, 188:3, 194:16, 205:5

**belief** [1] - 4:1

**believes** [2] - 95:10, 95:11

**bell** [1] - 109:10

**belligerent** [3] - 58:14, 58:18, 151:9

**bells** [1] - 154:21

**belong** [4] - 53:8, 54:8, 68:13, 160:24

**belonged** [2] - 38:10, 45:20

**belonging** [3] - 38:5, 170:24, 173:24

**belongs** [1] - 90:16

**below** [1] - 86:23

**bench** [11] - 19:17, 165:7, 166:12, 169:5, 169:16, 180:1, 180:12, 185:21, 188:1, 216:24, 217:10

**bend** [2] - 150:12, 150:13

**benefit** [1] - 25:8

**bent** [1] - 138:8

**Beretta** [2] - 214:24, 215:6

**best** [7] - 9:16, 15:5, 25:20, 103:25, 104:19, 124:16, 151:7

**better** [9] - 28:6, 30:13, 54:17, 60:24, 97:2, 138:9, 140:17, 151:14, 152:10

**between** [15] - 3:7, 7:7, 76:22, 84:9, 121:15, 123:17, 127:11, 144:16, 156:23, 169:9, 173:7, 181:2, 202:13, 209:11, 210:14
**beyond** [1] - 124:16
**bias** [2] - 94:14, 94:16
**bird** [1] - 28:19
**birth** [1] - 13:15
**bit** [2] - 110:1, 198:6
**Black** [1] - 183:3
**blazing** [2] - 101:3, 101:8
**blessing** [1] - 21:6
**Block** [16] - 37:15, 37:22, 42:17, 52:22, 53:4, 54:1, 132:18, 133:16, 157:8, 157:14, 158:22, 159:22, 169:20, 187:9, 194:9, 199:21
**block** [20] - 69:10, 117:16, 172:24, 172:25, 173:9, 173:16, 173:17, 173:20, 175:5, 175:6, 175:8, 177:9, 192:10, 192:18, 194:17, 194:18, 194:25, 195:2, 195:3, 205:25
**blocked** [1] - 205:16
**blocking** [2] - 48:10, 48:16
**blocks** [6] - 62:11, 62:12, 65:9, 69:5, 194:17, 204:18
**blood** [2] - 19:25, 21:17
**Blossom** [1] - 133:2
**Blow** [1] - 83:12
**blows** [1] - 151:17
**Blue** [1] - 213:23
**Bob** [1] - 11:19
**body** [2] - 77:10, 78:13
**boils** [1] - 10:12
**bolster** [1] - 25:13
**Book** [1] - 213:23
**books** [2] - 17:17, 17:18
**borrow** [1] - 146:23
**bottom** [1] - 162:3
**Boulevard** [33] - 38:22, 52:23, 67:20, 67:23, 68:18, 68:25, 69:3, 69:13, 69:16, 70:12, 100:9, 100:13, 118:9, 132:19, 134:12, 134:15, 135:5, 135:11, 135:25, 161:24, 162:1, 162:6, 162:16, 162:21, 171:3, 172:10, 172:14, 187:10, 193:1, 199:22, 204:16, 205:12, 206:1
**boxing** [1] - 124:10
**boy** [1] - 88:14
**Boy** [1] - 89:10
**Braxton** [78] - 2:9, 2:18, 2:22, 9:21, 11:4, 11:11, 23:8, 23:11, 23:13, 23:17, 24:5, 25:6, 27:20, 34:1, 48:11, 48:25, 49:4, 49:13, 49:17, 51:4, 51:14, 60:25, 61:14, 61:21, 65:15, 72:4, 72:18, 73:10, 74:4, 74:6, 74:12, 74:19, 75:2, 76:1, 76:3, 76:7, 76:12, 77:19, 78:7, 96:20, 107:1, 107:18, 107:22, 107:23, 108:6, 108:8, 110:4, 111:1, 113:4, 115:8, 117:7, 118:3, 128:17, 128:22, 128:25, 129:9, 138:23, 146:13, 148:2,

149:16, 151:23, 154:3, 155:2, 176:17, 177:15, 179:22, 181:18, 202:1, 202:15, 202:21, 203:22, 206:21, 207:4, 207:7, 207:10
**BRAXTON** [2] - 1:7, 219:2
**Braxton's** [7] - 14:12, 24:12, 58:1, 94:16, 147:17, 149:7, 185:4
**break** [12] - 3:9, 10:21, 34:1, 59:5, 92:10, 94:20, 123:12, 123:17, 151:1, 169:8, 169:10, 180:5
**breaking** [1] - 63:17
**breath** [3] - 124:9, 124:14, 141:15
**breathing** [1] - 140:4
**bridge** [1] - 28:11
**brief** [6] - 23:14, 23:19, 24:3, 114:17, 140:12, 217:1
**briefly** [9] - 8:1, 25:22, 34:3, 62:8, 71:14, 92:15, 93:23, 128:19, 168:18
**bring** [7] - 56:6, 129:15, 131:3, 159:5, 180:19, 192:1, 207:13
**bringing** [1] - 125:6
**brings** [2] - 118:1, 195:5
**broad** [1] - 58:25
**broadsided** [1] - 103:9
**broke** [1] - 100:4
**brought** [1] - 118:12
**BROWN** [61] - 29:1, 42:13, 42:15, 50:6, 50:7, 50:12, 50:14, 50:22, 66:19, 67:4, 68:10, 69:1, 73:2, 74:1, 74:3, 78:14, 78:15, 79:6, 115:22, 116:5, 116:11, 116:16, 116:19, 117:3, 117:10, 117:14, 117:23, 118:16, 119:1, 119:3, 119:6, 119:9, 119:14, 119:23, 120:1, 122:25, 163:15, 165:4, 165:8, 165:20, 166:2, 166:5, 166:10, 169:18, 170:11, 170:13, 171:11, 171:13, 171:15, 171:18, 171:22, 171:24, 172:6, 172:20, 177:10, 177:12, 177:13, 177:23, 185:5, 204:2, 208:4
**brown** [12] - 2:21, 115:21, 117:22, 119:22, 130:23, 177:8, 182:25, 185:3, 188:3, 192:22, 196:22
**Brown** [3] - 1:17, 2:19, 28:24
**brown-colored** [1] - 188:3
**BROWN**................ [1] - 219:19
**BROWN**................ [3] - 219:12, 220:8, 220:14
**brushes** [1] - 12:13
**bunched** [3] - 149:11, 149:12, 149:22
**burden** [1] - 113:20
**Bureau** [2] - 208:25, 209:3
**business** [1] - 63:25
**busted** [1] - 77:2
**BY** [86] - 36:15, 37:2, 41:11, 42:6, 42:15, 50:7, 52:10, 55:3, 57:16, 58:17, 61:13, 62:7, 66:19, 67:4, 68:10, 69:1, 73:2, 74:3, 78:15, 79:10, 79:21, 80:1, 81:6, 82:4, 83:24, 85:10, 85:21, 86:2, 87:23, 91:7, 97:22, 112:21, 131:20, 132:13, 132:23, 133:9, 134:9, 134:17, 135:3,

135:19, 136:12, 137:24, 138:20, 140:19, 143:6, 143:19, 145:3, 146:10, 147:2, 155:1, 155:14, 156:15, 158:11, 159:12, 159:20, 161:22, 162:19, 164:11, 166:14, 167:22, 168:20, 169:18, 170:13, 171:15, 171:24, 172:6, 172:20, 177:13, 186:21, 187:18, 188:13, 189:22, 190:11, 191:12, 192:6, 192:20, 192:25, 193:8, 199:9, 202:7, 204:2, 208:22, 210:16, 211:14, 212:23, 214:21

---

## C

**CAD** [14] - 4:14, 23:19, 23:25, 24:1, 31:5, 31:14, 31:18, 81:19, 81:21, 84:17, 89:14, 90:18, 91:1, 119:7
**Cadillac** [4] - 188:3, 188:17, 196:22, 196:24
**calibre** [3] - 147:6, 154:15, 216:2
**calm** [1] - 181:21
**campers** [1] - 184:15
**candor** [1] - 16:4
**cannot** [3] - 24:24, 27:9, 121:18
**capacity** [1] - 216:11
**caption** [2] - 85:23, 86:3
**car** [175] - 6:24, 11:10, 38:12, 38:14, 38:15, 39:9, 39:20, 39:21, 42:16, 43:2, 43:8, 43:11, 43:18, 43:23, 44:2, 44:4, 44:6, 44:16, 44:19, 45:16, 46:4, 47:19, 47:21, 47:24, 48:3, 48:5, 48:10, 48:11, 48:13, 48:15, 48:17, 48:21, 49:1, 50:9, 53:3, 53:8, 54:5, 54:17, 54:20, 55:6, 55:9, 55:18, 56:6, 56:9, 56:25, 58:13, 59:2, 59:12, 59:17, 60:14, 61:2, 64:18, 64:21, 64:22, 69:12, 69:21, 69:22, 70:18, 71:2, 71:5, 71:7, 71:18, 71:22, 72:5, 72:7, 72:9, 72:15, 72:18, 73:6, 73:11, 73:19, 74:4, 74:20, 75:2, 75:15, 83:1, 83:6, 88:22, 89:1, 89:4, 100:21, 103:11, 105:17, 106:4, 107:5, 114:22, 114:25, 115:1, 115:8, 115:10, 117:8, 117:15, 118:4, 118:12, 118:15, 118:22, 119:16, 120:7, 120:14, 127:2, 127:24, 128:11, 133:16, 133:21, 135:15, 135:16, 135:22, 135:23, 136:2, 136:14, 136:15, 136:21, 137:2, 137:5, 137:7, 137:10, 137:13, 137:14, 137:15, 137:17, 137:19, 138:1, 141:3, 149:14, 157:19, 159:21, 160:17, 161:23, 161:24, 162:6, 162:20, 162:22, 164:4, 164:15, 166:21, 170:8, 170:14, 170:15, 170:17, 170:21, 172:22, 173:21, 174:18, 175:9, 175:18, 175:24, 176:9, 189:2, 195:16, 196:4, 196:10, 196:12, 196:21, 200:1, 200:17, 200:19, 200:24, 200:25, 205:1, 205:5, 205:7, 205:10, 205:13, 205:17, 205:24, 205:25, 206:8, 206:16, 206:24

**Car** [3] - 62:21, 62:25, 83:7
**card** [1] - 126:23
**cards** [1] - 53:20
**care** [4] - 57:12, 180:7, 197:13, 197:15
**carried** [1] - 215:17
**cars** [11] - 46:25, 115:6, 117:14, 117:15, 136:24, 137:3, 137:7, 182:11, 182:13, 205:5
**case** [72] - 2:9, 2:20, 3:22, 4:19, 6:18, 6:24, 8:7, 10:12, 11:21, 12:2, 14:10, 14:13, 17:11, 17:15, 18:6, 20:15, 22:20, 23:2, 23:6, 23:8, 24:9, 24:14, 25:4, 25:9, 25:13, 26:19, 30:1, 33:10, 50:5, 83:15, 92:14, 92:25, 93:3, 93:8, 93:10, 93:11, 93:13, 93:20, 93:24, 94:2, 94:13, 95:22, 116:20, 121:14, 121:21, 122:11, 122:19, 123:25, 124:3, 124:20, 125:18, 125:22, 126:7, 151:13, 151:20, 151:21, 171:14, 178:7, 182:8, 182:15, 182:20, 182:23, 183:1, 183:24, 210:10, 210:11, 212:18, 213:15, 217:13, 217:15
**Case** [4] - 2:9, 4:8, 33:6, 94:19
**cases** [7] - 14:9, 93:6, 93:7, 93:9, 99:12, 116:11, 121:10
**caught** [6] - 37:20, 63:6, 77:5, 194:15, 205:7, 205:9
**causes** [1] - 115:5
**caution** [1] - 23:15
**CD** [1] - 143:8
**cell** [1] - 174:18
**center** [1] - 19:7
**centers** [3] - 19:7, 20:23, 21:9
**Central** [34] - 100:7, 103:3, 103:4, 103:5, 104:22, 105:8, 105:20, 106:14, 108:11, 108:14, 109:1, 109:3, 109:8, 109:15, 109:21, 110:1, 111:20, 111:22, 113:1, 187:14, 188:22, 189:6, 189:8, 189:16, 190:17, 191:18, 194:1, 194:4, 194:15, 194:21, 195:8, 195:23, 196:3, 197:24
**central** [1] - 83:18
**certain** [7] - 15:6, 17:15, 20:16, 23:6, 23:7, 81:22, 183:6
**certainly** [18] - 10:11, 11:16, 13:4, 14:16, 15:7, 33:17, 57:10, 84:20, 94:3, 95:12, 114:25, 115:19, 116:19, 121:17, 121:24, 147:8, 148:9, 154:2
**certainty** [1] - 214:4
**Certified** [1] - 218:7
**certify** [1] - 218:8
**chair** [1] - 217:21
**challenge** [1] - 125:2
**challenged** [1] - 118:18
**chance** [5] - 51:15, 94:21, 96:23, 96:25, 174:15
**changed** [8] - 29:2, 39:15, 67:8, 87:3, 87:4, 88:11, 89:23, 93:14
**changing** [4] - 18:19, 18:20, 18:21
**chapter** [1] - 22:25

**character** [1] - 23:7
**characteristics** [1] - 142:11
**charge** [1] - 121:18
**chargeable** [1] - 121:22
**charged** [1] - 21:14
**charges** [2] - 10:8, 121:13
**Charlie** [17] - 83:23, 86:20, 86:21, 86:22, 86:23, 87:25, 88:2, 88:6, 88:14, 88:22, 88:23, 90:10, 90:11, 91:14
**chase** [2] - 76:20, 77:7
**chasing** [1] - 101:6
**chatter** [2] - 62:20, 88:4
**check** [14] - 19:22, 20:22, 35:2, 38:2, 48:3, 74:6, 110:12, 157:19, 160:6, 160:14, 160:15, 160:16, 170:15, 213:22
**checked** [6] - 12:10, 39:19, 43:24, 48:6, 48:8
**checking** [1] - 74:5
**Cherry** [1] - 133:2
**chest** [2] - 59:20, 139:11
**chief** [1] - 124:20
**child** [1] - 128:7
**children** [2] - 22:4, 22:9
**choice** [3] - 119:4, 127:5, 127:25
**chronology** [1] - 119:11
**chugging** [1] - 95:24
**CID** [3] - 84:3, 84:4, 84:14
**Circuit** [4] - 3:22, 6:18, 116:12, 125:18
**circumstance** [1] - 13:25
**circumstances** [3] - 74:17, 119:21, 119:22
**CitaraManis** [8] - 6:16, 7:3, 20:19, 20:20, 22:15, 34:14, 95:9, 96:10
**CitaraManis'** [2] - 8:6, 8:13
**citations** [3] - 126:15, 126:16, 126:25
**cite** [3] - 125:16, 125:17, 125:18
**cited** [3] - 14:5, 126:14, 126:16
**cites** [2] - 94:11, 123:24
**citizen** [1] - 126:5
**city** [3] - 21:24, 100:16, 102:21
**City** [18] - 30:11, 30:17, 36:25, 37:3, 37:6, 52:13, 52:14, 81:12, 98:3, 98:10, 132:1, 132:2, 134:16, 156:25, 157:1, 179:3, 187:2, 199:14
**citywide** [1] - 83:25
**civil** [1] - 126:15
**civilian** [2] - 14:21, 81:15
**civilians** [1] - 14:18
**claim** [2] - 14:8, 94:16
**clairvoyant** [1] - 148:9
**clarify** [2] - 76:19, 155:2
**clear** [12] - 9:7, 9:21, 31:11, 31:18, 34:21, 56:1, 88:23, 93:24, 200:14, 202:25, 215:9
**cleared** [1] - 146:3, 146:24
**clearly** [4] - 9:16, 12:17, 21:7, 24:7
**clenched** [2] - 139:12, 141:10
**CLERK** [38] - 2:2, 5:22, 6:3, 6:6, 9:2,

35:12, 36:6, 36:9, 51:23, 52:1, 52:4, 66:11, 66:14, 80:17, 81:2, 84:24, 97:3, 97:7, 97:14, 97:17, 130:13, 131:13, 156:5, 156:9, 171:21, 172:3, 179:12, 179:15, 186:12, 186:16, 192:3, 192:5, 199:2, 199:5, 208:15, 208:18, 216:22, 218:2
**Clerk** [11] - 5:19, 6:20, 19:16, 33:21, 80:24, 84:22, 120:20, 134:6, 171:20, 186:11, 216:21
**client** [6] - 13:23, 84:17, 94:14, 112:5, 112:9, 114:12
**client's** [1] - 184:25
**close** [4] - 106:3, 117:4, 181:23, 193:25
**closed** [1] - 71:24
**closer** [2] - 13:6, 104:19
**closest** [6] - 65:13, 148:11, 148:13, 148:17, 148:19, 164:14
**closing** [1] - 24:12
**clothes** [5] - 39:3, 39:8, 46:10, 46:13, 99:4
**cloudy** [1] - 180:18
**coffee** [1] - 32:6
**coffin** [1] - 24:12
**cognizable** [1] - 24:17
**coincided** [1] - 98:18
**coincidental** [1] - 19:1
**collectors** [1] - 213:25
**collects** [1] - 213:7
**color** [2] - 182:10, 182:13
**colored** [1] - 188:3
**combination** [1] - 113:11
**comfortable** [1] - 57:13
**comfortably** [1] - 56:21
**coming** [10] - 18:23, 22:21, 22:22, 30:9, 68:19, 88:4, 109:22, 109:23, 110:2, 133:25
**COMMENCEMENT** [1] - 219:6
**commend** [1] - 9:11
**commerce** [4] - 3:21, 6:9, 210:15, 214:10
**commit** [1] - 63:8
**committed** [1] - 136:3
**common** [1] - 28:18
**Commonwealth** [1] - 186:24
**communications** [1] - 200:3
**Company** [1] - 212:6
**competence** [2] - 184:25, 185:4
**competent** [5] - 180:24, 183:13, 183:15, 183:17, 183:21
**complaining** [5] - 55:6, 57:20, 57:24, 138:5, 138:6
**complete** [7] - 15:2, 27:1, 79:14, 79:17, 129:14, 185:19, 209:17
**completely** [3] - 17:21, 31:14, 93:16
**complex** [1] - 128:10
**compliant** [1] - 107:10
**complications** [2] - 18:8, 18:10
**complied** [2] - 61:22, 74:19

**comprehend** [1] - 41:23
**computer** [10] - 17:22, 83:23, 82:12, 83:8, 85:14, 85:16, 86:9, 86:12, 90:23, 118:20
**computers** [4] - 17:17, 17:18, 17:19, 18:1
**concern** [1] - 185:3
**concerned** [3] - 10:1, 165:8, 182:24
**concerns** [2] - 115:5, 184:24
**conclude** [1] - 16:1
**concluded** [4] - 166:12, 169:16, 186:1, 217:10
**condition** [1] - 19:8
**conditions** [6] - 18:21, 19:6, 19:10, 19:14, 19:20, 122:5
**conduct** [9] - 116:4, 116:15, 117:9, 121:19, 128:13, 128:15, 138:18, 138:19
**conference** [10] - 8:6, 8:10, 165:6, 166:12, 169:4, 169:16, 180:11, 186:1, 216:23, 217:10
**conferring** [3] - 27:19, 80:13, 91:6
**confidence** [3] - 125:15, 128:22, 130:1
**confident** [1] - 130:5
**confine** [1] - 119:20
**confinement** [2] - 121:24, 122:5
**confirm** [2] - 8:5, 94:15
**confirming** [1] - 8:12
**conflict** [3] - 7:18, 180:24, 182:18
**confrontation** [1] - 181:3
**confrontational** [2] - 180:15, 181:16
**Connecticut** [4] - 212:6, 212:19, 213:16
**connection** [2] - 210:9, 210:14
**consequence** [1] - 100:1
**consider** [2] - 182:3, 215:25
**considered** [3] - 67:19, 182:23, 212:7
**considering** [1] - 180:6
**consistent** [3] - 89:7, 124:17, 142:12
**consolidate** [1] - 93:6
**constitutional** [2] - 23:3, 122:18
**constitutionally** [1] - 126:6
**consult** [1] - 91:24
**contact** [6] - 55:11, 102:7, 115:13, 138:2, 138:11, 173:23
**contacted** [3] - 38:7, 45:19, 157:19
**contain** [1] - 15:14
**contemporaneously** [1] - 14:17
**context** [1] - 32:1
**continuance** [4] - 7:11, 9:23, 10:15, 10:16
**Continuance** [1] - 7:13
**continue** [5] - 38:23, 55:4, 55:18, 161:23, 187:19
**continued** [6] - 42:3, 55:5, 55:15, 138:10, 139:25, 161:24
**continuous** [4] - 19:25, 20:1, 20:7
**continuously** [3] - 19:12, 19:23, 22:11
**contradicts** [1] - 23:25
**contrary** [1] - 118:24

**contributing** [1] - 116:20
**Control** [1] - 167:7
**control** [4] - 140:7, 153:25, 166:25, 190:23
**controlling** [1] - 125:17
**controls** [1] - 144:18
**converging** [1] - 77:17
**conversation** [1] - 68:4
**conversations** [1] - 217:15
**convey** [1] - 21:7
**conveyed** [1] - 118:22
**convict** [1] - 95:22
**convicted** [1] - 96:6
**convoluted** [1] - 34:22
**cool** [1] - 182:14
**cooperative** [1] - 207:7
**copy** [10] - 4:22, 5:19, 6:3, 6:5, 81:22, 84:19, 85:1, 85:5, 85:7, 85:14
**corner** [8] - 38:21, 44:9, 53:6, 62:10, 127:21, 133:5, 162:4, 162:24
**corporate** [2] - 212:20, 212:21
**correct** [115] - 3:15, 10:2, 13:24, 26:14, 27:25, 42:25, 43:7, 43:15, 43:18, 43:20, 44:3, 44:25, 48:11, 48:25, 49:11, 57:21, 58:25, 60:14, 61:16, 68:21, 69:3, 70:9, 70:10, 70:20, 74:4, 74:12, 74:18, 74:20, 75:4, 75:8, 77:17, 82:21, 86:16, 86:24, 88:19, 89:3, 89:14, 89:16, 89:20, 89:21, 90:5, 90:9, 91:15, 98:2, 98:4, 100:18, 101:12, 102:1, 102:16, 103:1, 104:8, 107:8, 107:9, 107:24, 108:6, 109:14, 111:3, 112:11, 112:14, 116:16, 119:6, 120:6, 135:11, 137:10, 140:21, 140:25, 147:4, 147:14, 147:23, 148:6, 148:12, 148:18, 148:21, 149:19, 150:1, 150:6, 150:10, 153:5, 153:10, 154:4, 160:1, 168:12, 169:25, 170:5, 170:8, 170:18, 172:24, 173:21, 175:5, 175:16, 176:4, 176:6, 176:12, 177:3, 177:20, 188:19, 194:10, 194:11, 194:20, 195:4, 200:9, 201:12, 204:22, 205:20, 205:22, 206:1, 206:6, 207:8, 207:11, 207:14, 207:16, 215:5, 215:15, 218:8
**correctional** [2] - 17:14, 18:5
**correctly** [3] - 63:3, 87:7, 199:10
**correspondence** [2] - 17:10, 18:4
**corridor** [2] - 69:9, 204:11
**costs** [1] - 96:18
**Counsel** [3] - 8:5, 27:19, 91:6
**counsel** [25] - 2:24, 3:19, 3:21, 6:19, 8:12, 27:14, 54:22, 80:13, 93:25, 94:20, 96:11, 123:1, 123:5, 123:23, 125:11, 130:8, 131:9, 131:17, 137:19, 155:21, 170:10, 179:18, 179:23, 186:4, 190:6
**country** [1] - 156:23
**county** [1] - 17:12
**coup** [1] - 59:18
**coupe** [2] - 196:23, 196:25

**couple** [9] - 48:1, 62:11, 65:9, 80:22, 106:4, 155:10, 163:23, 204:18, 213:12
**course** [15] - 18:17, 50:25, 116:23, 120:7, 120:12, 121:9, 121:16, 122:10, 122:12, 124:25, 157:24, 181:18, 209:13, 209:17, 216:4
**court** [16] - 11:25, 14:24, 18:23, 19:2, 23:18, 54:25, 61:9, 95:1, 96:18, 123:7, 137:20, 164:7, 190:7, 195:6, 202:4
**Court** [32] - 2:3, 11:17, 15:5, 15:17, 17:9, 27:12, 29:7, 33:14, 35:12, 36:1, 52:12, 52:25, 84:19, 93:25, 94:6, 94:15, 97:3, 97:7, 114:22, 115:19, 125:12, 125:18, 128:24, 129:3, 143:1, 164:7, 179:12, 179:15, 180:7, 183:12, 202:3, 218:2
**COURT** [410] - 1:1, 2:5, 2:7, 2:14, 2:21, 2:24, 3:5, 3:14, 3:17, 4:11, 4:14, 4:16, 5:6, 5:19, 5:23, 6:4, 6:7, 6:13, 8:2, 8:14, 8:18, 8:20, 8:23, 9:1, 9:3, 9:8, 9:11, 9:14, 9:18, 9:24, 10:3, 10:6, 10:10, 10:20, 11:5, 11:12, 11:22, 12:3, 12:5, 12:15, 12:19, 12:23, 13:1, 13:8, 13:13, 13:19, 13:22, 13:25, 14:4, 14:14, 14:20, 15:2, 15:10, 15:14, 15:19, 15:22, 16:7, 16:13, 16:18, 16:20, 16:22, 17:1, 17:3, 17:6, 17:16, 19:15, 19:19, 20:18, 20:25, 23:11, 23:16, 24:13, 24:16, 24:19, 25:5, 26:5, 26:9, 26:13, 26:16, 26:19, 26:22, 27:13, 27:16, 27:18, 27:23, 28:1, 28:4, 28:7, 28:13, 28:17, 28:20, 28:22, 29:2, 29:5, 29:8, 29:20, 30:1, 30:4, 30:6, 30:9, 30:21, 30:24, 31:10, 31:23, 32:4, 32:8, 32:11, 32:18, 32:20, 32:25, 33:5, 33:8, 33:15, 33:19, 33:21, 34:1, 34:4, 34:13, 34:17, 35:4, 35:9, 35:14, 35:18, 36:2, 36:5, 36:21, 41:9, 41:17, 41:21, 42:1, 42:12, 50:3, 50:11, 50:15, 50:17, 50:21, 50:23, 51:1, 51:3, 51:8, 51:14, 51:22, 51:25, 55:1, 57:9, 57:13, 58:16, 61:12, 62:6, 65:25, 66:2, 66:5, 66:7, 66:10, 67:1, 68:7, 72:24, 73:21, 73:25, 74:2, 79:7, 79:19, 79:25, 80:5, 80:9, 80:12, 80:16, 80:24, 82:3, 83:16, 84:19, 84:22, 85:2, 85:4, 85:9, 85:20, 85:24, 87:18, 87:21, 91:5, 91:18, 91:20, 91:22, 91:25, 92:5, 92:13, 92:16, 93:22, 94:7, 94:11, 95:3, 95:7, 95:13, 95:19, 96:2, 96:11, 96:20, 97:1, 97:9, 97:12, 112:19, 113:15, 113:17, 113:20, 114:3, 114:7, 114:13, 114:16, 115:21, 116:2, 116:7, 116:14, 116:18, 116:24, 117:9, 117:13, 117:21, 118:15, 118:24, 119:2, 119:4, 119:8, 119:12, 119:20, 119:24, 120:3, 120:6, 121:1, 121:4, 121:9, 122:24, 123:1, 123:5, 123:13, 123:17, 123:22, 124:21, 125:7, 125:9, 125:13, 126:11, 128:17, 128:20, 129:1, 129:9, 129:12,

129:20, 129:23, 130:2, 130:8, 130:12, 130:16, 130:18, 130:23, 131:5, 131:9, 131:17, 132:11, 132:21, 133:8, 133:23, 134:5, 134:13, 134:24, 135:1, 135:18, 136:7, 136:11, 137:22, 138:18, 140:15, 142:20, 142:24, 143:3, 143:5, 143:11, 143:16, 144:3, 144:5, 144:7, 144:11, 144:22, 145:1, 145:24, 146:1, 146:6, 146:8, 154:25, 155:9, 155:11, 155:23, 155:25, 156:3, 157:20, 157:24, 158:2, 158:6, 158:9, 158:18, 158:20, 158:24, 159:2, 159:4, 159:7, 159:9, 159:14, 159:17, 161:17, 162:9, 162:11, 164:9, 165:5, 165:11, 165:14, 165:17, 165:21, 165:25, 166:3, 166:6, 166:9, 166:11, 166:13, 167:20, 168:15, 168:17, 168:25, 169:3, 169:6, 169:11, 169:15, 171:12, 171:20, 172:2, 172:17, 172:19, 174:10, 177:8, 177:11, 177:25, 178:2, 178:5, 178:11, 178:14, 178:25, 179:7, 179:10, 179:17, 179:20, 180:1, 180:8, 180:10, 180:13, 181:18, 183:10, 183:15, 183:17, 183:20, 184:5, 184:12, 184:18, 184:24, 185:3, 185:7, 185:11, 185:16, 185:19, 185:24, 186:2, 186:6, 186:8, 186:11, 187:17, 188:9, 188:12, 189:19, 189:21, 190:9, 191:9, 191:25, 192:10, 192:12, 192:18, 192:22, 198:16, 198:18, 198:20, 198:24, 202:5, 203:24, 208:6, 208:8, 208:11, 208:14, 210:3, 210:5, 211:13, 211:22, 211:24, 212:2, 212:16, 214:18, 216:18, 216:21, 217:3, 217:6, 217:9, 217:11, 217:20, 217:23, 218:1
**Court's** [10] - 5:20, 50:12, 78:14, 140:11, 140:18, 146:3, 157:23, 177:23, 191:2, 208:4
**courthouse** [2] - 93:2, 217:1
**Courthouse** [1] - 1:23
**courtroom** [9] - 30:18, 57:11, 80:22, 128:14, 137:16, 140:14, 164:3, 190:4, 195:13
**Courts** [2] - 18:3, 129:7
**covered** [1] - 108:5
**cramming** [1] - 14:18
**crazy** [1] - 19:21
**credibility** [1] - 5:10
**credit** [1] - 121:24
**crime** [4] - 63:7, 118:3, 118:10, 127:22
**Crime** [4] - 29:10, 67:12, 98:12, 187:3
**crimes** [1] - 63:9
**criminal** [12] - 12:13, 53:14, 116:4, 116:9, 116:15, 117:25, 120:10, 125:21, 126:13, 126:17, 127:2
**Criminal** [2] - 1:6, 209:10
**Cross** [7] - 219:12, 219:15, 220:5, 220:8, 220:11, 220:14, 220:17
**CROSS** [7] - 42:14, 57:15, 146:9,

169:17, 191:11, 204:1, 214:20
**cross** [17] - 28:11, 42:12, 51:5, 51:6, 57:9, 79:7, 91:18, 113:15, 146:6, 150:9, 168:25, 169:9, 191:9, 194:7, 203:24, 204:12, 214:18
**Cross-Examination** [7] - 219:12, 219:15, 220:5, 220:8, 220:11, 220:14, 220:17
**cross-examination** [1] - 150:9
**CROSS-EXAMINATION** [7] - 42:14, 57:15, 146:9, 169:17, 191:11, 204:1, 214:20
**cross-examine** [2] - 51:5, 51:6
**CRR** [2] - 1:23, 218:13
**crux** [1] - 33:9
**cue** [1] - 10:23
**cuffed** [1] - 203:8
**cuffs** [1] - 111:8
**culpability** [1] - 121:18
**culpable** [1] - 183:8
**cup** [1] - 32:6
**current** [3] - 53:16, 53:21, 156:19
**custody** [1] - 10:8
**cut** [2] - 163:9, 205:16

## D

**D-O-N-N-E-L-L** [2] - 97:20, 186:19
**damages** [1] - 183:8
**damning** [2] - 24:5, 93:5
**danger** [5] - 105:14, 116:1, 116:2, 116:13, 139:8
**dangerous** [4] - 75:4, 118:7, 126:9, 127:18
**dangerousness** [3] - 116:7, 116:8, 117:25
**dark** [4] - 37:24, 48:23, 157:15, 160:9
**darn** [1] - 10:20
**database** [2] - 12:9, 213:7
**date** [35] - 7:7, 7:10, 7:16, 7:17, 7:21, 8:15, 9:25, 10:17, 13:14, 16:7, 16:11, 16:14, 16:16, 24:3, 24:4, 24:7, 25:6, 25:17, 26:8, 29:3, 37:9, 37:15, 37:19, 37:21, 41:14, 93:21, 121:15, 122:12, 132:15, 132:17, 133:1, 133:5, 157:13
**Date** [1] - 218:13
**dated** [2] - 8:19, 8:20
**dates** [2] - 7:23, 25:16
**David** [1] - 2:9
**DAVID** [2] - 1:7, 219:2
**daydream** [2] - 58:22, 58:23
**daylight** [1] - 48:20
**days** [3] - 16:11, 32:24, 35:2
**deal** [4] - 3:24, 4:17, 19:11, 31:2
**dealers** [1] - 213:25
**dealing** [4] - 17:13, 54:18, 63:6, 73:5
**dealings** [1] - 55:24
**deals** [1] - 123:20
**dealt** [2] - 19:23, 19:24

**Dear** [1] - 8:5
**Deborah** [1] - 29:14
**December** [7] - 7:16, 12:4, 12:5, 22:17, 23:18, 23:21, 24:7
**decently** [1] - 204:14
**decide** [2] - 63:2, 128:25
**decided** [9] - 53:16, 54:9, 55:17, 59:9, 63:19, 68:3, 68:13, 115:8, 182:4
**decision** [2] - 72:18, 73:3
**deemed** [4] - 5:20, 27:9, 112:6, 112:7
**Defendant** [47] - 1:7, 1:16, 7:4, 7:15, 7:16, 24:18, 27:19, 41:6, 54:21, 54:25, 55:9, 55:21, 91:6, 92:18, 96:13, 108:15, 111:13, 115:9, 120:6, 120:13, 121:17, 121:23, 122:17, 137:21, 138:1, 138:6, 138:23, 139:2, 139:10, 140:20, 145:14, 145:19, 155:21, 164:5, 164:12, 164:17, 166:15, 166:23, 166:25, 168:2, 168:23, 190:17, 202:3, 202:9, 202:17, 203:11, 203:14
**defendant** [4] - 11:7, 93:3, 107:14, 165:3
**DEFENDANT** [48] - 2:23, 16:25, 17:2, 17:4, 17:7, 17:17, 19:20, 20:20, 21:2, 23:12, 27:17, 34:3, 50:19, 50:25, 51:2, 51:5, 51:17, 79:8, 79:10, 79:20, 79:21, 80:1, 96:16, 96:23, 125:12, 125:14, 126:3, 126:12, 128:19, 129:2, 129:11, 129:16, 129:21, 129:25, 130:4, 180:14, 182:22, 183:12, 183:16, 183:18, 183:22, 184:11, 184:16, 184:23, 185:10, 185:14, 185:17, 219:17
**Defendant's** [6] - 7:1, 25:3, 120:19, 137:25, 174:2, 203:17
**DEFENDANT.............** [1] - 219:20
**defendants** [1] - 138:3
**defender** [2] - 18:10, 95:10
**Defender** [8] - 7:2, 7:17, 12:20, 12:24, 15:11, 15:13, 16:3
**Defender's** [2] - 12:11, 12:12
**Defense** [20] - 6:19, 7:5, 7:19, 8:23, 34:7, 34:17, 35:21, 80:9, 84:22, 84:23, 85:6, 87:25, 91:22, 94:11, 94:13, 95:11, 122:24, 131:10, 171:20, 171:22
**defense** [5] - 12:15, 17:5, 17:8, 19:2, 122:6
**definitely** [1] - 22:14
**degree** [2] - 21:4, 214:4
**degrees** [1] - 16:4
**delay** [6] - 11:7, 94:5, 121:15, 121:18, 121:19
**deliberates** [1] - 95:21
**deliberations** [1] - 95:16
**demeanor** [3] - 115:14, 137:25, 149:9
**Demetrius** [2] - 29:12, 29:13, 126:21
**demonstrated** [1] - 14:20
**demonstration** [1] - 140:12
**denied** [4] - 6:20, 7:11, 14:11, 120:21

**deny** [6] - 6:14, 94:6, 94:19, 120:4, 122:19
**Department** [11] - 30:12, 30:17, 37:7, 98:3, 98:10, 132:1, 132:3, 156:25, 157:6, 187:2, 199:14
**department** [2] - 5:16, 98:11
**depiction** [1] - 134:18
**depicts** [1] - 134:11
**describe** [5] - 5:1, 135:21, 137:25, 152:3, 196:21
**described** [4] - 5:14, 115:12, 117:15, 134:19
**descriptive** [1] - 5:8
**designed** [1] - 124:12
**detail** [2] - 182:25, 183:5
**detained** [3] - 13:23, 14:2, 122:2
**Detective** [20] - 71:12, 98:16, 101:21, 101:22, 101:24, 102:12, 108:3, 108:14, 109:1, 109:12, 111:17, 187:13, 188:6, 189:2, 189:4, 190:16, 200:6, 201:16, 205:2
**detective** [1] - 187:4
**detention** [7] - 17:11, 17:25, 19:5, 19:7, 20:7, 20:22, 21:8, 21:9, 21:16
**determination** [5] - 121:12, 122:10, 122:13, 210:24, 212:24
**determined** [1] - 5:8
**determining** [2] - 210:10, 213:5
**developed** [1] - 19:5
**difference** [1] - 144:16
**different** [20] - 3:2, 5:11, 17:8, 17:14, 18:25, 22:7, 29:24, 58:9, 63:11, 68:2, 84:3, 93:16, 109:4, 109:5, 114:24, 117:11, 150:23, 181:13, 204:24
**differentiation** [1] - 127:10
**differently** [3] - 59:1, 128:14, 128:16
**difficulties** [1] - 121:24
**diligence** [1] - 25:25
**dimensions** [1] - 121:10
**diminished** [1] - 16:2
**diploma** [1] - 21:3
**dire** [4] - 28:23, 30:1, 32:23, 210:3
**Direct** [11] - 219:12, 219:15, 219:19, 219:20, 219:22, 219:25, 220:4, 220:8, 220:11, 220:14, 220:17
**direct** [3] - 87:21, 118:8, 193:23
**DIRECT** [11] - 36:14, 52:9, 66:18, 79:9, 81:5, 97:21, 131:19, 156:14, 186:20, 199:8, 208:21
**direction** [6] - 54:5, 103:19, 110:21, 141:2, 161:5, 161:9
**directly** [6] - 79:22, 103:2, 103:5, 104:11, 118:18, 156:10
**diring** [1] - 29:6
**disabilities** [1] - 183:23
**disability** [1] - 183:20
**disagree** [1] - 6:23
**disappear** [1] - 14:9
**discards** [1] - 64:12
**discern** [2] - 94:17, 96:11

**discharging** [1] - 179:23
**disciplinary** [1] - 5:15
**discovery** [4] - 24:14, 31:24, 31:25, 50:4
**discuss** [6] - 12:2, 106:15, 114:11, 178:6, 179:23, 217:12
**discussed** [2] - 8:5, 154:15
**discussion** [3] - 19:17, 57:25, 175:21
**disguise** [1] - 21:6
**disjointed** [1] - 87:13
**disk** [3] - 143:3, 143:4, 143:5
**dismiss** [3] - 3:10, 11:1, 92:22, 92:23, 93:10
**Dismiss** [7] - 3:18, 4:4, 6:8, 6:15, 6:21, 7:12, 7:19
**dismissal** [1] - 122:17
**Dismissal** [1] - 122:19
**dismissed** [3] - 33:10, 93:24, 94:2
**disorders** [1] - 20:1
**disparity** [1] - 31:17
**dispassionate** [2] - 181:21, 182:15
**dispatch** [5] - 30:16, 54:7, 66:21, 68:5, 99:18, 204:21
**dispatched** [2] - 81:22, 127:3
**dispatcher** [9] - 31:4, 81:12, 82:1, 99:21, 99:23, 99:25, 100:4, 100:22, 154:19
**dispelled** [1] - 126:17
**display** [1] - 131:17
**displaying** [1] - 142:11
**disposal** [1] - 24:9
**dispute** [3] - 119:10, 119:13, 124:16
**distance** [3] - 113:25, 170:2, 182:20
**distances** [1] - 76:18
**distinctions** [2] - 182:9, 182:10
**District** [41] - 2:2, 2:3, 99:5, 99:9, 100:7, 103:1, 103:3, 103:4, 103:5, 104:23, 105:8, 105:20, 106:14, 108:12, 108:14, 109:1, 109:3, 109:8, 109:15, 109:21, 110:1, 111:20, 111:22, 113:1, 187:14, 188:22, 189:6, 189:8, 189:16, 190:17, 191:17, 191:18, 194:1, 194:4, 194:15, 194:22, 195:8, 195:23, 196:3, 197:24, 209:23
**district** [2] - 47:7, 83:17
**DISTRICT** [2] - 1:1, 1:1
**Division** [4] - 67:12, 83:25, 98:12, 187:3
**DIVISION** [1] - 1:2
**Docket** [1] - 1:6
**doctor** [4] - 181:20, 183:6, 183:7
**doctors** [1] - 19:12
**Document** [1] - 29:7
**document** [2] - 85:19, 174:12
**Doggett** [3] - 14:5, 14:6, 122:16
**done** [7] - 14:17, 19:13, 81:13, 113:22, 176:18, 181:5
**door** [16] - 53:22, 59:19, 60:3, 60:23, 65:17, 71:24, 103:13, 107:5, 107:6, 107:7, 108:21, 136:16, 136:17, 141:5, 196:22, 202:1

**doors** [3] - 22:21, 60:8, 65:5
**Dorado** [5] - 107:7, 188:4, 188:17, 196:22, 196:24
**down** [76] - 10:12, 14:19, 21:5, 33:18, 40:13, 43:8, 48:20, 49:5, 50:17, 51:10, 53:20, 55:23, 56:5, 56:6, 56:11, 60:12, 61:24, 64:16, 64:18, 66:2, 72:3, 77:7, 80:6, 86:18, 88:6, 91:20, 93:21, 100:15, 108:16, 111:4, 111:5, 112:10, 112:13, 113:8, 113:10, 113:17, 114:20, 115:9, 115:16, 116:22, 117:1, 117:18, 133:13, 138:25, 139:5, 141:11, 149:10, 149:12, 149:16, 149:25, 150:2, 150:5, 150:8, 151:25, 152:1, 155:25, 157:15, 160:13, 161:3, 161:9, 166:23, 167:3, 170:4, 170:21, 172:14, 175:15, 178:2, 184:2, 184:3, 197:25, 198:20, 203:7, 207:13, 209:9, 209:10, 216:18
**downtown** [2] - 127:20, 128:2
**drafted** [1] - 31:4
**drew** [3] - 53:4, 55:14, 63:13
**drive** [3] - 65:9, 102:8, 133:24
**driver** [53] - 39:14, 39:23, 40:11, 45:22, 47:23, 49:4, 55:7, 55:16, 55:20, 57:23, 59:9, 71:1, 105:6, 105:7, 105:9, 105:21, 106:8, 106:17, 106:18, 106:24, 107:8, 107:16, 107:20, 108:3, 108:12, 110:4, 112:9, 126:14, 126:18, 126:19, 126:22, 138:5, 138:14, 148:11, 148:14, 151:13, 163:12, 163:19, 164:24, 175:20, 176:2, 176:4, 189:13, 189:16, 189:23, 189:24, 190:25, 196:2, 196:18, 196:19, 198:12, 201:17
**driver's** [24] - 39:17, 40:5, 40:9, 46:7, 46:19, 48:6, 59:14, 60:3, 65:12, 71:19, 104:7, 105:4, 105:5, 105:11, 105:13, 105:17, 107:20, 136:16, 148:14, 163:14, 189:3, 189:5, 195:24, 196:15
**drives** [1] - 102:7
**driving** [12] - 37:21, 39:20, 44:4, 63:12, 64:24, 64:25, 101:18, 101:19, 102:2, 104:3, 205:1
**drove** [1] - 118:7
**drug** [1] - 118:4
**due** [9] - 17:4, 18:3, 22:14, 27:6, 38:2, 94:16, 94:18, 128:5, 200:9
**DULY** [10] - 36:8, 52:3, 66:13, 80:19, 97:16, 131:12, 156:8, 186:15, 199:4, 208:17
**during** [10] - 8:6, 25:13, 35:2, 40:1, 44:11, 95:3, 97:2, 153:14, 157:1, 201:24
**duty** [8] - 36:20, 36:24, 37:7, 37:9, 98:17, 132:15, 157:5, 184:10, 187:6

# E

**e-mail** [4] - 15:12, 15:14, 16:16, 34:24
**ear** [1] - 93:2
**earliest** [2] - 9:25, 34:23
**early** [2] - 14:13, 122:9
**easel** [2] - 131:3, 192:23
**easier** [2] - 85:19, 114:5
**east** [2] - 69:10, 83:19
**eating** [2] - 20:1, 21:18
**economy** [2] - 18:21, 21:21
**eczema** [1] - 19:6
**Edgar** [3] - 1:19, 2:13, 26:6
**educated** [1] - 21:4
**education** [1] - 210:8
**effect** [3] - 6:9, 11:3, 124:4
**effective** [4] - 36:19, 36:24, 156:21, 182:16
**effectively** [4] - 92:22, 93:4, 93:12, 183:24
**eight** [3] - 37:5, 144:24, 156:25
**either** [7] - 8:3, 13:3, 34:25, 57:5, 69:9, 178:21, 212:8
**El** [5] - 107:7, 188:4, 188:17, 196:22, 196:24
**elbow** [4] - 56:18, 60:24, 139:12, 141:10
**elbowed** [1] - 139:11
**elbowing** [1] - 152:3
**elements** [1] - 22:7
**eleven** [2] - 4:21, 5:25
**eloquent** [1] - 21:1
**eloquently** [1] - 121:23
**elsewhere** [1] - 215:4
**elude** [1] - 115:7
**emergency** [1] - 101:6
**emotional** [3] - 183:22, 183:23, 185:8
**employed** [9] - 36:18, 36:19, 36:23, 52:12, 81:9, 131:24, 131:25, 132:2, 156:20, 156:24, 186:23, 186:24, 187:1, 187:2, 199:13, 199:14, 199:15, 208:24, 208:25
**employment** [2] - 156:19, 209:2
**encounter** [1] - 150:24
**encountered** [1] - 101:11
**encounters** [2] - 19:1, 80:2
**end** [4] - 12:13, 28:22, 82:1, 217:12
**ended** [3] - 37:10, 87:18, 118:9
**energy** [1] - 18:23
**Enforce** [5] - 4:7, 27:23, 28:6, 34:11, 95:2
**enforce** [1] - 96:19
**enforceable** [2] - 95:23, 96:4
**enforcement** [2] - 123:7, 150:24
**engineered** [1] - 9:21
**ensure** [1] - 38:8
**enter** [4] - 82:12, 83:8, 86:12, 90:25
**entered** [7] - 7:3, 85:14, 85:17, 86:9, 90:17, 90:24

**entering** [1] - 31:16
**enters** [3] - 2:19, 130:7, 186:7
**entire** [2] - 174:8, 174:11
**entirely** [6] - 15:6, 23:20, 23:24, 23:25, 181:25
**entitled** [3] - 1:10, 125:24, 218:10
**equivalence** [1] - 21:3
**escape** [1] - 63:10
**especially** [3] - 21:25, 124:13, 129:4
**Esquire** [2] - 1:17, 1:17
**essential** [1] - 14:7
**essentially** [1] - 96:13
**estimate** [1] - 110:3
**evade** [1] - 63:9
**evaluation** [1] - 183:13
**evasive** [1] - 117:9
**event** [1] - 34:21
**events** [3] - 7:22, 15:7, 89:13
**eventually** [6] - 44:16, 49:10, 140:5, 140:6, 162:12, 170:7
**evidence** [12] - 24:5, 24:10, 24:14, 25:8, 95:14, 111:18, 111:19, 122:16, 144:15, 144:18, 210:11, 210:18
**Evidence** [2] - 3:25, 167:7
**evident** [1] - 122:8
**evidentiary** [4] - 3:6, 3:9, 34:8, 34:12
**exact** [13] - 15:18, 16:16, 56:4, 62:10, 67:15, 71:16, 74:16, 85:5, 99:6, 99:7, 116:6, 119:10
**exactly** [35] - 14:23, 34:15, 48:24, 60:6, 67:9, 68:12, 69:7, 69:10, 70:2, 71:19, 74:5, 74:8, 74:21, 74:24, 75:17, 76:2, 77:3, 77:12, 77:16, 78:13, 79:13, 79:14, 85:16, 127:25, 135:6, 149:4, 151:13, 171:4, 172:15, 181:8, 191:19, 204:17, 206:14, 207:5
**Examination** [19] - 219:12, 219:12, 219:15, 219:15, 219:19, 219:20, 219:22, 219:25, 220:4, 220:5, 220:5, 220:8, 220:8, 220:11, 220:11, 220:14, 220:17, 220:17, 220:17
**EXAMINATION** [19] - 36:14, 42:14, 52:9, 57:15, 66:18, 79:9, 81:5, 97:21, 131:19, 146:9, 155:13, 156:14, 169:17, 186:20, 191:11, 199:8, 204:1, 208:21, 214:20
**examination** [1] - 150:9
**examine** [2] - 51:5, 51:6
**Examiner** [1] - 29:11
**example** [1] - 17:16
**examples** [1] - 117:22
**except** [1] - 4:9
**exception** [3] - 10:11, 124:12, 210:7
**exceptions** [2] - 124:23, 125:1
**excerpted** [1] - 4:22
**excited** [2] - 124:8, 124:11
**excludable** [1] - 122:12
**exclude** [1] - 122:13
**excuse** [11] - 17:9, 22:17, 104:3, 149:18, 152:14, 171:18, 181:8, 209:14, 211:3,

212:3, 216:6
**excused** [13] - 33:25, 51:11, 66:4, 80:8, 91:21, 113:19, 156:2, 178:4, 178:10, 198:23, 208:10, 216:19, 217:22
**Excused**................................. [10] - 219:13, 219:16, 219:20, 219:23, 219:25, 220:6, 220:9, 220:12, 220:15, 220:18
**exercise** [1] - 182:1
**exercised** [1] - 4:6
**exhaust** [2] - 180:8, 216:25
**exhaustive** [1] - 13:4
**Exhibit** [21] - 5:21, 85:7, 87:25, 134:8, 134:10, 134:22, 135:10, 142:17, 143:8, 144:10, 145:15, 145:23, 158:12, 159:23, 167:18, 167:23, 168:13, 171:22, 174:3, 192:8, 210:18
**exhibit** [2] - 8:22, 131:18
**exhibits** [1] - 131:9
**exist** [1] - 12:14
**exit** [3] - 54:10, 106:11, 112:12
**exited** [7] - 39:13, 48:9, 71:4, 104:13, 105:3, 190:13, 200:22
**exiting** [3] - 164:25, 165:1, 202:13
**experience** [6] - 59:1, 115:5, 182:16, 210:8, 214:3, 214:10
**expert** [3] - 209:19, 210:1, 210:13
**expert's** [1] - 210:10
**experts** [2] - 210:7, 213:25
**explain** [3] - 81:24, 87:14, 209:7
**explained** [3] - 39:14, 114:21, 163:13
**explaining** [1] - 156:19
**explore** [1] - 31:15
**explored** [1] - 185:2
**Explosives** [2] - 209:1, 209:3
**extent** [2] - 16:1, 131:2
**eye** [11] - 55:11, 72:11, 76:23, 115:13, 138:2, 138:10, 147:24, 148:5, 148:7, 149:8, 189:9
**eyebrow** [1] - 53:12
**eyes** [6] - 41:1, 100:23, 176:1, 176:2, 176:7, 194:2
**eyesight** [1] - 32:13

# F

**F.3d** [1] - 6:17
**face** [10] - 55:12, 111:4, 111:5, 138:9, 149:9, 149:13, 150:16, 150:17, 151:10
**facial** [1] - 19:10
**facing** [9] - 20:16, 70:16, 103:8, 103:19, 104:1, 104:21, 135:14, 136:15, 141:5
**fact** [16] - 9:21, 22:15, 51:16, 86:15, 105:7, 111:11, 117:4, 117:17, 121:3, 121:16, 151:13, 154:11, 161:20, 166:7, 166:8, 210:13
**fact-specific** [1] - 51:16
**factor** [1] - 117:24
**factors** [5] - 116:19, 117:5, 117:6,

122:15
**facts** [7] - 20:14, 35:5, 50:5, 51:17, 51:18, 126:8, 210:10
**factual** [3] - 6:22, 119:5, 119:12
**fail** [1] - 69:10
**fair** [10] - 65:21, 96:8, 107:22, 134:18, 150:22, 152:22, 153:23, 184:7, 184:8, 184:21
**fairly** [10] - 5:8, 27:9, 117:6, 120:16, 121:1, 121:18, 147:3, 154:15, 158:24, 169:12
**faith** [1] - 94:22
**fake** [1] - 63:1
**fall** [1] - 167:2
**familiar** [2] - 67:5, 110:19
**family** [9] - 18:13, 18:14, 18:15, 18:25, 21:22, 22:7, 22:8, 128:7, 217:14
**far** [18] - 15:23, 76:14, 76:15, 76:16, 83:15, 99:25, 101:1, 129:22, 173:11, 173:13, 187:22, 187:23, 191:20, 193:19, 203:1, 204:15, 205:9
**fashion** [1] - 15:11
**fast** [3] - 71:6, 76:9, 175:12
**fault** [1] - 25:24
**favor** [1] - 121:16
**February** [2] - 4:3, 7:18
**Federal** [10] - 9:25, 10:8, 17:24, 95:10, 121:10, 122:9, 122:13, 180:25, 211:5
**Federally** [1] - 6:25
**feet** [2] - 65:18, 106:5
**fell** [1] - 167:3
**felt** [12] - 22:17, 22:18, 22:19, 23:4, 75:11, 75:12, 125:19, 139:5, 152:2, 152:9, 152:15, 183:1
**Fernandez** [4] - 29:18, 29:20, 29:21, 179:8
**fertile** [1] - 9:16
**few** [32] - 32:24, 57:19, 62:12, 65:20, 67:8, 89:18, 112:15, 112:16, 207:22, 215:1
**FI** [1] - 83:4
**field** [1] - 83:3
**fight** [1] - 139:25
**fighting** [3] - 21:15, 152:7, 207:23
**figure** [3] - 45:12, 178:23, 207:6
**file** [2] - 13:5, 32:22
**filed** [10] - 3:18, 4:2, 4:3, 4:10, 4:11, 7:6, 7:8, 7:19, 32:24, 33:9
**files** [1] - 5:21
**filing** [3] - 93:7, 93:9, 121:13
**fill** [1] - 61:3
**fills** [1] - 8:14
**final** [1] - 14:18
**finally** [1] - 203:8
**fine** [8] - 32:9, 34:14, 81:8, 96:10, 125:8, 131:6, 146:12, 147:14
**fingerprint** [2] - 29:18, 179:8
**finish** [4] - 128:19, 129:21, 129:24, 169:13

**finished** [1] - 185:12
**fire** [1] - 183:10
**firearm** [15] - 20:10, 21:14, 120:17, 210:21, 210:23, 211:2, 211:6, 211:9, 213:1, 213:3, 213:6, 213:17, 213:19, 214:5, 214:7
**firearms** [13] - 209:5, 209:12, 209:15, 209:20, 210:2, 211:2, 213:7, 213:9, 213:13, 214:6, 214:24, 215:24
**Firearms** [3] - 179:3, 209:1, 209:3
**first** [87] - 3:2, 3:6, 5:18, 6:22, 7:5, 7:23, 8:14, 9:11, 10:13, 10:23, 11:9, 11:20, 15:4, 24:3, 25:4, 25:16, 26:1, 26:2, 27:18, 35:15, 38:13, 40:11, 42:16, 45:2, 46:3, 46:11, 46:16, 46:25, 48:19, 56:11, 62:21, 62:25, 63:20, 63:21, 76:6, 77:5, 78:17, 78:23, 85:22, 86:3, 87:1, 87:7, 87:24, 89:14, 89:24, 92:13, 99:15, 106:15, 107:16, 111:12, 112:3, 114:11, 114:22, 115:11, 115:23, 118:1, 118:21, 123:11, 123:18, 123:20, 126:18, 128:22, 130:24, 139:4, 143:16, 150:9, 159:21, 160:7, 161:14, 161:16, 169:10, 169:19, 177:19, 181:13, 191:16, 194:4, 197:3, 198:8, 202:17, 202:19, 202:23, 206:5, 206:20, 209:9, 211:1, 217:12
**five** [13] - 20:2, 21:19, 22:3, 22:9, 33:24, 76:17, 129:6, 153:5, 178:8, 179:10, 198:9, 198:13, 198:14
**flee** [1] - 200:10
**FLEX** [1] - 132:1
**flocked** [1] - 153:9
**floor** [2] - 40:17, 41:6
**Flores** [8] - 29:9, 40:3, 40:7, 47:8, 47:10, 91:11, 163:24, 163:25
**flying** [1] - 101:3
**FOCR** [1] - 1:23
**focus** [5] - 76:22, 108:2, 116:12, 176:4
**focused** [6] - 107:20, 107:23, 181:25, 189:9, 202:13, 207:4
**focusing** [3] - 72:12, 206:18, 206:23
**foggy** [1] - 14:10
**folders** [3] - 33:22, 33:23, 217:21
**folks** [8] - 30:22, 32:2, 34:4, 94:23, 97:2, 217:4, 217:9, 217:23
**follow** [4] - 38:23, 39:1, 85:8, 194:13
**followed** [10] - 42:23, 43:8, 45:6, 45:8, 99:17, 124:1, 162:23, 169:25, 170:2, 194:25
**following** [20] - 38:19, 43:23, 44:6, 48:19, 89:15, 101:6, 101:13, 102:10, 160:13, 161:4, 161:11, 165:6, 169:4, 170:20, 172:14, 180:11, 194:5, 194:21, 205:24, 216:23
**FOR** [4] - 1:1, 219:9, 219:17, 220:2
**force** [1] - 199:18
**Force** [1] - 2:12
**Ford** [2] - 29:15, 89:11
**foregoing** [1] - 218:8

**forget** [2] - 11:19, 102:9
**formal** [1] - 121:13
**forth** [3] - 62:20, 76:22, 88:5
**forum** [1] - 33:17
**forward** [14] - 4:25, 11:18, 51:23, 66:11, 76:25, 77:1, 77:4, 77:7, 80:17, 97:14, 125:15, 128:23, 156:5, 199:2
**foundation** [2] - 124:22, 125:1
**four** [19] - 3:17, 11:10, 38:15, 44:24, 48:21, 53:11, 53:12, 54:8, 63:1, 84:4, 84:14, 84:16, 107:6, 174:1, 189:14, 195:14, 201:1, 206:15, 211:16
**four-door** [1] - 107:6
**fourth** [2] - 7:21, 86:18
**Fourth** [4] - 3:22, 6:18, 116:11, 125:18
**FPD's** [3] - 11:19, 11:24, 32:23
**frame** [6] - 44:11, 212:8, 212:9, 215:25, 216:10, 216:15
**frames** [2] - 71:16
**Franklin** [21] - 44:17, 44:21, 68:19, 68:21, 68:22, 68:25, 70:12, 86:8, 87:4, 87:5, 87:11, 88:12, 89:22, 89:25, 134:16, 162:25, 173:5, 173:6, 173:8, 173:12, 205:22
**frankly** [4] - 31:1, 94:1, 117:16, 118:9
**free** [3] - 56:21, 96:5, 96:13
**frequently** [1] - 93:7
**friend** [1] - 151:7
**frisk** [16] - 50:1, 50:8, 72:21, 74:12, 114:20, 115:24, 116:8, 116:10, 117:19, 119:16, 120:8, 120:11, 120:15, 127:9, 127:14
**frisked** [6] - 74:17, 74:20, 75:7, 75:18, 127:9, 151:24
**frisking** [3] - 75:15, 117:20, 125:20
**front** [58] - 3:3, 10:23, 24:4, 39:11, 40:23, 54:19, 54:22, 55:11, 57:23, 60:21, 64:19, 69:22, 70:7, 70:8, 71:3, 73:17, 75:15, 76:15, 76:23, 79:22, 92:21, 93:13, 94:2, 101:23, 102:14, 103:7, 103:8, 103:10, 103:17, 103:23, 104:5, 105:16, 106:25, 107:3, 107:4, 107:16, 137:19, 138:9, 138:24, 144:25, 148:13, 148:17, 148:19, 148:24, 148:25, 150:7, 164:13, 186:16, 188:21, 196:1, 196:13, 197:9, 197:11, 200:10, 200:17, 205:17, 207:3
**full** [4] - 97:17, 186:16, 199:5, 208:19
**fully** [3] - 16:21, 182:22, 184:17
**funny** [1] - 152:17
**fussing** [1] - 183:4
**fuzzier** [1] - 14:14
**fuzzy** [1] - 25:12

## G

**gain** [2] - 134:3, 167:9
**gained** [1] - 20:1
**Gallimore** [1] - 6:17

**game** [1] - 153:1
**gang** [1] - 21:23
**GARY** [4] - 97:15, 186:14, 219:24, 220:10
**Gary** [5] - 1:17, 2:17, 97:19, 155:5, 186:18
**GED** [1] - 21:3
**general** [7] - 21:3, 24:25, 49:24, 50:4, 115:14, 193:12, 193:14
**generalized** [1] - 116:21
**generally** [1] - 210:6
**generate** [1] - 81:23
**gentleman** [3] - 137:18, 190:24, 198:11
**gentlemen** [10] - 55:18, 131:24, 132:24, 135:6, 156:19, 186:23, 199:12, 208:23, 209:7, 217:18
**George** [2] - 1:14, 2:11
**Georgia** [1] - 209:10
**gifted** [1] - 4:18
**Giordano** [3] - 1:23, 218:7, 218:13
**given** [12] - 3:13, 17:18, 54:5, 54:6, 54:7, 55:23, 90:19, 93:13, 117:21, 130:19, 176:25, 177:19
**glad** [1] - 191:15
**glass** [1] - 23:1
**glasses** [1] - 16:10
**Glencoe** [1] - 209:10
**Government** [90] - 1:13, 2:8, 4:10, 4:11, 4:17, 4:20, 5:13, 5:24, 6:13, 7:10, 7:24, 10:15, 10:18, 10:25, 15:21, 23:23, 24:8, 24:11, 24:20, 25:13, 25:24, 26:1, 27:8, 29:2, 29:6, 29:24, 34:6, 34:19, 35:15, 35:16, 41:9, 41:25, 51:12, 80:10, 85:6, 92:20, 92:22, 93:1, 93:6, 93:12, 93:14, 93:22, 95:10, 113:21, 115:23, 117:5, 118:1, 118:11, 120:8, 121:19, 121:20, 121:23, 122:21, 123:24, 124:4, 124:8, 124:12, 124:22, 125:5, 125:9, 127:16, 128:24, 130:11, 130:24, 130:25, 134:10, 143:7, 144:3, 144:7, 144:14, 145:22, 145:24, 150:19, 168:13, 168:15, 168:17, 178:11, 178:19, 178:21, 179:19, 179:21, 179:23, 180:2, 180:25, 181:15, 185:22, 185:24, 186:2, 186:8, 186:9
**GOVERNMENT** [2] - 219:10, 220:2
**Government's** [24] - 4:23, 5:14, 7:12, 10:13, 24:13, 115:15, 115:17, 124:20, 134:7, 134:22, 135:10, 142:17, 142:20, 145:15, 145:23, 158:12, 159:23, 167:18, 167:23, 168:4, 168:5, 168:16, 192:8, 210:18
**grab** [2] - 32:6, 77:9
**grabbed** [12] - 61:15, 76:25, 77:13, 139:20, 139:21, 141:9, 153:15, 154:4, 202:16, 202:19, 203:7
**grabbing** [1] - 77:8
**grant** [2] - 7:11, 125:2
**granted** [3] - 11:1, 123:6, 125:9

**granting** [1] - 123:25
**great** [1] - 3:24
**greater** [1] - 43:5
**Greenbelt** [1] - 209:24
**groped** [1] - 128:6
**ground** [23] - 41:6, 56:19, 76:3, 76:4, 76:5, 78:23, 108:12, 111:2, 139:14, 139:24, 140:1, 140:2, 141:11, 153:16, 154:4, 167:3, 167:14, 176:20, 177:5, 190:18, 197:25, 202:16, 203:7
**grounds** [6] - 4:5, 6:22, 122:20, 126:6, 128:11
**growing** [2] - 21:24, 22:9
**guess** [14] - 2:25, 9:25, 10:24, 11:10, 26:3, 30:24, 33:16, 59:7, 59:22, 67:19, 78:18, 103:24, 106:2, 121:5
**guessing** [1] - 197:12
**guilty** [2] - 22:1, 22:10
**Gun** [24] - 41:4, 49:11, 49:12, 49:14, 49:16, 49:22, 56:13, 56:16, 75:8, 75:9, 76:7, 76:8, 108:10, 108:17, 112:22, 139:6, 139:10, 139:11, 141:9, 152:13, 152:15, 152:21, 153:4, 153:13, 165:12, 166:1, 166:17, 190:15, 195:19, 195:20, 195:22, 197:1, 197:2, 197:3, 198:8, 202:14, 202:22, 213:24
**gun** [105] - 3:21, 6:9, 15:3, 49:14, 56:12, 56:14, 56:17, 56:19, 57:2, 75:10, 75:12, 75:16, 75:25, 76:3, 77:15, 77:24, 78:2, 78:6, 78:9, 78:17, 78:23, 79:1, 88:22, 89:1, 89:4, 90:9, 90:13, 91:15, 111:10, 111:11, 111:12, 111:13, 112:3, 112:4, 112:16, 115:17, 115:18, 118:21, 120:19, 124:5, 124:15, 139:5, 139:7, 139:12, 139:16, 139:18, 139:20, 139:22, 139:25, 140:5, 140:6, 140:7, 140:8, 141:9, 141:14, 141:17, 141:21, 142:9, 145:4, 145:5, 145:7, 145:13, 145:20, 145:25, 147:11, 152:3, 152:9, 152:15, 152:25, 153:22, 154:3, 154:6, 154:13, 155:20, 167:4, 167:6, 167:7, 176:16, 176:25, 177:15, 177:19, 191:3, 191:4, 191:7, 197:4, 197:5, 198:2, 198:3, 198:9, 207:23, 211:4, 211:7, 212:10, 212:12, 212:17, 213:25, 214:2, 215:6, 215:12, 215:17, 215:20, 216:11, 216:12
**guns** [2] - 214:23, 215:22
**guy** [2] - 57:2, 140:4
**guys** [2] - 59:11, 141:18

**H**

**habits** [1] - 21:18
**half** [13] - 16:11, 20:4, 21:17, 62:9, 78:12, 90:21, 129:6, 173:16, 173:17, 173:20, 178:16, 195:2, 195:3
**halfway** [2] - 173:7, 173:9
**hall** [3] - 14:18, 93:17, 93:21

**hallmarks** [1] - 119:15
**Hamilton** [1] - 29:14
**hammer** [1] - 192:1
**hand** [24] - 4:22, 36:6, 52:1, 56:12, 56:16, 78:25, 108:22, 126:4, 135:16, 139:5, 139:20, 139:21, 140:6, 141:9, 141:22, 143:15, 156:6, 159:14, 162:4, 165:22, 184:7, 186:13, 208:15
**handcuffs** [1] - 198:1
**handed** [1] - 144:12
**handgun** [10] - 56:22, 147:4, 147:5, 154:16, 203:9, 203:10, 203:16, 212:19, 213:11, 215:24
**handle** [5] - 3:6, 71:21, 120:17, 139:5, 141:9
**handling** [1] - 181:9
**hands** [18] - 22:6, 56:10, 56:21, 61:22, 73:18, 74:4, 74:20, 74:25, 101:25, 111:6, 130:14, 139:2, 140:3, 140:5, 140:7, 141:7, 189:11, 197:4
**hang** [1] - 92:6
**happy** [4] - 8:21, 9:9, 184:14, 184:18
**hard** [7] - 12:17, 14:22, 17:13, 18:5, 31:3, 47:11, 140:4
**harping** [1] - 78:16
**Harris** [2] - 29:12, 29:13
**harrow** [1] - 12:8
**hate** [1] - 128:21
**HAZEL** [187] - 2:6, 2:8, 4:13, 4:15, 5:4, 6:1, 7:24, 8:16, 8:19, 24:21, 25:10, 26:6, 26:11, 26:15, 26:18, 26:21, 26:24, 29:4, 29:16, 29:21, 31:1, 32:15, 32:19, 34:9, 34:15, 35:7, 35:16, 35:19, 36:15, 37:2, 41:7, 41:11, 41:16, 41:19, 41:25, 42:5, 42:6, 42:10, 50:2, 50:10, 50:16, 51:12, 52:8, 52:10, 54:24, 55:3, 57:7, 58:15, 66:1, 66:6, 66:17, 68:6, 72:23, 73:20, 73:24, 79:18, 79:24, 80:4, 83:14, 86:1, 91:19, 93:23, 113:16, 113:22, 113:24, 114:5, 114:9, 114:15, 114:17, 120:5, 121:2, 121:5, 122:22, 123:10, 123:16, 123:19, 125:8, 130:11, 130:25, 131:20, 132:13, 132:23, 133:9, 134:1, 134:6, 134:9, 134:17, 134:21, 134:25, 135:3, 135:19, 136:9, 136:12, 137:20, 137:24, 138:20, 140:11, 140:16, 140:19, 142:16, 142:22, 143:1, 143:4, 143:6, 143:12, 143:17, 143:19, 144:1, 144:4, 144:9, 144:21, 144:24, 145:3, 145:22, 145:25, 146:2, 147:1, 155:10, 155:12, 155:14, 155:22, 156:4, 156:15, 157:23, 158:1, 158:4, 158:8, 158:11, 159:3, 159:5, 159:8, 159:11, 159:12, 159:20, 161:19, 161:22, 162:14, 162:17, 162:19, 164:7, 164:11, 165:12, 165:16, 165:23, 166:8, 166:14, 167:21, 167:22, 168:13, 168:16, 168:18, 168:20, 168:24, 170:10, 170:12, 174:7,

174:11, 178:1, 178:12, 178:15, 178:23, 179:8, 179:19, 179:21, 180:3, 186:5, 186:9, 186:21, 187:18, 188:13, 189:18, 189:22, 190:7, 190:11, 191:2, 191:8, 192:15, 193:6, 198:19, 198:25, 199:9, 202:2, 202:7, 203:23, 208:7, 216:20, 216:25

**Hazel** [7] - 1:14, 2:11, 2:14, 3:15, 149:15, 149:24, 155:11

**HAZEL.................** [1] - 220:5

**HAZEL...................** [6] - 219:12, 219:15, 220:4, 220:8, 220:11, 220:14

**haziness** [3] - 16:4, 25:1, 122:8

**hazy** [9] - 14:10, 14:24, 15:24, 16:5, 16:7, 16:20, 16:21, 122:7

**head** [4] - 56:10, 138:8, 139:3, 141:7

**headaches** [2] - 19:23, 19:25

**headed** [3] - 102:17, 194:22, 194:23

**heading** [3] - 100:5, 100:15, 102:18

**headquarters** [2] - 212:21, 213:17

**hear** [29] - 9:3, 24:2, 24:19, 28:2, 41:3, 41:16, 41:17, 41:22, 49:12, 62:14, 62:25, 63:14, 80:23, 82:9, 106:7, 111:2, 113:7, 143:16, 144:16, 144:17, 144:18, 157:21, 161:15, 166:16, 190:12, 191:15, 193:23, 197:1, 197:3

**heard** [38] - 6:8, 6:14, 31:20, 41:4, 49:10, 63:3, 63:6, 63:13, 67:13, 68:13, 75:7, 92:14, 100:22, 108:10, 111:10, 114:18, 115:3, 115:4, 117:10, 118:2, 118:18, 120:22, 122:6, 123:22, 133:6, 133:11, 154:18, 169:8, 180:5, 187:14, 187:22, 190:15, 191:16, 195:18, 200:5, 204:23

**hearing** [18] - 2:10, 8:23, 23:23, 26:14, 30:14, 30:16, 34:8, 34:12, 35:21, 41:9, 51:18, 67:25, 125:17, 171:14, 180:16, 181:2, 181:13, 181:14

**HEARING** [1] - 219:8

**HEARING.......................................** [1] - 219:7

**hearings** [1] - 150:4

**hearsay** [9] - 124:16, 124:19, 125:1, 133:7, 165:13, 165:16, 165:20, 166:5, 189:20

**height** [1] - 196:6

**held** [6] - 19:17, 22:5, 165:6, 169:4, 180:11, 216:23

**help** [9] - 21:7, 56:20, 62:8, 76:5, 140:2, 144:13, 144:20, 173:19, 195:25

**helped** [4] - 56:23, 153:24, 175:10, 207:13

**helpful** [2] - 35:5, 42:2

**helping** [2] - 57:1, 166:24

**hide** [2] - 6:2, 12:7

**hiding** [1] - 22:22

**high** [5] - 19:25, 63:7, 118:3, 118:10, 127:21

**high-crime** [3] - 63:7, 118:3, 118:10

**hightailing** [1] - 197:13

**hinder** [1] - 105:14

**hint** [1] - 215:13

**hire** [6] - 181:19, 181:20, 182:14, 183:6, 183:7

**hit** [6] - 103:12, 103:22, 104:6, 104:8, 154:6

**hold** [8] - 19:15, 37:18, 62:11, 121:25, 129:3, 130:2, 134:1, 208:2

**holding** [4] - 78:25, 129:7, 139:12, 202:17

**holler** [3] - 41:4, 182:6, 195:18

**hollered** [2] - 49:21, 166:17

**hollering** [1] - 197:2

**home** [4] - 20:4, 21:16, 64:1, 129:18

**honest** [1] - 102:22

**honestly** [6] - 19:2, 20:9, 22:16, 204:20

**Honor** [152] - 2:6, 2:8, 2:16, 2:17, 2:25, 3:3, 6:1, 6:12, 7:24, 8:1, 9:5, 9:10, 14:5, 14:8, 16:4, 18:3, 20:21, 20:23, 21:8, 23:4, 24:21, 24:22, 24:23, 25:10, 26:2, 27:17, 27:22, 28:2, 28:24, 28:25, 29:4, 29:16, 29:22, 31:1, 31:2, 32:15, 34:9, 34:11, 35:17, 41:7, 41:16, 42:5, 42:11, 42:13, 50:16, 52:8, 57:8, 57:12, 66:1, 66:6, 66:17, 73:24, 74:1, 80:7, 80:15, 83:14, 85:8, 91:19, 92:2, 93:1, 93:7, 93:16, 93:23, 96:17, 96:19, 96:25, 113:16, 114:15, 114:17, 115:3, 115:22, 116:11, 116:16, 116:17, 117:3, 117:10, 117:23, 118:11, 118:14, 118:16, 119:1, 119:3, 119:9, 119:14, 119:23, 120:2, 123:10, 123:11, 124:6, 125:19, 126:10, 128:5, 129:4, 129:17, 129:19, 130:6, 131:2, 132:10, 134:4, 134:21, 136:10, 138:16, 140:17, 142:16, 142:23, 143:14, 144:1, 144:4, 144:9, 145:22, 145:25, 146:5, 155:12, 156:1, 158:1, 158:8, 159:3, 159:5, 159:8, 161:19, 165:4, 165:8, 166:10, 168:24, 169:8, 171:11, 171:19, 171:22, 174:7, 177:10, 178:1, 178:17, 179:1, 179:2, 179:25, 180:9, 183:5, 185:1, 187:16, 191:24, 198:19, 208:7, 208:9, 208:13, 209:25, 211:11, 214:17, 216:17, 216:20, 216:25, 217:25

**Honorable** [8] - 1:11, 2:4, 35:12, 97:3, 97:7, 179:12, 179:15, 218:2

**hood** [2] - 196:1, 196:13

**hoods** [1] - 64:23

**hope** [2] - 97:1, 146:24

**hoping** [1] - 151:17

**Hospital** [1] - 127:21

**hour** [2] - 30:13, 178:16

**hours** [3] - 20:3, 99:20, 209:11

**house** [8] - 62:9, 64:3, 64:9, 64:11, 64:16, 64:18, 64:19, 133:15

**housekeeping** [1] - 80:20

**houses** [1] - 64:4

**huge** [2] - 24:8, 32:11

**humiliating** [2] - 128:1, 128:4

**hunches** [1] - 127:15

**hundred** [1] - 213:12

**hungry** [1] - 94:25

**hurry** [1] - 54:13

**Hutch** [1] - 64:20

## I

**ID** [2] - 64:6, 66:21

**idea** [5] - 25:23, 82:16, 146:18, 146:21

**identification** [17] - 48:4, 48:6, 48:7, 53:20, 54:25, 55:2, 126:23, 127:24, 137:21, 137:23, 164:8, 164:10, 190:8, 190:10, 202:4, 202:6, 213:2

**identified** [7] - 39:4, 39:15, 83:17, 83:20, 84:1, 163:1, 210:1

**identify** [7] - 66:22, 83:11, 84:14, 134:10, 158:9, 163:9, 185:6

**identifying** [1] - 211:17

**idiot** [1] - 148:16

**illegal** [1] - 170:16

**imagination** [1] - 96:9

**imagine** [1] - 117:19

**immediately** [11] - 27:3, 54:13, 71:4, 99:2, 108:13, 126:23, 139:6, 141:8, 190:22, 190:23, 200:22

**impairment** [4] - 17:5, 17:7, 122:6

**important** [8] - 15:9, 25:23, 95:12, 129:16, 181:24, 182:5, 182:6, 182:10

**importer** [1] - 213:8

**importers** [1] - 209:16

**impression** [3] - 124:1, 124:7, 184:19

**impropriety** [3] - 92:20, 94:12

**improved** [1] - 24:14

**IN** [1] - 1:1

**in-court** [5] - 54:25, 137:20, 164:7, 190:7, 202:4

**inability** [1] - 17:10

**Inc** [1] - 212:6

**incarceration** [1] - 20:4

**inch** [3] - 4:18, 4:20, 5:24

**incident** [8] - 5:6, 5:13, 53:10, 53:14, 105:7, 126:16, 135:16, 195:5

**including** [6] - 116:12, 137:5, 185:13, 189:13, 211:6, 217:13

**inconsistencies** [3] - 51:7, 51:21, 181:12

**inconsistent** [5] - 23:20, 23:21, 51:19, 124:18, 181:1

**incorporate** [1] - 28:5

**incorrect** [3] - 31:7, 61:19, 62:2

**incurred** [1] - 209:8

**INDEX** [1] - 219:1

**indicate** [9] - 7:9, 16:16, 93:19, 121:25, 159:22, 161:7, 161:25, 172:7, 213:3

**indicated** [1] - 29:22

**indicates** [1] - 12:20

**indicating)** [5] - 159:24, 161:9, 162:2,

172:5, 193:9
**indication** [2] - 4:24, 25:24
**indicative** [1] - 117:25
**indicted** [1] - 6:25
**Indictment** [3] - 3:18, 6:8, 6:15
**individual** [4] - 126:9, 126:12, 128:10
**individuals** [4] - 54:17, 55:24, 138:4, 138:22
**indulgence** [8] - 50:12, 78:14, 140:18, 146:4, 157:23, 177:23, 191:2, 208:4
**industry** [1] - 213:10
**infamous** [1] - 211:20
**inferred** [1] - 126:8
**inform** [1] - 5:12
**information** [13] - 26:11, 26:25, 44:1, 53:21, 54:7, 89:9, 89:10, 90:25, 91:1, 91:2, 118:21, 168:11, 168:12
**informative** [1] - 21:1
**informs** [1] - 89:21
**inhumane** [1] - 19:6
**initial** [3] - 71:1, 31:5, 89:24
**initiate** [7] - 38:12, 103:15, 103:16, 133:17, 157:19, 161:12
**initiated** [13] - 38:2, 39:5, 40:13, 44:18, 48:5, 55:9, 69:24, 86:7, 105:9, 109:4, 111:22, 111:23, 163:7
**initiating** [1] - 163:10
**injury** [1] - 25:6
**innocence** [2] - 20:9, 22:24
**innocent** [5] - 14:1, 21:12, 21:25, 22:10, 122:2
**input** [1] - 118:20, 180:17
**inquire** [1] - 80:10
**inquiries** [2] - 126:1, 126:4
**inquiry** [1] - 116:8
**inside** [10] - 54:19, 105:21, 107:25, 137:14, 137:15, 189:9, 189:10, 189:14, 196:8, 196:17
**insinuated** [1] - 22:2
**insinuation** [1] - 62:1
**instants** [1] - 82:21
**instead** [1] - 54:11
**instruct** [2] - 123:13, 138:21
**instructed** [4] - 138:14, 138:18, 138:22, 138:24
**instructions** [1] - 130:19
**insufficient** [2] - 4:1, 122:17
**intend** [2] - 14:21, 159:11
**intensive** [1] - 4:19
**intentions** [1] - 18:14
**interacting** [1] - 166:15
**interest** [2] - 119:24, 214:22
**interim** [1] - 185:12
**interject** [1] - 178:18
**Internal** [2] - 5:1, 5:16
**Internet** [1] - 214:2
**interrupt** [4] - 54:14, 76:10, 94:25, 101:20
**interrupted** [1] - 37:7

**intersect** [1] - 162:5
**intersection** [8] - 44:21, 45:4, 70:11, 173:1, 173:4, 173:13, 173:19, 175:1
**interstate** [10] - 3:21, 209:4, 209:20, 210:1, 210:14, 210:15, 210:25, 213:6, 214:10, 215:17
**interview** [3] - 16:8, 16:11, 83:3
**interviewed** [1] - 12:23
**introduce** [4] - 131:23, 142:17, 144:2, 156:18
**introducing** [1] - 124:23
**intrusion** [1] - 120:16
**inured** [1] - 28:10
**investigate** [3] - 17:10, 17:15, 18:6
**investigated** [1] - 128:1
**investigation** [3] - 5:1, 5:17, 55:18
**Investigative** [1] - 209:10
**investigator** [6] - 11:20, 11:24, 12:20, 12:24, 15:6, 15:13
**investigators** [2] - 12:8, 12:10
**involve** [1] - 122:5
**involved** [8] - 11:20, 53:15, 56:14, 75:25, 76:3, 116:3, 120:14, 129:3
**involvement** [2] - 116:9, 116:15
**Iraq** [15] - 10:14, 10:18, 26:4, 26:8, 26:9, 26:20, 26:21, 26:22, 27:3, 37:8, 37:10, 37:11, 121:4, 121:21, 156:22
**Irish** [1] - 152:17
**irrelevant** [2] - 31:9, 95:5
**issue** [16] - 4:24, 6:9, 6:24, 24:22, 35:19, 92:12, 93:13, 94:1, 95:1, 95:19, 114:19, 120:23, 122:18, 123:10, 129:22
**issues** [5] - 114:18, 115:23, 179:5, 180:19, 180:24
**item** [1] - 210:19
**items** [2] - 167:24, 168:6
**itself** [6] - 121:11, 198:12, 211:4, 211:8, 212:18, 213:20

## J

**jail** [2] - 12:11, 184:14
**James** [5] - 1:15, 2:12, 29:11, 29:12, 29:13
**job** [3] - 81:13, 184:20, 210:9
**Joe** [3] - 83:10, 83:12
**jog** [1] - 54:10
**join** [5] - 134:2, 140:13, 158:4, 159:13, 190:20
**joined** [2] - 2:12, 202:20
**joining** [1] - 190:19
**Jose** [1] - 29:9
**Jr** [4] - 1:11, 2:4, 97:19, 186:18
**JR** [4] - 97:15, 186:14, 219:24, 220:10
**Judge** [88] - 4:8, 4:9, 6:3, 6:25, 7:11, 8:4, 8:11, 8:12, 8:17, 8:23, 9:7, 9:10, 9:13, 9:23, 10:12, 10:14, 10:24, 11:9, 11:14, 12:6, 13:12, 15:5, 15:16, 16:11,

23:13, 23:17, 24:4, 24:5, 27:15, 27:20, 28:16, 30:7, 31:13, 32:22, 33:1, 33:7, 33:9, 33:13, 33:17, 57:10, 61:11, 62:5, 65:24, 80:20, 84:20, 85:18, 87:14, 91:4, 91:17, 92:9, 92:14, 92:15, 92:19, 92:20, 92:24, 93:5, 93:9, 93:12, 93:13, 93:14, 93:18, 93:19, 94:2, 94:24, 95:17, 96:9, 112:18, 113:14, 113:23, 120:25, 121:8, 123:3, 124:11, 124:16, 128:21, 131:7, 154:24, 155:8, 169:1, 169:14, 178:18, 179:11, 185:20, 192:11, 193:22, 198:15, 198:17, 216:16
**judge** [1] - 216:12
**judges** [1] - 17:20
**judgment** [2] - 182:2, 182:7
**judicial** [1] - 14:9
**July** [7] - 8:4, 8:13, 8:15, 8:19, 8:20, 8:21, 27:2
**jump** [6] - 64:20, 64:22, 126:18, 126:19, 128:21, 182:6
**jumped** [2] - 53:19, 53:22
**June** [1] - 27:3
**jurisdiction** [1] - 209:19
**JUROR** [2] - 144:23, 217:19
**jurors** [3] - 3:11, 80:22, 211:16
**JURORS** [1] - 130:17
**jurors'** [1] - 146:2
**Jury** [5] - 33:25, 130:7, 178:10, 186:7, 217:22
**jury** [61] - 1:11, 2:11, 3:2, 3:9, 3:10, 30:8, 33:1, 33:20, 33:22, 33:24, 80:25, 93:17, 94:22, 95:16, 95:20, 119:25, 123:2, 125:11, 128:20, 129:12, 129:15, 129:17, 130:9, 130:12, 130:13, 130:20, 130:22, 131:8, 131:24, 132:24, 134:25, 135:6, 143:15, 144:12, 156:19, 157:21, 159:6, 159:9, 162:11, 168:19, 169:8, 178:5, 178:9, 179:17, 180:5, 182:17, 183:2, 184:10, 186:4, 186:6, 186:23, 192:12, 199:13, 208:23, 209:7, 210:5, 211:12, 215:9, 217:11, 217:16
**jury's** [4] - 5:9, 177:9, 182:17, 184:8
**justice** [1] - 12:14
**justify** [1] - 116:22
**Justin** [1] - 1:17, 2:18

## K

**Karen** [1] - 29:14
**keep** [21] - 9:18, 18:23, 32:13, 34:4, 72:11, 76:23, 78:16, 85:7, 93:20, 94:22, 101:25, 114:1, 115:12, 129:7, 134:13, 139:23, 142:9, 162:12, 169:11, 213:1, 213:8
**keeping** [8] - 40:25, 147:24, 148:5, 148:7, 176:1, 176:2, 176:7, 189:9
**Kenneth** [9] - 29:8, 51:12, 52:6, 86:24,

88:23, 115:3, 130:25, 131:15, 131:25
**KENNETH** [4] - 52:2, 131:11, 219:14, 220:3
**kept** [6] - 40:25, 93:20, 103:11, 103:22, 104:6, 138:6
**KGA** [17] - 4:12, 25:7, 28:8, 38:2, 38:7, 41:8, 45:19, 118:24, 123:21, 123:23, 157:19, 160:5, 160:11, 160:12, 160:21, 171:23, 173:23
**kids** [4] - 21:19, 22:3, 22:20, 23:1
**kind** [11] - 27:21, 72:11, 76:8, 84:3, 87:14, 98:18, 103:19, 103:21, 119:16, 147:5, 202:23
**King** [80] - 38:20, 38:22, 44:10, 44:12, 44:14, 44:17, 45:15, 52:23, 54:1, 65:10, 67:17, 67:20, 67:23, 68:18, 68:20, 68:25, 69:2, 69:6, 69:13, 69:14, 69:16, 70:14, 86:7, 87:4, 87:5, 87:6, 87:10, 88:11, 88:13, 89:22, 98:25, 100:9, 102:15, 102:19, 118:8, 128:2, 132:19, 134:12, 134:15, 135:5, 135:11, 135:25, 136:1, 161:24, 161:25, 162:5, 162:6, 162:7, 162:16, 162:20, 162:22, 162:25, 163:3, 170:5, 171:2, 171:7, 172:9, 172:11, 172:14, 172:21, 173:1, 173:4, 173:7, 173:14, 174:14, 175:2, 187:10, 193:1, 194:6, 194:19, 194:22, 194:23, 194:24, 195:3, 199:22, 204:16, 204:19, 205:12, 205:19, 205:25
**kitchen** [2] - 64:2, 64:3
**knowing** [2] - 55:14, 126:24
**knowledge** [2] - 214:3, 214:9
**known** [3] - 28:9, 30:5, 94:14
**knows** [2] - 29:24, 32:16

# L

**L-I-V-E-S-A-Y** [2] - 66:16, 199:7
**Lab** [1] - 29:10
**lack** [2] - 25:25, 120:11
**ladies** [9] - 131:23, 132:24, 135:5, 156:18, 186:22, 199:12, 208:23, 209:7, 217:18
**lady** [1] - 23:25
**lady's** [3] - 53:21, 63:24, 133:12
**laid** [1] - 9:6
**lane** [11] - 45:8, 45:9, 70:15, 70:17, 102:23, 102:25, 103:25, 104:4, 104:5, 162:23, 205:14
**Lane** [2] - 29:10, 29:17
**lanes** [1] - 102:20
**language** [3] - 9:15, 22:18, 116:5
**Lansey** [1] - 29:11
**larceny** [4] - 53:7, 133:2, 133:6
**large** [11] - 65:17, 65:19, 84:2, 118:6, 147:3, 147:5, 154:15, 215:24, 216:1, 216:11, 216:12
**largely** [1] - 6:15

**last** [26] - 18:17, 20:3, 22:16, 23:18, 27:13, 30:15, 36:10, 37:8, 40:21, 52:5, 66:15, 81:3, 87:1, 92:1, 94:7, 97:18, 131:14, 136:9, 153:1, 155:19, 156:12, 156:22, 180:17, 185:14, 186:17, 199:6
**late** [1] - 32:24
**Latent** [1] - 29:10
**Law** [1] - 118:10
**law** [6] - 13:18, 17:23, 125:18, 150:24, 165:21, 211:5
**lawful** [1] - 115:24
**lawyer** [4] - 28:9, 128:12, 129:8, 181:19
**lawyers** [4] - 12:10, 51:6, 51:15, 128:23
**lay** [2] - 124:22, 124:25
**lead** [1] - 73:23
**leading** [3] - 68:6, 73:20, 132:20
**learn** [1] - 169:14
**learned** [3] - 99:15, 99:16, 135:20
**least** [11] - 5:16, 58:5, 63:22, 84:15, 112:16, 122:8, 123:21, 153:5, 174:11, 183:5, 204:18
**leave** [8] - 32:9, 33:22, 33:23, 46:25, 53:16, 180:3, 217:19, 217:20
**leaves** [1] - 179:1
**led** [1] - 26:1
**left** [21] - 4:19, 45:8, 45:9, 70:13, 70:15, 70:17, 92:21, 98:21, 104:5, 107:1, 107:2, 162:23, 179:2, 190:6, 190:15, 205:14, 205:19, 211:24, 212:1, 212:3
**legal** [5] - 12:9, 17:18, 17:25, 181:10, 183:25
**legible** [1] - 211:9
**legitimate** [1] - 184:2
**length** [4] - 185:2, 196:10, 216:13, 216:14
**lengthy** [1] - 122:2
**less** [12] - 47:16, 54:2, 65:22, 90:20, 94:5, 122:22, 175:5, 175:6, 175:8, 182:4, 205:25
**letter** [11] - 4:23, 5:7, 5:14, 8:4, 8:12, 8:19, 8:20, 8:21, 8:24, 9:23, 84:10
**letters** [3] - 17:9, 20:25, 84:15
**letting** [1] - 129:25
**level** [15] - 19:21, 43:5, 64:17, 106:1, 115:25, 117:5, 195:25, 196:6, 196:7, 196:8, 196:9, 196:14, 196:19
**liability** [1] - 183:8
**library** [3] - 17:23, 17:25
**license** [9] - 39:17, 39:19, 39:22, 43:24, 55:16, 110:13, 163:14, 163:20
**life** [3] - 23:1, 129:3, 142:8
**light** [3] - 19:10, 54:12, 70:6
**lightly** [1] - 122:1
**lights** [12] - 43:14, 65:8, 69:23, 69:24, 70:1, 70:2, 70:5, 101:9, 103:17, 132:20, 163:9, 200:11
**likewise** [1] - 117:19
**Limine** [4] - 4:10, 4:11, 123:20, 125:3
**limit** [1] - 101:3
**Lindsay** [2] - 164:16, 164:18

**line** [13] - 14:19, 86:15, 86:18, 86:23, 87:1, 87:14, 87:24, 88:8, 88:15, 89:6, 89:8, 107:23
**lines** [3] - 88:4, 177:11, 215:17
**list** [1] - 28:25
**listened** [2] - 124:5, 143:2
**live** [3] - 124:13, 169:14, 198:14
**lived** [1] - 181:24
**lives** [2] - 18:19, 22:7
**Livesay** [58] - 5:2, 5:4, 5:6, 5:15, 29:9, 46:20, 46:23, 47:4, 56:25, 57:1, 57:5, 60:5, 60:20, 66:9, 66:16, 66:20, 91:9, 98:16, 101:21, 101:22, 101:24, 102:12, 104:14, 104:16, 104:17, 108:3, 108:14, 109:1, 109:8, 109:12, 109:20, 111:17, 113:1, 113:11, 148:5, 148:20, 155:3, 178:12, 178:25, 187:13, 188:6, 188:23, 189:1, 189:2, 189:4, 190:16, 197:24, 198:25, 199:7, 199:10, 204:3, 208:8
**LIVESAY** [4] - 66:12, 199:3, 219:18, 220:13
**living** [7] - 18:20, 19:6, 19:9, 19:20, 63:24, 81:11, 98:9
**loaded** [2] - 168:21, 168:22
**locate** [1] - 15:20
**located** [2] - 13:6, 134:16
**location** [46] - 30:4, 38:19, 53:1, 53:2, 53:25, 67:15, 68:16, 68:17, 68:20, 82:11, 82:13, 82:14, 83:3, 83:5, 86:6, 87:3, 87:5, 87:6, 88:7, 89:23, 89:24, 90:2, 99:6, 99:8, 100:5, 100:8, 102:10, 132:25, 133:20, 133:24, 133:25, 135:12, 172:21, 172:22, 187:12, 187:21, 188:15, 190:15, 190:24, 191:23, 197:7, 199:24, 200:2, 200:6, 214:5
**Location** [1] - 88:8
**locations** [1] - 172:25
**locked** [1] - 129:6
**Lombard** [4] - 1:24, 82:23, 83:6, 83:7
**look** [32] - 5:11, 10:4, 12:11, 12:12, 54:17, 54:19, 54:20, 61:1, 72:11, 81:25, 85:19, 85:22, 85:24, 87:19, 94:21, 96:2, 122:4, 131:8, 137:13, 138:9, 138:10, 147:18, 147:19, 149:22, 150:16, 159:9, 162:11, 165:17, 182:15, 185:22, 206:24, 211:2
**looked** [11] - 54:22, 55:11, 55:12, 55:13, 61:1, 138:1, 138:8, 150:17, 164:19
**looking** [27] - 16:9, 49:5, 53:24, 55:10, 91:8, 93:1, 105:13, 122:15, 127:8, 127:18, 128:12, 138:2, 138:7, 149:7, 149:8, 149:9, 149:12, 149:13, 150:15, 165:2, 165:18, 196:15, 197:4, 207:5, 211:18
**looks** [1] - 181:24
**loose** [2] - 77:2, 77:3
**Lorraine** [1] - 29:11
**Lorretta** [1] - 29:15

**lose** [2] - 26:19, 95:7
**lost** [1] - 87:19
**loud** [3] - 134:13, 152:16, 162:12
**LOUIS** [4] - 52:2, 131:11, 219:14, 220:3
**Louis** [2] - 52:6, 131:15
**ludicrous** [1] - 20:12
**lunch** [2] - 92:11, 94:20
**Luncheon** [1] - 97:5
**Luther** [80] - 38:20, 38:22, 44:9, 44:12, 44:14, 44:17, 45:15, 52:23, 54:1, 65:10, 67:17, 67:20, 67:23, 68:18, 68:20, 68:24, 69:2, 69:5, 69:13, 69:14, 69:16, 70:14, 86:7, 87:4, 87:5, 87:6, 87:10, 88:11, 88:12, 89:22, 98:25, 100:9, 102:15, 102:19, 118:8, 128:2, 132:18, 134:12, 134:15, 135:5, 135:11, 135:24, 136:1, 161:24, 161:25, 162:5, 162:6, 162:7, 162:16, 162:20, 162:22, 162:25, 163:3, 170:5, 171:2, 171:7, 172:9, 172:11, 172:14, 172:21, 173:1, 173:4, 173:7, 173:14, 174:14, 175:2, 187:10, 193:1, 194:6, 194:19, 194:22, 194:23, 194:24, 195:3, 199:22, 204:16, 204:18, 205:12, 205:19, 205:25

**M**

**M-A-H-A-N-A-N-D** [1] - 208:20
**M-A-R-K** [1] - 36:13
**ma'am** [3] - 80:17, 81:2, 91:20
**Madam** [10] - 5:19, 6:20, 19:16, 33:21, 80:24, 84:22, 120:20, 171:20, 186:11, 216:21
**magazine** [2] - 168:7, 216:11
**magazines** [1] - 214:2
**Mahanand** [10] - 29:11, 178:15, 178:25, 208:12, 208:20, 210:1, 210:13, 210:17, 211:12, 211:15
**MAHANAND** [2] - 208:16, 220:16
**mail** [4] - 15:12, 15:14, 16:16, 34:24
**main** [2] - 11:9, 64:17
**maintain** [2] - 6:4, 24:11
**maintained** [1] - 5:21
**maintains** [1] - 102:7
**majority** [1] - 215:21
**male** [3] - 128:7, 128:8, 128:10
**man** [7] - 23:2, 46:17, 98:21, 107:1, 185:10, 215:10, 215:16
**mandatory** [1] - 129:4
**manufacture** [5] - 212:16, 213:12, 214:5, 214:22, 215:2
**manufactured** [6] - 211:10, 212:22, 213:4, 213:14, 214:7, 215:21
**manufacturer** [2] - 209:16, 211:7, 212:11, 213:10, 213:15
**manufacturers** [4] - 211:6, 212:8, 213:8, 214:24
**map** [8] - 136:7, 158:18, 158:20, 158:21,

161:7, 161:25, 162:4, 193:12
**marathon** [1] - 124:10
**March** [5] - 1:9, 6:24, 7:20, 10:1, 121:14
**MARCH** [2] - 2:1, 219:3
**mark** [1] - 212:13
**MARK** [2] - 36:7, 219:11
**Mark** [1] - 36:11
**marked** [17] - 47:7, 69:25, 84:21, 85:6, 87:24, 100:20, 100:21, 100:23, 117:14, 145:14, 158:12, 163:23, 188:23, 192:7, 205:7, 205:10, 205:24
**markedly** [2] - 14:12, 16:5
**market** [1] - 118:5
**markings** [5] - 210:23, 211:2, 211:17, 213:2, 213:11
**Marshal** [1] - 217:6
**Marshals** [2] - 17:21, 18:2
**Martin** [83] - 1:23, 38:20, 38:22, 44:9, 44:11, 44:14, 44:17, 45:14, 52:22, 54:1, 65:10, 67:17, 67:20, 67:23, 68:18, 68:20, 68:24, 69:2, 69:5, 69:13, 69:14, 69:16, 70:13, 86:7, 87:3, 87:5, 87:6, 87:10, 88:11, 88:12, 89:22, 98:25, 100:9, 102:15, 102:19, 118:8, 128:2, 132:18, 134:12, 134:15, 135:5, 135:10, 135:24, 136:1, 161:24, 161:25, 162:4, 162:6, 162:7, 162:15, 162:20, 162:22, 162:25, 163:3, 170:5, 171:2, 171:7, 172:9, 172:11, 172:14, 172:21, 173:1, 173:4, 173:7, 173:14, 174:14, 175:2, 187:10, 193:1, 194:6, 194:19, 194:22, 194:23, 194:24, 195:3, 199:22, 204:16, 204:18, 205:11, 205:19, 205:25, 218:7, 218:13
**Martinsburg** [2] - 209:13, 209:14
**MARYLAND** [1] - 1:1
**Maryland** [15] - 1:8, 1:24, 2:3, 13:17, 118:10, 127:21, 157:9, 187:10, 199:22, 209:23, 214:8, 214:15, 214:22, 214:25, 215:22
**match** [1] - 44:2, 124:10
**matched** [1] - 119:19
**material** [2] - 23:21, 213:24
**materials** [2] - 5:12, 5:20
**math** [1] - 89:3
**matter** [12] - 1:10, 4:21, 5:9, 80:21, 95:8, 96:12, 116:22, 150:5, 151:17, 161:20, 166:7, 218:10
**matters** [1] - 180:16
**MCAC** [5] - 17:12, 17:20, 17:21, 17:24, 20:22
**mean** [40] - 11:5, 18:12, 19:22, 22:6, 39:7, 49:1, 49:16, 54:14, 62:23, 68:12, 70:2, 71:14, 73:15, 74:7, 76:10, 77:3, 78:21, 79:15, 86:19, 88:1, 88:9, 89:8, 109:25, 111:16, 111:25, 118:5, 127:7, 129:7, 139:18, 147:10, 151:1, 152:24, 154:15, 160:17, 197:16, 204:14, 206:20, 216:8, 216:10, 216:11
**meaning** [1] - 84:14

**means** [7] - 21:10, 53:14, 86:20, 87:3, 88:10, 89:24, 90:2
**meant** [2] - 34:15, 86:21
**measurement** [1] - 62:12
**median** [6] - 54:11, 65:17, 135:14, 136:4, 136:6, 136:21
**medical** [1] - 19:22
**Medical** [1] - 19:23
**medium** [2] - 215:25, 216:15
**meet** [3] - 11:18, 12:1, 217:14
**meeting** [1] - 12:3
**member** [2] - 33:14, 128:7
**members** [7] - 130:13, 144:12, 157:21, 178:5, 210:5, 217:11, 217:14
**memo** [4] - 11:24, 16:3, 17:20, 18:2
**memoranda** [1] - 94:18
**memorandum** [3] - 93:8, 93:10, 181:14
**memories** [1] - 14:9
**memory** [2] - 14:14, 18:11
**men** [2] - 81:25, 82:10
**mental** [4] - 183:20, 184:25, 185:4, 185:8
**mention** [3] - 91:9, 91:11, 149:25
**mentioned** [11] - 91:13, 92:17, 109:15, 136:13, 139:17, 145:13, 150:4, 155:15, 159:21, 170:20, 213:21
**merely** [2] - 120:7, 144:20
**Merit** [1] - 218:7
**message** [1] - 21:7
**messed** [1] - 21:22
**met** [1] - 215:10
**metric** [1] - 62:12
**metro** [7] - 42:19, 118:4, 118:5, 118:8, 158:16, 160:1, 160:10
**mic** [1] - 192:2
**microphone** [12] - 36:21, 131:5, 134:14, 136:8, 156:10, 157:20, 158:7, 159:15, 161:18, 162:13, 172:17, 213:1
**middle** [11] - 36:12, 54:22, 64:5, 64:6, 93:17, 128:2, 137:19, 140:13, 155:21, 173:9, 207:23
**midnight** [1] - 83:21
**might** [17] - 20:2, 25:19, 26:25, 35:5, 43:5, 63:21, 79:4, 79:5, 96:17, 103:22, 114:5, 115:19, 135:20, 137:3, 147:10, 210:8
**Mike** [7] - 13:12, 13:13, 29:12, 29:13, 29:23, 30:4, 47:25
**mile** [3] - 62:9
**military** [3] - 36:19, 36:24, 156:20
**mind** [3] - 85:18, 180:18, 181:11
**minimal** [1] - 120:16
**minimum** [1] - 129:4
**minus** [2] - 16:10
**minus-two** [1] - 16:10
**minute** [11] - 15:17, 28:3, 30:8, 47:16, 54:2, 62:4, 65:22, 154:3, 154:5, 171:18, 180:17
**minutes** [29] - 33:24, 34:5, 34:6, 35:9,

36:1, 65:20, 90:15, 90:19, 90:20, 90:21, 100:24, 101:2, 101:11, 110:7, 112:1, 112:5, 112:15, 112:16, 122:22, 122:23, 169:9, 178:8, 187:23, 193:24, 198:4, 198:9, 198:13, 198:14

**mislead** [1] - 15:17

**misquote** [1] - 124:3

**misrepresented** [2] - 20:14

**missing** [1] - 15:23

**mistake** [1] - 183:7

**mistaken** [1] - 46:23

**ML** [1] - 100:12

**MLK** [11] - 53:5, 53:23, 54:5, 89:25, 100:16, 110:24, 110:25, 133:16, 191:21, 194:9, 205:11

**model** [8] - 59:17, 211:3, 211:8, 211:20, 212:4, 212:12, 212:22

**molested** [1] - 128:7

**moment** [8] - 78:14, 91:23, 112:18, 146:7, 157:23, 161:19, 198:15, 211:16

**momentarily** [2] - 77:2, 92:10

**moments** [1] - 92:2

**month** [1] - 26:3

**months** [3] - 18:1, 22:19, 23:6

**moreover** [1] - 126:16

**morning** [20] - 2:5, 2:6, 2:7, 2:13, 2:15, 2:16, 2:17, 2:18, 2:22, 2:23, 3:6, 4:17, 9:17, 34:23, 36:16, 36:17, 66:20, 179:4, 179:9, 217:16

**most** [7] - 3:22, 4:6, 17:24, 21:7, 57:13, 64:4, 118:7

**mother** [2] - 22:8, 184:16

**Motion** [23] - 3:17, 3:25, 4:4, 4:7, 4:10, 4:11, 6:8, 6:14, 6:21, 7:12, 7:13, 7:19, 27:23, 28:6, 33:6, 34:10, 94:19, 95:2, 120:20, 122:19, 123:20, 125:2

**motion** [18] - 3:24, 3:25, 6:14, 9:4, 9:6, 9:19, 27:22, 28:12, 33:2, 33:9, 33:12, 34:13, 92:14, 94:6, 120:4, 123:5, 180:25, 181:2

**MOTIONS** [2] - 219:7, 219:8

**motions** [14] - 2:10, 3:1, 3:6, 3:12, 3:16, 4:3, 4:4, 7:6, 7:8, 26:14, 30:22, 51:16, 122:11, 171:14

**Motz** [15] - 4:8, 6:25, 7:11, 8:4, 8:12, 9:23, 10:14, 24:4, 24:5, 33:7, 92:14, 93:14, 93:18, 93:19, 94:2

**Motz'** [1] - 8:23

**mouth** [1] - 112:1

**move** [10] - 22:25, 31:8, 41:24, 45:1, 93:9, 93:11, 134:21, 140:18, 144:1, 150:17

**moved** [5] - 7:10, 10:25, 34:25, 45:8, 55:12

**movements** [3] - 55:10, 105:14, 138:3

**moves** [1] - 168:13

**moving** [4] - 43:18, 43:21, 149:14, 159:2

**MR** [482] - 2:6, 2:8, 2:16, 2:17, 2:25, 3:13, 3:15, 4:9, 4:13, 4:15, 5:4, 5:18,

6:1, 6:11, 7:24, 8:1, 8:3, 8:16, 8:17, 8:19, 8:21, 8:25, 9:5, 9:9, 9:13, 9:16, 9:19, 10:2, 10:5, 10:9, 10:11, 10:22, 11:9, 11:14, 11:23, 12:4, 12:6, 12:16, 12:22, 12:25, 13:3, 13:10, 13:14, 13:21, 13:24, 14:3, 14:5, 14:15, 14:22, 15:3, 15:12, 15:16, 15:20, 16:3, 16:9, 16:15, 16:19, 16:21, 16:24, 23:13, 23:17, 24:15, 24:18, 24:21, 25:10, 26:6, 26:11, 26:15, 26:18, 26:21, 26:24, 27:15, 27:20, 27:25, 28:2, 28:5, 28:8, 28:15, 28:18, 28:21, 28:24, 29:1, 29:4, 29:16, 29:21, 29:22, 30:3, 30:5, 30:7, 30:10, 30:23, 30:25, 31:1, 31:12, 32:3, 32:5, 32:9, 32:14, 32:15, 32:19, 32:22, 33:1, 33:6, 33:9, 33:16, 34:9, 34:15, 34:19, 35:6, 35:7, 35:16, 35:19, 36:3, 36:15, 37:2, 41:7, 41:11, 41:16, 41:19, 41:25, 42:5, 42:6, 42:10, 42:13, 42:15, 50:2, 50:6, 50:7, 50:10, 50:12, 50:14, 50:16, 50:22, 51:12, 52:8, 52:10, 54:24, 55:3, 57:7, 57:10, 57:14, 57:16, 58:15, 58:17, 61:11, 61:13, 62:4, 62:7, 65:24, 66:1, 66:6, 66:9, 66:17, 66:19, 67:4, 68:6, 68:10, 69:1, 72:23, 73:2, 73:20, 73:24, 74:1, 74:3, 78:14, 78:15, 79:6, 79:18, 79:24, 80:4, 80:10, 80:14, 80:20, 81:1, 81:6, 82:4, 83:14, 83:24, 84:20, 84:23, 84:25, 85:3, 85:5, 85:10, 85:18, 85:21, 86:1, 86:2, 87:20, 87:22, 87:23, 91:3, 91:7, 91:17, 91:19, 91:23, 92:1, 92:6, 92:9, 92:15, 92:17, 93:23, 94:9, 94:24, 95:6, 95:9, 95:15, 96:1, 96:8, 97:11, 97:13, 97:22, 112:18, 112:20, 112:21, 113:14, 113:16, 113:22, 113:23, 113:24, 114:5, 114:9, 114:11, 114:15, 114:17, 115:22, 116:5, 116:11, 116:16, 116:19, 117:3, 117:10, 117:14, 117:23, 118:16, 119:1, 119:3, 119:6, 119:9, 119:14, 119:23, 120:1, 120:5, 120:24, 121:2, 121:5, 121:7, 122:22, 122:25, 123:3, 123:10, 123:16, 123:19, 123:24, 125:4, 125:8, 126:2, 128:21, 130:10, 130:11, 130:25, 131:7, 131:20, 132:10, 132:13, 132:20, 132:23, 133:7, 133:9, 133:22, 134:1, 134:3, 134:6, 134:9, 134:17, 134:21, 134:23, 134:25, 135:3, 135:17, 135:19, 136:9, 136:12, 137:20, 137:24, 138:16, 138:20, 140:11, 140:16, 140:19, 142:16, 142:19, 142:22, 143:1, 143:4, 143:6, 143:12, 143:17, 143:19, 144:1, 144:4, 144:6, 144:9, 144:21, 144:24, 145:3, 145:22, 145:25, 146:2, 146:7, 146:10, 146:24, 147:1, 147:2, 154:23, 155:1, 155:8, 155:10, 155:12, 155:14, 155:22, 155:24, 156:4, 156:15, 157:23, 158:1, 158:4, 158:8, 158:11, 159:3, 159:5, 159:8, 159:11, 159:12,

159:20, 161:19, 161:22, 162:14, 162:17, 162:19, 163:15, 164:7, 164:11, 165:4, 165:8, 165:12, 165:16, 165:20, 165:23, 166:2, 166:5, 166:8, 166:10, 166:14, 167:21, 167:22, 168:13, 168:16, 168:18, 168:20, 168:24, 169:1, 169:7, 169:14, 169:18, 170:10, 170:11, 170:12, 170:13, 171:11, 171:13, 171:15, 171:18, 171:22, 171:24, 172:6, 172:20, 174:7, 174:11, 177:10, 177:12, 177:13, 177:23, 178:1, 178:12, 178:15, 178:16, 178:18, 178:23, 179:1, 179:8, 179:11, 179:19, 179:21, 179:22, 180:3, 180:4, 180:9, 185:1, 185:5, 185:20, 186:5, 186:9, 186:21, 187:16, 187:18, 188:8, 188:13, 189:17, 189:18, 189:20, 189:22, 190:7, 190:11, 191:2, 191:8, 191:10, 191:12, 191:24, 192:1, 192:4, 192:6, 192:11, 192:13, 192:15, 192:16, 192:19, 192:20, 192:24, 192:25, 193:6, 193:7, 193:8, 193:22, 198:15, 198:17, 198:19, 198:25, 199:9, 202:2, 202:7, 203:23, 204:2, 208:4, 208:7, 208:12, 208:22, 209:25, 210:4, 210:16, 211:11, 211:14, 212:14, 212:23, 214:16, 214:19, 214:21, 216:16, 216:17, 216:20, 216:25, 217:5, 217:8, 217:25, 219:12, 219:14, 219:15, 219:15, 219:19, 219:22, 219:25, 220:4, 220:5, 220:5, 220:8, 220:8, 220:11, 220:11, 220:14, 220:14, 220:17, 220:17

**mundane** [1] - 15:8

**must** [2] - 126:5, 126:7

# N

**nail** [2] - 21:16, 24:12

**name** [37] - 5:2, 5:4, 11:19, 28:13, 29:25, 30:2, 36:10, 36:12, 46:15, 52:5, 56:25, 66:15, 81:2, 81:3, 97:17, 97:18, 109:2, 109:9, 110:19, 127:24, 131:14, 154:18, 156:9, 156:11, 156:12, 168:10, 186:16, 186:17, 195:6, 199:5, 199:6, 208:19

**named** [1] - 47:24

**names** [4] - 47:22, 48:1, 73:9, 195:11

**Narcotics** [3] - 67:12, 83:25, 187:3

**nature** [3] - 23:7, 54:6

**nauseam** [2] - 9:9, 9:12

**near** [4] - 42:19, 89:22, 127:20, 148:24, 148:25, 158:6, 159:25

**necessarily** [4] - 116:7, 117:24, 117:25, 120:8

**necessary** [2] - 41:21, 41:23

**need** [16] - 9:20, 21:24, 23:4, 30:14, 30:17, 30:21, 34:1, 34:7, 56:5, 82:14, 85:4, 117:21, 125:4, 136:7, 172:3,

178:21
**needed** [7] - 34:20, 100:3, 100:6, 138:25, 172:4, 174:15, 204:22
**needs** [1] - 115:25
**negligence** [2] - 25:25, 27:9
**neighborhood** [2] - 118:6, 119:18
**nerves** [1] - 20:24
**nervous** [2] - 55:13, 138:11
**never** [23] - 18:14, 19:8, 19:9, 19:11, 19:23, 19:24, 20:4, 22:2, 22:4, 22:5, 55:12, 58:21, 58:23, 77:6, 87:19, 110:12, 123:25, 127:1, 170:14, 198:2, 215:10
**New** [1] - 125:23
**new** [3] - 67:2, 87:5, 89:23
**next** [35] - 3:25, 22:25, 35:2, 38:16, 38:25, 50:18, 50:23, 51:9, 54:12, 55:19, 80:14, 82:25, 88:4, 88:8, 88:21, 89:6, 101:16, 107:13, 108:9, 141:6, 156:3, 162:21, 163:11, 163:22, 164:23, 164:24, 166:13, 178:11, 186:8, 189:15, 190:2, 190:12, 198:24, 201:8, 208:11
**nexus** [6] - 209:4, 209:20, 210:2, 210:14, 210:25, 213:6
**night** [2] - 153:1, 217:18
**nine** [3] - 21:20, 52:16, 132:4
**nobody** [6] - 18:14, 39:20, 58:21, 127:2, 127:3, 184:9
**non** [1] - 3:6
**non-evidentiary** [1] - 3:6
**none** [2] - 127:3, 178:1
**noon** [3] - 34:5, 34:6, 35:10
**normal** [1] - 119:15
**normally** [3] - 77:13, 128:9, 169:8
**north** [3] - 67:20, 102:17, 135:24
**northbound** [2] - 135:10, 136:1
**NORTHERN** [1] - 1:2
**note** [3] - 14:9, 133:13, 210:24
**nothing** [29] - 13:5, 19:12, 19:13, 23:9, 25:14, 27:11, 27:15, 42:10, 57:7, 63:14, 70:23, 93:14, 93:18, 94:9, 105:12, 128:6, 151:4, 151:6, 151:9, 151:16, 155:22, 168:24, 180:15, 181:4, 181:16, 181:17, 191:8, 203:23, 214:16
**notice** [6] - 35:25, 40:21, 70:18, 70:22, 70:24, 147:16
**noticed** [9] - 37:23, 40:16, 40:22, 42:16, 43:2, 55:5, 55:9, 157:14, 174:1
**notifying** [1] - 18:4
**November** [5] - 16:12, 16:15, 16:18, 32:24, 122:9
**nowhere** [3] - 13:18, 127:4, 175:9
**Number** [18] - 2:10, 5:21, 6:19, 6:21, 120:21, 122:19, 134:8, 134:10, 134:22, 135:10, 142:17, 143:8, 144:10, 144:15, 145:15, 145:23, 174:3, 210:18
**number** [28] - 13:15, 13:16, 38:9, 66:21,

67:2, 83:3, 83:4, 84:9, 88:16, 89:11, 90:22, 92:4, 117:6, 160:22, 160:23, 184:6, 211:4, 211:8, 211:20, 212:5, 212:8, 212:10, 212:12, 213:7, 213:13
**numbers** [10] - 67:6, 83:18, 84:2, 84:3, 84:5, 84:11, 84:12, 84:16, 90:25, 211:12
**numerous** [2] - 20:24, 213:6

# O

**o'clock** [5] - 3:7, 32:6, 94:22, 128:3, 179:4
**O'Donnell** [29] - 29:10, 30:11, 32:16, 46:20, 46:24, 47:3, 71:12, 71:18, 92:1, 97:13, 97:19, 97:23, 113:25, 117:15, 149:3, 155:6, 178:19, 178:24, 178:25, 186:5, 186:10, 186:18, 186:22, 198:21, 200:6, 200:15, 201:5, 205:2, 206:5
**O'DONNELL** [4] - 97:15, 186:14, 219:24, 220:10
**O'Donnell's** [1] - 204:3
**O-T-T** [1] - 28:21
**Oath** [1] - 130:15
**obeying** [1] - 101:2
**object** [1] - 50:19
**objected** [1] - 94:4
**objection** [31] - 8:7, 8:13, 36:4, 50:2, 50:10, 50:21, 58:15, 68:6, 72:23, 73:20, 79:18, 79:24, 80:4, 83:14, 85:20, 132:10, 132:20, 133:7, 133:22, 134:23, 135:17, 138:16, 142:19, 144:5, 144:6, 163:15, 165:4, 165:20, 187:16, 188:8, 189:17
**obscure** [1] - 192:12
**observe** [1] - 60:25
**observed** [5] - 75:3, 133:25, 135:12, 188:3, 190:22
**obtain** [1] - 17:14
**obvious** [1] - 184:2
**Obviously** [1] - 13:22
**obviously** [9] - 14:2, 27:8, 96:5, 109:18, 119:6, 124:5, 181:23, 184:6
**occasion** [5] - 52:21, 132:18, 157:8, 187:9, 199:21
**occasions** [2] - 19:1, 184:16
**occupants** [23] - 18:8, 18:9, 18:15, 38:15, 40:14, 40:22, 41:1, 44:24, 47:23, 48:7, 48:21, 53:11, 53:12, 54:9, 59:10, 106:10, 153:9, 163:21, 164:25, 174:1, 176:12, 176:13, 206:15
**occupied** [2] - 49:8, 63:1
**occupying** [1] - 79:23
**occur** [2] - 8:10, 128:23
**occurred** [3] - 31:19, 34:10, 105:8
**occurring** [1] - 49:2
**occurs** [1] - 209:9
**OCD** [4] - 39:3, 39:6, 41:5, 46:10

**October** [12] - 3:18, 4:2, 7:5, 7:7, 27:6, 37:11, 37:12, 121:5, 121:21, 122:11
**odd** [2] - 115:14, 128:12
**oddly** [1] - 115:11
**OF** [4] - 1:1, 1:4, 2:1, 219:6
**offense** [1] - 66:24
**Offer** [2] - 4:7, 27:24
**offer** [3] - 28:10, 28:11, 94:9
**offering** [1] - 166:6
**offhand** [2] - 46:15, 73:9
**Office** [4] - 12:11, 12:12, 17:21, 18:2
**office** [1] - 212:20
**OFFICER** [4] - 36:7, 156:7, 219:11, 220:7
**officer** [113] - 10:19, 36:11, 37:1, 37:4, 40:2, 40:12, 42:7, 44:6, 46:3, 46:12, 46:14, 52:13, 52:15, 53:3, 54:7, 56:23, 56:24, 57:5, 57:25, 60:20, 77:5, 78:4, 81:24, 82:23, 83:7, 86:13, 98:3, 99:17, 100:3, 100:6, 100:7, 101:12, 101:22, 102:9, 103:1, 103:3, 103:5, 104:23, 106:14, 107:10, 108:3, 108:12, 108:14, 109:1, 109:3, 109:9, 109:15, 109:16, 109:21, 110:18, 110:21, 111:20, 111:22, 112:10, 112:14, 113:1, 116:21, 117:18, 117:19, 121:3, 125:24, 136:16, 136:18, 140:13, 147:19, 148:10, 152:21, 153:14, 153:17, 157:1, 163:21, 164:14, 164:20, 165:9, 166:24, 167:11, 172:4, 177:1, 177:3, 177:4, 177:20, 186:9, 187:15, 188:3, 188:7, 188:14, 188:22, 189:6, 189:7, 189:8, 189:11, 189:16, 190:17, 192:7, 194:4, 194:15, 194:22, 195:6, 195:8, 195:12, 195:23, 196:3, 197:15, 197:24, 198:8, 198:25, 199:25, 200:11, 201:8, 201:15, 202:2, 204:22
**Officer** [183] - 2:12, 5:2, 5:15, 26:3, 26:5, 26:6, 26:7, 27:2, 29:6, 29:8, 29:9, 30:11, 32:16, 35:16, 35:20, 35:24, 36:16, 40:3, 40:4, 40:6, 40:7, 40:19, 40:22, 41:3, 42:16, 47:8, 51:12, 52:14, 55:8, 55:16, 55:20, 57:5, 57:17, 59:8, 59:9, 59:11, 59:23, 60:2, 65:9, 66:20, 68:1, 68:4, 68:16, 69:12, 69:18, 69:24, 70:1, 70:5, 71:1, 71:5, 71:12, 71:13, 71:18, 72:6, 72:8, 72:19, 72:21, 73:10, 73:16, 74:14, 75:7, 75:8, 75:15, 77:19, 77:23, 79:3, 79:5, 83:10, 86:16, 88:23, 89:15, 90:11, 91:9, 91:11, 92:1, 97:13, 97:23, 104:14, 104:17, 106:7, 109:9, 109:13, 110:9, 110:19, 111:23, 113:11, 113:25, 114:21, 115:3, 115:4, 115:12, 115:13, 117:11, 117:15, 118:2, 123:21, 130:25, 133:6, 133:10, 133:16, 133:21, 135:4, 135:13, 136:16, 136:20, 138:6, 138:14, 138:17, 138:21, 143:7, 146:11, 148:5, 148:20, 149:1, 149:3, 151:21, 152:25,

155:3, 155:5, 155:19, 156:4, 156:12,
159:13, 159:21, 163:24, 163:25,
164:1, 164:16, 164:18, 165:2, 166:15,
166:19, 166:24, 169:19, 171:25,
178:12, 178:19, 178:24, 186:5,
186:22, 188:15, 188:23, 189:1,
191:13, 192:21, 193:10, 197:24,
198:21, 199:10, 200:15, 201:5,
201:10, 201:16, 201:18, 201:22,
201:24, 201:25, 202:8, 202:14,
202:18, 202:19, 202:22, 203:5, 204:3,
204:10, 204:25, 206:4, 206:5, 206:11,
207:1, 208:8
**officer's** [5] - 5:10, 39:24, 100:19,
105:20, 187:21
**Officers** [1] - 46:20
**officers** [43] - 7:14, 14:15, 17:14, 18:5,
39:25, 45:24, 46:1, 46:20, 46:25,
56:20, 59:3, 59:25, 71:9, 82:19, 93:4,
105:8, 110:1, 112:25, 127:4, 139:6,
139:15, 140:3, 147:23, 149:5, 149:6,
153:5, 153:13, 154:2, 154:8, 154:11,
167:10, 167:11, 167:13, 167:16,
176:20, 177:5, 177:7, 195:11, 195:14,
197:6, 201:2, 201:6, 201:19
**often** [2] - 14:19, 115:6
**Ohio** [1] - 127:10
**old** [3] - 21:24, 22:4, 22:9
**once** [28] - 38:20, 39:1, 40:21, 44:18,
45:21, 48:9, 49:3, 54:3, 54:16, 82:13,
89:23, 90:25, 95:18, 110:9, 119:15,
136:20, 140:1, 148:19, 162:20,
162:22, 163:11, 164:24, 170:17,
176:13, 189:1, 189:5, 200:5, 201:14
**one** [114] - 4:4, 4:6, 4:18, 4:20, 5:24,
7:14, 10:15, 10:16, 10:23, 11:14,
11:15, 11:25, 12:6, 14:23, 17:19,
20:10, 20:15, 23:14, 25:14, 29:16,
30:10, 31:4, 33:5, 33:15, 34:10, 34:23,
35:19, 39:16, 46:17, 46:18, 47:3,
47:24, 54:21, 54:24, 57:3, 61:11, 62:4,
62:13, 63:18, 65:2, 67:6, 72:14, 72:16,
76:6, 76:8, 78:14, 80:11, 83:18, 91:3,
93:5, 93:9, 95:4, 95:7, 95:21, 102:7,
102:24, 109:3, 109:4, 109:5, 110:25,
111:23, 117:6, 120:8, 121:2, 123:25,
124:23, 125:18, 136:9, 137:7, 139:17,
141:18, 141:19, 141:20, 144:23,
145:1, 149:14, 153:20, 154:7, 154:23,
155:19, 157:23, 161:19, 167:10,
167:11, 167:13, 167:16, 169:13,
171:18, 172:24, 174:8, 177:4, 177:7,
182:13, 184:6, 184:12, 185:13,
185:14, 191:7, 191:10, 195:15,
201:18, 202:22, 209:13, 211:1, 213:7,
213:23, 216:12
**one-and-a-quarter-inch** [3] - 4:18, 4:20,
5:24
**one-one** [1] - 153:20
**one-week** [1] - 209:13

**ones** [3] - 153:8, 180:8, 182:9
**open** [4] - 60:8, 65:17, 87:18, 118:4
**open-air** [1] - 118:4
**open-ended** [1] - 87:18
**opened** [1] - 201:25
**opening** [6] - 24:11, 122:21, 122:24,
125:6, 125:10, 130:21
**openings** [1] - 123:14
**operating** [1] - 102:5
**operator** [1] - 24:1
**opinion** [3] - 5:11, 210:10, 214:5
**opinions** [4] - 3:23, 210:7, 210:9,
210:12
**opportunity** [2] - 170:15, 210:21
**opposed** [2] - 83:12, 182:10
**opposite** [3] - 54:5, 195:10, 195:16
**opposition** [3] - 180:25, 181:14, 181:15
**oppressed** [1] - 21:11
**oppression** [1] - 21:12
**oppressive** [4] - 20:7, 21:9, 21:10,
21:25
**option** [1] - 179:24
**Order** [1] - 123:8
**order** [5] - 60:25, 115:24, 134:7, 183:12,
210:24
**Organized** [1] - 67:12, 98:12, 187:3
**orientate** [1] - 192:21
**otherwise** [1] - 62:2
**ought** [1] - 154:3
**ourselves** [1] - 50:4
**outdated** [1] - 17:18
**outlets** [3] - 17:15, 18:5
**outside** [8] - 14:18, 18:8, 26:12, 30:18,
80:22, 108:21, 133:15, 195:13
**overall** [2] - 183:7, 183:9
**overhead** [2] - 69:24, 103:17
**overruled** [15] - 58:16, 68:7, 72:24,
73:25, 83:16, 132:11, 132:21, 133:23,
138:18, 144:7, 166:9, 184:4, 187:17,
188:12, 189:21
**overtook** [1] - 205:13
**overwhelming** [1] - 215:21
**own** [4] - 32:22, 82:15, 126:12, 141:22
**owner** [1] - 89:12

## P

**P-A-R-R** [1] - 28:20
**P-A-R-R-O-T-T** [1] - 81:4
**p.m** [11] - 33:23, 37:14, 52:21, 97:5,
97:6, 132:15, 157:5, 179:14, 187:6,
199:21
**P89** [1] - 211:3
**P89DC** [1] - 211:4
**pack** [1] - 40:16
**pad** [1] - 133:14
**pads** [1] - 217:20
**PAGE** [1] - 219:6
**page** [4] - 87:1, 87:24, 174:8, 174:11

**pages** [2] - 4:21, 5:25
**paid** [1] - 96:20
**palm** [2] - 56:12, 139:21
**panel** [1] - 3:11
**panting** [1] - 124:10
**paper** [2] - 5:24, 6:16
**Paper** [4] - 6:19, 6:21, 120:21, 122:19
**Papers** [1] - 7:6
**papers** [3] - 4:18, 4:20, 6:10
**par** [1] - 216:4
**parallel** [1] - 105:16
**parameters** [2] - 15:22, 94:18
**parked** [6] - 64:18, 103:14, 133:15,
135:8, 158:16, 158:17
**Parrott** [15] - 23:14, 28:15, 28:17, 28:18,
29:14, 30:15, 30:24, 31:2, 32:5, 35:22,
81:4, 81:7, 92:3, 118:19, 154:21
**PARROTT** [2] - 80:18, 219:21
**part** [11] - 27:5, 115:1, 124:3, 124:20,
147:21, 181:22, 209:2, 209:9, 209:12,
213:5
**participate** [1] - 54:11
**participated** [4] - 58:4, 58:12, 150:19,
199:19
**participation** [1] - 120:10
**particular** [8] - 33:14, 55:14, 72:13,
126:8, 187:5, 212:19, 212:21, 214:6
**particularization** [1] - 16:22
**particularized** [2] - 14:7, 127:15
**parties** [1] - 7:9
**partner** [12] - 53:23, 57:1, 60:7, 64:9,
65:1, 68:3, 68:13, 98:13, 102:4,
104:14, 187:13, 204:3
**parts** [1] - 74:23
**pass** [2] - 15:16, 106:21
**passage** [1] - 16:2
**passenger** [62] - 40:6, 40:23, 46:6, 46:9,
46:12, 46:14, 46:17, 46:18, 46:24,
50:9, 54:16, 57:23, 59:16, 60:5, 60:21,
71:8, 71:21, 73:6, 103:12, 104:1,
106:25, 107:3, 107:4, 107:17, 108:4,
108:13, 108:21, 112:23, 115:25,
116:3, 120:7, 120:11, 120:15, 120:17,
120:18, 136:4, 136:17, 136:18,
136:23, 137:9, 137:19, 138:24,
140:20, 140:23, 148:18, 148:24,
148:25, 150:7, 164:1, 164:13, 189:4,
190:3, 190:4, 190:13, 195:7, 196:13,
200:22, 201:11, 201:14, 201:22, 206:8
**passenger's** [3] - 105:17, 120:10,
148:15
**passengers** [16] - 49:8, 54:20, 55:6,
57:20, 72:10, 72:14, 76:23, 106:1,
107:15, 112:12, 116:22, 117:1, 148:6,
202:14, 206:21
**past** [5] - 37:23, 67:8, 124:2, 124:5,
181:25
**Pat** [2] - 29:17, 29:20
**pat** [15] - 40:13, 55:22, 56:5, 56:11,
61:24, 113:7, 114:20, 115:8, 115:16,

116:22, 117:18, 138:25, 139:5, 151:25, 152:1
**pat-down** [7] - 40:13, 114:20, 115:16, 116:22, 139:5, 151:25, 152:1
**patrol** [14] - 37:21, 37:22, 53:22, 69:25, 100:21, 133:14, 157:13, 158:17, 158:22, 163:2, 193:14, 199:25, 200:11
**patrolling** [1] - 99:14
**patted** [5] - 108:16, 112:10, 112:13, 113:10, 117:1
**pattern** [1] - 117:4
**Pause** [2] - 50:13, 92:8
**pay** [1] - 181:22
**PC** [1] - 31:18
**pending** [2] - 27:22, 122:11
**Pennsylvania** [45] - 37:15, 37:23, 38:20, 42:17, 43:8, 44:10, 48:20, 67:16, 67:21, 69:8, 69:9, 87:6, 88:8, 88:11, 88:12, 89:16, 99:10, 99:12, 100:13, 100:15, 157:9, 157:14, 157:15, 158:22, 159:22, 160:14, 161:3, 162:4, 169:20, 170:4, 170:21, 172:9, 172:11, 172:22, 173:2, 173:8, 173:14, 174:14, 175:2, 191:20, 193:4, 193:9, 204:11
**people** [51] - 11:10, 12:6, 14:9, 18:11, 18:19, 18:21, 18:25, 22:21, 38:14, 40:5, 42:21, 42:23, 47:19, 47:21, 47:24, 48:3, 58:8, 58:14, 58:18, 58:20, 58:22, 59:1, 63:8, 75:14, 77:17, 90:25, 106:22, 106:24, 115:7, 117:11, 119:19, 137:14, 150:22, 151:6, 151:8, 151:9, 153:2, 164:15, 175:23, 176:6, 183:3, 189:14, 190:25, 200:24, 201:1, 201:25, 203:21, 206:5, 210:7, 210:8, 217:14
**people's** [2] - 18:19, 22:7
**per** [2] - 20:3, 47:22
**perceived** [1] - 11:7
**perhaps** [8] - 15:20, 16:9, 32:1, 32:20, 122:7, 158:2, 158:6, 162:11
**period** [6] - 40:2, 69:8, 76:9, 78:11, 104:12, 122:2
**periodical** [1] - 214:1
**permission** [3] - 85:4, 134:25, 140:12
**permit** [6] - 15:25, 120:11, 124:25, 125:1, 210:6, 217:17
**permitted** [2] - 7:17, 125:10
**person** [16] - 14:1, 29:18, 72:13, 72:16, 73:6, 122:2, 125:25, 126:5, 148:11, 148:13, 148:17, 155:3, 155:5, 176:22, 179:9, 195:15
**personal** [1] - 96:9
**personally** [1] - 207:24
**persons** [1] - 189:12
**pertains** [1] - 84:17
**perusing** [1] - 174:12
**Phoenix** [1] - 212:13
**phone** [5] - 13:15, 13:16, 35:2, 92:4, 174:18
**phones** [1] - 17:21

**physical** [2] - 142:7, 142:11
**physically** [2] - 141:21, 163:8
**pick** [3] - 3:10, 69:12, 93:13
**picked** [2] - 93:21, 182:8
**picture** [1] - 117:8
**pictures** [1] - 131:3
**piece** [1] - 24:5
**pistol** [2] - 212:22, 213:11
**place** [4] - 131:4, 176:14, 212:16, 217:23
**placed** [4] - 17:13, 111:13, 112:5, 190:23
**placements** [1] - 17:11
**places** [2] - 22:22, 126:4
**placing** [3] - 108:14, 190:18, 197:25
**plain** [6] - 39:3, 39:8, 46:10, 46:13, 99:4
**Plaintiff's** [1] - 121:16
**plane** [1] - 10:24
**planned** [1] - 123:17
**planning** [5] - 28:3, 30:7, 114:1, 114:6, 125:8
**plates** [2] - 31:19, 43:24
**play** [5] - 31:6, 35:22, 35:25, 41:8, 123:21
**played** [7] - 41:10, 42:4, 143:18, 143:20, 144:14, 145:2, 145:4
**plea** [13] - 20:11, 20:13, 22:23, 22:25, 23:2, 28:10, 28:11, 95:5, 96:4, 96:6, 96:7, 96:15, 96:19
**Plea** [5] - 4:7, 27:24, 28:6, 34:11, 95:2
**pleadings** [1] - 6:11
**pleas** [1] - 20:16
**PM** [1] - 1:9
**podium** [1] - 134:2
**point** [128] - 6:18, 14:12, 17:19, 23:14, 23:19, 24:3, 27:21, 31:4, 31:11, 33:16, 34:10, 37:25, 38:1, 38:6, 38:7, 38:13, 38:17, 39:12, 39:13, 39:18, 39:19, 39:22, 39:25, 40:10, 40:11, 41:7, 44:6, 44:8, 47:3, 49:14, 49:16, 53:18, 55:20, 56:8, 56:9, 65:7, 65:9, 68:15, 69:12, 69:23, 71:13, 72:4, 78:16, 82:12, 90:2, 94:1, 94:4, 95:17, 111:8, 112:15, 114:6, 114:25, 115:16, 116:24, 116:25, 118:17, 119:10, 121:2, 126:8, 127:16, 128:18, 133:18, 133:19, 134:3, 134:21, 136:9, 137:12, 137:13, 137:25, 138:13, 138:14, 139:1, 139:9, 139:17, 141:21, 141:24, 142:16, 143:12, 144:1, 150:10, 152:10, 152:20, 153:4, 157:17, 157:18, 160:3, 160:4, 160:12, 160:20, 160:21, 163:5, 163:6, 163:18, 163:19, 164:14, 164:23, 165:10, 167:4, 170:22, 172:1, 172:2, 173:20, 175:18, 178:24, 180:18, 180:22, 181:7, 181:9, 181:11, 184:22, 188:5, 188:20, 189:15, 195:22, 200:8, 200:12, 200:21, 200:24, 201:23, 203:6, 203:19, 203:20, 205:6, 207:13, 211:7, 211:16,

215:20
**pointed** [2] - 117:5, 202:2
**pointing** [5] - 135:9, 135:24, 159:25, 162:3, 174:9
**Police** [14] - 30:11, 30:17, 37:6, 81:12, 98:3, 98:6, 98:10, 132:1, 132:3, 156:25, 157:6, 186:25, 187:2, 199:14
**police** [42] - 5:16, 14:15, 14:16, 15:8, 23:20, 23:25, 31:15, 36:25, 37:3, 52:13, 52:15, 58:9, 59:3, 61:3, 61:14, 61:19, 62:1, 63:9, 73:21, 101:22, 107:10, 115:7, 117:12, 119:17, 125:24, 137:2, 137:7, 142:2, 142:4, 147:19, 151:19, 151:21, 152:21, 157:1, 173:21, 175:9, 177:1, 205:7, 205:10, 205:24, 213:9
**poor** [1] - 14:19
**portion** [9] - 3:9, 100:10, 121:19, 123:21, 143:15, 144:7, 144:14, 185:20, 185:25
**position** [4] - 60:7, 115:15, 115:17, 129:10
**positions** [1] - 96:3
**possess** [1] - 20:10
**possession** [6] - 21:14, 111:21, 141:20, 167:6, 167:9, 208:2
**possible** [4] - 117:22, 126:13, 182:18, 197:19
**possibly** [3] - 53:15, 137:14, 139:8
**posted** [5] - 37:22, 40:6, 40:7, 163:24, 163:25
**postponement** [5] - 20:7, 20:8, 22:3, 22:12
**postponements** [3] - 11:3, 22:1, 26:1
**postponing** [1] - 8:7
**potential** [1] - 147:20
**power** [1] - 93:25
**practical** [1] - 96:12
**practice** [1] - 82:16
**prank** [2] - 22:18, 22:19
**precedent** [2] - 93:2, 93:5
**preclude** [2] - 165:10, 165:25
**precluded** [1] - 125:6
**precluding** [1] - 166:4
**prefer** [2] - 57:12, 159:5
**Prejudice** [1] - 7:12
**prejudice** [28] - 11:1, 11:6, 11:10, 13:23, 14:4, 14:7, 15:23, 16:23, 24:8, 24:13, 24:22, 25:6, 25:11, 25:22, 28:10, 33:10, 92:22, 92:23, 93:11, 95:24, 96:9, 96:11, 96:13, 96:16, 96:24, 122:4, 122:17, 125:3
**prejudiced** [1] - 14:2
**prejudicial** [2] - 24:18, 121:15
**preliminary** [1] - 130:19
**premarked** [1] - 134:7
**prepared** [1] - 28:25
**Prescott** [1] - 212:22
**prescription** [1] - 16:10
**presence** [2] - 20:6, 59:3

**present** [8] - 1:18, 19:5, 119:21, 119:22, 124:1, 124:6, 179:23, 182:15
**presented** [4] - 14:13, 39:16, 117:22, 130:21
**presently** [1] - 127:18
**preserving** [1] - 3:20
**presiding** [1] - 2:4
**pressure** [2] - 19:25, 21:17
**presumably** [4] - 2:11, 64:4, 64:12, 65:1
**presuming** [1] - 153:8
**presumptively** [3] - 14:1, 121:14, 122:1
**pretrial** [2] - 13:25, 14:2
**pretty** [11] - 43:11, 47:13, 71:6, 76:9, 118:5, 148:2, 187:24, 193:25, 204:12, 215:3, 215:6
**prevents** [1] - 183:21
**previous** [7] - 7:13, 20:21, 29:23, 51:18, 129:5, 150:4, 181:15
**previously** [3] - 32:24, 127:4, 142:19
**primarily** [1] - 105:10
**primary** [3] - 35:24, 189:7, 189:8
**Print** [1] - 29:10
**print** [1] - 41:19
**privy** [1] - 12:18
**Probable** [3] - 61:18, 151:20, 155:15
**problem** [3] - 35:20, 161:1, 185:9
**problems** [2] - 18:11, 20:5
**procedural** [1] - 94:3
**procedure** [2] - 31:16, 102:5
**proceed** [2] - 2:24, 3:4
**proceeded** [15] - 38:1, 38:19, 53:23, 54:16, 54:18, 56:10, 133:14, 133:15, 133:24, 135:14, 136:4, 136:17, 136:20, 157:18, 160:4
**proceeding** [5] - 36:3, 37:23, 157:15, 160:5, 161:3
**Proceedings** [1] - 218:4
**PROCEEDINGS** [2] - 2:1, 220:19
**proceedings** [1] - 218:9
**PROCEEDINGS............................** [1] - 219:6
**process** [3] - 27:3, 94:17, 94:18
**Proctor** [18] - 1:17, 2:18, 2:21, 6:7, 9:3, 20:21, 25:5, 28:13, 31:10, 31:23, 32:15, 94:8, 97:9, 115:21, 155:15, 180:21, 182:25, 184:24
**PROCTOR** [200] - 2:17, 2:25, 3:13, 3:15, 4:9, 5:18, 6:11, 8:1, 8:3, 8:17, 8:21, 8:25, 9:5, 9:9, 9:13, 9:16, 9:19, 10:2, 10:5, 10:9, 10:11, 10:22, 11:9, 11:14, 11:23, 12:4, 12:6, 12:16, 12:22, 12:25, 13:3, 13:10, 13:14, 13:21, 13:24, 14:3, 14:5, 14:15, 14:22, 15:3, 15:12, 15:16, 15:20, 16:3, 16:9, 16:15, 16:19, 16:21, 16:24, 23:13, 23:17, 24:15, 24:18, 27:15, 27:20, 27:25, 28:2, 28:5, 28:8, 28:15, 28:18, 28:21, 28:24, 29:22, 30:3, 30:5, 30:7, 30:10, 30:23, 30:25, 31:12, 32:3, 32:5, 32:9, 32:14, 32:22, 33:1, 33:6, 33:9, 33:16, 34:19, 35:6,

36:3, 57:10, 57:14, 57:16, 58:17, 61:11, 61:13, 62:4, 62:7, 65:24, 66:9, 80:10, 80:14, 80:20, 81:1, 81:6, 82:4, 83:24, 84:20, 84:23, 84:25, 85:3, 85:5, 85:10, 85:18, 85:21, 86:2, 87:20, 87:22, 87:23, 91:3, 91:7, 91:17, 91:23, 92:1, 92:6, 92:9, 92:15, 92:17, 94:9, 94:24, 95:6, 95:9, 95:15, 96:1, 96:8, 97:11, 97:13, 97:22, 112:18, 112:20, 112:21, 113:14, 113:23, 114:11, 120:24, 121:7, 123:3, 123:24, 125:4, 126:2, 128:21, 130:10, 131:7, 132:10, 132:20, 133:7, 133:22, 134:3, 134:23, 135:17, 138:16, 142:19, 144:6, 146:7, 146:10, 146:24, 147:2, 154:23, 155:1, 155:8, 155:24, 169:1, 169:7, 169:14, 178:18, 179:11, 179:22, 185:1, 185:20, 187:16, 188:8, 189:17, 189:20, 191:10, 191:12, 191:24, 192:1, 192:4, 192:6, 192:11, 192:13, 192:16, 192:19, 192:20, 192:24, 192:25, 193:7, 193:8, 193:22, 198:15, 198:17, 210:4, 214:19, 214:21, 216:16, 217:5, 217:8
**PROCTOR................** [2] - 219:22, 219:25
**PROCTOR................** [4] - 219:15, 220:5, 220:11, 220:17
**procured** [1] - 15:4
**produced** [1] - 118:17
**professional** [4] - 181:19, 181:22, 182:2, 182:7
**professionals** [1] - 182:20
**proffer** [6] - 11:17, 15:5, 20:15, 35:4, 110:18, 143:1
**profusely** [1] - 151:7
**progress** [1] - 76:25
**promise** [1] - 140:16
**pronounced** [3] - 5:3, 5:5, 104:15
**pronouncing** [1] - 199:10
**proof** [1] - 14:7
**proper** [2] - 17:17, 55:16
**properly** [3] - 17:10, 118:13, 121:22
**propose** [1] - 8:3
**prosecutor** [1] - 93:4
**protective** [1] - 126:7
**protruding** [2] - 147:9, 150:15
**proven** [2] - 22:1, 22:10
**provide** [1] - 40:8
**provided** [1] - 111:15
**provisional** [1] - 39:17
**psychiatric** [1] - 183:13
**public** [2] - 18:10, 95:10
**Public** [10] - 7:2, 7:17, 12:11, 12:12, 12:19, 12:23, 15:11, 15:12, 15:13, 16:3
**publish** [9] - 134:25, 142:24, 144:10, 145:25, 157:24, 159:6, 168:18, 192:15, 211:12
**published** [1] - 131:8

**pull** [18] - 11:5, 39:23, 40:4, 48:3, 49:24, 73:10, 79:13, 79:14, 79:17, 102:13, 103:7, 115:1, 127:23, 153:24, 170:8, 180:6, 188:16, 200:17
**pulled** [48] - 39:3, 39:9, 39:10, 40:13, 40:21, 41:1, 44:16, 45:10, 45:14, 45:17, 47:18, 47:21, 47:24, 57:3, 58:9, 58:11, 58:12, 59:2, 59:5, 69:21, 69:22, 71:3, 73:12, 73:18, 75:2, 103:8, 103:10, 103:17, 104:1, 104:5, 141:14, 141:19, 145:13, 145:18, 151:1, 151:11, 153:22, 153:24, 162:23, 170:14, 170:17, 176:13, 176:16, 188:21, 194:14, 200:10, 205:17
**pulling** [11] - 39:23, 40:11, 40:12, 40:14, 40:15, 70:6, 74:7, 78:13, 79:2, 79:22, 163:20
**punished** [1] - 20:17
**punked** [1] - 22:23
**pure** [1] - 25:14
**purely** [1] - 25:20
**purpose** [3] - 3:19, 31:7, 127:12
**purposes** [5] - 9:24, 23:23, 125:16, 146:3, 185:18
**pursue** [1] - 185:11
**push** [4] - 61:16, 77:7, 139:17, 184:21
**pushed** [6] - 25:17, 76:12, 139:23, 141:10, 203:2, 203:4
**pushing** [3] - 75:22, 139:13, 202:15
**put** [30] - 12:1, 31:6, 33:11, 35:25, 39:16, 56:9, 56:11, 61:22, 63:10, 73:18, 74:4, 74:19, 80:24, 82:13, 83:1, 83:2, 90:23, 108:11, 108:12, 108:20, 111:25, 139:2, 141:7, 151:14, 178:23, 178:24, 184:13, 212:13
**putting** [1] - 108:25

## Q

**qualifications** [1] - 210:3
**qualified** [1] - 209:19
**Quarles** [4] - 1:11, 2:4, 33:13, 92:19
**quarter** [4] - 4:18, 4:20, 5:24, 62:9
**questioned** [1] - 57:11
**questions** [29] - 24:22, 27:12, 50:14, 50:20, 57:19, 74:24, 75:23, 79:6, 87:13, 87:18, 106:7, 115:19, 146:5, 149:16, 149:24, 149:25, 150:19, 155:10, 161:20, 177:24, 181:5, 181:7, 181:8, 181:9, 181:11, 184:2, 184:4, 208:5
**quick** [2] - 153:21, 169:1
**quickly** [3] - 34:3, 187:24, 197:19
**quiet** [2] - 51:1, 165:23
**quietly** [2] - 75:5, 75:6
**quite** [10] - 3:3, 20:8, 100:10, 109:25, 117:16, 118:9, 118:18, 170:2, 197:15, 198:6
**quote** [1] - 116:5

# R

**radio** [25] - 23:22, 23:24, 35:23, 38:17, 49:21, 62:14, 62:16, 67:25, 83:11, 88:4, 99:18, 100:2, 102:7, 102:8, 124:15, 141:25, 142:2, 142:5, 142:17, 174:15, 174:22, 174:25, 187:14, 188:7, 200:3
**raise** [11] - 36:6, 52:1, 53:11, 123:19, 124:25, 125:3, 125:5, 130:14, 156:5, 186:12, 208:15
**raised** [5] - 25:22, 53:10, 94:1, 182:3, 182:18
**raises** [1] - 3:19
**raising** [1] - 119:9
**Ram** [3] - 29:11, 178:15, 208:12
**RAM** [3] - 208:16, 208:20, 220:16
**ram** [1] - 208:20
**ran** [11] - 38:4, 53:21, 64:22, 68:1, 89:10, 114:24, 124:10, 126:19, 126:20, 160:14, 170:23
**range** [1] - 84:2
**rather** [5] - 87:13, 119:21, 128:23, 158:2, 174:8
**re** [3] - 124:25, 125:3, 125:5
**re-raise** [3] - 124:25, 125:3, 125:5
**reach** [1] - 173:12
**reached** [6] - 106:3, 108:22, 116:24, 116:25, 171:2, 217:11
**reaching** [1] - 18:11
**react** [3] - 58:8, 117:11, 150:22
**reacts** [1] - 59:1
**read** [4] - 8:3, 155:16, 174:8
**reading** [2] - 16:3, 87:7
**ready** [4] - 2:24, 155:11, 179:17, 186:4
**real** [4] - 23:19, 25:2, 152:16, 169:1
**really** [25] - 10:3, 11:25, 18:24, 19:1, 19:13, 20:13, 21:5, 21:6, 21:10, 23:4, 33:3, 40:25, 55:14, 60:6, 63:14, 96:24, 115:2, 149:11, 149:13, 182:23, 182:24, 183:4, 195:10
**Realtime** [1] - 218:8
**rear** [12] - 57:20, 105:17, 106:21, 107:15, 110:24, 112:12, 148:6, 148:20, 196:9, 196:13, 197:9, 207:2
**reason** [11] - 13:2, 44:23, 94:6, 101:24, 118:11, 125:21, 125:22, 127:23, 130:9, 181:19, 181:20
**reasonable** [16] - 30:19, 116:3, 116:9, 116:14, 119:25, 120:9, 125:19, 125:20, 126:6, 126:13, 127:7, 127:9, 127:11, 127:13, 127:17, 214:4
**reasonably** [1] - 126:8
**reasons** [4] - 6:15, 20:8, 93:24, 182:13
**rebuttal** [1] - 124:18
**receive** [1] - 91:1
**received** [2] - 204:21, 212:20
**receiver** [2] - 212:9
**recent** [1] - 3:22

**Recess** [2] - 35:11, 179:14
**recess** [8] - 5:18, 35:2, 97:4, 97:5, 114:11, 178:6, 179:13, 218:1
**recognize** [17] - 41:12, 85:11, 142:23, 143:20, 143:22, 145:15, 158:13, 158:15, 167:24, 168:1, 168:4, 168:8, 168:10, 171:16, 192:8, 210:19, 210:20
**recognized** [2] - 192:15, 192:17
**recollection** [4] - 14:19, 15:15, 15:25, 16:2
**recollections** [1] - 15:11
**record** [43] - 5:15, 7:9, 8:4, 8:11, 10:15, 18:13, 19:18, 25:23, 34:21, 36:10, 52:5, 54:24, 55:1, 66:15, 76:17, 81:3, 93:18, 97:18, 126:24, 129:14, 131:14, 135:9, 137:20, 137:22, 146:2, 156:10, 159:25, 162:3, 164:9, 171:13, 171:23, 180:4, 185:18, 185:19, 186:17, 190:7, 190:9, 199:6, 202:2, 202:5, 208:19, 218:9
**recorded** [3] - 15:11, 15:15, 15:25
**recording** [6] - 41:8, 41:10, 42:3, 42:7, 143:18, 145:2
**records** [3] - 12:11, 19:22, 20:22
**recover** [4] - 77:23, 78:2, 167:4, 207:24
**recovered** [17] - 49:14, 75:10, 78:4, 91:15, 118:21, 120:19, 141:16, 168:3, 168:22, 176:21, 191:3, 191:4, 191:7, 207:15, 207:18, 207:21, 215:12
**recovery** [2] - 214:8, 214:11
**recross** [1] - 155:23
**redirect** [7] - 50:15, 65:25, 155:9, 177:25, 198:18, 208:6, 216:17
**REDIRECT** [1] - 155:13
**Redirect** [1] - 220:5
**refer** [3] - 3:22, 125:10, 131:3
**reference** [3] - 25:11, 213:9, 213:24
**references** [2] - 7:9, 213:3
**referring** [6] - 20:18, 137:2, 137:3, 168:4, 168:8, 200:15
**reflect** [13] - 8:11, 54:24, 55:1, 126:24, 135:9, 137:20, 137:22, 164:7, 164:9, 190:7, 190:9, 202:4, 202:5
**reflected** [2] - 61:14, 61:18
**refused** [1] - 10:20
**regard** [3] - 31:1, 209:4, 209:20
**regarding** [1] - 5:6
**Registered** [1] - 218:7
**registered** [1] - 118:13
**regularity** [1] - 151:2
**regulate** [1] - 213:9
**regurgitate** [2] - 9:7, 9:9
**regurgitating** [2] - 9:8, 9:12
**reindict** [2] - 92:23, 93:11
**reindicted** [3] - 7:15, 11:2, 33:11
**reiterate** [1] - 21:18
**rejected** [1] - 6:18
**rejecting** [1] - 3:23
**related** [5] - 4:21, 27:21, 93:8, 93:10, 132:8

**relates** [1] - 35:20
**relating** [2] - 4:12, 5:2
**relation** [10] - 60:21, 69:18, 79:15, 103:13, 105:18, 108:19, 109:18, 161:10, 195:21, 196:9
**release** [2] - 10:19, 128:25
**relevance** [1] - 31:3, 132:10
**relevant** [5] - 5:9, 5:20, 5:25, 31:7, 31:17
**reluctance** [2] - 11:25, 122:8
**reluctant** [1] - 122:7
**rely** [3] - 14:21, 116:21, 123:7
**remain** [1] - 167:1
**remainder** [1] - 3:11
**remaining** [1] - 95:1
**remains** [1] - 11:15
**Remand** [1] - 33:6
**remember** [36] - 14:16, 15:18, 17:19, 26:17, 39:6, 47:14, 47:17, 47:22, 48:1, 48:12, 67:13, 68:1, 68:12, 69:7, 73:9, 74:5, 74:7, 74:21, 74:23, 74:25, 77:25, 78:13, 78:18, 78:21, 79:2, 79:4, 80:2, 120:24, 164:18, 167:10, 167:16, 172:13, 172:15, 177:4, 178:6, 217:12
**remembered** [1] - 23:14
**reminding** [1] - 143:14
**remotely** [2] - 4:21, 5:25
**removal** [1] - 76:2
**removed** [2] - 75:25, 76:2
**replace** [1] - 193:22
**replied** [1] - 35:3
**report** [18] - 14:16, 23:20, 23:25, 31:5, 31:15, 53:7, 61:4, 61:14, 61:19, 62:1, 81:19, 81:21, 118:20, 119:18, 133:13, 151:19, 151:21, 160:15
**Reported** [1] - 1:22
**reported** [1] - 37:11
**Reporter** [2] - 218:7, 218:8
**REPORTER** [3] - 36:12, 68:23, 162:8
**reports** [1] - 15:8
**represent** [3] - 183:10, 183:21, 183:24
**representation** [1] - 7:18
**representing** [1] - 93:1
**request** [5] - 11:1, 54:6, 106:13, 174:21, 213:18
**requested** [7] - 22:2, 32:23, 38:11, 55:20, 55:21, 174:23, 175:1
**requesting** [2] - 101:5, 187:15
**requests** [1] - 107:11
**require** [1] - 122:17
**required** [2] - 178:19, 211:5
**requisite** [1] - 25:21
**research** [1] - 214:2
**residential** [1] - 64:1
**residing** [2] - 17:24, 19:8
**resolve** [1] - 119:12
**resources** [2] - 18:23, 96:17
**respect** [6] - 5:9, 17:4, 18:4, 122:9, 124:22, 128:5

**respond** [6] - 52:22, 68:3, 100:8, 132:18, 193:20, 200:2
**responded** [12] - 52:25, 53:2, 100:9, 132:25, 135:4, 135:6, 135:7, 135:12, 187:21, 187:24, 200:6
**responding** [3] - 100:5, 133:19, 199:25
**response** [1] - 187:19
**responsibility** [1] - 71:21
**responsible** [1] - 153:8
**rest** [3] - 6:10, 120:18, 203:21
**restated** [1] - 122:16
**restrict** [1] - 50:4
**result** [1] - 99:23
**results** [2] - 31:19, 96:7
**resume** [3] - 3:12, 34:5, 94:21
**resumes** [3] - 35:13, 97:8, 179:16
**retake** [2] - 136:19, 141:12
**retire** [1] - 178:8
**retrieve** [1] - 84:25
**retrieved** [1] - 203:8
**return** [5] - 5:23, 27:8, 162:17, 212:14, 212:25
**returned** [2] - 37:11, 156:21
**reveal** [1] - 38:3
**revealed** [2] - 38:4, 120:17
**review** [4] - 4:19, 61:6, 210:21, 214:1
**reviewing** [1] - 211:1
**Richard** [13] - 26:5, 26:6, 26:7, 29:6, 29:9, 35:16, 36:11, 86:16, 97:19, 156:4, 156:12, 186:9, 186:18
**RICHARD** [8] - 36:7, 97:15, 156:7, 186:14, 219:11, 219:24, 220:7, 220:10
**Ricky** [6] - 5:2, 29:9, 66:16, 178:12, 198:25, 199:7
**RICKY** [4] - 66:12, 199:3, 219:18, 220:13
**riding** [1] - 127:5
**rifle** [2] - 212:10, 213:11
**right-hand** [1] - 162:4
**rights** [2] - 94:17, 120:20
**ring** [2] - 109:9, 154:21
**rise** [7] - 2:2, 35:12, 97:3, 97:7, 179:12, 179:15, 218:2
**risk** [2] - 32:8, 116:21
**RMR** [2] - 1:23, 218:13
**road** [2] - 100:10, 205:20
**robbery** [1] - 119:18
**rolled** [1] - 72:1
**rolling** [1] - 90:2
**rolls** [1] - 10:17
**roof** [2] - 21:18, 21:19
**Room** [1] - 1:23
**room** [8] - 33:22, 33:24, 35:1, 63:24, 80:25, 178:9, 180:3, 217:16
**roots** [1] - 209:15
**roughly** [2] - 65:18, 106:1
**rounds** [2] - 124:10, 168:6
**route** [1] - 117:16
**routine** [3] - 37:21, 116:22, 117:6

**Ruffin** [1] - 29:14
**Ruger** [11] - 145:21, 211:3, 211:19, 211:20, 212:4, 212:5, 212:6, 212:12, 212:13, 212:18, 213:17
**rule** [2] - 26:13, 28:3
**run** [17] - 13:18, 23:22, 25:15, 26:2, 61:16, 64:16, 65:2, 65:3, 76:20, 88:16, 89:4, 90:25, 110:12, 119:17, 160:6, 204:23, 207:11
**run-ins** [1] - 13:18
**run-up** [2] - 25:15, 26:2
**running** [15] - 76:13, 76:21, 76:24, 81:25, 82:10, 83:14, 152:4, 152:22, 154:11, 154:12, 160:11, 197:21, 202:15, 202:21, 202:25
**runs** [1] - 67:20
**rush** [1] - 151:10

## S

**safe** [2] - 112:6, 112:7
**safer** [1] - 102:8
**safety** [14] - 39:24, 40:12, 55:23, 56:7, 112:10, 112:14, 116:21, 138:25, 146:3, 146:25, 163:21, 176:3, 189:11, 197:15
**Sakyi** [2] - 116:12, 116:18
**sauntering** [1] - 197:12
**save** [1] - 114:8
**saving** [1] - 127:12
**saw** [25] - 15:4, 37:19, 73:14, 74:4, 78:9, 78:17, 78:23, 111:11, 111:12, 111:13, 112:3, 114:22, 118:3, 137:17, 137:18, 157:11, 164:4, 177:15, 177:19, 194:4, 195:16, 198:2, 198:9, 207:17
**scared** [1] - 117:16
**scenario** [3] - 27:10, 68:9, 119:5
**scene** [23] - 45:24, 47:6, 56:14, 56:15, 59:25, 70:4, 71:10, 85:15, 88:7, 98:24, 99:3, 109:16, 110:1, 111:14, 112:6, 117:8, 139:6, 139:7, 147:21, 153:2, 194:11, 198:3, 206:6
**scene's** [1] - 112:7
**scheduled** [2] - 8:8, 179:3
**school** [1] - 165:21
**School** [2] - 118:10, 209:10
**score** [1] - 29:25
**scream** [1] - 182:6
**screen** [1] - 85:16
**se** [1] - 47:22
**seal** [1] - 5:21
**sealed** [2] - 185:21, 185:25
**search** [9] - 12:9, 40:13, 125:19, 125:22, 125:24, 126:5, 126:7, 128:11, 198:12
**searched** [4] - 12:8, 13:17, 128:1, 128:6
**seat** [42] - 33:22, 33:23, 40:15, 40:23, 47:23, 48:7, 105:23, 106:24, 106:25, 107:3, 107:4, 108:2, 129:23, 136:19, 137:19, 138:4, 138:24, 140:21,

140:23, 141:12, 148:17, 149:11, 149:17, 149:21, 150:1, 150:5, 150:7, 162:17, 164:13, 165:1, 190:25, 195:25, 196:1, 196:3, 196:9, 196:13, 196:17, 196:18, 198:11, 206:19, 206:21
**seated** [22] - 2:5, 35:14, 36:9, 52:4, 54:21, 66:14, 97:9, 97:17, 98:21, 107:1, 107:2, 130:18, 131:13, 140:20, 155:21, 156:9, 164:12, 164:13, 186:16, 190:6, 199:5, 208:18
**second** [19] - 7:10, 10:16, 13:11, 19:15, 24:4, 54:24, 61:11, 62:22, 63:18, 63:22, 80:11, 86:15, 87:24, 91:3, 115:3, 115:24, 118:2, 154:23, 191:10
**secondly** [1] - 114:24
**seconds** [19] - 45:10, 45:11, 86:4, 87:8, 87:10, 88:18, 89:2, 89:3, 89:6, 89:7, 90:5, 90:8, 110:7, 142:6, 145:12, 153:17, 153:18, 169:7, 194:11
**section** [1] - 194:7
**Section** [3] - 67:12, 167:8, 187:4
**secure** [4] - 111:14, 153:3, 198:12
**secured** [1] - 198:3
**sedan** [3] - 59:18, 196:23, 196:25
**See** [2] - 81:25, 82:9
**see** [101] - 12:13, 13:17, 19:10, 23:1, 31:6, 31:7, 31:16, 33:23, 34:5, 35:9, 37:17, 40:18, 40:24, 40:25, 48:13, 48:17, 48:19, 48:21, 48:24, 49:3, 49:17, 49:19, 54:3, 59:20, 59:23, 60:18, 70:1, 73:10, 74:6, 78:6, 94:23, 96:12, 96:16, 97:2, 102:13, 105:13, 105:21, 105:23, 106:17, 106:18, 106:21, 107:18, 108:8, 108:16, 111:10, 112:4, 112:15, 112:22, 113:7, 113:9, 135:1, 136:6, 136:13, 137:16, 140:8, 147:13, 148:8, 148:10, 149:11, 152:25, 154:8, 164:3, 166:20, 166:22, 167:1, 170:15, 176:8, 176:11, 176:13, 176:14, 176:16, 177:17, 179:10, 183:9, 183:13, 188:2, 189:10, 190:4, 190:12, 192:14, 192:16, 193:2, 193:10, 195:12, 196:2, 196:4, 196:8, 196:17, 196:18, 197:7, 197:8, 197:23, 198:3, 203:10, 206:3, 207:20, 211:19, 212:5
**seeing** [6] - 31:3, 78:18, 87:16, 154:3, 159:21, 203:16
**seek** [1] - 128:25
**sees** [4] - 63:11, 115:6, 125:25, 126:3
**seize** [1] - 125:24
**select** [2] - 119:5, 119:7
**selected** [2] - 3:12, 33:20
**self** [6] - 40:6, 40:7, 128:14, 128:15, 163:24, 163:25
**send** [6] - 8:12, 27:5, 27:7, 34:24, 123:1, 125:11
**sense** [2] - 62:23, 124:1
**sent** [3] - 17:20, 18:2, 93:17

**sentencing** [1] - 34:22
**sentencings** [1] - 34:25
**September** [8] - 7:1, 7:2, 7:3, 7:4, 7:8, 7:15, 8:9, 29:3
**sequence** [2] - 15:7, 89:13
**sequencing** [1] - 109:7
**sequester** [2] - 3:11, 123:5
**sequestered** [1] - 123:4
**serial** [5] - 211:4, 211:8, 212:8, 212:10, 213:13
**serious** [4] - 21:4, 23:5, 129:7, 185:8
**serve** [1] - 184:10
**served** [1] - 184:16
**serves** [1] - 31:8
**service** [5] - 37:6, 63:5, 133:2, 133:12, 156:23
**serving** [1] - 121:21
**session** [6] - 2:3, 35:13, 97:6, 97:8, 179:16, 185:8
**set** [5] - 7:7, 93:3, 93:6, 100:23, 194:2
**seven** [2] - 18:1, 21:24
**several** [11] - 3:1, 3:16, 43:14, 43:16, 95:21, 112:1, 112:5, 198:4, 209:23, 213:21
**Sharon** [1] - 29:13
**sheet** [1] - 84:17
**shift** [4] - 83:21, 83:22, 83:23
**shifts** [1] - 83:20
**shirt** [1] - 154:8
**shoes** [2] - 58:20, 58:21
**shopped** [1] - 93:4
**shopping** [3] - 33:17, 92:18, 92:21
**short** [2] - 78:22, 169:13
**shortly** [1] - 206:11
**shot** [3] - 96:5, 96:14, 184:3
**shoulder** [1] - 85:24
**shout** [5] - 64:14, 108:16, 111:10, 112:22, 153:4
**shouted** [5] - 152:13, 152:15, 152:16, 153:12, 195:20
**shouts** [3] - 152:21, 195:22, 198:8
**shoved** [1] - 139:23
**show** [21] - 21:2, 22:18, 22:19, 33:21, 47:10, 85:6, 85:22, 91:8, 117:12, 131:9, 135:1, 135:5, 142:21, 143:5, 145:14, 158:24, 167:18, 171:25, 174:2, 175:14, 210:17
**showed** [17] - 11:25, 23:22, 40:2, 45:15, 46:1, 46:16, 47:7, 47:8, 47:15, 163:1, 163:20, 163:23, 201:15, 201:18, 201:19, 206:11, 206:15
**showing** [10] - 3:20, 6:16, 24:23, 25:21, 27:9, 85:5, 143:7, 167:23, 171:13, 192:7
**shown** [2] - 5:16, 6:9
**shows** [1] - 85:16
**shut** [1] - 184:1
**Sibron** [1] - 125:23
**side** [122] - 39:4, 39:10, 39:11, 40:5,
40:6, 40:8, 40:9, 40:19, 46:3, 46:5, 46:6, 46:7, 46:9, 46:12, 46:14, 46:17, 46:18, 46:19, 46:22, 46:24, 47:3, 47:4, 48:11, 48:23, 54:4, 54:16, 54:20, 56:25, 59:14, 59:16, 60:6, 60:21, 65:2, 65:3, 65:12, 67:17, 67:19, 67:21, 70:13, 71:7, 71:8, 71:18, 71:20, 71:22, 73:6, 73:15, 100:12, 100:16, 102:20, 103:12, 104:1, 104:7, 104:8, 104:21, 105:4, 105:5, 105:11, 105:13, 105:20, 107:21, 108:4, 108:13, 108:21, 111:1, 112:23, 113:9, 135:7, 135:13, 136:4, 136:6, 136:16, 136:17, 136:18, 136:21, 136:23, 136:24, 137:9, 148:14, 148:15, 148:25, 163:25, 164:1, 164:13, 164:16, 166:21, 173:8, 176:9, 189:3, 189:4, 189:5, 190:14, 190:16, 195:7, 195:16, 195:24, 196:15, 197:2, 197:5, 197:7, 200:23, 201:11, 201:14, 201:22, 205:19, 206:8, 206:20, 207:1, 211:20, 211:22, 211:24, 211:25, 212:1, 212:3, 212:5
**sides** [1] - 23:19
**sight** [3] - 101:15, 107:23, 177:11
**sign** [1] - 118:15
**significance** [2] - 87:2, 88:15
**significant** [4] - 25:6, 182:9, 217:14
**signs** [1] - 43:16
**simple** [6] - 21:14, 22:15, 51:18, 127:1, 182:25, 183:7
**simply** [8] - 18:19, 18:22, 18:23, 21:19, 22:5, 27:4, 94:5, 128:8
**simultaneous** [1] - 45:5
**simultaneously** [3] - 82:17, 104:23, 202:24
**sincerely** [1] - 20:9
**sirens** [5] - 65:7, 65:8, 101:3, 109:22, 133:20
**sit** [9] - 21:5, 33:18, 56:6, 57:12, 61:8, 149:12, 149:21, 150:11
**sits** [2] - 28:6, 150:12
**sitting** [29] - 9:22, 15:4, 30:18, 40:16, 49:4, 53:20, 56:13, 58:1, 62:8, 75:5, 75:6, 78:23, 80:22, 96:21, 96:22, 105:17, 105:18, 106:25, 127:4, 133:12, 137:18, 140:23, 149:10, 149:21, 150:2, 150:7, 150:8, 164:5, 166:23
**situation** [7] - 55:17, 55:24, 117:17, 119:16, 181:22, 181:23, 185:5
**six** [5] - 18:1, 53:9, 53:13, 63:7, 81:14
**Sixth** [2] - 4:5, 121:12
**size** [1] - 216:7
**skilled** [2] - 50:25, 181:6
**skin** [2] - 19:8, 19:9
**skit** [1] - 85:15
**slam** [1] - 65:5
**sleep** [2] - 20:2, 20:3
**sleeping** [1] - 21:19
**slide** [1] - 212:7
**slight** [2] - 33:14, 80:20
**slouch** [2] - 149:22, 150:11
**slouched** [4] - 149:10, 149:16, 149:23, 150:5
**slouching** [1] - 150:10
**slower** [1] - 126:2
**slowly** [1] - 197:18
**smidgeon** [1] - 124:11
**Smith** [2] - 83:10, 83:12
**someone** [6] - 31:24, 49:24, 83:4, 117:17, 177:6, 197:2
**sometime** [2] - 16:18, 207:15
**sometimes** [2] - 4:19, 152:17
**somewhat** [1] - 16:21
**somewhere** [4] - 131:4, 135:8, 151:10, 193:5
**somewheres** [1] - 67:15
**son** [2] - 21:20, 22:4
**soon** [13] - 30:9, 45:7, 56:11, 62:25, 71:3, 76:21, 94:1, 139:4, 141:8, 153:15, 154:5, 173:23, 202:21
**sorry** [36] - 15:2, 17:6, 23:8, 54:14, 59:24, 68:23, 75:23, 76:5, 76:10, 78:16, 82:6, 87:4, 88:18, 89:7, 94:24, 97:1, 101:18, 101:20, 102:9, 103:4, 109:6, 112:20, 123:16, 144:24, 146:20, 148:16, 152:1, 161:15, 162:8, 170:11, 171:18, 176:19, 177:10, 177:12, 211:23, 212:25
**sort** [9] - 24:25, 25:25, 90:22, 115:11, 115:13, 115:14, 152:4, 179:24, 215:13
**sorts** [4] - 58:8, 150:22, 150:23
**sound** [7] - 67:5, 102:20, 110:19, 124:9, 193:24
**sounds** [3] - 65:20, 67:6, 111:25
**sources** [4] - 213:6, 213:21, 213:22, 213:23
**south** [6] - 67:21, 69:10, 70:16, 102:17, 194:22, 194:23
**southbound** [9] - 102:18, 104:4, 110:25, 135:14, 136:15, 157:15, 161:6, 161:8, 194:24
**southeast** [1] - 83:19
**Southport** [4] - 212:6, 212:19, 213:16
**span** [1] - 78:22
**speaker** [1] - 35:24
**speaking** [1] - 105:9
**special** [3] - 208:12, 208:25, 209:2
**Special** [6] - 29:11, 209:25, 210:13, 210:17, 211:11, 211:15
**specialized** [2] - 209:4, 209:12
**specific** [2] - 51:16, 126:25
**specifically** [2] - 127:10, 193:17
**specifics** [2] - 127:16
**spectrum** [1] - 58:25
**speculation** [2] - 25:15, 25:20
**speech** [1] - 45:12
**speed** [1] - 101:3
**speeding** [4] - 59:5, 151:2, 205:3, 205:4

**Speedy** [5] - 7:19, 10:6, 121:11, 122:10, 122:13

**speedy** [11] - 4:4, 6:21, 9:25, 14:8, 22:13, 22:14, 120:22, 121:10, 121:12, 122:18, 122:20

**spell** [10] - 36:10, 52:5, 66:15, 81:3, 97:18, 131:14, 156:10, 186:17, 199:6, 208:19

**spelled** [2] - 28:17, 36:12

**spelling** [1] - 28:18

**spend** [1] - 3:23

**spoken** [3] - 18:25, 31:13, 121:23

**spot** [1] - 77:18

**spotted** [2] - 69:15, 169:19

**spring** [1] - 63:2

**squad** [1] - 67:8

**squawks** [1] - 28:19

**stack** [4] - 4:18, 4:20, 4:23, 5:24

**staff** [2] - 17:14, 95:1

**stamp** [5] - 211:6, 211:20, 212:8, 212:11, 212:21

**stamped** [3] - 212:11, 212:17, 213:15

**stand** [19] - 35:17, 51:22, 51:25, 57:12, 92:21, 118:19, 124:14, 124:24, 125:5, 126:20, 128:13, 131:1, 149:23, 161:17, 161:18, 162:13, 211:15, 212:15, 212:25

**standard** [2] - 102:5, 116:6

**standing** [10] - 2:19, 48:10, 59:13, 59:15, 59:25, 105:11, 105:13, 113:2, 189:7, 195:22

**standpoint** [1] - 183:25

**stands** [3] - 97:4, 179:13, 218:3

**stare** [3] - 58:20, 58:21, 138:10

**staring** [6] - 58:1, 115:11, 117:7, 117:17, 117:20, 151:16

**Starsky** [1] - 64:20

**start** [4] - 22:21, 109:12, 129:14, 165:2

**started** [22] - 23:2, 26:10, 32:20, 39:22, 40:11, 40:14, 48:19, 53:11, 95:8, 95:18, 100:5, 100:15, 160:10, 163:20, 164:24, 164:25, 165:1, 201:24, 204:24, 204:25, 207:6, 217:17

**starting** [5] - 83:18, 94:22, 164:15, 211:16, 213:13

**state** [19] - 18:13, 20:8, 36:9, 52:4, 66:14, 81:2, 97:17, 131:13, 142:7, 156:9, 186:16, 199:5, 208:18, 214:7, 214:8, 214:14, 214:15, 214:25, 215:7

**State** [5] - 10:3, 12:12, 13:17, 98:6, 186:25

**Statement** [3] - 61:18, 151:20, 155:15

**statement** [1] - 124:17

**statements** [4] - 11:22, 11:23, 130:21, 181:15

**STATES** [3] - 1:1, 1:4, 219:2

**states** [1] - 14:6

**States** [7] - 2:2, 2:9, 2:12, 6:17, 14:6, 36:24, 156:20

**station** [6] - 42:19, 42:21, 42:23,
158:16, 160:1, 160:10

**stationary** [1] - 167:1

**status** [1] - 8:10

**stay** [4] - 30:24, 85:18, 94:2, 104:12

**stayed** [2] - 46:12, 93:15

**stems** [1] - 115:10

**step** [20] - 23:15, 24:1, 50:17, 51:10, 66:2, 80:5, 80:14, 91:20, 92:3, 113:17, 128:24, 155:25, 178:2, 185:12, 189:24, 190:3, 198:20, 211:15, 216:18, 217:9

**Step** [1] - 72:20

**Steppe** [6] - 14:24, 15:15, 15:24, 29:12, 29:13, 126:21

**Steppe's** [2] - 15:10, 16:1

**stepped** [4] - 28:14, 56:9, 141:4

**steps** [3] - 13:4, 64:16, 64:18

**stick** [1] - 114:13

**still** [17] - 22:24, 25:2, 26:8, 56:17, 56:18, 64:10, 94:21, 129:25, 139:12, 139:24, 153:25, 160:23, 161:3, 161:11, 190:25, 195:11, 206:16

**stolen** [3] - 88:17, 118:15, 160:14

**stood** [1] - 201:15

**stop** [71] - 4:2, 6:24, 7:14, 31:18, 31:19, 38:12, 39:5, 42:5, 43:16, 44:19, 45:21, 47:11, 48:5, 49:2, 53:3, 54:5, 54:9, 54:11, 55:9, 55:14, 63:4, 63:16, 65:12, 70:8, 70:11, 79:14, 79:17, 83:1, 83:4, 83:6, 86:6, 86:21, 98:25, 101:18, 103:15, 103:16, 104:9, 105:9, 109:4, 110:4, 111:23, 113:20, 114:19, 114:21, 115:1, 115:2, 115:16, 115:24, 118:4, 118:5, 118:8, 120:13, 125:21, 127:11, 127:13, 133:16, 135:15, 136:15, 161:12, 163:7, 163:10, 175:6, 175:10, 175:15, 188:22, 194:9, 200:1, 200:4, 200:19

**stoplight** [2] - 39:2, 162:24

**stopped** [38] - 39:2, 40:7, 48:17, 55:7, 88:10, 89:22, 89:25, 90:3, 90:6, 103:18, 114:22, 120:7, 135:13, 135:22, 135:23, 136:2, 136:3, 136:5, 136:14, 136:24, 137:1, 137:2, 137:5, 137:7, 137:10, 163:11, 163:13, 172:22, 173:5, 173:6, 173:7, 173:10, 173:15, 194:10, 200:23, 200:25, 205:5

**stopping** [4] - 39:14, 76:4, 174:17, 188:16

**stops** [1] - 58:13

**straight** [19] - 49:5, 55:10, 55:13, 58:1, 115:11, 117:7, 117:17, 117:20, 123:11, 127:8, 127:18, 128:12, 138:2, 138:7, 138:10, 149:23, 151:16, 161:20, 184:4

**strange** [2] - 70:22, 70:23

**street** [13] - 64:18, 81:25, 82:10, 83:4, 84:10, 117:19, 125:25, 126:3, 135:8, 136:25, 204:12, 204:13, 217:15

**Street** [7] - 1:24, 82:23, 86:8, 90:1,
134:16, 173:12, 205:22

**stress** [3] - 19:20, 19:21, 22:10

**Strickland** [2] - 129:22, 129:24

**strike** [1] - 31:8

**strikes** [1] - 33:2

**struggle** [11] - 108:10, 140:3, 141:13, 141:24, 142:4, 145:10, 153:15, 190:14, 190:19, 190:20, 202:20

**struggled** [2] - 154:5, 154:7

**struggling** [4] - 49:13, 142:8, 197:6

**study** [1] - 14:17

**stuff** [5] - 15:9, 19:24, 21:23, 90:22

**Sturm** [2] - 212:6, 212:12

**submit** [3] - 6:11, 115:18, 213:11

**submitted** [2] - 155:17, 167:7

**subpoena** [2] - 11:12, 11:15

**subsequent** [1] - 47:6

**substance** [1] - 5:8

**substantial** [1] - 121:19

**substituted** [1] - 29:17

**sudden** [1] - 105:14

**suffering** [1] - 122:1

**sufficient** [2] - 114:25, 120:14

**suggest** [1] - 13:5

**suggested** [1] - 25:10

**summaries** [1] - 87:19

**summarize** [1] - 88:4

**summary** [3] - 6:22, 7:22, 87:16

**summer** [1] - 24:9

**summertime** [1] - 17:19

**summonsed** [1] - 184:13

**superior** [1] - 10:19

**supervisor** [1] - 29:18

**supported** [1] - 25:3

**supporting** [1] - 21:22

**supposed** [2] - 83:11, 179:4

**Suppress** [3] - 3:25, 120:20

**suppression** [9] - 30:14, 30:16, 51:18, 95:1, 125:17, 180:16, 181:2, 181:13, 181:14

**Supreme** [1] - 125:17

**surprised** [1] - 175:12

**survey** [1] - 147:21

**suspect** [13] - 9:10, 14:10, 24:11, 69:19, 70:18, 103:2, 104:1, 104:20, 175:20, 190:23, 194:5, 197:25, 205:24

**suspect's** [2] - 103:7, 104:4

**suspects** [1] - 119:19

**suspicion** [16] - 53:10, 114:25, 115:9, 116:3, 116:9, 116:15, 120:9, 120:13, 125:19, 126:13, 127:7, 127:9, 127:11, 127:13, 127:14, 127:17

**suspicious** [4] - 75:3, 82:1, 82:10, 169:22

**sustained** [7] - 50:3, 50:11, 79:19, 79:25, 80:5, 133:8, 135:18

**swear** [2] - 3:12, 130:12

**sweat** [2] - 59:5, 151:1

**sweating** [1] - 142:15

**sworn** [1] - 130:9
**SWORN** [10] - 36:8, 52:3, 66:13, 80:19, 97:16, 131:12, 156:8, 186:15, 199:4, 208:17
**Sworn**..........................................[10] - 219:11, 219:14, 219:19, 219:22, 219:24, 220:4, 220:7, 220:10, 220:13, 220:16
**swung** [2] - 139:13, 141:11
**sympathetic** [1] - 93:2
**system** [5] - 12:14, 13:17, 81:23, 90:18, 118:20

# T

**T's** [1] - 28:22
**table** [4] - 26:7, 53:19, 76:15, 133:12
**tag** [28] - 38:8, 38:9, 38:10, 45:19, 63:1, 63:11, 88:14, 88:16, 89:4, 89:9, 90:6, 90:19, 90:22, 90:25, 120:12, 157:19, 160:6, 160:15, 160:22, 160:23, 160:24, 161:1, 163:14, 204:23, 215:13
**tags** [35] - 38:2, 38:4, 38:5, 39:15, 44:1, 53:8, 53:12, 54:8, 55:24, 63:6, 63:7, 63:8, 63:10, 68:2, 68:13, 110:12, 114:24, 115:5, 115:6, 115:10, 118:13, 118:22, 126:19, 126:20, 135:16, 160:14, 160:16, 160:17, 170:23, 170:24, 173:24, 200:9
**talks** [1] - 15:21
**tally** [1] - 15:7
**tangentially** [1] - 27:21
**tango** [1] - 88:15
**tape** [16] - 23:24, 25:7, 25:18, 31:6, 31:20, 35:25, 118:24, 123:21, 123:23, 124:6, 124:23, 144:2, 154:18, 154:19, 160:11, 171:23
**tapes** [1] - 124:13
**Task** [1] - 2:12
**technician** [1] - 29:10
**TELL** [10] - 36:8, 52:3, 66:13, 80:19, 97:16, 131:12, 156:8, 186:15, 199:4, 208:17
**ten** [10] - 34:5, 35:9, 36:1, 45:9, 45:11, 122:22, 122:23, 169:7, 169:9, 199:17
**tendered** [1] - 29:7
**tending** [1] - 75:14
**tense** [3] - 124:2, 124:5, 124:6
**tenth** [1] - 199:16
**term** [3] - 60:24, 152:10, 181:10
**terms** [10] - 15:1, 15:3, 15:8, 28:8, 31:18, 56:1, 152:1, 161:1, 210:6, 216:13
**Terry** [8] - 4:2, 114:19, 115:1, 116:5, 120:10, 120:13, 120:15, 127:9
**testified** [4] - 24:24, 44:13, 176:25, 207:10
**testify** [6] - 24:25, 118:2, 154:2, 171:6, 210:6, 210:15

**testifying** [1] - 159:18
**testimony** [13] - 15:10, 31:3, 31:8, 47:18, 118:14, 148:1, 169:11, 177:14, 177:16, 182:19, 195:18, 207:17, 207:20
**TFO** [1] - 1:19
**THE** [558] - 1:1, 1:1, 2:2, 2:5, 2:7, 2:14, 2:21, 2:23, 2:24, 3:5, 3:14, 3:17, 4:11, 4:14, 4:16, 5:6, 5:19, 5:22, 5:23, 6:3, 6:4, 6:6, 6:7, 6:13, 8:2, 8:14, 8:18, 8:20, 8:23, 9:1, 9:2, 9:3, 9:8, 9:11, 9:14, 9:18, 9:24, 10:3, 10:6, 10:10, 10:20, 11:5, 11:12, 11:22, 12:3, 12:5, 12:15, 12:19, 12:23, 13:1, 13:8, 13:13, 13:19, 13:22, 13:25, 14:4, 14:14, 14:20, 15:2, 15:10, 15:14, 15:19, 15:22, 16:7, 16:13, 16:18, 16:20, 16:22, 16:25, 17:1, 17:2, 17:3, 17:4, 17:6, 17:7, 17:16, 17:17, 19:15, 19:19, 19:20, 20:18, 20:20, 20:25, 21:2, 23:11, 23:12, 23:16, 24:13, 24:16, 24:19, 25:5, 26:5, 26:9, 26:13, 26:16, 26:19, 26:22, 27:13, 27:16, 27:17, 27:18, 27:23, 28:1, 28:4, 28:7, 28:13, 28:17, 28:20, 28:22, 29:2, 29:5, 29:8, 29:20, 30:1, 30:4, 30:6, 30:9, 30:21, 30:24, 31:10, 31:23, 32:4, 32:8, 32:11, 32:18, 32:20, 32:25, 33:5, 33:8, 33:15, 33:19, 33:21, 34:1, 34:3, 34:4, 34:13, 34:17, 35:4, 35:9, 35:12, 35:14, 35:18, 36:2, 36:5, 36:6, 36:8, 36:9, 36:11, 36:12, 36:13, 36:21, 36:23, 41:9, 41:17, 41:21, 42:1, 42:12, 50:3, 50:11, 50:15, 50:17, 50:19, 50:21, 50:23, 50:25, 51:1, 51:2, 51:3, 51:5, 51:8, 51:14, 51:17, 51:22, 51:23, 51:25, 52:1, 52:3, 52:4, 52:6, 55:1, 57:9, 57:13, 58:16, 61:6, 62:10, 65:25, 66:2, 66:3, 66:5, 66:7, 66:10, 66:11, 66:13, 66:14, 66:16, 67:1, 67:2, 68:7, 68:8, 68:23, 68:24, 72:24, 72:25, 73:21, 73:25, 74:2, 79:7, 79:8, 79:10, 79:19, 79:20, 79:21, 79:25, 80:1, 80:5, 80:7, 80:9, 80:12, 80:16, 80:17, 80:19, 80:24, 81:2, 81:4, 82:3, 83:16, 83:17, 84:19, 84:22, 84:24, 85:2, 85:4, 85:9, 85:20, 85:24, 87:18, 87:21, 91:5, 91:18, 91:20, 91:22, 91:25, 92:5, 92:13, 92:16, 93:22, 94:7, 94:11, 95:3, 95:7, 95:13, 95:19, 96:2, 96:11, 96:16, 96:20, 96:23, 97:1, 97:3, 97:7, 97:9, 97:12, 97:14, 97:16, 97:17, 97:19, 112:19, 113:15, 113:17, 113:18, 113:20, 114:3, 114:7, 114:13, 114:16, 115:21, 116:2, 116:7, 116:14, 116:18, 116:24, 117:9, 117:13, 117:21, 118:15, 118:24, 119:2, 119:4, 119:8, 119:12, 119:20, 119:24, 120:3, 120:6, 121:1, 121:4, 121:9, 122:24, 123:1, 123:5, 123:13, 123:17, 123:22, 124:21, 125:7, 125:9, 125:12, 125:13, 125:14, 126:3, 126:11, 126:12, 128:17, 128:19, 128:20, 129:1, 129:2, 129:9, 129:11, 129:12, 129:16, 129:20, 129:21, 129:23, 129:25, 130:2, 130:4, 130:8, 130:12, 130:13, 130:16, 130:18, 130:23, 131:5, 131:9, 131:12, 131:13, 131:15, 131:17, 132:11, 132:12, 132:21, 132:22, 133:8, 133:23, 133:24, 134:5, 134:13, 134:15, 134:24, 135:1, 135:18, 136:7, 136:11, 137:22, 138:18, 140:15, 142:20, 142:24, 143:3, 143:5, 143:11, 143:16, 144:3, 144:5, 144:7, 144:11, 144:22, 145:1, 145:24, 146:1, 146:6, 146:8, 154:25, 155:9, 155:11, 155:23, 155:25, 156:1, 156:3, 156:5, 156:8, 156:9, 156:12, 157:20, 157:22, 157:24, 158:2, 158:6, 158:9, 158:18, 158:19, 158:20, 158:21, 158:24, 159:1, 159:2, 159:4, 159:7, 159:9, 159:14, 159:16, 159:17, 159:19, 161:17, 162:8, 162:9, 162:10, 162:11, 162:15, 162:18, 164:9, 165:5, 165:11, 165:14, 165:17, 165:21, 165:25, 166:3, 166:6, 166:9, 166:11, 166:13, 167:20, 168:15, 168:17, 168:25, 169:3, 169:6, 169:11, 169:15, 171:12, 171:20, 171:21, 172:2, 172:3, 172:4, 172:17, 172:18, 172:19, 174:10, 174:13, 177:8, 177:11, 177:25, 178:2, 178:3, 178:5, 178:11, 178:14, 178:25, 179:7, 179:10, 179:12, 179:15, 179:17, 179:20, 180:1, 180:8, 180:10, 180:13, 180:14, 181:18, 182:22, 183:10, 183:12, 183:15, 183:16, 183:17, 183:18, 183:20, 183:22, 184:5, 184:11, 184:12, 184:16, 184:18, 184:23, 184:24, 185:3, 185:7, 185:10, 185:11, 185:14, 185:16, 185:17, 185:19, 185:24, 186:2, 186:6, 186:8, 186:11, 186:12, 186:15, 186:16, 186:18, 187:17, 188:9, 188:11, 188:12, 189:19, 189:21, 190:9, 191:9, 191:25, 192:3, 192:5, 192:10, 192:12, 192:18, 192:22, 198:16, 198:18, 198:20, 198:22, 198:24, 199:2, 199:4, 199:5, 199:7, 202:5, 203:24, 208:6, 208:8, 208:9, 208:11, 208:14, 208:15, 208:17, 208:18, 208:20, 210:3, 210:5, 211:13, 211:22, 211:23, 211:24, 212:1, 212:2, 212:3, 212:16, 212:18, 214:18, 216:18, 216:21, 216:22, 217:3, 217:6, 217:9, 217:11, 217:20, 217:23, 218:1, 218:2, 219:10, 219:17, 219:20, 220:2
**theft** [1] - 120:14
**themselves** [1] - 12:1
**THEN** [10] - 36:8, 52:3, 66:13, 80:19, 97:16, 131:12, 156:8, 186:15, 199:4, 208:17
**thereabouts** [1] - 5:7

**thereafter** [1] - 206:11
**therefore** [2] - 73:23, 126:24
**they've** [7] - 14:17, 35:25, 129:17, 182:8, 182:9, 184:13
**thickness** [1] - 216:13
**thinking** [4] - 20:15, 22:15, 22:20, 175:13
**third** [7] - 24:7, 62:22, 63:21, 118:11, 153:17, 155:5, 214:1
**Thomas** [11] - 12:7, 13:8, 13:11, 13:12, 13:13, 29:12, 29:14, 29:23, 30:4, 47:25, 73:8
**Thompson** [1] - 13:9
**thorough** [1] - 121:1
**thoroughfare** [1] - 118:6
**thoughts** [1] - 197:3
**thousand** [2] - 153:20
**three** [30] - 4:4, 9:22, 10:12, 11:3, 11:4, 11:11, 18:17, 41:1, 47:19, 64:17, 66:24, 67:10, 77:17, 77:20, 83:19, 88:4, 90:19, 90:20, 100:24, 101:2, 101:11, 102:20, 106:5, 109:7, 137:6, 176:12, 180:4, 187:23, 189:13, 193:24
**three-witness** [1] - 10:12
**threw** [5] - 53:20, 64:8, 64:9, 133:13, 141:10
**throughout** [3] - 17:11, 17:12, 18:16
**tick** [1] - 182:17
**ticking** [1] - 184:9
**Tiffani** [5] - 28:15, 29:14, 81:4, 154:21
**TIFFANI** [3] - 28:16, 80:18, 219:21
**timely** [1] - 24:9
**tint** [6] - 43:2, 43:5, 60:15, 70:24, 169:23, 170:15
**tinted** [7] - 37:24, 48:14, 48:23, 70:25, 114:23, 157:16, 160:9
**tiny** [1] - 124:11
**tired** [7] - 18:12, 18:20, 18:22, 19:4, 22:8, 142:8
**title** [1] - 126:23
**TO** [10] - 36:8, 52:3, 66:13, 80:19, 97:16, 131:12, 156:8, 186:15, 199:4, 208:17
**Tobacco** [2] - 209:1, 209:3
**today** [24] - 8:6, 14:11, 14:25, 16:5, 31:16, 34:16, 34:22, 36:20, 36:25, 97:25, 114:8, 119:25, 137:16, 148:1, 156:21, 156:22, 164:3, 177:14, 178:20, 179:5, 195:6, 195:13, 217:1
**today's** [2] - 121:15, 122:12
**together** [6] - 59:9, 98:19, 102:6, 169:12, 176:21, 210:11
**Tom** [1] - 89:10
**tomorrow** [15] - 14:25, 34:23, 34:24, 95:15, 179:4, 179:6, 179:7, 179:9, 185:23, 217:2, 217:3, 217:4, 217:7, 217:16, 217:24
**tonight** [1] - 185:22
**took** [22] - 13:4, 22:23, 39:15, 61:1, 75:18, 76:7, 76:10, 76:21, 76:24, 78:9, 78:18, 79:1, 139:14, 139:24, 141:20,

176:14, 198:10, 202:21, 203:7, 203:13, 203:20
**tooth** [1] - 21:16
**top** [8] - 18:7, 19:5, 19:22, 22:12, 56:10, 139:21, 153:16
**topic** [1] - 21:15
**total** [1] - 189:14
**totality** [1] - 55:23
**totally** [1] - 63:11
**touched** [2] - 22:5, 106:4, 108:23, 128:8, 139:4
**touching** [1] - 120:16
**tour** [3] - 26:9, 37:7, 37:9
**towards** [7] - 100:15, 139:12, 161:23, 161:24, 189:3, 207:2, 207:3
**town** [1] - 185:13
**traced** [1] - 209:15
**Tracers** [1] - 12:9
**traffic** [15] - 7:14, 39:5, 98:25, 101:8, 103:15, 103:16, 105:9, 109:4, 110:4, 115:2, 127:1, 128:2, 128:3, 161:12, 163:7
**train** [1] - 27:1
**trained** [2] - 50:8, 147:19
**training** [10] - 139:3, 147:21, 209:4, 209:8, 209:9, 209:12, 210:8, 214:3, 214:9
**transcript** [21] - 35:23, 41:18, 41:20, 42:1, 62:16, 87:19, 119:7, 143:14, 144:10, 144:13, 144:15, 144:17, 144:19, 171:14, 171:21, 172:1, 174:6, 175:3, 175:4, 218:9
**Transfer** [2] - 4:8, 94:19
**transfer** [1] - 92:14
**transmission** [4] - 4:16, 25:7, 142:18, 144:19
**transmissions** [1] - 174:16
**transmit** [1] - 174:15
**transmittal** [3] - 4:23, 5:7, 5:14
**transportation** [2] - 127:5, 127:25
**travel** [2] - 113:25, 205:9, 214:14
**traveled** [4] - 173:20, 175:5, 175:6, 205:25
**travels** [1] - 18:16
**trial** [60] - 1:11, 2:11, 3:2, 4:4, 6:22, 7:7, 7:10, 7:16, 7:21, 8:7, 8:8, 8:15, 9:25, 10:17, 10:21, 11:8, 14:8, 22:13, 22:14, 24:3, 24:4, 24:7, 24:9, 25:4, 25:9, 25:16, 25:17, 25:18, 26:2, 26:8, 27:7, 29:3, 51:14, 51:15, 93:17, 93:21, 95:4, 95:8, 95:17, 96:4, 96:7, 97:2, 120:22, 121:10, 121:12, 122:18, 122:20, 125:15, 129:14, 129:25, 130:5, 130:6, 180:20, 181:3, 184:7, 184:8, 184:21, 217:12
**TRIAL** [2] - 219:3, 220:1
**Trial** [5] - 7:19, 10:6, 121:11, 122:10, 122:13
**trials** [2] - 25:20, 179:5
**tried** [9] - 3:3, 12:8, 13:16, 14:11, 21:2,

76:12, 139:17, 184:1
**trigger** [2] - 116:8, 116:10
**triggered** [2] - 10:7, 121:13
**trip** [1] - 114:8
**trooper** [1] - 186:25
**true** [11] - 23:24, 58:8, 147:24, 149:15, 150:24, 151:19, 151:23, 152:2, 152:4, 171:1, 194:12
**trunk** [5] - 60:21, 103:12, 105:18, 196:1, 196:12
**TRUTH** [10] - 36:8, 52:3, 66:13, 80:19, 97:16, 131:12, 156:8, 186:15, 199:4, 208:17
**truth** [2] - 12:16, 166:6
**try** [11] - 9:18, 10:23, 14:11, 21:16, 34:4, 82:14, 130:2, 139:25, 162:11, 176:23
**trying** [38] - 6:2, 14:1, 15:19, 15:22, 27:4, 30:13, 50:4, 57:2, 72:11, 72:14, 76:23, 77:1, 94:15, 101:4, 108:2, 115:7, 115:12, 119:17, 120:24, 129:2, 129:8, 130:5, 139:15, 139:18, 140:3, 140:4, 142:9, 151:6, 165:10, 165:17, 165:25, 184:6, 184:7, 196:5, 197:4, 200:19, 206:21, 206:24
**tuck** [1] - 147:9
**tucked** [1] - 154:7
**turn** [16] - 37:13, 38:21, 39:1, 52:20, 74:11, 132:14, 157:4, 162:7, 162:8, 162:10, 162:15, 162:20, 162:22, 172:19, 178:22, 199:20
**turned** [6] - 45:7, 69:14, 74:10, 74:25, 103:17, 152:10, 203:3
**turning** [2] - 54:12, 187:5
**tussle** [7] - 40:22, 41:5, 49:13, 49:17, 165:3, 167:11, 177:5
**tussling** [1] - 166:23
**twelve** [1] - 40:16
**twelve-pack** [1] - 40:16
**twenty** [2] - 45:9, 45:11
**twice** [1] - 170:23
**two** [76] - 4:3, 10:9, 16:10, 16:11, 20:3, 21:16, 22:4, 25:16, 26:1, 27:7, 28:22, 35:2, 40:14, 40:22, 46:17, 46:20, 46:25, 47:23, 48:7, 54:20, 55:5, 57:20, 59:19, 60:5, 64:17, 72:10, 78:12, 81:25, 82:9, 83:18, 90:15, 90:21, 100:24, 101:2, 101:11, 106:5, 106:24, 107:5, 107:7, 107:16, 112:12, 113:11, 114:18, 115:23, 116:19, 121:9, 125:15, 129:6, 137:5, 137:7, 138:3, 138:4, 139:15, 141:18, 153:11, 153:12, 153:20, 153:25, 154:11, 161:20, 164:25, 171:9, 175:23, 176:6, 177:5, 177:7, 181:25, 187:23, 190:25, 193:23, 194:17, 196:22, 202:14, 217:1, 217:3
**two-day** [1] - 27:7
**two-door** [4] - 59:19, 107:5, 107:7, 196:22
**two-man** [1] - 46:17

**two-one** [1] - 153:20
**two-year-old** [1] - 22:4
**type** [12] - 17:14, 19:9, 19:24, 59:17, 68:2, 90:22, 145:20, 166:25, 183:7, 183:24, 204:24, 216:10
**types** [2] - 17:15, 20:5
**typing** [1] - 82:17

# U

**U.S** [6] - 1:14, 1:15, 1:23, 116:12, 125:23
**ugly** [1] - 152:10
**ultimately** [1] - 182:4
**unable** [1] - 94:17
**unavailability** [1] - 7:14
**unavailable** [4] - 13:1, 13:20, 93:15, 93:19
**under** [18] - 5:21, 11:12, 11:14, 11:15, 108:15, 108:20, 108:25, 111:13, 112:5, 112:9, 122:14, 140:7, 154:8, 166:25, 190:18, 190:22, 190:23, 198:1
**undercover** [1] - 188:24
**underneath** [2] - 85:23, 86:3
**understandably** [1] - 31:23
**understate** [1] - 14:1
**unfortunately** [1] - 151:2
**unhappy** [2] - 184:20, 184:22
**uniform** [2] - 73:22, 157:13
**Unit** [2] - 67:5, 132:1
**unit** [38] - 38:11, 38:17, 39:3, 39:7, 39:8, 40:2, 41:5, 45:10, 45:11, 46:10, 46:13, 46:16, 46:17, 47:7, 53:7, 53:16, 63:4, 67:6, 67:10, 83:3, 83:4, 86:5, 86:11, 86:20, 88:16, 90:10, 91:16, 98:19, 162:25, 163:1, 170:25, 172:4, 188:24, 188:25, 194:1, 199:25
**UNITED** [3] - 1:1, 1:4, 219:2
**United** [7] - 2:2, 2:9, 2:11, 6:17, 14:6, 36:24, 156:20
**units** [7] - 47:9, 83:17, 84:3, 161:16, 163:23
**universe** [1] - 119:21
**University** [1] - 127:20
**unless** [5] - 6:13, 24:21, 27:11, 29:24, 41:21
**unmarked** [7] - 69:22, 79:11, 100:17, 100:20, 117:14, 188:25, 205:5
**unregistered** [4] - 45:17, 45:18, 49:25, 118:12
**unreported** [1] - 123:25
**unsure** [1] - 67:2
**unusual** [7] - 70:18, 70:21, 147:16, 151:4, 151:6, 151:9, 151:16
**unwilling** [1] - 93:19
**up** [116] - 9:18, 16:10, 21:22, 21:24, 22:9, 23:22, 24:6, 25:15, 26:2, 26:8, 30:2, 30:8, 37:17, 38:11, 38:18, 39:4, 39:9, 40:2, 40:3, 41:5, 45:10, 45:14,

45:15, 46:1, 46:2, 46:16, 47:7, 47:8, 47:10, 47:15, 49:4, 51:19, 51:22, 53:17, 53:19, 53:23, 54:11, 54:13, 55:5, 57:1, 59:20, 61:22, 68:19, 69:12, 70:6, 72:1, 72:2, 74:20, 75:15, 77:5, 79:13, 79:14, 83:10, 85:7, 85:18, 86:21, 88:2, 93:17, 96:17, 111:4, 117:12, 118:1, 118:12, 125:6, 129:3, 129:6, 129:7, 131:3, 134:3, 134:1, 134:13, 139:2, 144:24, 149:11, 149:12, 149:19, 149:22, 149:23, 158:3, 159:6, 159:13, 159:24, 160:10, 160:16, 163:1, 163:12, 163:23, 165:5, 165:22, 169:3, 170:23, 175:14, 180:1, 180:6, 180:10, 181:2, 182:6, 182:8, 182:12, 183:25, 193:20, 194:15, 201:16, 201:18, 201:19, 202:1, 203:8, 205:7, 205:9, 206:11, 206:15, 216:21
**updated** [1] - 17:17
**updates** [1] - 89:18
**upstairs** [1] - 32:6
**urge** [1] - 179:25
**USA** [1] - 212:6
**utterance** [2] - 124:8, 124:11

# V

**valid** [1] - 27:21
**value** [3] - 12:20, 210:9, 210:12
**Value** [1] - 213:24
**vantage** [1] - 134:3
**variance** [4] - 31:14, 212:20, 213:18, 213:19
**variances** [1] - 213:19
**varied** [1] - 17:11
**various** [8] - 17:8, 18:7, 18:15, 19:7, 20:22, 20:23, 21:8, 51:20
**vary** [1] - 84:2
**vehicle** [234] - 12:7, 12:17, 18:9, 37:22, 37:23, 38:1, 38:5, 38:10, 38:12, 38:19, 38:21, 39:1, 39:2, 39:13, 39:16, 40:7, 40:14, 40:15, 40:20, 41:2, 42:24, 44:24, 45:6, 45:8, 45:9, 45:14, 45:18, 45:20, 46:11, 48:8, 48:9, 48:20, 49:25, 53:9, 53:10, 53:12, 53:22, 54:8, 54:10, 54:11, 54:17, 54:19, 55:7, 60:10, 61:15, 61:21, 62:22, 63:10, 63:12, 64:10, 65:1, 65:2, 65:3, 65:12, 65:15, 65:20, 68:1, 68:2, 68:14, 69:17, 69:18, 69:19, 69:22, 69:25, 70:19, 73:16, 74:7, 76:9, 76:24, 79:11, 79:15, 79:17, 79:22, 88:10, 88:17, 89:9, 89:11, 89:12, 89:15, 89:25, 90:2, 90:5, 90:9, 90:13, 90:16, 90:22, 99:16, 100:17, 100:19, 100:23, 101:13, 101:15, 101:23, 102:14, 103:2, 103:6, 103:7, 103:13, 103:22, 104:2, 104:4, 104:5, 104:6, 104:9, 104:11, 104:13, 104:20, 104:21, 104:22, 105:1, 105:3, 105:19, 106:11, 106:23, 107:15, 107:18,

107:22, 107:25, 108:8, 108:13, 108:19, 108:23, 110:5, 110:9, 110:12, 110:16, 112:12, 112:23, 113:5, 118:13, 119:16, 120:12, 133:15, 133:19, 135:8, 135:13, 136:3, 136:4, 136:5, 138:22, 138:23, 147:14, 148:20, 149:10, 151:24, 152:6, 153:9, 157:14, 157:18, 158:17, 160:4, 160:5, 160:6, 160:8, 160:13, 160:16, 160:17, 160:25, 161:1, 161:2, 161:10, 161:11, 162:24, 163:2, 163:6, 163:9, 163:11, 163:12, 163:21, 164:2, 164:17, 164:25, 165:1, 169:20, 169:22, 170:24, 171:1, 172:14, 173:5, 173:6, 173:13, 173:24, 174:1, 174:17, 175:16, 175:20, 176:3, 176:14, 188:16, 188:21, 188:22, 188:23, 189:3, 189:4, 189:10, 189:12, 189:14, 189:24, 190:3, 190:13, 190:14, 190:16, 191:1, 194:5, 194:9, 194:10, 194:13, 194:16, 195:21, 196:8, 197:5, 197:7, 197:9, 197:10, 198:12, 200:4, 200:9, 200:10, 200:22, 200:23, 201:25, 202:1, 202:12, 202:13, 203:21, 204:24, 206:3, 207:6
**vehicles** [1] - 110:24
**venire** [1] - 3:8
**venue** [2] - 92:18, 92:21
**verdict** [1] - 185:21
**verification** [1] - 38:8
**verified** [2] - 160:23, 173:25
**verify** [3] - 48:9, 160:21, 160:24
**versus** [9] - 2:9, 6:17, 14:6, 116:12, 122:15, 125:23, 129:22, 129:24
**via** [1] - 200:3
**vicinity** [1] - 193:12
**victim** [1] - 127:5
**view** [4] - 14:12, 48:23, 177:9, 181:21
**viewing** [1] - 34:11
**VIN** [2] - 89:11, 90:22
**violated** [1] - 22:14
**Violation** [1] - 7:19
**violation** [4] - 94:16, 120:19, 121:11, 122:14
**violations** [2] - 23:3, 43:18, 43:21, 126:25, 127:1
**Virginia** [6] - 30:12, 98:6, 186:24, 186:25, 209:13, 209:14
**virtually** [2] - 127:20
**vis** [2] - 196:14
**vis-a-vis** [1] - 196:14
**visual** [1] - 137:13
**vital** [1] - 95:11
**voice** [11] - 41:12, 134:13, 142:23, 143:20, 143:23, 145:4, 145:5, 145:6, 145:8, 145:9, 162:12
**voir** [5] - 28:23, 29:6, 30:1, 32:23, 210:3
**VOL** [1] - 219:3
**Volume** [1] - 1:6
**volunteering** [1] - 192:22

## W

**W-I-L-L-I-A-M-S** [2] - 52:7, 131:16
**wagon** [1] - 203:22
**Wagster** [3] - 29:12, 179:3, 179:7
**waist** [7] - 56:19, 56:22, 61:15, 147:9, 147:17, 147:18, 149:7
**waistband** [2] - 56:11, 56:12, 56:13, 56:17, 139:4, 139:13, 139:16, 140:9, 141:14, 147:11, 203:17
**wait** [1] - 61:8
**waiting** [3] - 22:21, 129:13, 175:14
**walk** [3] - 54:19, 110:10, 163:12
**walked** [2] - 49:4, 61:1
**walking** [3] - 55:5, 110:14, 197:18
**WALLNER** [16] - 2:16, 178:16, 179:1, 180:4, 180:9, 208:12, 208:22, 209:25, 210:16, 211:11, 211:14, 212:14, 212:23, 214:16, 216:17, 217:25
**Wallner** [4] - 1:15, 2:12, 2:14, 143:13
**WALLNER..............** [1] - 220:17
**wants** [7] - 31:2, 34:17, 114:10, 124:4, 180:7, 184:10, 184:12
**war** [1] - 10:20
**WAS** [10] - 36:8, 52:3, 66:13, 80:19, 97:16, 131:12, 156:8, 186:15, 199:4, 208:17
**Washington** [2] - 129:22, 129:24
**waste** [2] - 182:17, 183:3
**wasted** [1] - 184:20
**wasting** [2] - 184:8, 185:14
**watch** [2] - 55:15, 206:21
**watched** [1] - 201:15
**watching** [2] - 73:7, 176:11
**waver** [1] - 14:16
**ways** [10] - 17:8, 23:21, 34:20, 43:11, 58:9, 76:16, 117:12, 146:20, 150:23, 216:12
**WDQ-08-0444** [2] - 1:6, 2:10
**weapon** [15] - 111:15, 145:18, 167:12, 168:2, 168:21, 176:21, 207:15, 207:17, 207:21, 207:24, 208:2, 210:14, 211:22, 211:24
**weapons** [6] - 55:23, 56:5, 56:11, 126:7, 132:9, 138:25
**wearing** [2] - 73:21, 146:13
**week** [2] - 25:17, 209:13
**weigh** [1] - 121:16
**weight** [1] - 210:12
**weird** [2] - 149:13, 150:16
**west** [9] - 67:19, 67:21, 67:23, 69:2, 69:5, 69:10, 100:12, 100:16, 104:3
**West** [6] - 1:24, 82:23, 83:6, 83:7, 134:16, 209:14
**Western** [4] - 99:5, 99:8, 103:1, 191:17
**wheel** [2] - 101:25, 103:23
**whereas** [2] - 21:5, 33:16
**whiskey** [1] - 88:14
**white** [1] - 164:20

**whoa** [2] - 50:19
**whole** [12] - 20:15, 22:20, 23:3, 55:17, 55:24, 68:9, 85:15, 118:9, 147:21, 151:17, 194:21
**wholesaler** [2] - 211:6, 213:8
**wholesalers** [1] - 209:16
**Widenfield** [1] - 29:13
**width** [2] - 216:13, 216:14
**wiggle** [1] - 34:25
**William** [3] - 1:11, 2:4, 89:10
**Williams** [67] - 29:8, 40:3, 40:4, 40:6, 40:22, 41:3, 47:8, 47:10, 49:10, 51:13, 52:6, 52:11, 52:14, 71:13, 72:6, 72:8, 72:19, 72:21, 73:10, 73:16, 74:14, 75:7, 75:8, 75:15, 77:19, 77:23, 79:3, 79:5, 86:24, 88:24, 90:11, 106:7, 110:19, 113:11, 115:4, 115:12, 115:13, 117:11, 118:2, 131:1, 131:15, 131:25, 136:20, 143:7, 152:25, 163:24, 164:1, 164:16, 165:2, 166:15, 166:19, 166:24, 201:10, 201:18, 201:22, 201:25, 202:8, 202:14, 202:18, 202:19, 202:22, 203:5, 206:11, 207:1, 207:4
**WILLIAMS** [4] - 52:2, 131:11, 219:14, 220:3
**Williams'** [2] - 40:19, 123:21
**willing** [6] - 11:17, 11:18, 20:11, 20:13, 96:23, 96:25
**win** [3] - 95:4, 95:19, 95:20
**window** [6] - 54:23, 60:14, 72:1, 72:2, 127:19, 196:17
**windows** [1] - 37:24, 43:3, 48:14, 48:23, 60:12, 70:22, 70:24, 114:23, 157:16, 160:9, 169:23
**Wingo** [4] - 4:5, 10:7, 24:17, 122:15
**wins** [1] - 96:14
**wish** [10] - 3:3, 6:7, 7:22, 51:5, 51:6, 92:13, 120:22, 121:25, 123:22, 210:3
**wished** [1] - 22:3
**wishes** [2] - 6:13, 31:23
**withdraw** [1] - 7:17
**witness** [71] - 10:12, 10:13, 10:16, 10:18, 10:22, 10:25, 12:21, 13:19, 14:24, 14:25, 15:23, 15:24, 28:14, 30:16, 31:25, 32:1, 35:15, 42:10, 50:18, 50:23, 51:6, 51:9, 51:22, 51:25, 57:7, 57:11, 63:11, 66:17, 73:22, 73:23, 80:15, 85:3, 87:21, 91:22, 92:1, 93:14, 95:12, 97:10, 114:2, 118:17, 121:20, 123:12, 123:15, 123:18, 123:20, 124:13, 124:24, 125:4, 130:24, 131:3, 146:5, 156:3, 162:13, 169:12, 171:13, 177:9, 179:2, 186:3, 186:8, 192:12, 192:13, 192:17, 198:24, 208:11, 210:6, 211:15, 212:14, 212:25, 214:16, 217:7
**Witness** [21] - 51:11, 66:4, 80:8, 91:21, 113:19, 156:2, 174:12, 178:4, 198:23, 208:10, 216:19, 219:13, 219:16,

219:20, 219:23, 219:25, 220:6, 220:9, 220:12, 220:15, 220:18
**WITNESS** [45] - 36:11, 36:13, 36:23, 52:6, 66:3, 66:16, 67:2, 68:8, 68:24, 72:25, 80:7, 81:4, 83:17, 97:19, 113:18, 131:15, 132:12, 132:22, 133:24, 134:15, 156:1, 156:12, 157:22, 158:19, 158:21, 159:1, 159:16, 159:19, 162:10, 162:15, 162:18, 172:4, 172:18, 174:13, 178:3, 186:18, 188:11, 198:22, 199:7, 208:9, 208:20, 211:23, 212:1, 212:3, 212:18
**WITNESSES** [5] - 219:8, 219:9, 219:17, 220:1, 220:2
**witnesses** [28] - 3:1, 11:16, 14:21, 14:23, 24:23, 25:12, 28:23, 29:3, 29:5, 30:10, 34:2, 34:6, 34:7, 66:8, 80:9, 113:22, 113:23, 114:18, 122:7, 123:4, 123:6, 123:7, 123:8, 180:5, 185:13, 217:1, 217:2
**wondering** [2] - 15:24, 95:9
**word** [2] - 27:14, 94:7
**worded** [1] - 56:1
**words** [4] - 9:12, 56:5, 111:25, 152:17
**workplace** [1] - 18:20
**works** [2] - 30:16, 81:24
**world** [4] - 19:22, 197:13, 197:15, 215:24
**worn** [1] - 19:4
**worried** [1] - 108:5
**worry** [2] - 95:16, 135:20
**worse** [1] - 14:12
**wrestle** [2] - 139:14, 139:24
**wrestling** [1] - 141:19
**writ** [1] - 11:15
**writing** [1] - 133:14
**writted** [1] - 217:7
**wrote** [3] - 20:23, 20:24, 126:25

## Y

**yards** [1] - 76:17
**year** [5] - 21:24, 22:4, 37:8, 156:22, 199:16
**years** [28] - 9:22, 10:9, 18:17, 19:9, 20:4, 20:16, 21:17, 37:5, 48:2, 52:16, 53:9, 53:13, 63:7, 66:24, 67:8, 67:10, 78:12, 81:14, 129:4, 129:6, 132:4, 156:25, 171:9, 182:1, 182:16, 199:18, 207:22
**yell** [2] - 49:12, 75:8
**yelled** [11] - 49:10, 49:14, 49:16, 56:13, 56:16, 76:7, 76:8, 139:6, 139:10, 141:9, 153:15
**yelling** [5] - 49:15, 139:11, 140:4, 166:1, 202:22
**yesterday** [1] - 34:24
**York** [1] - 125:23
**yourself** [5] - 66:22, 119:20, 131:23,

156:18, 183:11
**yourselves** [3] - 123:6, 178:7, 217:13